CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Defenders of Wildlife, et al., )
)
        Plaintiff    )
)
       v.             )      Civil Action No. _____
)
Gale Norton, et al., )
        Defendant  )
)
)

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __The Fund for Animals__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The Fund for Animals__, which have any outstanding securities in the hands of the public. __None__

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_[signature]_
Signature

__468542__
Bar Identification Number

Joshua R. Stebbins
Print Name

Meyer Glitzenstein and Crystal
Address
1601 Connecticut Avenue, NW., Suite 700
Washington, DC   20009
City           State        Zip

(202) 588-5206
Telephone Number