CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Defenders of Wildlife, et al., )
                   Plaintiff )
                   v. )         Civil Action No. _____
Gale Norton, et al., )
                   Defendant )

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __The Sierra Club__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The Sierra Club__, which have any outstanding securities in the hands of the public. __None__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__468542__
Bar Identification Number

__Joshua R. Stebbins__
Print Name

__Meyer Glitzenstein and Crystal__
Address
__1601 Connecticut Avenue, NW., Suite 700__
__Washington, DC   20009__
City        State        Zip

__(202) 588-5206__
Telephone Number