UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al., | ) ) ) |
| Plaintiffs, | ) Civil Action No. 06-180 HHK ) |
| vs. | ) **NOTICE OF APPEARANCE** ) |
| GALE NORTON, Secretary of the Interior; and DALE HALL, Director, U.S. Fish and Wildlife Service, | ) ) ) ) |
| Defendants. | ) ) |

Pursuant to LCvR 83.6(a), Brian Segee hereby enters his notice of appearance on behalf of Plaintiff Defenders of Wildlife in Case. No. 06-180 (HHK).

DATED: March 22, 2006

Respectfully submitted,

_____/s/_____

Brian P. Segee
(D.C. Bar. No. 492098)
Defenders of Wildlife
1130 Seventeenth Street, N.W.
Washington, D.C. 20036
Telephone: (202) 682-9400
bsegee@defenders.org