IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENDERS OF WILDLIFE, et al.  )
                                )
        Plaintiffs,              )
                                ) Case No. 06-cv-00180 (HKK)
    v.                           )
                                )
GALE NORTON, et al.             )
                                )
        Defendants,              )
                                )
SAFARI CLUB INTERNATIONAL,       )
SAFARI CLUB INTERNATIONAL        )
FOUNDATION                       )
                                )
        Defendant-Intervenor     )
        Applicants.              )
                                 )

## DECLARATION OF KEVIN ANDERSON

I, Kevin Anderson, do upon personal knowledge declare as follows:

1. I am the Chairman of the Legal Task Force of Safari Club International, a Vice President and member of the Executive Committee of Safari Club International and a member of the Board of Safari Club International.

2. I am an attorney and a partner in the law firm of Anderson, Milholland and Wagner, P.C. of Harrisonville, Missouri.

3. Safari Club International is a 501(c)(4) tax-exempt social welfare organization created to promote, protect, and preserve the hunting heritage for the common good and general welfare of the public. Safari Club International Foundation is a 501(c)(3) charitable organization created to promote wildlife conservation through scientific, educational, and humanitarian programs for the common good and general welfare of the public.

4. Safari Club International promotes conservation of wildlife through sustainable use practices and supports hunting as a valuable, efficient and cost effective tool for managing wildlife populations.

5. SCI has a profound interest in the continued sustainable use of the Florida Black Bear, including through a State-regulated hunt in southern Georgia.

**EXHIBIT 1**

6. If Plaintiffs in this litigation succeed in forcing the United States Fish and Wildlife Service to list the Florida Black Bear under the Endangered Species Act, SCI members will lose the opportunity to hunt the species in Georgia and to reinstate a season in Florida.

7. If Plaintiffs succeed in this case, Safari Club International and Safari Club International Foundation will be harmed in their work towards promoting sustainable use as a wildlife conservation and management tool.

8. Safari Club International and Safari Club International Foundation seek to participate as Defendant-Intervenors in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

Executed this 22nd day of March, 2006.

By: _____
Kevin Anderson

2