# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. )<br><br>Plaintiffs, )<br><br>v. )<br><br>GALE NORTON, et al. )<br><br>Defendants, )<br><br>SAFARI CLUB INTERNATIONAL, )<br>SAFARI CLUB INTERNATIONAL )<br>FOUNDATION )<br><br>Defendant-Intervenor )<br>Applicants. )<br>_____ ) | Case No. 06-cv-00180 (HHK) |

## DECLARATION OF DOUGLAS S. BURDIN

I, Douglas S. Burdin, do upon personal knowledge declare as follows:

1. I am an attorney employed by Safari Club International.

2. The State of Georgia has opened a season on Florida Black Bears in five counties and one wildlife management area ("WMA"), all in southern Georgia near the Okefenokee Swamp. See Georgia Hunting Regulations, 291-4-2-.64 and 291-4-2-.70, Attachment 1 to this Declaration; see also pertinent pages of Georgia 2005-2006 Hunting Seasons and Regulations, Attachment 2 to this Declaration. These counties are Brantley, Charlton, Clinch, Echols, and Ware. *Id.* The WMA is Dixon Memorial. *Id.*

3. The 2006 season is scheduled for September 28-30, October 5-7, and October 12-14 for the five counties and Dixon Memorial WMA, and November 9-11 in Dixon Memorial WMA. See Georgia Hunting Regulations, 291-4-2-.64 and 291-4-2-.70; see also Attachment 3 to this Declaration.

4. According to documents sent to me by an employee of the Georgia Department of Natural Resources, Georgia has had a season on Florida Black Bear for over 20 years and hunters have harvested just over 1,000 bears. See Attachment 3 to this Declaration.

**EXHIBIT 2**

5.  I submit this declaration in support of Safari Club International and Safari Club International Foundation's motion to intervene as Defendant-Intervenors in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

Executed this ___30TH___ day of March, 2006.


By: _Douglas S. Burdin_
    Douglas S. Burdin

391-4-2-.70    HUNTING REGULATIONS    552

**391-4-2-.70 Wildlife Management Areas and other State Lands.** The following species may be hunted on State areas in accordance with restrictions set forth below except as prescribed in 391-4-2-.16.

2. Reel dog training allowed Oct. 21-23, 2005 and Oct. 20-22, 2006.
3. Bag limit on quail is 6/person and 12/party. Quail hunters may take woodcock, snipe and other game birds birds which are open state season.

| Area | Deer, Archery | Deer, Firearms Antlered Bucks | Deer, Firearms Antlerless | Deer, Primitive Weapons Either-sex Except as Noted | Bear | Turkey | Small Game and Furbearers | Migratory Birds Special Regulations | Special Regulation Fox - Raccoon Yes Bobcat Opossum | Feral Hogs |
|---|---|---|---|---|---|---|---|---|---|---|
| (31) DIXON BAY TRACT | C Sign-in | No Season | No Season | Nov. 12, 2005-Jan. 8, 2006 and Nov. 11, 2006-Jan. 7, 2007 Sign-in | No Season | State Season Sign-in | B | A | No Season | C |
| (32) DIXON MEMORIAL | B Sign-in | Oct. 22-23, 29-Nov. 1, 23-29, 2005 and Oct. 21-22, 28-31, Nov. 22-28, 2006 Sign-in | Nov. 10-12, 2005 and Nov. 9-11, 2006 Check-in Dec. 10-13, 17-20, 2005 and Dec. 9-13, 16-19, 2006 Sign-in | Oct. 5-6, 2005 and Oct. 6-7, 2006 Check-in | Nov. 10-12, 2005 and Nov. 9-11, 2005 Check-in Archery Only Sept. 22-24, Oct. 13-15, 2005 and Sept. 28-30, Oct. 12-14, 2006 Sign-in Primitive Weapons Oct. 4-6, 2005 and Oct. 5-7, 2006 Check-in | State Season Sign-in | State Season except one day at noon and during Check-in deer issue | B | | A |
| 1. Alligator hunting is not allowed. | | | | | | | | | | |
| (33) DOERUN PITCHERPLANT | Nov. 1, 2005-Jan 8, | No Season | No Season | No Season | No Season | No Season | Schwinke Quail - Feb. 21, 2004-Feb. | No Season | No Season | A |

---

537    HUNTING REGULATIONS    391-4-2-.69

**391-4-2-.64 Bear.**

(1) Bears may be taken by BOW AND ARROW during the statewide archery deer season, with PRIMITIVE WEAPONS during the statewide primitive weapons season and with Firearms from the first Saturday after October 15 through the first Sunday in December in Banks, Bartow, Cherokee, Dawson, Fannin, Forsyth, Gilmer, Gordon, Habersham, Hall, Lumpkin, Murray, Pickens, Rabun, Stephens, Towns, Union and White counties. No dogs are allowed. Bears must be reported to and tagged by the Gainesville or Armuchee Game Management office or Calhoun Law Enforcement office within 24 hours of kill.

