IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 06-cv-00180 (HKK) |
| v. | ) |
| | ) |
| GALE NORTON, et al. | ) |
| | ) |
| Defendants, | ) |
| | ) |
| SAFARI CLUB INTERNATIONAL, | ) |
| SAFARI CLUB INTERNATIONAL | ) |
| FOUNDATION | ) |
| | ) |
| Defendant-Intervenor Applicants. | ) |
| | ) |

## DECLARATION OF LEE DAVENPORT

I, Lee Davenport, do upon personal knowledge declare as follows:

1. I am a resident of St. Simons Island, Georgia.

2. I am a member of the Georgia and national Chapters of Safari Club International and have been a member for approximately 5 years.

3. I have been a sportsman and hunter for over 25 years.

4. I have hunted the following species, among others: Deer, Elk, Antelope, and Bear. I have hunted in Georgia, Florida, other states in the United States, and in other places around the world. I hunt about 15 times a year.

5. I have hunted the Florida Black Bear in southern Georgia for three out of the past four seasons.

6. I have definite plans to hunt the Florida Black Bear in southern Georgia in the Fall of 2006. I currently have the necessary licenses to hunt the species and will renew my license around July 5, 2006 (they are good for one year). I have or intend to acquire all the necessary equipment for the hunt. I plan on hunting all three of the weekends, or until I take the one bear limit. I plan on hunting in Charleton

**EXHIBIT 3**

    County, in an area near but outside the Okefenokee National Wildlife Refuge. This area is about 45 miles from my home. I intend to do scouting in advance of the open seasons and may hire an outfitter or guide to assist me.

7. Although it is hard to plan 18 months in advance, I currently plan on hunting Florida Black Bear in southern Georgia in the Fall of 2007.

8. If Plaintiffs in this litigation succeed in forcing the United States Fish and Wildlife Service to list the Florida Black Bear under the Endangered Species Act, I understand that I will lose the opportunity to hunt the species in Georgia and to hunt the species in Florida if the State were to reinstate a season.

9. I submit this declaration in support of Safari Club International and Safari Club International Foundation's motion to intervene as Defendant-Intervenors in this action.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

    Executed this 22nd day of March, 2006.

By: _____
Lee Davenport

2