IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 06-cv-00180 (HKK) |
| v. | ) |
| | ) |
| GALE NORTON, et al. | ) |
| | ) |
| Defendants, | ) |
| | ) |
| SAFARI CLUB INTERNATIONAL, | ) |
| SAFARI CLUB INTERNATIONAL | ) |
| FOUNDATION | ) |
| | ) |
| Defendant-Intervenor | ) |
| Applicants. | ) |
| | ) |

## DECLARATION OF LAMAR WILLIAM MONTS DE OCA

I, Lamar William Monts de Oca, do upon personal knowledge declare as follows:

1. I am a resident of Bartow, Florida.

2. I am a member of the Greater Tampa Bay Area Chapter of Safari Club International and have been a member for approximately 2 years.

3. I have been a sportsman and hunter for over 40 years.

4. I was a reserve wildlife officer for the Florida Fish and Game Commission from 1980-1982.

5. I have hunted the following species, among others: deer, bear, and bird species. I have hunted in Georgia, Florida, and other states in the United States. This year I intend to hunt in Argentina. I hunt about 20-25 times a year.

6. I have hunted the Florida Black Bear in southern Georgia for the past 2 seasons. In the 1970s, I hunted the Florida Black Bear in Florida.

7. I have definite plans to hunt the Florida Black Bear in southern Georgia in the Fall of 2006. I currently have the necessary licenses to hunt the species and will renew

**EXHIBIT 4**

my licenses around September 29, 2006 (they are good for one year). I have or intend to acquire all the necessary equipment for the hunt. I plan on hunting each of the three weekends of the season, or until I take the one bear limit.

8. I am a member of the Bear Run Hunt Club, which has about 14 members. Each year, including this year, we lease about 5,000 acres of land owned by a timber company for the purpose of establishing a camp to hunt the Florida Black Bear. The leased area is near, but outside, the Okefenokee National Wildlife Refuge, in a county in which the State of Georgia allows the hunting of Florida Black Bear. My son intends to hunt with me this year.

9. Although it is hard to plan 18 months in advance, I currently plan on hunting Florida Black Bear in southern Georgia in the Fall of 2007.

10. If Plaintiffs in this litigation succeed in forcing the United States Fish and Wildlife Service to list the Florida Black Bear under the Endangered Species Act, I understand that I will lose the opportunity to hunt the species in Georgia and to hunt the species in Florida if the State were to reinstate a season.

11. I submit this declaration in support of Safari Club International and Safari Club International Foundation's motion to intervene as Defendant-Intervenors in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

Executed this 28th day of March, 2006.

By: _____
Lamar William Monts de Oca

2