IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 06-cv-00180 (HKK) |
| v. | ) |
| | ) |
| GALE NORTON, et al. | ) |
| | ) |
| Defendants, | ) |
| | ) |
| SAFARI CLUB INTERNATIONAL, | ) |
| SAFARI CLUB INTERNATIONAL | ) |
| FOUNDATION | ) |
| | ) |
| Defendant-Intervenor | ) |
| Applicants. | ) |
| | ) |

## DECLARATION OF RANDAL MORRIS

I, Randal Morris, do upon personal knowledge declare as follows:

1. I am a resident of White Oak, Georgia.

2. I am a member of the Georgia chapter of Safari Club International and have been a member for approximately three years.

3. I have been a sportsman and hunter for over 35 years.

4. I have hunted the following species, among others: Deer, Hog, Turkey, Bear, and bird species. I have hunted in Georgia, Florida, other states in the United States, and in other places around the world. I hunt about 40-50 times a year.

5. I have hunted the Florida Black Bear in southern Georgia for the past couple of seasons.

6. I have definite plans to hunt the Florida Black Bear in southern Georgia in the Fall of 2006. I currently have lifetime Georgia general hunting license and big and small game licenses. I have or intend to acquire all the necessary equipment for the hunt. I plan on hunting two or three of the weekends, or until I take the one bear limit. I plan on hunting on private lands near but outside the Okefenokee

**EXHIBIT 5**

Case 1:06-cv-00180-HHK    Document 7-6    Filed 03/31/2006    Page 2 of 2

National Wildlife Refuge in a county in which the State of Georgia allows the hunting of Florida Black Bear. The area is about 30 miles from my home.

7. Although it is hard to plan 18 months in advance, I currently plan on hunting Florida Black Bear in southern Georgia in the Fall of 2007.

8. If Plaintiffs in this litigation succeed in forcing the United States Fish and Wildlife Service to list the Florida Black Bear under the Endangered Species Act, I understand that I will lose the opportunity to hunt the species in Georgia and to hunt the species in Florida if the State were to reinstate a season.

9. I submit this declaration in support of Safari Club International and Safari Club International Foundation's motion to intervene as Defendant-Intervenors in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

Executed this 27th day of March, 2006.

By: _____
Randal Morris

2