## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DEFENDERS OF WILDLIFE, et al.    )
    )
    Plaintiffs,    )
    )  Case No. 06-cv-00180 (HKK)
    .v.    )
    )
GALE NORTON, et al.    )
    )
    Defendants,    )
    )
SAFARI CLUB INTERNATIONAL,    )
SAFARI CLUB INTERNATIONAL    )
FOUNDATION    )
    )
    Defendant-Intervenor    )
    Applicants.    )
    )

## DECLARATION OF JAMES PETRINA

I, James Petrina, do upon personal knowledge declare as follows:

1.  I am a resident of Plant City, Florida.

2.  I am a member of the Greater Tampa Bay Area Chapter of Safari Club International and have been a member for approximately 8 years.

3.  I have been a sportsman and hunter for over 38 years.

4.  I have hunted the following species, among others: deer, hog, bear, and turkey. I have hunted in Georgia, Florida, other states in the United States, and in other places around the world. I hunt about 25 times a year.

5.  I have hunted the Florida Black Bear in southern Georgia for the past 3 seasons.

6.  I have definite plans to hunt the Florida Black Bear in southern Georgia in the Fall of 2006. I currently have the necessary licenses to hunt the species and will renew my license around September 3, 2006 (they are good for one year). I have or intend to acquire all the necessary equipment for the hunt. I plan on hunting two or three of the three weekends of the season, or until I take the one bear limit.

**EXHIBIT 6**

7.  I am the President of the Bear Run Hunt Club, which has about 14 members. Each year, including this year, we lease about 5,000 acres of land owned by a timber company for the purpose of establishing a camp to hunt the Florida Black Bear. The leased area is near, but outside, the Okefenokee National Wildlife Refuge, in a county in which the State of Georgia allows the hunting of Florida Black Bear. Members of my family intend to hunt with me this year.

8.  Although it is hard to plan 18 months in advance, I currently plan on hunting Florida Black Bear in southern Georgia in the Fall of 2007.

9.  If Plaintiffs in this litigation succeed in forcing the United States Fish and Wildlife Service to list the Florida Black Bear under the Endangered Species Act, I understand that I will lose the opportunity to hunt the species in Georgia and to hunt the species in Florida if the State were to reinstate a season.

10. I submit this declaration in support of Safari Club International and Safari Club International Foundation's motion to intervene as Defendant-Intervenors in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

Executed this 28th day of March, 2006.

By: _____
James Petrina