IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 06-cv-00180 (HKK) |
| v. ) | |
| ) | |
| GALE NORTON, et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL, ) | |
| SAFARI CLUB INTERNATIONAL ) | |
| FOUNDATION ) | |
| ) | |
| Defendant-Intervenor ) | |
| Applicants. ) | |
| ) | |

**DECLARATION OF ROBIN THIGPEN**

I, Robin Thigpen, do upon personal knowledge declare as follows:

1. I am a resident of Yulee, Florida.

2. I am a member of the North Florida Chapter of Safari Club International and have been a member for approximately three years.

3. I have been a sportsman and hunter for over 32 years.

4. I have hunted the following species, among others: Deer, Elk, Moose, Bear, Hogs, and bird species. I have hunted in Georgia, Florida, other states in the United States, and in other places around the world. I hunt about 90 times a year.

5. Although I have not hunted the Florida Black Bear in southern Georgia in the past, I have definite plans to hunt the Florida Black Bear in the Fall of 2006. I currently have the necessary licenses to hunt the species and will renew my licenses around March 2006 (they are good for one year). I have or intend to acquire all the necessary equipment for the hunt. I plan on hunting one or two of the three weekends, or until I take the one bear limit.

**EXHIBIT 7**

6. I intend to hunt with others who have a lease on about 2,300 acres of private land in southern Georgia near but outside the Okefenokee National Wildlife Refuge in a county in which the State allows the hunting of Florida Black Bear.

7. Although it is hard to plan 18 months in advance, I currently plan on hunting Florida Black Bear in southern Georgia in the Fall of 2007.

8. If Plaintiffs in this litigation succeed in forcing the United States Fish and Wildlife Service to list the Florida Black Bear under the Endangered Species Act, I understand that I will lose the opportunity to hunt the species in Georgia and to hunt the species in Florida if the State were to reinstate a season.

9. I submit this declaration in support of Safari Club International and Safari Club International Foundation's motion to intervene as Defendant-Intervenors in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

Executed this 27 day of March, 2006.

By: _____
Robin Thigpen

2