IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GALE NORTON, et al.<br><br>Defendants,<br><br>SAFARI CLUB INTERNATIONAL,<br>SAFARI CLUB INTERNATIONAL<br>FOUNDATION<br><br>Defendant-Intervenor<br>Applicants. | Case No. 06-cv-00180 (HHK) |

**ORDER**

Upon consideration of the Motion to Intervene filed by Safari Club International and Safari Club International Foundation, the opposition to it, and the papers in this case, it is hereby,

ORDERED that Safari Club International and Safari Club International Foundation's Motion to Intervene as a defendant is granted.

Dated this _____ day of _____, 2006.

_____
U.S. District Court Judge

Copies to:
  Douglas S. Burdin
  SAFARI CLUB INTERNATIONAL
  501 2nd Street N.E.
  Washington, D. C. 20002

Courtney Taylor
U.S. Department of Justice
Wildlife and Marine Resources Section
P.O. Box 7369
Washington D.C. 20044-7369

Brian Paul Segee
DEFENDERS OF WILDLIFE
1130 17th Street, NW
Washington, DC 20036

Eric Robert Glitzenstein
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, NW
Washington, DC 20009