CO-386-online
10/03

# United States District Court
# For the District of Columbia

Defenders of Wildlife, et al.   )
                                )
                                )
             Plaintiff          )   Civil Action No. 06-cv-00180 (HHK)
    vs                          )
Gale Norton, et al.             )
                                )
                                )
             Defendant          )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Safari Club International__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Safari Club International__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Douglas S. Burdin*
Signature

434107
BAR IDENTIFICATION NO.

Douglas S. Burdin
Print Name

501 2nd St., NE
Address

Washington D.C.   20002
City    State    Zip Code

202-543-8733
Phone Number