CO-386-online
10/03

# United States District Court
# For the District of Columbia

Defenders of Wildlife, et al.  )
)
)
)
    vs    Plaintiff  )  Civil Action No. __06-cv-00180 (HHK)__
)
Gale Norton, et al.  )
)
)
        Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Safari Club International Foundation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Safari Club International Foundation__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Douglas S. Burdin_ (signature)
Signature

434107
BAR IDENTIFICATION NO.

Douglas S. Burdin
Print Name

501 2nd St., NE
Address

Washington D.C.   20002
City        State        Zip Code

202-543-8733
Phone Number