IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 06-cv-00180 (HHK) |
| v. ) | |
| ) | |
| GALE NORTON, et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL, ) | |
| SAFARI CLUB INTERNATIONAL ) | |
| FOUNDATION ) | |
| ) | |
| Defendant-Intervenor ) | |
| Applicants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I certify that the foregoing Motion of Safari Club International and Safari Club International Foundation to Intervene and Memorandum of Law in Support, [proposed] Order, L.Cv.R 7.1 Certificate of Safari Club International, L.Cv.R 7.1 Certificate of Safari Club International Foundation, and Proposed Answer, will be served via U.S. Mail, postage prepaid, this 31st day of March, 2006 to the following:

    Courtney Taylor
    U.S. Department of Justice
    Wildlife and Marine Resources Section
    P.O. Box 7369
    Washington D.C. 20044-7369

    Brian Paul Segee
    DEFENDERS OF WILDLIFE
    1130 17th Street, NW
    Washington, DC 20036

Eric Robert Glitzenstein
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, NW
Washington, DC 20009

_____
Douglas S. Burdin

2