UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
DEFENDERS OF WILDLIFE, et al.      )
                                   )
        Plaintiffs,                )
                                   )   No. 06-CV-00180 (HHK)
            v.                     )
                                   )
GALE NORTON, et al.                )
                                   )
        Defendants.                )
                                   )
                                   )
                                   )
_____)
```

**PROPOSED ORDER**

Upon consideration of Safari Club International's, et al.'s ("Safari Club's"), Motion to Intervene, the Plaintiffs Defenders of Wildlife, et al.'s, Response thereto, and the entire record herein, the Court hereby grants Safari Club's Motion to Intervene pursuant to Federal Rule 24(b)(2), and denies Safari Club's Motion to Intervene pursuant to Federal Rule 24(a)(2).

_____
U.S. District Court Judge
Henry H. Kennedy, Jr.