IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GALE NORTON, et al. ) <br> ) <br> Defendants, ) <br> ) <br> SAFARI CLUB INTERNATIONAL, et ) <br> al. ) <br> Defendant-Intervenor ) <br> Applicants. ) <br> _____ ) | Case No. 06-cv-00180 (HHK) |

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing Reply of Safari Club International and Safari Club International Foundation to Opposition to Motion to Intervene to be served via U.S. Mail, postage prepaid, this 24th day of April, 2006 to the following:

Courtney Taylor
U.S. Department of Justice
Wildlife and Marine Resources Section
P.O. Box 7369
Washington D.C. 20044-7369

Brian Paul Segee
DEFENDERS OF WILDLIFE
1130 17th Street, NW
Washington, DC 20036

Eric Robert Glitzenstein
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, NW
Washington, DC 20009

*Douglas S. Burdin*

_____
Douglas S. Burdin