IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 06-cv-00180 (HHK) |
| v. ) | |
| ) | |
| P. LYNN SCARLETT[1], et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL ) | |
| 4800 West Gates Pass Road ) | |
| Tucson, Arizona 85745 ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL ) | |
| FOUNDATION ) | |
| 4800 West Gates Pass Road ) | |
| Tucson, Arizona 85745 ) | |
| ) | |
| and ) | |
| ) | |
| THE U.S. SPORTSMEN'S ALLIANCE ) | |
| FOUNDATION ) | |
| 801 Kingsmill Parkway ) | |
| Columbus, Ohio 43229 ) | |
| ) | |
| CENTRAL FLORIDA BEAR ) | |
| HUNTERS ASSOCIATION ) | |
| P.O. Box 344 ) | |
| Seville, Florida 32190 ) | |
| ) | |
| Defendant-Intervenor ) | |
| Applicants. ) | |
| ) | |

THE U.S. SPORTSMEN'S ALLIANCE FOUNDATION AND CENTRAL
FLORIDA BEAR HUNTERS ASSOCIATION'S MOTION TO JOIN SAFARI
CLUB INTERNATIONAL AND SAFARI CLUB INTERNATIONAL
FOUNDATION AS DEFENDANT - INTERVENORS

---

[1] Substituted automatically pursuant to Fed. R. Civ. P. 25(d)(1).

1

The U.S. Sportsmen's Alliance Foundation ("USSAF") and Central Florida Bear Hunters Association ("CFBHA") move to join Defendant-Intervenor Applicants Safari Club International and Safari Club International Foundation (collectively "SCI") in their Motion to Intervene in the present case. Instead of repeating the arguments on the requirements for the intervention, USSAF and CFBHA incorporate by reference the motion and the reply filed by SCI, except that USSAF and CFBHA will offer evidence of their own interests for participating in this case. USSAF and CFBHA submit an accompanying Memorandum of Points and Authorities in support of this motion, and attach a Proposed Order.[2]

If this Court grants this Motion and the combined Defendant–Intervenor applicants' Motion to Intervene, the combined group will file joint briefs and otherwise litigate as a single group. Therefore, granting this motion will not delay the proceeding in this case or prejudice any existing party. SCI fully supports this motion.[3]

Pursuant to L.Cv.R 7.1(m), before filing this Motion, counsel for USSAF and CFBHA discussed this motion with counsel for both Plaintiffs and Defendants. Plaintiffs' counsel states that Plaintiffs take no position until they have an opportunity to review this motion. Federal Defendants' counsel states that Federal Defendants take no position on the motion to join the Defendant-Intervenors.

---

[2] USSAF and CFBHA also incorporate by reference the Answer SCI lodged with this Court as part of its motion to intervene and asks this Court to deem this Answer to be filed on behalf of USSAF and CFBHA upon granting the combined group's motion to intervene.

[3] USSAF and SCI have participated as Defendant-Intervenors and filed joint briefs in other cases before this Court. See, e.g., Fund for Animals v. Hall, Case No. 03-677 RMU (D.D.C.); Fund for Animals v. Norton, 295 F. Supp. 2d 1 (D.D.C. 2003).

WHEREFORE, Defendant-Intervenor Applicants USSAF and CFBHA respectfully request that this Court grant this Motion to Join SCI as Defendant-Intervenors.

Respectfully submitted this 4th day of May, 2006,

*Yuliya Andresyuk with consent for*
WILLIAM HORN, D.C. BAR #375666
Birch, Horton, Bittner & Cherot
1155 Connecticut Avenue, NW
Washington, DC 20036
(202) 659-5800
whorn@dc.bhb.com
Counsel for Defendant-Intervenor Applicants The United States Sportsmen's Alliance Foundation and Central Florida Bear Hunters Association

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 06-cv-00180 (HHK) |
| v. | ) |
| | ) |
| P. LYNN SCARLETT[4], et al. | ) |
| | ) |
| Defendants, | ) |
| | ) |
| SAFARI CLUB INTERNATIONAL | ) |
| 4800 West Gates Pass Road | ) |
| Tucson, Arizona 85745 | ) |
| | ) |
| SAFARI CLUB INTERNATIONAL | ) |
| FOUNDATION | ) |
| 4800 West Gates Pass Road | ) |
| Tucson, Arizona 85745 | ) |
| | ) |
| and | ) |
| | ) |
| THE U.S. SPORTSMEN'S ALLIANCE | ) |
| FOUNDATION | ) |
| 801 Kingsmill Parkway | ) |
| Columbus, Ohio 43229 | ) |
| | ) |
| CENTRAL FLORIDA BEAR | ) |
| HUNTERS ASSOCIATION | ) |
| P.O. Box 344 | ) |
| Seville, Florida 32190 | ) |
| | ) |
| Defendant-Intervenor Applicants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE U.S. SPORTSMEN'S ALLIANCE FOUNDATION AND CENTRAL FLORIDA BEAR HUNTERS ASSOCIATION'S MOTION TO JOIN SAFARI CLUB INTERNATIONAL AND SAFARI CLUB INTERNATIONAL FOUNDATION AS DEFENDANT-INTERVENORS**

---

[4] Substituted automatically pursuant to Fed. R. Civ. P. 25(d)(1).

4

**Introduction**

Plaintiffs Defenders of Wildlife, Fund for Animals, Sierra Club and a group of individuals filed this lawsuit seeking to force the U.S. Fish and Wildlife Services ("FWS") to list the Florida Black Bear as threatened or endangered under the Endangered Species Act, 16 U.S.C. §§ 1531-44 ("ESA"). Safari Club International and Safari Club International Foundation (collectively "SCI") moved to intervene in the litigation on March 31, 2006, and briefing on that motion is complete. At the time of filing of this motion, this Court has not ruled on SCI's Motion to Intervene.

