# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENDERS OF WILDLIFE, et al.    )
                                 )
              Plaintiffs,        )
                                 )   Case No. 06-cv-00180 (HKK)
          v.                     )
                                 )
GALE NORTON, et al.              )
                                 )
              Defendants,        )
                                 )
SAFARI CLUB INTERNATIONAL,       )
SAFARI CLUB INTERNATIONAL        )
FOUNDATION                       )
                                 )
and                              )
                                 )
THE U.S. SPORTSMEN'S ALLIANCE    )
FOUNDATION,                      )
CENTRAL FLORIDA BEAR             )
HUNTERS ASSOCIATION              )
                                 )
      Defendant-Intervenor       )
          Applicants.            )
                                 )

## DECLARATION OF RICK STORY

I, Rick Story, being duly sworn according to law, upon my oath, depose and say:

1. I am Vice-President of the U.S. Sportsmen's Alliance Foundation ("USSAF") headquartered in Columbus, Ohio.
2. The USSAF is a national non-profit section 501(c)(3) organization dedicated to protecting the heritage of America's sportsmen and sportswomen to hunt, fish, and trap.
3. The U.S. Sportsmen's Alliance has approximately 1.5 million members in approximately 1,300 affiliated conservation organizations. Many of its members have a significant interest in hunting the Florida Black Bear in Florida and Georgia.
4. The USSAF achieves its mission through, among other things, public education, issue research, and participation in legal proceedings that affect hunting and wildlife management. USSAF's parallel entity, the U.S. Sportsmen's Alliance

("USSA") participates in legislative and political activities related to the same issues.

5. The USSAF is concerned that the Plaintiffs' success in this litigation could pose a direct threat to the ability of its members to enjoy a highly valued Florida Black Bear Hunting.

6. I submit this declaration in support of the U.S. Sportsmen's Alliance Foundation and Central Florida Bear Hunters Association's Motion to Join as Defendant-Intervenors in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

Executed this 3rd day of May, 2006.

By: _____
Rick Story