# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 06-cv-00180 (HKK) |
| v. ) | |
| ) | |
| GALE NORTON, et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL, ) | |
| SAFARI CLUB INTERNATIONAL ) | |
| FOUNDATION ) | |
| ) | |
| and ) | |
| ) | |
| THE U.S. SPORTSMEN'S ALLIANCE ) | |
| FOUNDATION, ) | |
| CENTRAL FLORIDA BEAR ) | |
| HUNTERS ASSOCIATION ) | |
| ) | |
| Defendant-Intervenor ) | |
| Applicants. ) | |

## DECLARATION OF BRAD MCNAUGHTON

I, Brad McNaughton, do upon personal knowledge declare as follows:

1. I am the President of the Central Florida Bear Hunters Association ("CFBHA") headquartered in Seville, Florida.

2. The CFBHA is a national non-profit section 501(c)(3) organization dedicated to protecting and promoting the rights of America's sportsmen and sportswomen to hunt bear in the State of Florida and neighboring Georgia. The CFBHA is affiliated with the U.S. Sportsmen's Alliance.

3. The CFBHA represents approximately 1,000 members. The CFBHA has members in Florida, Georgia and the surrounding states, who have.

4. The CFBHA achieves its mission through, among other things, advocacy of the rights of hunters, public education, issue research, and participation in legal proceedings that affect hunting.

5. The CFBHA and its members have a longstanding interest in promoting the realization of the right to development of hunting, traditional wildlife management, and recognition of state primacy in the regulated taking of resident species of fish and game.

6. The CFBHA is concerned that the Plaintiffs' success in this litigation could pose a direct threat to the ability of its members to enjoy a highly valued Florida Black Bear Hunting.

7. I submit this declaration on behalf of the CFBHA in support of the Motion to Join as Defendant - Intervenors in the above-captioned case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

Executed this 3rd day of May, 2006.

By: _____
Brad McNaughton

2