# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 06-cv-00180 (HKK) |
| v. ) | |
| ) | |
| GALE NORTON, et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL, ) | |
| SAFARI CLUB INTERNATIONAL ) | |
| FOUNDATION ) | |
| ) | |
| and ) | |
| ) | |
| THE U.S. SPORTSMEN'S ALLIANCE ) | |
| FOUNDATION, ) | |
| CENTRAL FLORIDA BEAR ) | |
| HUNTERS ASSOCIATION ) | |
| ) | |
| Defendant-Intervenor ) | |
| Applicants. ) | |
| ) | |

## DECLARATION OF BRAD MCNAUGHTON

I, Brad McNaughton, do upon personal knowledge declare as follows:

1. I am a resident of Seville, Florida.

2. I am a member and the President of the Central Florida Bear Hunters Association.

3. I have been an avid sportsman and hunter for over 20 years.

4. I have hunted the following species, among others: deer, bear, and bird species. I
   have hunted in Georgia, Florida, and other states in the United States.

5. I have been hunting the Florida Black Bear in southern Georgia.

6.  I have definite plans to hunt the Florida Black Bear in southern Georgia in the Fall of 2006. I currently have the necessary licenses to hunt the species and will renew my licenses as required. I have or intend to acquire all the necessary equipment for the hunt. I plan on hunting each of the three weekends of the season, or until I take the one bear limit.

7.  Although it is hard to plan in advance, I currently plan on hunting Florida Black Bear in southern Georgia in the Fall of 2007. I would also have a strong interest in hunting Florida Black Bear in Florida should the State re-open the hunt season.

8.  If Plaintiffs in this litigation succeed in forcing the United States Fish and Wildlife Service to list the Florida Black Bear under the Endangered Species Act, I understand that I will lose the opportunity to hunt the species in Georgia and to hunt the species in Florida if the State were to reinstate a season.

9.  I submit this declaration in support of the U.S. Sportsmen's Alliance Foundation and Central Florida Bear Hunters Association's Motion to Join as Defendant-Intervenors in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

Executed this 4th day of May, 2006.

By: _Brad McNaughton_
Brad McNaughton

2