IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 06-cv-00180 (HHK) |
| v. ) | |
| ) | |
| P. LYNN SCARLETT[1], et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| _____ ) | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for the Central Florida Bear Hunters Association, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the Central Florida Bear Hunters Association which have outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Central Florida Bear
Hunters Association

*Yuliya Andresyuk with consent for*
WILLIAM HORN, D.C. BAR #375666
1155 Connecticut Avenue, NW
Washington, DC 20036
(202) 659-5800

---

[1] Substituted automatically pursuant to Fed. R. Civ. P. 25(d)(1).

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 06-cv-00180 (HHK) |
| v. | ) |
| | ) |
| P. LYNN SCARLETT[1], et al. | ) |
| | ) |
| Defendants, | ) |
| | ) |
| _____ | ) |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for the U.S. Sportsmen's Alliance Foundation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the U.S. Sportsmen's Alliance Foundation which have outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for U.S. Sportsmen's
Alliance Foundation

*Yuliya Andresyuk with consent for*
WILLIAM HORN, D.C. BAR #375666
1155 Connecticut Avenue, NW
Washington, DC 20036
(202) 659-5800

---

[1] Substituted automatically pursuant to Fed. R. Civ. P. 25(d)(1).