IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 06-cv-00180 (HHK) |
| v. ) | |
| ) | |
| P. LYNN SCARLETT[1], et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL ) | |
| 4800 West Gates Pass Road ) | |
| Tucson, Arizona 85745 ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL ) | |
| FOUNDATION ) | |
| 4800 West Gates Pass Road ) | |
| Tucson, Arizona 85745 ) | |
| ) | |
| and ) | |
| ) | |
| THE U.S. SPORTSMEN'S ALLIANCE ) | |
| FOUNDATION ) | |
| 801 Kingsmill Parkway ) | |
| Columbus, Ohio 43229 ) | |
| ) | |
| CENTRAL FLORIDA BEAR ) | |
| HUNTERS ASSOCIATION ) | |
| P.O. Box 344 ) | |
| Seville, Florida 32190 ) | |
| ) | |
| Defendant-Intervenor ) | |
| Applicants. ) | |
| ) | |

## [PROPOSED] ORDER

Upon full consideration of Defendant-Intervenor Applicants' Motion to Join Safari Club International and Safari Club International Foundation As Defendant-

---

[1] Substituted automatically pursuant to Fed. R. Civ. P. 25(d)(1).

Intervenors, the entire record herein, and it appearing there is good cause therefor, on this _____ day of _____, 2006, it is hereby

ORDERED that Defendant-Intervenor Applicants' Motion to Join As Defendant-Intervenors is GRANTED

So ordered.

------------------------------
Honorable Henry H. Kennedy, Jr.
U.S. District Court, District of Columbia