IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. )<br>)<br>Plaintiffs, )<br>) Case No. 06-cv-00180 (HHK)<br>v. )<br>)<br>GALE NORTON, et al. )<br>)<br>Defendants, )<br>)<br>SAFARI CLUB INTERNATIONAL, )<br>SAFARI CLUB INTERNATIONAL )<br>FOUNDATION )<br>)<br>and )<br>)<br>THE U.S. SPORTSMEN'S ALLIANCE )<br>FOUNDATION, )<br>CENTRAL FLORIDA BEAR )<br>HUNTERS ASSOCIATION )<br>)<br>Defendant-Intervenor )<br>Applicants. )<br>) | |

## ERRATA

On Page 2 of Exhibit 2 to The U.S. Sportsmen's Alliance Foundation and Central Florida Bear Hunters Association's Motion To Join Safari Club International and Safari Club International Foundation as Defendant-Intervenors, the second sentence should read:

> The CFBHA has members in Florida, Georgia and the surrounding states, who have significant interest in hunting Florida Black Bear in Florida and Georgia.

Respectfully submitted,

*Yuliya Andresyuk with consent for*
WILLIAM HORN, D.C. BAR #375666
Birch, Horton, Bittner and Cherot
1155 Connecticut Avenue, NW
Washington, DC 20036
(202) 659-5800
whorn@dc.bhb.com

Counsel for Defendant-Intervenor Applicants U.S. Sportsmen's Alliance Foundation and Central Florida Bear Hunters Association

Dated: May 05, 2006

2