IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>P. LYNN SCARLETT[1], et al. )<br>)<br>Defendants, )<br>)<br>SAFARI CLUB INTERNATIONAL )<br>4800 West Gates Pass Road )<br>Tucson, Arizona 85745 )<br>)<br>SAFARI CLUB INTERNATIONAL )<br>FOUNDATION )<br>4800 West Gates Pass Road )<br>Tucson, Arizona 85745 )<br>)<br>and )<br>)<br>THE U.S. SPORTSMEN'S ALLIANCE )<br>FOUNDATION )<br>801 Kingsmill Parkway )<br>Columbus, Ohio 43229 )<br>)<br>CENTRAL FLORIDA BEAR )<br>HUNTERS ASSOCIATION )<br>P.O. Box 344 )<br>Seville, Florida 32190 )<br>)<br>Defendant-Intervenor )<br>Applicants. )<br>) | Case No. 06-cv-00180 (HHK) |

### [PROPOSED] ORDER

Upon full consideration of Defendant-Intervenor Applicants' Motion to Join Safari Club International and Safari Club International Foundation As Defendant-

---

[1] Substituted automatically pursuant to Fed. R. Civ. P. 25(d)(1).

Intervenors, the entire record herein, and it appearing there is good cause therefor, on this _____ day of _____, 2006, it is hereby

ORDERED that Defendant-Intervenor Applicants' Motion to Join As Defendant-Intervenors is GRANTED; it is

FURTHER ORDERED that the Answer lodged with this Court by SCI as part of its Motion to Intervene is hereby deemed filed on behalf of USSAF and CFBHA.

So ordered.

                                          Honorable Henry H. Kennedy, Jr.
                                          U.S. District Court, District of Columbia