UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENDERS OF WILDLIFE, ET AL.         )
                                      )
            Plaintiffs,               )
                                      )
      v.                              )  Case No. 1:06-cv00180 (HHK)
                                      )
P. LYNN SCARLETT, Acting Secretary of Interior )
            ET AL.,                   )
                                      )
            Defendants.               )
                                      )

**FEDERAL DEFENDANTS' NOTICE OF APPEARANCE**

To the Court, the parties, and their attorneys of record:

On behalf of the Federal Defendants, the United States enters the appearance of Courtney Taylor, Trial Attorney, as counsel for this matter. Copies of future filings, notices, and decisions should be sent to Ms. Taylor and Wanda Davis at wanda.davis@usdoj.gov, P.O. Box. 7369 Washington, D.C. 20044-7369. Please also send copies to Michael P. Stevens at the address listed below. Please remove Bridget McNeil and Marlene Frazier from the service list.

Dated this 11th day of May, 2006.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General


*S/ Courtney Taylor*
_____

Courtney Taylor, Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box. 7369
Washington, D.C.  20044-7369
(202) 353-7548
courtney.taylor@usdoj.gov
Attorney for Defendants




OF COUNSEL

Michael P. Stevens, Attorney-Adviser
U.S. Department of the Interior
Office of the Regional Solicitor
75 Spring Street, S.W., Suite 304
Atlanta, Georgia   30303