**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 1670 0010 2843 2555

| 441 | Postage | $ | 2.07 | |
| | Certified Fee | | 2.40 | Postmark |
| | Return Receipt Fee (Endorsement Required) | | 1.85 | Here |
| | Restricted Delivery Fee (Endorsement Required) | | | |
| | Total Postage & Fees | $ | 6.32 | 02/02/06 |

Sent To: U.S. Attorney General
Department of Justice
Street, Apt. No.; or PO Box No.: 10th and Constitution Ave. NW
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, May 2000 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 1670 0010 2843 2548

| 441 | Postage | $ | 2.07 | |
| | Certified Fee | | 2.40 | Postmark |
| | Return Receipt Fee (Endorsement Required) | | 1.85 | Here |
| | Restricted Delivery Fee (Endorsement Required) | | | |
| | Total Postage & Fees | $ | 6.32 | 02/02/06 |

Sent To: Dale Hall, Director
U.S. Fish and Wildlife Service
Street, Apt. No.; or PO Box No.: 1849 C Street, NW
City, State, ZIP+4: Washington, DC 20240

PS Form 3800, May 2000 — See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 1670 0010 2843 2562

| 441 | Postage | $ | 2.07 | |
| | Certified Fee | | 2.40 | Postmark |
| | Return Receipt Fee (Endorsement Required) | | 1.85 | Here |
| | Restricted Delivery Fee (Endorsement Required) | | | |
| | Total Postage & Fees | $ | 6.32 | 02/02/06 |

Sent To: Dale Norton, Secretary
U.S. Department of the Interior
Street, Apt. No.; or PO Box No.: 1849 C Street, NW
City, State, ZIP+4: Washington, DC 20240

PS Form 3800, May 2000 — See Reverse for Instructions

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gale Norton
   Secretary
   U.S. Department of the Interior
   1849 C Street, NW,
   Washington, DC  20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): PMURRAY
B. Date of Delivery: 02/08/06
C. Signature: X [signature]  ☑ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 1670 0010 2863 2562

PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dale Hall
   Director
   United States Fish and Wildlife Service
   1849 C Street, NW
   Washington, DC  20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): A Gyles
B. Date of Delivery: 2/8/06
C. Signature: X [signature]  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 1670 0010 2863 2548

PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   Department of Justice
   10th and Constitution Avenue, NW
   Washington, D.C.  20230

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly):
B. Date of Delivery:
C. Signature: X [signature]  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

FEB - 8 2006

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 1670 0010 2863 2555

PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952

Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20009-1063

Telephone (202) 588-5206
Fax (202) 588-5049

Lor Cox

Received 2-2-06

 recycled paper