UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
DEFENDERS OF WILDLIFE, et al.     )
                                  )
        Plaintiffs,               )
                                  )    No. 06CV00180
           v.                     )
                                  )
GALE NORTON, et al.               )
                                  )
        Defendants.               )
                                  )
                                  )
                                  )
_____)
```

**<u>AFFIDAVIT OF SERVICE</u>**

I hereby declare that service of the Summons and Complaint in the above-captioned case has taken place in the following manner:

1. The United States Attorney for the District of Columbia was personally served on February 2, 2006;

2. The U.S. Attorney General was served by certified mail on or about February 2, 2006, with return receipt dated February 8, 2006;

3. The Secretary of the United States Department of the Interior was served by certified mail on or about February 2, 2006, with return receipt dated February 8, 2006;

4. The Director of the United States Fish and Wildlife Service was served by certified mail on or about February 2, 2006, with return receipt dated February 8, 2006.

Receipts verifying this information are attached.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____/S/_____

Joshua R. Stebbins
(D.C. Bar. No. 468542)

Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C.  20009
(202) 588-5206

May 17, 2006