UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
DEFENDERS OF WILDLIFE, et al.      )
                                   )
         Plaintiffs,               )
                                   )   No. 06-CV-00180 (HHK)
         v.                        )
                                   )
P. LYNN SCARLETT, et al.           )
                                   )
         Defendants.               )
                                   )
                                   )
                                   )
_____)
```

**PROPOSED ORDER**

Upon consideration of the U.S. Sportsmen's Alliance Foundation and Central Florida Bear Hunter Association's ("Hunters'") Motion To Join Safari Club International's and Safari Club International Foundation's ("Safari's") Motion To Intervene, Plaintiffs Defenders of Wildlife, et al.'s, Response thereto, and the entire record herein, the Court hereby grants the Hunters' Motion to Join Safari's Motion To Intervene pursuant to Federal Rule 24(b)(2), directs the Hunters to file all briefs jointly with Safari and otherwise litigate jointly with Safari, and denies the Hunters' Motion To Join Safari's Motion To Intervene pursuant to Federal Rule 24(a)(2).

_____
U.S. District Court Judge
Henry H. Kennedy, Jr.