UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>P. LYNN SCARLETT, et al. )<br>)<br>Defendants. )<br>)<br>)<br>)<br>_____) | No. 06CV00180 (HHK) |

## RULE 16 REPORT

Pursuant to Local Rule 16.3(d), the parties represent that they have conferred on the matters set forth in Local Rule 16.3, and they submit the following Joint Report to the Court. Although would be interveners Safari Club International, Safari Club International Foundation, U.S. Sportsmen's Alliance Foundation and Central Florida Bear Hunters Association, are not yet parties to this action, they agree with the content of the Joint Report and the proposed dates in the attached Scheduling Order.

Plaintiffs' Complaint alleges that the United States Fish and Wildlife Service's ("FWS's") January 14, 2004 decision that the imperiled Florida black bear is neither endangered nor threatened under the Endangered Species Act ("ESA"), see 69 Fed. Reg. 2100 (Jan. 14, 2004), violated the Endangered Species Act ("ESA"), 16 U.S.C. § 1531, et seq., the Administrative Procedure

Act ("APA"), 5 U.S.C. § 706, and this Court's remand Order in <u>Defenders of Wildlife v. Norton</u>, No. 99-2072 (HHK) (D.D.C. Dec. 13, 2001) ("2001 Decision"). FWS asserts that its decision was lawful, supported by the administrative record, and in accordance with this Court's 2001 Decision.

With regard to the specific items set forth in Local Rule 16.3, the parties state as follows:

1. The parties agree that this case is likely to be resolved on cross motions for summary judgment once defendant has produced the relevant Administrative Record ("AR").

2. With the exception of the Interveners' pending motions to intervene, all parties are joined.

3. The case should not be assigned to a magistrate judge as it seeks enforcement of this Court's 2001 Decision.

4. The parties do not believe there is any possibility of settling this case.

5. The parties have discussed ADR with their clients and do not believe that the case would benefit from the Court's ADR program at this time.

6. The parties agree that this action will likely be resolved on cross-motions for summary judgment. They also agree that, before briefing commences, FWS should produce to Plaintiffs the Administrative Record related to Plaintiffs' claims. Defendant anticipates that the

      AR can be produced by July 7, 2006. With the Report, the parties file a joint proposed schedule for production of the AR, resolution of Administrative record issues and summary judgment briefing.

7. The parties agree to dispense with initial disclosures, and Defendant agrees to produce the AR underlying Plaintiffs' claims. Plaintiffs reserve the right to object to the completeness and accuracy of this production if necessary.

8. Plaintiffs do not presently anticipate that there will be discovery. Defendant believes that discovery is unavailable in this action because Plaintiffs' claims must be reviewed on the basis of the Administrative Record(s).

9. The parties do not presently anticipate the need for an exchange of expert witness reports.

10-13. The parties agree that these items are not applicable at this time.

14. The parties believe all appropriate matters are included in the proposed scheduling order submitted herewith.

                              Respectfully submitted,

```
                              _____/S/_____
                              Joshua R. Stebbins
                              (D.C. Bar. No. 468542)

                              _____/S/_____
                              Howard M. Crystal
                              (D.C. Bar No. 446189)


                              Meyer Glitzenstein & Crystal
                              1601 Connecticut Ave., N.W.
                              Suite 700
                              Washington, D.C.  20009
                              (202) 588-5206
```

Of Counsel:

```
                              _____/S/_____
                              Brian Segee
                              (D.C. Bar. No. 492098)


                              Michael P. Senatore
                              (D.C. Bar No. 453116)
                              Defenders of Wildlife
                              1101 Fourteenth Street, N.W.
                              Suite 1400
                              Washington, D.C.  20005

                              Attorneys for Plaintiffs



                              _____/S/_____
                              Courtney Taylor
                              U.S. Department of Justice
                              ENDR
                              Wildlife and Marine Resources
                              P.O. Box 7369
                              Washington, D.C.
                              20044

                              Attorney for Defendants
```

May 18, 2006