UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENDERS OF WILDLIFE, et al.    )
                                 )
        Plaintiffs,              )
                                 )   No. 06-CV-00180 (HHK)
            v.                   )
                                 )
P. LYNN SCARLETT, et al.         )
                                 )
        Defendants.              )
                                 )
                                 )
                                 )
_____)

**PROPOSED SCHEDULING ORDER**

Pursuant to Local Rule 16.3, and the parties' Rule 16.3(d) Report, the parties have conferred regarding the schedule for the resolution of this action, and hereby propose the following schedule:

July 7, 2006         Defendants produce their Administrative Record ("AR") to Plaintiffs, Interveners and the Court.

August 18, 2006      Deadline to either resolve AR issues, or to inform the Court as to how the parties propose to resolve any AR issues that may remain.

September 15, 2006   Plaintiffs file for Summary Judgment.

October 20, 2006    Defendants and Interveners file Opposition to Plaintiffs' Motion and Cross Motion for Summary Judgment combined with the Opposition.

November 17, 2006   Plaintiffs file an Opposition to Defendants' and Interveners' Motions and Reply in Support of their Motion.

December 15, 2006   Defendants and Interveners file a Reply in Support of their Cross Motion.

The Court will hear oral argument on the cross-motions for summary judgment on _____.

_____
U.S. District Court Judge
Henry H. Kennedy, Jr.

Joshua R. Stebbins
(D.C. Bar. No. 468542)
Howard M. Crystal
(D.C. Bar No. 446189)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C.  20009
(202) 588-5206

Brian Segee
(D.C. Bar. No. 492098)
Michael P. Senatore
(D.C. Bar No. 453116)
Defenders of Wildlife
1101 Fourteenth Street, N.W.
Suite 1400
Washington, D.C.  20005
Attorneys for Plaintiffs


Courtney Taylor
U.S. Department of Justice
ENDR
Wildlife and Marine Resources
P.O. Box 7369
Washington, D.C.
20044
Attorney for Defendants

Douglas Bordin
(D.C. Bar No. 434107)
501 2nd St. N.E.
Washington, D.C. 20002
Attorney for Safari Club International, et al.

William Horn
(D.C. Bar No. 375666)
1155 Connecticut Ave., N.W.
Washington, D.C.  20036
Attorney for U.S. Sportsmen's Alliance Foundation, et al.