IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. )<br>)<br>       Plaintiffs, )<br>)<br>       v. )<br>)<br>P. LYNN SCARLETT, et al. )<br>)<br>       Defendants, )<br>)<br>SAFARI CLUB INTERNATIONAL, )<br>SAFARI CLUB INTERNATIONAL )<br>FOUNDATION )<br>)<br>and )<br>)<br>THE U.S. SPORTSMEN'S ALLIANCE )<br>FOUNDATION, )<br>CENTRAL FLORIDA BEAR )<br>HUNTERS ASSOCIATION )<br>)<br>       Defendant-Intervenor )<br>       Applicants. )<br>) | Case No. 06-cv-00180 (HHK) |

**REPLY OF THE U. S. SPORTSMEN'S ALLIANCE FOUNDATION AND
CENTRAL FLORIDA BEAR HUNTERS ASSOCIATION TO PLAINTIFFS'
OPPOSITION TO MOTION TO JOIN AS INTERVENORS**

The U.S. Sportsmen's Alliance Foundation ("USSAF") and Central Florida Bear Hunter's Association ("CFBHA") demonstrated in their Motion to Join Safari Club International and Safari Club International Foundation (collectively "SCI") as Intervenors that their intervention as of right was warranted. In their Opposition, Plaintiffs claim that USSAF and CFBHA do not satisfy the requirements for the intervention as of right, asserting that their motion is untimely and their interests are adequately represented by

the existing parties. Plaintiffs challenged SCI's intervention on exactly the same grounds. SCI addressed these arguments in detail in its Reply to Plaintiffs' Opposition; to avoid the repetition of the SCI's arguments USSAF and CFBHA incorporate by reference SCI's Reply.

Plaintiffs' claim that SCI would adequately represent USSAF and CFBHA's interests in this case ignores both the requirements of the intervention rule and the purpose of USSAF and CFBHA's motion to join SCI's motion. In assessing whether USSAF and CFBHA satisfy the criteria for intervention as of right, this Court is only required to consider whether Intervenor-Applicants' interests would be adequately represented by the existing parties. SCI is not a party to this action yet as this Court has not granted SCI's Motion to Intervene and therefore it currently is not in the position to represent its own interests in this litigation, let alone the interests of another party. Furthermore, although both groups of Intervenor-Applicants have similar goals, this Court should not distinguish between the two groups of Intervenor-Applicants or break them up as they have committed to work together (e.g., file joint briefs). Granting this motion will allow the two groups to represent a greater number of persons affected by this lawsuit.

USSAF and CFBHA established that they satisfy the requirements for the intervention as of right and therefore their Motion to Join as Intervenors should be granted. In the alternative, Intervenor-Applicants USSAF and CFBHA request that this Court grant their Motion to join SCI's alternative motion for permissive intervention, which Plaintiffs do not oppose.

Dated: May 24, 2006

Respectfully submitted,

_____
WILLIAM P. HORN, D.C. BAR # 375666
BIRCH, HORTON, BITTNER AND CHEROT
1155 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 659-5800
Fax: (202) 659-1027
whorn@dc.bhb.com

Counsel for The U.S. Sportsmen's Alliance Foundation and Central Florida Bear Hunters Association