UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv00180 (HHK) |
| ) | |
| DIRK KEMPTHORNE, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF FILING ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that on the 7th day of July, 2006, Defendants filed the United States Fish & Wildlife Service's original certified Administrative Record, on one CD in the above-captioned case. This Administrative Record is in hard copy form only, in accordance with Local Civil Rule 5.4(e)(1). This Record is on file with the clerk's office and available for public viewing between the hours of 9:00 A.M. to 4:00 P.M., Monday through Friday.

Dated this 7th day of July, 2006.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General


*S/ Courtney Taylor*
_____

Courtney Taylor, Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box. 7369
Washington, D.C.  20044-7369
(202) 353-7548
Attorney for Defendants



OF COUNSEL

Michael P. Stevens, Attorney-Adviser
U.S. Department of the Interior
Office of the Regional Solicitor
75 Spring Street, S.W., Suite 304
Atlanta, Georgia   30303

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2006, I electronically filed the foregoing **NOTICE OF FILING ADMINISTRATIVE RECORDS** with the Clerk of Court using the ECF/CM system, which will generate an electronic Notice of Filing on:

**Howard M. Crystal**
howardcrystal@meyerglitz.com

**Eric Robert Glitzenstein**
eric@meyerglitz.com

**Joshua Stebbins**
jstebbins@meyerglitz.com

**Brian Paul Segee**
bsegee@defenders.org

**William P. Horn**
bhorn@dc.bhb.com

**Douglas Scott Burdin**
dburdin@sci-dc.org


Pursuant to the Court's mailing information for this case, listed on the ECF system, no parties require manual noticing.

I hereby further certify that on this 7th day of July, 2006, Plaintiffs and Proposed Intervenors were served with copies of the administrative record referenced in the Notice at the following address:

Howard M. Crystal
Eric R. Glitzenstein
Joshua Stebbins
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, NW
Suite 700
Washington, DC 20009

Douglas Scott Burdin
3201 Sweetmeadow Court
Oakton, VA 22124

William P. Horn
BIRCH, HORTON, BITTNEY, AND CHEROT
1155 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036

*S/ Courtney Taylor*
_____
Courtney Taylor