```
                  UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

DEFENDERS OF WILDLIFE, et al.    )
                                 )
        Plaintiffs,              )
                                 )      No. 06CV00180(HHK)
            v.                   )
                                 )
GALE NORTON, et al.              )
                                 )
        Defendants.              )
                                 )
                                 )
                                 )
_____)
```

## JOINT STATEMENT REGARDING
## ADMINISTRATIVE RECORD

Plaintiffs Defenders of Wildlife, et al., and Defendants Gale Norton, et al., ("Parties") file this statement pursuant to the Proposed Scheduling Order filed on May 18, 2006.

The Parties are continuing to discuss whether there is a way to resolve Plaintiffs' concerns regarding the Administrative Record, and hope to work toward a resolution of those concerns if possible. Defendants are in the process of reviewing Plaintiffs' proposed additions to the record and the Parties expect to be able to inform the Court by August 25, 2006, if any dispute concerning the Administrative Record persists, and whether the Parties can reach agreement concerning a procedure for resolving any such dispute.

Respectfully submitted,

_____/S/_____
Joshua R. Stebbins
(D.C. Bar. No. 468542)
Howard M. Crystal
(D.C. Bar No. 446189)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C.  20009
(202) 588-5206


Brian Segee
(D.C. Bar. No. 492098)
Michael P. Senatore
(D.C. Bar No. 453116)
Defenders of Wildlife
1101 Fourteenth Street, N.W.
Suite 1400
Washington, D.C.  20005

Attorneys for Plaintiffs

_____/S/_____
Courtney Taylor
U.S. Department of Justice
ENDR
Wildlife and Marine Resources
P.O. Box 7369
Washington, D.C.
20044

Attorney for Defendants