UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEFENDERS OF WILDLIFE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**P. LYNN SCARLETT, et al.,**<br><br>Defendants. | Civil Action 06-00180 (HHK) |

**ORDER**

Before the court are (1) the motion to intervene by Safari Club International and Safari Club International Foundation ("Safari Clubs") as defendants (#7) and (2) the motion of the U.S. Sportsmen's Alliance Foundation and Central Florida Bear Hunter Association ("Hunters") to join Safari Clubs' motion to intervene (#11). Upon consideration of the motions, the responses thereto, and the history of this case, it is by the court this 19th day of August, 206, hereby

**ORDERED** that the motion to intervene by Safari Club as defendants (#7) pursuant to Federal Rule 24 (b)(2) is **GRANTED** and is **DENIED** insofar as intervention is sought pursuant to Federal Rule 24 (a)(2); and it is further

**ORDERED** that Hunters' motion to join Safari Clubs' motion to intervene (#11) is **GRANTED**; and it is further

**ORDERED** that Hunters shall file all briefs jointly with Safari Clubs and

otherwise litigate jointly with Safari Clubs.

                                                  Henry H. Kennedy, Jr.
                                                  United States District Judge