UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
DEFENDERS OF WILDLIFE, et al.    )
                                 )
        Plaintiffs,              )
                                 )   No. 06CV00180(HHK)
            v.                   )
                                 )
GALE NORTON, et al.              )
                                 )
        Defendants.              )
                                 )
                                 )
                                 )
_____)
```

**JOINT STATEMENT REGARDING
ADMINISTRATIVE RECORD**

Plaintiffs Defenders of Wildlife, et al., and Defendants Gale Norton, et al., ("Parties") file this statement pursuant to the Proposed Scheduling Order filed on May 18, 2006, and the Joint Statement filed on August 18, 2006.

The Parties are continuing to discuss whether there is a way to resolve Plaintiffs' concerns regarding the Administrative Record, and hope to work toward a resolution of those concerns if possible.  If a dispute concerning the Administrative Record persists, Plaintiffs may file a motion to supplement concurrent with their summary judgment motion given their concern about the state of the Florida black bear.

Respectfully submitted,

_____/S/_____
Joshua R. Stebbins
(D.C. Bar. No. 468542)
Howard M. Crystal
(D.C. Bar No. 446189)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C.  20009
(202) 588-5206


Attorneys for Plaintiffs

_____/S/_____
Courtney Taylor
U.S. Department of Justice
ENDR
Wildlife and Marine Resources
P.O. Box 7369
Washington, D.C.
20044

Attorney for Defendants

2