UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEFENDERS OF WILDLIFE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**P. LYNN SCARLETT, et al.,**<br><br>Defendants. | Civil Action 06-00180 (HHK) |

## SCHEDULING ORDER

Pursuant to Local Rule 16.3, the parties' Rule 16.3(d) Report, and the recently filed joint statement regarding the administrative record (#24), it is this 1st day of September, 2006, hereby ordered that this action shall be governed by the following deadlines:.

| | |
|---|---|
| September 18, 2006 | Deadline to either resolve AR issues, or to inform the court as to how the parties propose to resolve any AR issues that may remain. |
| October 16, 2006 | Plaintiffs file for summary judgment. |
| November 15, 2006 | Defendants and Interveners file opposition to plaintiffs' motion and cross motion for summary judgment combined with the opposition. |
| December 12, 2006 | Plaintiffs file an opposition to defendants' and interveners' motions and reply in support of their motion. |
| January 15, 2007 | Defendants and interveners file a reply in support of their cross motion. |

Henry H. Kennedy, Jr.
United States District Judge