```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
```

DEFENDERS OF WILDLIFE, et al.      )
                                   )
        Plaintiffs,                )
                                   )    No. 06CV00180(HHK)
           v.                      )
                                   )
Dirk Kempthorne, et al.            )
                                   )
        Defendants.                )
                                   )
                                   )
                                   )
_____)

## JOINT STATEMENT REGARDING
## ADMINISTRATIVE RECORD

Plaintiffs Defenders of Wildlife, et al. ("Plaintiffs"), Defendants Dirk Kempthorne, et al. ("Defendants"), and Interveners Safari Club International, et al. ("Interveners"), (collectively "Parties"), file this statement pursuant to the Scheduling Order entered on September 1, 2006.

The Parties have completed discussions concerning the scope of the Administrative Record in the above referenced matter, and Defendants have agreed to supplement the record with some, but not all, of the documents requested by Plaintiffs. The Parties agree and stipulate that if Plaintiffs decide to pursue the issue further, they will address the issue at the time they move for summary judgment.

Respectfully submitted,

_____/S/_____
Joshua R. Stebbins
(D.C. Bar. No. 468542)
Howard M. Crystal
(D.C. Bar No. 446189)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C.  20009
(202) 588-5206


Attorneys for Plaintiffs

_____/S/_____
Courtney Taylor
U.S. Department of Justice
ENDR
Wildlife and Marine Resources
P.O. Box 7369
Washington, D.C.
20044

Attorney for Defendants


_____/S/_____
Douglas S. Burdin
(D.C. Bar No. 434107)
Safari Club International
501 2nd St. N.E.
Washington, D.C. 20002
202-543-8733

Attorney for
Defendant-Intervenors
Safari Club International and
Safari Club International
Foundation

/s/ James H. Lister
_____
William P. Horn
District of Columbia
Bar No. 375666
James H. Lister
District of Columbia
Bar No. 447878
Birch, Horton, Bittner & Cherot
1155 Connecticut Avenue, N.W., Suite 1200
Washington, DC  20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027

Attorneys for U.S. Sportsmen's Alliance Foundation and Central Florida Bear Hunters Association

September 18, 2006