UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, ET AL. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, ET AL., )<br>)<br>Defendants. )<br>) | Case No. 1:06-cv00180 (HHK) |

**<u>NOTICE OF FILING SUPPLEMENTAL ADMINISTRATIVE RECORD</u>**

PLEASE TAKE NOTICE that on the 27th day of September, 2006, Defendants filed the United States Fish & Wildlife Service's original certified Administrative Record, on one CD in the above-captioned case. This Administrative Record is in hard copy form only, in accordance with Local Civil Rule 5.4(e)(1). This Record is on file with the clerk's office and available for public viewing between the hours of 9:00 A.M. to 4:00 P.M., Monday through Friday.

Dated this 27th day of September, 2006.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General


*S/ Courtney Taylor*
_____
Courtney Taylor, Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box. 7369
Washington, D.C.  20044-7369
(202) 353-7548
Attorney for Defendants




OF COUNSEL

Michael P. Stevens, Attorney-Adviser
U.S. Department of the Interior
Office of the Regional Solicitor
75 Spring Street, S.W., Suite 304
Atlanta, Georgia   30303

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2006, I electronically filed the foregoing **NOTICE OF FILING SUPPLEMENTAL ADMINISTRATIVE RECORDS** with the Clerk of Court using the ECF/CM system, which will generate an electronic Notice of Filing on:

**Howard M. Crystal**
howardcrystal@meyerglitz.com

**Eric Robert Glitzenstein**
eric@meyerglitz.com

**Joshua Stebbins**
jstebbins@meyerglitz.com

**Brian Paul Segee**
bsegee@defenders.org

**William P. Horn**
bhorn@dc.bhb.com

**Douglas Scott Burdin**
dburdin@sci-dc.org


Pursuant to the Court's mailing information for this case, listed on the ECF system, no parties require manual noticing.

I hereby further certify that on this 27th day of September, 2006, Plaintiffs and Defendant-Intervenors were served with copies of the supplemental administrative record referenced in the Notice at the following address:

Howard M. Crystal
Eric R. Glitzenstein
Joshua Stebbins
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue, NW
Suite 700
Washington, DC 20009

Douglas Scott Burdin
Safari International
501 Second Street, NE
Washington, D.C.  20002


William P. Horn
BIRCH, HORTON, BITTNEY, AND CHEROT
1155 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036

                                      *S/ Courtney Taylor*
                                      _____
                                      Courtney Taylor