UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENDERS OF WILDLIFE, et al.   )
                                )
        Plaintiffs,             )
                                )   No. 06CV00180(HHK)
        v.                      )
                                )
Dirk Kempthorne, et al.         )
                                )
        Defendants.             )
                                )
                                )
                                )
_____)

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE
AND SUPPORTING MEMORANDUM**

Plaintiffs respectfully request a modification to the briefing schedule in this action, in order to permit plaintiffs additional time to complete their opening summary judgment memorandum, presently due on October 16, 2006, and to provide sufficient time for the parties to prepare their subsequent briefs. In support of this request, plaintiffs state as follows:

1. On September 1, 2006, the Court established a summary judgment briefing schedule in this action whereby plaintiffs would file their opening summary judgment motion on October 16, 2006, defendants and interveners would file their opposing briefs and cross-motions for summary judgment on November 15, 2006, and summary judgment briefing would be completed by January 15, 2006. The Court did not set a date for Oral Argument.

2. Plaintiffs seek a two-week extension to file their opening motion for summary judgment, to October 30, 2006. The

present deadline conflicts with several other deadlines in other cases that plaintiffs' counsel is handling. In addition, the deadline for plaintiffs' opposition brief presently conflicts with a longstanding overseas trip that plaintiffs' counsel had arranged.

    3.   Plaintiffs therefore seek to amend the September 1, 2006, Scheduling Order and propose the following amended briefing schedule:

| Date | Action |
| --- | --- |
| October 30, 2006 | Plaintiffs file for summary judgment. |
| December 7, 2006 | Defendants and interveners file an opposition to plaintiffs' motion and file their cross-motion for summary judgment combined with the opposition. |
| January 11, 2006 | Plaintiffs file an opposition to defendants' and interveners' motions and a reply in support of their motion. |
| February 15, 2006 | Defendants and interveners file a reply in support of their cross motion for summary judgment. |

    5.   Plaintiffs' counsel has conferred with defendants' and interveners' counsel, who represent that defendants and

interveners do not oppose, and consent to, the relief requested and the suggested dates in the proposed scheduling order. Plaintiffs have not sought any prior extension in this action.

A proposed order is attached.

Respectfully submitted,  
_____/S/_____  
Joshua R. Stebbins  
(D.C. Bar. No. 468542)

Meyer Glitzenstein & Crystal  
1601 Connecticut Ave., N.W.  
Suite 700  
Washington, D.C.  20009  
(202) 588-5206

October 6, 2006                          Counsel for Plaintiffs