**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
DEFENDERS OF WILDLIFE, et al.       )
                                    )
       Plaintiffs,                  )
                                    )   No. 06-CV-00180 (HHK)
            v.                      )
                                    )
Dirk Kempthorne, et al.             )
                                    )
       Defendants.                  )
                                    )
                                    )
                                    )
_____ )
```

**PROPOSED SCHEDULING ORDER**

October 30, 2006    Plaintiffs file for Summary Judgment.

December 7, 2006    Defendants and Interveners file Opposition to Plaintiffs' Motion and Cross Motion for Summary Judgment combined with the Opposition.

January 11, 2006    Plaintiffs file an Opposition to Defendants' and Interveners' Motions and Reply in Support of their Motion.

February 15, 2006   Defendants and Interveners file a Reply in Support of their Cross Motion.

The Court will hear oral argument on the cross-motions for summary judgment on _____.

_____
U.S. District Court Judge
Henry H. Kennedy, Jr.

Joshua R. Stebbins
(D.C. Bar. No. 468542)
Howard M. Crystal
(D.C. Bar No. 446189)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C.  20009
(202) 588-5206

Brian Segee
(D.C. Bar. No. 492098)
Michael P. Senatore
(D.C. Bar No. 453116)
Defenders of Wildlife
1101 Fourteenth Street, N.W.
Suite 1400
Washington, D.C.  20005
Attorneys for Plaintiffs

Courtney Taylor
U.S. Department of Justice
ENDR
Wildlife and Marine Resources
P.O. Box 7369
Washington, D.C.
20044
Attorney for Defendants

Douglas Bordin
(D.C. Bar No. 434107)
Safari Club International
501 2nd St. N.E.

Washington, D.C. 20002
Attorney for Safari Club International, et al.

William Horn
(D.C. Bar No. 375666)
1155 Connecticut Ave., N.W.
Suite 1200
Washington, D.C.  20036

Attorney for U.S. Sportsmen's Alliance Foundation, et al.