# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DEFENDERS OF WILDLIFE, et al.      )
                                                 )
                       Plaintiffs,     )
                                                 )       No. 06CV00180
                                 v.             )
                                               )
DIRK KEMPTHORNE, et al.          )
                                               )
                     Defendants.   )

## [PROPOSED] ORDER GRANTING SUMMARY JUDGMENT

This matter is before the Court on plaintiffs' motion for summary judgment. Upon consideration of plaintiffs' motion for summary judgment, defendants' oppositions thereto, as well as the entire record in this case, it is, by the Court, this __ day of ____, 2000, hereby

ORDERED that plaintiffs' motion for summary judgment is granted; and it is further

ORDERED defendants' 2004 Decision be set aside, and that defendants make a new examination and determination - after consideration of the best commercial and scientific data available at the time defendants make the decision - as to whether existing regulatory mechanisms are adequate to protect the Florida Black Bear given the present status of the bear and the threats to its existence.

                                           _____
                                           Henry H. Kennedy, Jr.
                                           United States District Judge

Dated: _____

2