CANDIDATE AND LISTING PRIORITY ASSIGNMENT FORM

Signed 8/12/97

Action Recommended (check one)

Lead Region __4__

___ New candidate
___ Continuing candidate (non-petitioned)
_X_ Petitioned candidate (warranted but precluded)
___ Candidate removal
___ Listing priority change

Scientific name:   *Ursus americanus floridanus*

Common name:   Florida black bear

Animal group or plant family:   Mammal; Ursidae

Historic State(s) of occurrence:   AL, FL, GA

Current State(s) of occurrence:   AL, FL, GA

Summarize biological information (habitat, range, historic vs. current population estimates, etc.):

The Florida black bear occurs in Florida, the extreme southern coastal plain of Georgia, and in southern Alabama primarily in some counties bordering the Florida panhandle. According to Brady and Maehr (1985), the subspecies historically occurred throughout the Florida mainland and on some coastal islands, usually in association with large forested tracts. Large, undeveloped woodlands remain the preferred habitat. Their current distribution in Florida, although widespread, has been reduced and fragmented primarily as a result of habitat loss due to land clearing and alteration by man. Brady and Maehr (1985) reviewed the various estimates of bear population, most of which have been between 500 and 1000 individuals. Maehr and Wooding (1992) suspected the actual number falls somewhere in between, although more precise estimates are difficult due to the bear's secretive habits and preference for remote, forested areas.

The Florida black bear is associated with a variety of forested landscapes ranging from temperate to subtropical plant communities. Their home range typically is a combination of several major forest types, such as pine flatwoods, hardwood swamp, cypress swamp, cabbage palm forest, sand pine scrub, and mixed hardwood hammock. Habitat use can change seasonally in response to food availability (Pelton 1982) and bears in Florida have exhibited habitat preferences in the Osceola National Forest (Mykytka and Pelton 1989) and Ocala National Forest (Wooding and Hardisky 1988). Cover type is also an essential habitat component for denning females. Although female bears in Florida may use hollow trees, they usually locate beds in remote swamps or thickets and specifically within nearly impenetrable

Plaintiff's Exhibit 5

tangles of vines and stems. According to Wooding (unpubl. data), shrub cover at denning sites is usually dense, with sparse cover at the mid- and overstory level.

Summarize status & threats in terms of the five factors in section 4 of the ESA. Please provide specific, substantive information. Use as much space as necessary to convey adequate explanations. (If this is a removal of a species from candidate status or a change in listing priority, explain reasons for change):

    A.    <u>The present or threatened destruction, modification, or curtailment of its habitat or range</u>.

Much of the historical habitat of the Florida black bear has been lost to land clearing and alteration by man. Brady and Maehr (1985) concluded that black bear habitat reduction and fragmentation in Florida is an important threat to the existence of the species in the state. Within its range the Florida black bear is particularly vulnerable to further habitat loss, especially in peninsular Florida. The bear is likely to be restricted in the future to "islands" of suitable habitat on public lands, restricting or prohibiting movements between more or less isolated bear populations. Habitat loss and fragmentation has been and continues to be the most serious threat to the continued existence of the Florida black bear.

The rapid human population growth in Florida is among the fastest in the United States, and will continue for the foreseeable future. The largest remaining populations of the Florida black bear occur primarily on public (State and Federal) lands. These include:

    1)    396,000 acres in Okefenokee National Wildlife Refuge (ONWR) in southeastern Georgia and 196,000 acres in nearby Osceola (OSNF) in northeastern Florida.

    2)    464,000 acres at Eglin Air Force Base (EAFB) and 718,000 acres in Apalachicola National Forest (ANF) in the Florida panhandle.

    3)    410,000 acres in Ocala National Forest (ONF) in central Florida.

    4)    A combined 644,000 acre complex consisting of Big Cypress National Preserve, Fakahatchee Strand State Preserve, and Florida Panther National Wildlife Refuge (FPNWR) in southwest Florida.

Bears are reasonably secure on these lands, but there is a continuing need to ensure that public land management remains compatible with the continued existence of bears, and that activities on adjacent private lands do not adversely affect bears on public lands.

With major increases in Florida's human population continuing, it is likely that significant impacts from proposed highway projects and various forms of habitat alteration or conversion will also continue. Residential, agricultural, commercial, highway, and other forms of human development have already eliminated viable populations of Florida black bears on many

private lands throughout the range.