(2) Bears may be taken in Brantley, Charlton, Clinch, Echols and Ware counties on last Thursday, Friday and Saturday of September and first and second Thursday, Friday and Saturday in October. Hunting with dogs is allowed. Bears must be checked and tagged at either of the Georgia Forestry Commission Offices at Fargo, Folkston or Homerville or at the Dixon Memorial WMA check stations from 12 noon through 9 p.m. on days of hunts.

(3) It is unlawful to kill a female with cubs or kill a cub having a live weight of less than 75 pounds. An outer garment of 500 square inches or more of daylight fluorescent orange must be worn by all bear hunters during firearms and primitive weapons seasons. It is unlawful to possess a bear unless it is reported and tagged as stated in subsections (1) and (2) above.

(4) Bag limit 1.

Authority O.C.G.A. Sec. 27-1-4. History. Original Rule entitled "Bear" adopted. F. July 25, 1985; eff. Aug. 14, 1985. Amended. F. July 30, 1984; eff. Aug. 18, 1984. Amended F. Aug 6, 1986. Amended F. July 31, 1986; eff. Aug. 20, 1986. Amended F. July 16, 1987; eff. Aug 6, 1987. Amended F. July 15, 1988; eff. Aug. 4, 1988. Amended F. July 24, 1990; eff. Aug 13, 1990. Amended F. June 5, 1992; eff. June 25, 1992. Amended F. June 3, 1992; eff. June 23, 1992. Amended F. May 23, 1996; eff. June 12, 1996. Amended F. May 21, 1998; eff. June 10, 1998. Repealed: New Rule of same title adopted. F. May 28, 2001; eff. June 17, 2001. Amended. F. May 30, 2008; eff. June 19, 2008. Amended F. June 18, 2005; eff. July 6, 2005.

**391-4-2-.65 Feral Hog Hunting Weapons.**

Feral hogs may be hunted with any legal weapon as designated in O.C.G.A. 27-3-4 for small and big game.

Authority O.C.G.A. Title 27, O.C.G.A. § 27-3-4. History. Original Rule entitled "Feral Hog Hunting Weapons" adopted. Filed May 30, 2008; eff. June 19, 2008.

**391-4-2-.66 through 391-4-2-.69 Reserved.**

**ATTACHMENT 1**

# GEORGIA
## 2005-2006 HUNTING
## SEASONS & REGULATIONS
### *www.gohuntgeorgia.com*






*Take me hunting and I'll be your friend for life...*

A PUBLICATION OF THE
GEORGIA DEPARTMENT OF NATURAL RESOURCES
WILDLIFE RESOURCES DIVISION



**ATTACHMENT 2**

# Bear, Turkey, Feral Hog, Alligator & Small Game Regulations

## BEAR

**Restriction:** Killing of females with cub(s) or cubs under 75 pounds is prohibited.

**Northern Zone:** In Banks, Bartow, Cherokee, Dawson, Fannin, Forsyth, Gilmer, Gordon, Habersham, Hall, Lumpkin, Murray, Pickens, Rabun, Stephens, Towns, Union, and White Cos. **Archery:** Sept. 10-Oct. 14. **Primitive Weapons:** Oct. 15-21. **Firearms:** Oct. 22-Dec. 4. No dogs or bait allowed. Bears must be reported to and tagged by personnel of the Wildlife Resources Division Gainesville Office (770/535-5700 or 770/535-5499), Armuchee Office (706/295-6041), or Calhoun Office (706/624-1367), within 24 hours of kill. After hours, call 1-800-241-4113. Bears may also be checked at any WMA check station in the counties listed that are open for a managed deer hunt between 8:00 a.m. and 8:00 p.m. during days of the hunt.