USSAF and CFBHA and their members have an interest in preserving the hunting opportunities of the Florida Black Bear and protecting wildlife. Therefore, they seek to join SCI's motion to intervene in the present case. USSAF and CFBHA, instead of filing their own complete motion to intervene, request leave to join with SCI in its pending motion and, if that motion is granted, in the filing of documents and in the presentation of argument before this Court.

**Intervenors**

The U.S. Sportsmen's Alliance Foundation

Headquartered in Columbus, Ohio, The U.S. Sportsmen's Alliance Foundation is a national non-profit section 501(c)(3) organization dedicated to protecting the heritage of America's sportsmen and sportswomen to hunt, fish, and trap. USSAF represents approximately 1.5 million members in 1,300 affiliated conservation organizations, and has members and affiliates in Florida and surrounding states. Many members of USSAF have a strong interest in hunting the Florida Black Bear. USSAF achieves its mission

through, among other things, public education, issue research, legal proceedings and political activities. USSAF and its members have a longstanding interest in preserving legal hunting activities and the continued viability of state authorized hunting opportunities. Plaintiffs' success in this litigation could pose a direct threat to the ability of USSAF's members to enjoy a highly valued Florida Black Bear hunting therefore harming USSAF and its members.[5]

Central Florida Bear Hunting Association

Central Florida Bear Hunting Association ("CFBHA") is a national non-profit section 501(c)(3) organization with 1,000 members throughout Florida, Georgia, and the surrounding states. CFBHA is an affiliate of the U.S. Sportsmen's Alliance. CFBHA dedicates its efforts to protecting and promoting the rights of America's sportsmen and sportswomen to hunt bear in the State of Florida, and is also interested in protecting their right to hunt bear in the neighboring State of Georgia. CFBHA achieves its mission through legislative and political activities, public education, issue research, and participation in legal proceedings that affect hunting.

CFBHA and its members have a longstanding interest in promoting the right to hunt bear in accordance with traditional wildlife management. If Plaintiffs are successful in this lawsuit, the relief would effectively end Florida Black Bear hunting in the State of Georgia and preclude the State of Florida from opening hunting seasons in the future, which will irreparably harm the CFBHA and its members.[6]

---

[5] Exhibit 1, Rick Story Declaration.
[6] Exhibit 2, Brad McNaughton Declaration.

**Discussion**

Defendant-Intervenor Applicants USSAF and CFBHA do not wish to file unnecessarily repetitive intervention papers in the present action. Instead, they seek to join SCI in its motion to intervene and incorporate the arguments on requirements for intervention in SCI's Motion to Intervene and Reply; specifically, the arguments involving timeliness[7], impairment of interest, inadequate representation, standing, and permissive intervention. USSAF and CFBHA will address their and their members' interests for participating in this lawsuit in this motion, to the extent that they differ from those of the SCI.

Like SCI and SCIF, USSAF and CFBHA and their members devote themselves to protecting hunting opportunities and promoting traditional wildlife management through education, protection, and advocacy. By joining as Defendant-Intervenors, USSAF and CFBHA can provide valuable insight on the harm to members of the hunting community and the public interests that would be affected by the relief Plaintiffs seek. Members of USSAF and CFBHA regularly hunt and have definite plans to hunt Florida Black Bear in Southern Georgia during the upcoming season and the following seasons. Additionally, the members of USSAF and CFBHA have a strong interest in hunting Florida Black Bear in Florida should the state reinstate the hunting season.[8] Furthermore, Central Florida Bear Hunters Association will be able to offer significant in-depth insight on behalf of the bear hunters in the State of Florida and the surrounding states due to the fact that its interests are limited to and focused on issues and species in Florida and nearby States, in particular the Florida Black Bear. Through intervention in the present case, USSAF and

---

[7] USSAF and CFBHA file this motion only a few weeks after SCI's motion, in which time nothing of substance occurred other than Federal Defendants' filing an Answer on April 3, 2006.
[8] Exhibit 3, Mark Roden Declaration; Exhibit 4, Brad McNaughton Declaration.

CFBHA wish to protect valuable hunting opportunities that many of their members stand to lose should the Plaintiffs obtain the remedies that they seek.

**Conclusion**

By joining together, USSAF, CFBHA, and SCI will be able to represent the interests of a larger number of persons whose interests are directly affected by the Plaintiffs' claims. There are no sound grounds to permit the parties seeking greater regulation to participate while excluding the parties being regulated. In addition, as the joint group will file joint briefs and otherwise litigate as one group (much as Plaintiffs are doing), no party will suffer prejudice by allowing USSAF and CFBHA to join the pending Motion to Intervene. For all these reasons, USSAF and CFBHA respectfully ask this Court to grant their Motion to Join the pending Motion to Intervene filed by SCI, and deem the Answer SCI lodged with this Court to also be filed on behalf of USSAF and CFBHA also upon granting of the joint motion to intervene.

Respectfully submitted this 4th day of May, 2006,

*Yuliya Andresyuk with consent for*
WILLIAM HORN, D.C. BAR #375666
Birch, Horton, Bittner & Cherot
1155 Connecticut Avenue, NW
Washington, DC 20036
(202) 659-5800
whorn@dc.bhb.com

Counsel for Defendant-Intervenor Applicants The United States Sportsmen's Alliance Foundation and Central Florida Bear Hunters Association