### B. Overutilization for commercial, recreational, scientific, or educational purposes.

The Florida black bear is classified as a game species in Alabama, but there is no legal hunting season in the state (Keith Guyse, Alabama Division of Fish and Game, pers. comm.). The Georgia Department of Natural Resources currently allows three two-day hunts of Florida black bears in the five counties contiguous with Okefenokee National Wildlife Refuge in October. The Florida Game and Fresh Water Fish Commission ended bear hunting on the ANF and a 58-day hunt on private lands in Baker and Columbia Counties after the 1993-1994 season. Bear harvest results in Florida for this period included 30 bears taken in the ANF and 32 on the private lands surrounding ONWR.

The annual southeast Georgia bear harvest has ranged from 20 to 86 bears since 1991, including 28 bears (13 male, 15 female) taken in FY 1997 (W. Abler, pers. comm.).

It is possible that some populations could, at least periodically, be reduced to less than optimal densities for long-term conservation. It would, therefore, be desirable to have more information on the demographics of the hunted populations, particularly concerning birth and death rates and population density. Florida recently completed a study on the bear population of Big Cypress National Preserve in southwest Florida in 1994 and responses of bears to an experimental underpass design linking the Wekiva River basin north of Orlando with the Ocala National Forest in central Florida in 1996. Information from these and other studies will be even more necessary to make harvest and other management decisions as threats from habitat loss and road mortality increase. Without additional information, it may be difficult to evaluate the combined effects of hunting, habitat fragmentation and other sources of mortality. The Service encourages Florida and Georgia to continue to gather more data to allow a better assessment of the status and effects of human induced mortality on the Florida black bear.

### C. Disease or predation.

Southeastern black bears are known to host a variety of disease organisms, but none seem to represent a serious problem (Davidson and Nettles 1988); disease is not known to be a factor in the decline of this subspecies. The Florida black bear has few natural enemies; predation is not a threat.

### D. The inadequacy of existing regulatory mechanisms.

The wildlife laws of the States of Alabama, Florida, and Georgia give them the authority to protect the Florida black bear through the regulation of hunting. Federal protection against illegal trade in bears or bear parts (e.g. gall bladders or claws) is available through the Lacey Act, if such trade crosses state lines.

E. <u>Other natural or manmade factors affecting its continued existence</u>.

Road mortality is a serious threat to the Florida black bear in Florida. The threat is likely to worsen with increases in human population, road-building, and vehicular traffic. From 1976 to 1991, 250 bears were killed on Florida highways, with a steady increase over the years. Road mortality was greatest in the Big Cypress (Collier County) and the Ocala populations (Lake and Marion Counties), but occurred wherever bear populations must cross busy highways (John Wooding, Florida Game and Fresh Water Fish Commission, pers. comm., October 28, 1991). Georgia reported 3-6 road-killed bears per year around Okefenokee Swamp, but roads and traffic are much more limited in that area than in much of Florida. No roadkill information was available from Alabama.

It is likely that highways will continue to pose a threat to the Florida black bear through habitat fragmentation across much of its range. The proposed widening of parts of S.R. 40 in the vicinity of the Ocala National Forest to accommodate growing vehicular traffic in the area is located near several sites with a history of high levels of road mortality. The Florida Department of Transportation is preparing an Environmental Impact Statement on this project in cooperation with the U.S. Forest Service. A number of other proposed highway construction and road widening projects through bear habitat will add to the fragmentation problem.

Humans are generally fearful and intolerant of bears they contact. Nuisance complaints, particularly from beekeepers, are periodically received by state game agencies. As previously stated, illegal kills do occur as a result of these interactions. Maehr (1984b) reported that bear depredations have been reported from 41 of Florida's 67 counties, and that beekeepers have historically been responsible for a sizeable illegal bear kill. The Georgia Game and Fish Division reported that beekeepers may kill as many bears annually around Okefenokee Swamp as are taken in the legal harvest.

Poaching of Florida black bears is a potential threat to supply the illicit trade in bear gall bladders and other parts. Little information on such take is currently available within the range of the Florida black bear, and neither Alabama, Florida nor Georgia reports a serious problem, but continued attention should be paid to this threat. Illegal hunting could be especially detrimental to smaller, isolated populations of the Florida black bear.

The Service initiated and contributed $210,000 to a study of the taxonomy of southeastern black bears beginning in 1992. Results from this study should provide clarification on the relationships of various southeastern bear populations to one another and to other bear subspecies in North America (Kasbohm et al., 1993, 1994, 1995). A final summary report of genetic and morphological analyses should be available in May of 1997.