**Southern Zone:** In Brantley, Charlton, Clinch, Echols and Ware Cos. **Firearms:** Sept. 22-24; Oct. 6-8; Oct. 13-15. Dog hunting allowed; No baiting. Bears must be checked and tagged at the Dixon Memorial WMA Check Station, or the GA Forestry Commission Offices in Fargo, Folkston or Homerville between 12 noon and 9 p.m. on days of hunts.

**Statewide Season Limit: One (1)**

## TURKEY

Mar. 25-May 15, statewide. Season Limit: 3 Gobblers.

## FERAL HOG

**PRIVATE LANDS:** No closed season; no limit. No hunting over bait, from a vehicle, or at night with a light over 6 volts. A resident Hunting License is required to hunt feral hogs for all resident hunters 16 years old or older, except when hunting on land owned by them or their immediate family (blood or dependent relationship) residing in the same household. Non-residents must meet non-resident license requirements.

**NATIONAL FOREST LANDS** (outside of WMAs): Hogs may be taken with archery equipment during archery deer season, with deer firearms during firearms deer season, with turkey firearms during turkey season and with small game firearms during small game season from Aug. 15-Feb. 28. Pursuing, catching or hunting hogs with dogs is prohibited during firearms deer season. No limit. No night hunting. Hunting license requirements must be met. Hunter orange is required during firearms and primitive weapons deer seasons.

**STOCKING:** Relocation of feral hogs is illegal unless they have tested negative for brucellosis and pseudorabies within 30 days prior to being moved. Individuals who stock hogs in violation of laws and regulations are subject to prosecution by the Dept. of Agriculture. It is illegal to stock hogs on public lands or on private lands without permission of the landowner.

**WARNING:** Feral hogs can carry diseases that are transmissible to people. To avoid possible exposure, wear plastic gloves when field-dressing feral hogs; wash hands with soap and hot water immediately afterwards; avoid direct contact with blood and reproductive organs; cook thoroughly. Properly dispose of all waste. For additional information, obtain a copy of "*Wild Pigs–Hidden Danger for Farmers and Hunters*", available at WRD offices.

**PROCESSING:** Any facility that processes hogs for a fee must be licensed as a red meat establishment by the Dept. of Agriculture. For a list of licensed processors that process feral hogs, call the GA Dept. of Agriculture Meat Inspection Section at 1-800-282-5852, ext. 3673. The licensing requirement does not apply to anyone processing a feral hog for their own use.

## ALLIGATOR

Sept. 10-Oct. 2 for quota permit holders only. Season limit of 1 per quota permit holder. Legal alligators must be 48 inches or longer from end of snout to tip of tail. Areas open for the harvest of alligators are limited to 8 zones with zone specific quotas as follows:

*Zone 1* (Q=35): Calhoun, Clay, Early, Quitman, Randolph, Stewart, Terrell, and Webster Cos. *Zone 2* (Q=70): Baker, Grady, Miller, Mitchell, Seminole, and Decatur Cos. *Zone 3* (Q=35): Crisp, Dougherty, Dooly, Lee, Macon, Schley, Sumter, and Worth Cos. *Zone 4* (Q=60): Berrien, Brooks, Colquitt, Cook, Irwin, Lanier, Lowndes, Thomas, Tift, and Turner Cos. *Zone 5* (Q=35): Ben Hill, Bleckley, Coffee, Dodge, Jeff Davis, Laurens, Montgomery, Pulaski, Telfair, Treutlen, Wheeler, and Wilcox Cos. *Zone 6* (Q=80): Atkinson, Bacon, Brantley, Camden, Charlton, Clinch, Echols, Pierce, and Ware Cos. *Zone 7* (Q=85): Appling, Glynn, Long, McIntosh, Tattnall, Toombs, and Wayne Cos. *Zone 8* (Q=100): Bulloch, Burke, Bryan, Candler, Chatham, Effingham, Emanuel, Evans, Jefferson, Jenkins, Johnson, Liberty, Richmond, Screven, and Washington Cos.

For applications and complete information see the special *Alligator Hunting Season & Quota Application* brochure available on the internet at *www.gohuntgeorgia.com* or at WRD offices.

## SMALL GAME

**BOBCAT & FOX:** Dec. 1-Feb. 28. No limit. Dog hunting is allowed. Bobcats and foxes may be hunted with small game firearms by hunters using manual calls.