A joint initiative between the Jacksonville Field Office, Okefenokee National Wildlife Refuge, and other Federal, State, and private partners to conduct a study of the population ecology of black bears inhabiting the Okefenokee Swamp/Osceola National Forest ecosystem in Georgia

and Florida is currently underway. The Service has contributed over $100,000 in pre-listing funds in fiscal years 1994 through 1996 and is providing in-kind support to the former National Biological Service, University of Tennessee, and University of Florida to support the field work.

Quantify landownership:

(See Factor A above for major public lands occupied by Florida black bears)

Describe prelisting activities (e.g., conservation agreements):

a) Support for USGS/University of Tennessee/University of Florida field research at Okefenokee National Wildlife Refuge/Osceola Swamp Ecosystem and surrounding lands ($121,450 in pre-listing funds).

b) Support for black bear taxonomy study by Virginia Tech/Memphis State/University of Tennessee ($210,000).

C) Start up funding for development and study of bears in the Chassahowitzka Swamp in conjunction with Southwest Florida Water Management District on jointly managed lands on Florida's Gulf coast ($10,000).

Identify primary sources of information (e.g., status report, petition, journal publication, unpublished data from species expert):

Brady, J.R. and D.S. Maehr. 1985. Distribution of black bears in Florida. Florida Field Naturalist 13:1-7.

Davidson, W.R. and V.F. Nettles. 1988. Field manual of wildlife diseases in the southeastern United States. Univ. of Georgia, Athens. 309 pp.

Duda, M.D. and K.C. Young. 1993. Floridian's opinions on black bear hunting in Florida. Final report to Florida Game and Fresh Water Fish Commission. Responsive Management, Harrisonburg, Virginia. 28 pp.

Dusi, J.L. 1986. Black bear. Pp. 116-117 in R.H. Mount, ed., Vertebrate animals of Alabama in need of special attention. Alabama Agric. Expt. Station, Auburn.

_____. 1987. Ecology of the black bear in southwest Alabama. Final report on project no. W-44 to Alabama Department of Wildlife and Conservation. 46 pp., 6 pl.

Florida Game and Fresh Water Fish Commission. 1993. Management of the black bear in Florida: a staff report to the Commissioners, September 21, 1993. 23 pp.

Hall, E.R. 1981. Mammals of North America. John Wiley and Sons, New York. 1175 pp.

Kasbohm, J.W. and M.R. Vaughan. 1993. Taxonomy of Black Bears in the Southeastern United States. First Annual Report to U.S. Fish and Wildlife Service. 17 pp.

Kasbohm, J.W., D.A. Miller, and M.R. Vaughan. 1994. Taxonomy of Black Bears in the Southeastern United States. Second Annual Report to U.S. Fish and Wildlife Service. 24 pp.

Kennedy, M.L. 1991. Additional assessment of the systematics of Ursus americanus luteolus. Unpublished report to U.S. Fish and Wildlife Service, Jackson, MS Field Office. 14 pp., 8 fig.

Maehr, D.S., and J.B. Wooding. 1992. Florida black bear. Pp. 265-275 in S.R. Humphrey, editor. Rare and Endangered Biota of Florida. Vol 1: Mammals. University Press of Florida, Gainesville. 392 pp.

_____, E.D. Land, and J.C. Roof. 1993. Southwest Florida black bear habitat use, distribution, movements, and conservation strategy. Annual Report on Project W-41 XXXII to Florida Game and Fresh Water Fish Commission, Tallahassee. 61 pp.

Maehr, D.S. 1984a. Distribution of black bears in eastern North America. Pp. 74 in D.S. Maehr and J.R. Brady, ed., Proceedings seventh eastern workshop on black bear research and management. Florida Game and Fresh Water Fish Commission, Tallahassee. 85 pp.

_____. 1984b. Black bear depredation on bee yards in Florida. Pp.133-135 in D.J. Decker, ed., Proc. first eastern wildlife damage control conf. Ithaca, New York.

Merriam, C.H. 1896. Preliminary synopsis of the American bears. Proc. Biol. Soc. Wash. 10:65-83.

Miller, D.A., J.W. Kasbohm, and M.R. Vaughan. 1995. Taxonomy of Black Bears in the Southeastern United States. Third Annual Report to U.S. Fish and Wildlife Service. 20 pp.

Mykytka, J.M., and M.R. Pelton. 1989. Management strategies for Florida black bears based on home range habitat composition. Internat. Conf. on Black Bear Manage. Res. 7:48-57.