**GROUSE:** Oct. 15-Feb. 28; Daily limit: 3.

**OPOSSUM:** Oct. 15-Feb. 28; No limit.

**QUAIL:** Nov. 12-Feb. 28; Daily limit: 12.

**RABBIT:** Nov. 12-Feb. 28; Daily limit: 12.

**SQUIRREL:** Aug. 15-Feb. 28; Daily limit: 12.

Coyotes, armadillos, groundhogs, beavers, starlings, pigeons and English sparrows: No closed season. No limit. Electronic calls may be used for hunting coyotes, except on WMAs.

**RACCOON:** *Northern Zone:* Oct. 15-Feb. 28; Daily limit 1. That area north of and including Carroll, Fulton, DeKalb, Gwinnett, Barrow, Jackson, Madison and Elbert Cos. *Southern Zone:* Oct. 15-Feb. 28; Daily limit 3. That area south of Carroll, Fulton, DeKalb, Gwinnett, Barrow, Jackson, Madison and Elbert Cos.

## RACCOON ZONES



NORTHERN ZONE ☐

SOUTHERN ZONE ☐

## TRAPPING

Dec. 1-Feb. 28 for mink, otter, fox, opossum, muskrat, skunk, bobcat, and weasel. Raccoons may be trapped only in the Southern Raccoon Zone. There is no closed season for trapping beavers and coyotes. Complete trapping regulations can be obtained on the web at *www.gohuntgeorgia.com* or from any WRD office.

### Attention Raccoon Hunters & Trappers

Protect local populations of raccoons by not moving raccoons caught in one area to another area. What may seem like a good idea may be the worst thing you can do to your local population by releasing animals that may have rabies and/or distemper. Many times these raccoons may appear normal, but are actually in the early stages of these fatal diseases and they can be spread to the local population, actually reducing local numbers. Conservation organizations are opposed to this practice and in fact, it is even illegal in Georgia to relocate raccoons. Do your part to protect your sport by saying "NO" to translocation.

# Area Locator Map

The numbered icons on this map correspond with the numbers for each area in the appropriate listings on the following pages.



**Legend:**
- WMAs
- Public Fishing Areas
- State Parks

## ACKNOWLEDGMENT OF LANDOWNERS

The Department would like to acknowledge the following companies, governmental agencies and private landowners owning properties within Wildlife Management Areas:

Aubrey Corp.
Berry College
City of Gainesville
Georgia Dept. of Transportation
Georgia Forestry Commission
Georgia Power Co.
Houston County
Ingram & LeGrand Lumber Co.
International Paper Co.

Jones Co., Ltd.
McCranie Land Company, Inc.
Oaky Woods Properties
Oglethorpe Power Corporation
Plum Creek Timber Co.
Rayonier Corp.
Springbank, LLC.
Sustainable Forest, LLC.

The Nature Conservancy
Arnold Thomason
U.S. Air Force
U.S. Army Corps of Engineers
U.S. Forest Service
University of Georgia
VZ Timberland, LLC.
Wildwood Timberlands, LLC.

*Any small game or furbearer with an open state season may be hunted during WMA small game dates (see page 17).*
*Feral hogs may be taken during deer, turkey and small game hunts with specific weapons restrictions (see page 17).*

**Dove**—Sept. 3, 10, 17, Oct. 1, 8; Dove hunting on designated fields only. Nov. 24-27, Jan. 1-7; south of Rocky Creek Only.

**Waterfowl**—State season.

**SPECIAL REGULATIONS:** Only bucks with 4 or more points (one inch long or longer) on one side are legal. For bird dog field trials apply by letter to: Ray Jeffers, GA Field Trial Association, P.O. Box 87, Cedartown, GA 30125. Bird dog training allowed Oct. 21-23.

**DIRECTIONS FROM WAYNESBORO:** Take Hwy 25 South to 4th Street. Turn right on 4th Street/Herndon Rd. and go 10 miles. Follow signs to check station.

# 31 DIXON BAY TRACT (300 ac.) 3

**Deer**—*Archery (Either Sex):* Sept. 10-Nov. 11; Sign-In.

*Primitive Weapons (Either Sex):* Nov. 12-Jan. 8; Sign-In.