Pelton, M.R. 1982. Black bear. Pp. 504-514 in J.A. Chapman and G.A. Feldhammer, eds. Wild mammals of North America. Johns Hopkins University Press, Baltimore, Maryland. 1147pp.

_____. 1989. The Louisiana black bear: status and future. Report to U.S. Fish and Wildlife Service. 22 pp.

Seibert, S. G. 1993. Status and management of black bears in Apalachicola National Forest. Final Report on Project W-41 XXX to Florida Game and Fresh Water Fish Commission, Tallahassee. 29 pp.

Williams, L.E. Jr. 1978. Florida black bear. Pp. 23-25 in J.N. Layne, editor, Rare and Endangered Biota of Florida. Vol. 1: Mammals. University Press of Florida, Gainesville. 52 pp.

Wooding, J.B. 1990. Black bear harvest analysis. Final report on study no. 7554 to Florida Game and Fresh Water Fish Commission, Tallahassee. 8 pp.

_____. 1993. Monitoring black bear populations by carcass necropsy. Annual Report on Project W-41 XXIX to Florida Game and Fresh Water Fish Commission, Tallahassee. 3 pp.

_____, and T.S. Hardisky. 1988. Black bear habitat study. Final performance report W-41-35. Florida Game and Fresh Water Fish Commission, Tallahassee. 69pp.

LISTING PRIORITY (circle one)

| THREAT | | | |
|---|---|---|---|
| Magnitude | Immediacy | Taxonomy | Priority |
| High | Imminent | Monotypic genus | 1 |
|  |  | Species | 2 |
|  |  | Subspecies/population | 3 |
|  | Non-imminent | Monotypic genus | 4 |
|  |  | Species | 5 |
|  |  | Subspecies/population | 6 |
| Moderate to Low | Imminent | Monotypic genus | 7 |
|  |  | Species | 8 |
|  |  | Subspecies/population | 9 |
|  | Non-imminent | Monotypic genus | 10 |
|  |  | Species | 11 |
|  |  | Subspecies/population | (12) |

Petitioned Species (warranted but precluded 12-month):
    Date petition received: June 11, 1990.

Date original finding was published in the Federal Register: January 7, 1992

Candidate Removal: (Check code to be used to justify removal from candidacy)

___ A - Taxa more abundant or widespread than previously believed or not subject to any identifiable threat.
___ F - Range is no longer a U.S. territory.
___ I - Service has insufficient information on biological vulnerability and threat(s) to support issuance of a proposed rule to list.
___ M - Taxa mistakenly included in past notice of review.
___ N - Taxa may not meet the Act's definition of "species".
___ X - Taxa believed to be extinct.

Regional Contact (name & phone number): Gloria Bell (404) 679-7100

Lead Field Office & Contact: Jacksonville, Mike Beutrien ~~Jim Krauss~~ (904) 232-2580 X106

Support Field Office(s): Brunswick, Panama City, South Florida

Describe coordination with other Regional Offices, Migratory Bird Management, Fisheries, other Federal agencies, Native American Tribes, Natural Heritage Programs & other State agencies, private organizations, & private landowners:

    Chassahowitzka, Okefenokee, Florida Panther National Wildlife Refuges
    Big Cypress National Preserve (National Park Service)
    Biological Research Division (U.S. Geological Survey)
    Apalachicola, Ocala, Osceola National Forests (U.S. Department of Agriculture)
    Eglin Air Force Base
    Fakahatchee Strand State Preserve (Florida Department of Environmental Protection)
    Florida Game and Fresh Water Fish Commission
    Alabama Division of Fish and Game
    Georgia Department of Natural Resources
    Memphis State University
    University of Florida
    University of Tennessee
    Virginia Tech
    Various private landowners, most notably several timber companies
    (See Factor E and Prelisting Activities above.)

APPROVAL/CONCURRENCE: Lead Regions must obtain written concurrence from all other Regions within the range of the species before recommending changes to the candidate list, including listing priority changes; the Regional Director must approve all such recommendations. The Director must concur on all additions of species to the candidate list, annual retentions of candidates, removal of candidates, & listing priority changes. Copies of forms approved by the Director will be forwarded to the lead Regional office for inclusion in the species' administrative record.

Approve: _____*Monty Holcomb*_____  _1-28-97_
        Acting Regional Director, Fish and Wildlife Service   Date

Concur: _____  _8/17/97_
        Director, Fish and Wildlife Service   Date

Do not concur:

        _____  _____
        Director, Fish and Wildlife Service   Date

Director's Remarks: _____
_____
_____
_____

(rev.8/96)