**Turkey**—Mar. 25-May 15; Sign-In.

**Small Game**—Aug. 15-Feb. 28. No alligator hunting. No furbearer season.

**DIRECTIONS FROM SYLVANIA:** Take E. Ogeechee 2.2 miles to jct. of Buck Creek and Brannen's Bridge Rd., take Brannen's Bridge Rd. 3.4 miles to jct. of GA Hwy. 24, continue on Brannen's Bridge Rd. 5.3 miles to stop sign, turn left on Pine Grove Inn Rd. and go 6 miles; turn right on Sweetheart Rd., go 1.6 miles. Area is on right.

# 32 DIXON MEMORIAL WMA (36,100 ac.) 6

**Deer**—*Archery (Either Sex):* Sept. 10-Oct. 3, Oct. 9-20; Sign-In.

*Primitive Weapons (Either Sex):* Oct. 5-8; Check-In.

*Firearms (Buck Only):* Oct. 22-23, Oct. 29-Nov. 1, Nov. 23-29; Sign-In.

*Firearms (Either Sex):* Nov. 10-12; Check-In. Dec. 10-13, 17-20; Sign-In.

**Bear**—*Archery:* Sept. 22-24, Oct. 13-15; Sign-In.

*Primitive Weapons:* Oct. 6-8; Check-In.

*Firearms:* Nov. 10-12; Check-In. **Note:** Bears may not be taken on the Federal portion of Cowhouse Island.

**Turkey**—Mar. 25-May 15; Sign-In.

**Small Game & Furbearers**—Aug. 15-Oct. 3, Oct. 9-Nov. 8, Nov.13-Feb. 28. Feral hogs may be taken during small game dates after Oct. 31. Alligator hunting prohibited.

**DIRECTIONS FROM WAYCROSS:** Take US 1 south 6 miles to Hwy. 177, turn north and follow signs to check station.

# 33 DOERUN PITCHERPLANT BOG (600 ac.) 5

**Deer**—*Archery (Either Sex):* Nov. 1-Jan. 8; Sign-In.

**Quail**—Jan. 21-Feb. 4; Sign-In.

**SPECIAL REGULATIONS:** Doerun Pitcherplant Bog contains rare species and sensitive habitats. To protect these resources, vehicular access is limited to entrance road and parking area. No ATVs or horses are allowed.

**DIRECTIONS FROM DOERUN:** Take Hwy. 133 south two (2) miles; turn left at Natural Area sign.

# 34 DUKES CREEK/SMITHGALL CONSERVATION AREA (4,500 ac.) 2

**Deer & Bear**—*Archery (Quality Buck, Antlerless & Bear):* Oct. 6-8, 13-15; Quota 225; Check-In. Reserve Archery hunt days by telephone (706-878-3087) beginning Sept. 1.

*Adult/Child or Honorary License Holders (Either-sex & Bear):* Oct. 28-29; Quota 225; Check-In.

*Primitive Weapons (Quality Buck, Antlerless & Bear):* Nov. 9-12; Quota 225; Check-In.

*Firearms (Quality Buck, Antlerless & Bear):* Nov. 23-26, Dec. 7-10; Quota 225; Check-In.

**Turkey**—Mar. 25-26, Apr. 7-9, 21-23; Quota 20; Check-In.

**Small Game & Furbearers**— Sept. 15-16, Oct. 20-21, Nov. 4-5, 18-19, Jan. 6-7, 13-14, 20-21, 27-28, Feb. 3-4, 10-11. Hunting by reservation only; reserve small game hunt days beginning Sept. 1 and furbearer hunt days beginning Dec. 1 by calling 706/878-3087. Maximum 25 hunters per hunt period for small game. Maximum 10 hunters per hunt period for furbearers. Sign-In, Sign-Out.

**SPECIAL REGULATIONS**—Only bucks with 4 or more points (one inch or longer) on one side of the antlers are legal. Apply for Adult/Child and Honorary License Holder hunts by letter to Wildlife Resources Division, Game Management Section, 2150 Dawsonville Hwy., Gainesville, GA 30501.

**DIRECTIONS FROM HELEN:** Take Hwy. 75 north to Robertstown, turn left on Alt. GA 75; go 2.2 miles, turn left into Smithgall Woods at Stone Pillars; follow signs to check station.

# 35 ELBERT COUNTY WMA (2,500 ac.) 3

**Deer**—*Archery (Either-Sex):* Sept. 10-Oct. 14. Beverly Tract open for archery hunting only Sept. 10-Jan. 1.

*Primitive Weapons (Either Sex):* Oct. 15-21.

*Firearms (Either Sex):* Oct. 22-Jan. 1.

**Turkey**—Mar. 25-May 15.

**Small Game & Furbearers**—Aug. 15-Feb. 28. Furbearers may not be hunted during firearms deer season; furbearer dog training allowed (see page 17).

**SPECIAL REGULATIONS:** No camping allowed on Vaughter Tract. Sign-In required for deer & turkey only on Vaughter Tract.

**DIRECTIONS FROM ELBERTON:** This WMA consists of 5 separate tracts in Elbert Co. **Beverly Tract:** Take GA Hwy 72 east 5 miles; turn north on Pearl Mill Rd.; go 1.5 miles to area. **Elbert Tract:** Take GA Hwy 72 east 10 miles to Bobby Brown State Park Rd.; turn south, area is east of road. **Heardmont Tract:** Take GA Hwy 72 east 5 miles; turn north on Pearl Mill Rd.; bear right on Heardmont Rd.; turn right on Johnsontown Rd.; follow to area. **Pickens Tract:**

Take GA Hwy 77 north 1.5 miles; turn right on Ruckersville Rd.; go 10 miles; turn right on Turner Hill Rd.; continue to entrance sign. **Vaughter Tract:** Take GA Hwy 77 north 3 miles and veer right onto Hwy 368; go 3 miles to Harmony Rd.; turn left and continue to entrance sign on right.

# 36 ELMODEL WMA (1,600 ac.) 5

**Deer**—*Archery (Either Sex):* Sept. 10-Jan. 15; Sign-In.

**Turkey**—Mar. 25-May 15; Sign-In.

**Small Game**—Aug. 15-Feb. 28. No furbearer season.

**Dove**—Sept. 3, 10, 17, Oct. 1-10, Nov. 24-Jan. 7.

**Feral Hog**- See page 17. *Special hunts:* Aug. 6-7, Mar. 4-5, May 27-28, June 17-18, July 8-9; Blaze orange required; No dogs allowed.

**DIRECTIONS FROM NEWTON:** Take Hwy. 37 north 8 miles; turn left on Power Dam Rd.; area is on right.

# 37 FISHING CREEK WMA (2,900 ac.) 3

**Deer**—*Archery (Either Sex):* Sept. 10-Oct. 14; Sign-In.

*Primitive Weapons (Either Sex):* Oct. 15-21; Sign-In.

*Firearms (Either Sex):* Oct. 22-Jan. 1; Sign-In.

**Turkey**—Mar. 25-May 15; Sign-In.

**Small Game & Furbearers**—Aug. 15-Feb. 28. Furbearers may not be hunted during firearms deer hunts; furbearer dog training allowed (see page 17).

**Waterfowl**—Wed. & Sat. only during State Season on waterfowl impoundments; Shooting hours until 12:00 noon.

**DIRECTIONS FROM WASHINGTON:** Take Hwy. 44 East 12.8 miles to O'Hara-Standard Rd.; turn right; at end turn left on Jones Chapel and continue to area.

**DIRECTIONS TO WATERFOWL AREA FROM LINCOLNTON:** Take Hwy. 79 eight miles to Midway Church Rd. and turn left. Go 1.5 miles to sign on right.

# 38 FLINT RIVER WMA (2,300 ac.) 5

**Deer**—*Archery (Quality Buck & Antlerless):* Sept. 10-Oct. 14, Nov. 26-Dec. 11; Sign-In.

*Firearms (Quality Buck & Antlerless), Wheelchair Hunters Only:* Oct. 21-22; Sign-In.

*Firearms (Quality Buck & Antlerless Last Day):* Nov. 3-5, 17-19; Quota 35; Check-In.

**Turkey**—Mar. 25-May 15; Sign-In.

**Small Game & Furbearers**—Aug. 15-Sept. 9, Oct. 15-19, Oct. 23-Nov. 1, Nov. 6-15, Nov. 20-25, Dec. 12-Feb. 28.

**Dove**—Sept. 3, 10, 17, Nov. 24-25, Dec. 12-Jan. 7.

**Feral Hog**- See page 17. *Special hunts:* Aug. 3-6, Mar. 1-4, 8-11, June 21-24, July 8-9; blaze orange required; no dogs allowed.

REGION 6 BEAR SEASON SUMMARY

| YEAR | DIXON WMA | SURVEYOR'S CREEK WMA | CHARLTON CLINCH ECHOLS | CHARLTON CLINCH ECHOLS WARE | BRANTLEY CHARLTON CLINCH ECHOLS WARE |
|---|---|---|---|---|---|
| 1981-82 | NOV 5-7 | | | | |
| 1982-83 | NOV 4-6 | | | | |
| 1983-84 | | | OCT 14-15 | | |
| 1984-85 | | | | OCT 5-6 OCT 12-13 | |
| 1985-86 | DEC 21 | | | OCT 4-5 OCT 11-12 | |
| 1986-87 | NOV 1 | | | | OCT 9-11 OCT 16-18 |
| 1987-88 | OCT 28-30 | | | | OCT 8-10 OCT 15-17 |
| 1988-89 | OCT 26-29 | | | | SEP 23-24 OCT 7-8 OCT 14-15 |
| 1989-90 | OCT 26-29 | | | | SEP 22-23 OCT 6-7 OCT 13-14 |
| 1990-91 | | | | | SEP 28-29 OCT 5-6 OCT 12-13 |
| 1991-92 | | NOV 14-17 | | | SEP 27-28 OCT 4-5 OCT 11-12 |
| 1992-93 | | NOV 5-8 | | | SEP 25-26 OCT 2-3 OCT 9-10 |
| 1993-94 | | OCT 28-31 | | | SEP 24-25 OCT 1-2 OCT 8-9 |
| 1994-95 | | SEP 23-24 OCT 7-8 OCT 14-15 | | | SEP 23-24 OCT 7-8 OCT 14-15 |
| 1995-96 | | NO LONGER IN WMA SYSTEM | | | SEP 22-23 OCT 6-7 OCT 13-14 |
| 1996-97 | | | | | SEP 27-28 OCT 4-5 OCT 11-12 |
| 1997-98 | | | | | SEP 26-27 OCT 3-4 OCT 10-11 |
| 1998-99 | DEC 3-5 (Firearms) | | | | SEP 25-26 OCT 2-3 OCT 9-10 |
| 1999-00 | OCT 1-2 (Archery) NOV 18-20 (Firearms) | | | | SEP 24-25 OCT 1-2 OCT 8-9 |
| 2000-01 | OCT 13-14 (Archery) NOV 16-18 (Firearms) | | | | SEP 22-23 OCT 6-7 OCT 13-14 |
| 2001-02 | Sep 28-29 (Archery) Oct 5-6 (P.W.) Oct 12-13 (Archery) Nov 15-17 (Firearms) | | | | Sep 28-29 Oct 5-6 Oct 12-13 |

**ATTACHMENT 3**

| 2003-04 | Sep 26-27 (Archery)<br>Oct 3-4 (P.W.)<br>Oct 10-11 (Archery)<br>Nov 13-15 (Firearms) | | | | Sep 26-27<br>Oct 3-4<br>Oct 10-11 |
|---------|---|---|---|---|---|
| 2004-05 | Sep 24-25 (Archery)<br>Oct 1-2 (P.W.)<br>Oct 8-9 (Archery)<br>Nov 11-13 (Firearms) | | | | Sep 24-25<br>Oct 1-2<br>Oct 8-9 |
| 2005-06 | Sep 22-24 (Archery)<br>Oct 6-8 (P.W.)<br>Oct 13-15 (Archery)<br>Nov 10-12 (Firearms) | | | | Sep 22-24<br>Oct 6-8<br>Oct 13-15 |
| 2006-07 | Sep 28-30 (Archery)<br>Oct 5-7 (P.W.)<br>Oct 12-14 (Archery)<br>Nov 9-11 (Firearms) | | | | Sep 28-30<br>Oct 5-7<br>Oct 12-14 |

# BEAR HUNT SUMMARY: REGION 6

NS = NO SEASON
NLA = NO LONGER A WMA

Bear Hunt Summary table for Region 6, organized by county (BRANTLEY, CHARLTON, CLINCH, ECHOLS, WARE, DIXON WMA, S. CREEK WMA) with ANNUAL TOTAL and SUM TOTAL rows, showing Male (M), Female (F), and Total (T) harvest figures for each year from 1981 through 2010, plus 25-YEAR TOTAL, 20-YEAR TOTAL, and 10-YR TOTAL columns.