Hoctor 2001; Kuss et al. 1990; Buechner 1996; Mychasiu and Hoefs 1988). More roads, trails and vehicles greatly increase accessibility, which greatly increases the related impacts on an area such as as damage to vegetation and habitat; wildlife mortality and injury; changes in wildlife behavior; increased illegal activities such as poaching, collecting and harassing animals, littering and setting fires; and the introduction of exotic species.
In this and the chapters that follow we will assess the damage and identify the problems in Florida based on research conducted in Florida and elsewhere.

## Damage to Vegetation and Habitat

Off-road vehicles tend to crush, uproot and tear plants as they drive over them. Many studies have documented serious vegetation damage resulting from ORV activity (Snyder et al. 1976; McKnelly 1980; Florida Department of Recreation and Parks 2001; Berry 1980; Pica et al. 1998; Schemnitz and Shortemeyer 1972; Westhoff 1967; Wilshire et al. 1978), such as:

- fewer plants;
- altered hydrology;
- reduced vegetation cover;
- less vigorous growth;
- less diversity;
- undesirable changes in species composition;
- alteration of successional and nutrient cycling processes.

Routes used repeatedly may have little or no vegetation regrowth. Laessle (1942) studied plants growing along roads and trails at the Welaka Reserve in Putnam County, Florida. He distinguished and described vegetation characteristic of firelanes, shell roads, clay roads and sand roads, noting that "Ordinarily, dry sand roads have no vegetation in the tracks because the dry sand is agitated too much for any plants to become established."

Root breakage and soil compaction caused by ORVs may eventually kill trees and other perennials that initially appear to have suffered little damage. All-terrain vehicles tend to displace loose soil and injure exposed tree roots of trees used as anchors for winching out ORVs stuck in mud. McKnelly (1980) documented root damage to trees at stream crossings. Hammitt and Cole (1987) explain that trees growing in thin or dry soils and trees with thin bark or a particular susceptibility to decay tend to be the most seriously affected by the impacts of recreation.

Shrubs and small trees seem to be at greater risk than smaller woody plants or larger trees. Duever et al. (1986) noted that cypress less than three feet or more than 10 feet in height tended to survive ORV encounters, whereas intermediate-size trees were often killed. A shrub cover reduction of 90 percent was observed on one California ORV area (Hammitt and Cole 1987). Archbold Biological Station plant ecologist Eric Menges (personal communication) suspects that shrubby species like scrub plums and pawpaws may be particularly vulnerable to ORV activities in scrub communities.

ORV traffic can also chage the habitat characteristics on which various species depend. For example, the loss of wetland trees and shrubs can affect nesting or roosting wading birds.

The disappearance of grasses can discourage Florida sandhill crane nesting. This can result in increased mortality and decreased reproductive success, as animals are forced to rely on suboptimal habitat or to exert precious energy in an effort to locate and compete for alternate habitat (The Wilderness Society 2000).

SIDEBAR:

*ORVS and Habitat Change in Big Cypress National Preserve*

*In Big Cypress National Preserve in southwest Florida, Duever et al. (1981) confirmed that ORV traffic alters the structure and composition of marsh and prairie plant communities. They found that the average height of the understory was the vegetation parameter initially most affected by ORV traffic. Percent cover was least affected and biomass was intermediately affected. Over the first growing season, height and biomass recovered to a greater degree than percent cover did. Species composition was altered in virtually all significantly impacted plots (other than those damaged by airboats), with the greatest changes in the cypress savanna habitat and on marl soils and the least on pinelands and sandy soils.*

*One year after impact, the researchers observed reductions in sawgrass, hairgrass and maidencane in experimental ORV lanes on marsh and prairie sites. Lemon bacopa and bladderwort had proliferated in rutted areas, apparently in response to extended flooding in the tire ruts and increased sunlight because of damage to the shrub canopy. Seven years later, Asiatic coinwort and grasses had become more abundant and sawgrass more sparse in the ORV trails as compared to similar nearby sites (Duever et al. 1986).*

*In the pine flatwoods, there was less change in species composition. After one year of regrowth, only slight increases in sawgrass, coinwort and longspike musky mint and slight decreases in maidencane and wiregrass were observed on the ORV plots compared to undisturbed sites. Seven years later, St. John's wort, primrose willow and yellow-eyed grass were more abundant in ORV trails than in comparison areas, while marsh fleabane and sawgrass were less so (Duever et al. 1986).*

END SIDEBAR

## Damage to Wildlife

### Direct Hits: Mortality and Injury

Numerous reports have documented and discussed roadkill impacts on wildlife populations as a major conservation problem (Drews 1995; Noss 1996; Lalo 1987; Kline and Swann 1998; Bennett 1991; Forman and Alexander 1998). The problem may be even more extensive than currently recognized as some scientists believe that road mortality impacts are still underestimated (Mumme et al. 2000).

Roads are often attractive to animals (Noss 1996; Adams and Geis 1981). Some large mammals use lightly used unpaved roads as travel routes. Snakes and other heat-loving animals bask on warm sunny road surfaces (Whitford 1985). Birds use dirt roads for dust baths. Butterflies, frogs, and other creatures congregate around mud puddles in ruts and potholes. Environmental scientist and Florida butterfly expert Marc Minno (personal

26

P32

communication) has observed thousands of skipper and other butterflies gathering around ruts on Ocala National Forest roads in the spring. Herbivores graze on the lush herbaceous vegetation that characterizes sunny road edges.

In the Appalachians, black bears are attracted to roadsides by the abundance of foods like blackberries and pokeberries in these disturbed habitats (Noss 1996). The same behavior by bears in the Ocala National Forest is observed annually as acorns become abundant on roadside oaks (Small personal communication). Predators also come to hunt the rodents that exploit roadside habitat, and scavengers come to eat the remains of those killed by the traffic (Van Der Zande et al. 1980). Because they present a dangerous attraction, roads are considered "mortality sinks" inclined to lure animals to their deaths (Noss 1996). Larger roads with heavier and faster traffic are worse, but even jeep trails function this way to some extent.

### Paved roads

On paved roads, roadkill is the leading known cause of death for large mammals in Florida (Noss 1996) notably the Florida panther and black bear. According to the Florida Fish and Wildlife Conservation Commission (FWCC), the state-listed species most vulnerable to roadkill in Florida are the Florida panther, Florida black bear, key deer and American crocodile (Kautz 2001). Most Florida panther, black bear and bald eagle deaths are caused by collisions with vehicles (Harris and Silva-Lopez 1992). Noss (2001) also notes that scrub jays and loggerhead shrikes are highly prone to roadkill

FWCC has "done no analyses designed to show a statistically significant relationship between road density and frequency of roadkills" in Florida and cannot "scientifically prove" that there is a relationship (Kautz 2001). However, it is interesting to note that black vultures, turkey vultures and other scavengers that feed on "flattened fauna" along roads preferentially establish home ranges in areas with higher road densities (Coleman and Fraser 1989).

On Florida's national forests, vehicle-caused mortality for the bear, scrub jay and bald eagle is primarily on paved roads through the forests not unpaved roads. Mumme et al. (2000) concluded that "...roadside habitat constitutes a population sink of a particularly insidious and destabilizing nature for Florida scrub jays." They explain that the young birds attracted to territories vacated by collision victims are the birds most vulnerable to being struck and most valuable to the breeding population

### Unpaved roads

ORVS running cross-country run over and crush birds, reptiles, amphibians and other creatures (Barnwell 2000; Bury and Marlow 1973; Ruhl personal communication). Organisms that live on or just beneath the surface of the soil are extremely vulnerable to ORV traffic. As Kuss et al. (1990) point out, "Recreational use exerts profound effects on microhabitats...with invertebrate species associated with the soil or ground flora more likely to be affected...."

In fact, unpaved roads and blazed trails may be even more treacherous than paved ones. Fahrig et al. (1995), Ashley and Robinson (1996), deMaynadier and Hunter (2000) and Langton (1989) noted that low-traffic roads and jeep trails are more dangerous for

P33

amphibians than for larger animals.

Florida Park Service biological scientist Dan Pearson (2001) explains the dangers of unpaved roads this way: "Unimproved roads within natural areas can be just as deadly as paved routes, and in some cases, more so. Grassy vegetation along unimproved roads obscures the driver's view of the ground surface and prevents the driver from seeing and avoiding animals on the road surface. To make matters worse, animals on unimproved roads may be less likely to flee an oncoming vehicle since they are more secure within a vegetated surface than on open pavement. To compound this even further, in fire-suppressed areas of sandhills, scrub or flatwoods, unimproved road corridors may be attractive to certain species such as gopher tortoises and other reptiles seeking open grassy areas for feeding and basking sites. The overgrown nature of adjacent areas causes these species to seek out openings in the canopy such as powerline right-of-ways and roads."

Pearson (2001) reports that there have been a number of documented deaths of listed species on unimproved service roads on Florida's Paynes Prairie State Preserve over the past decade. These are infrequently traveled roads open only to park vehicles. Several gopher tortoises and at least one Florida pine snake have been hit or killed by preserve service vehicles. Gopher tortoises and pine snakes have also been killed by vehicles in Lake Louisa State Park, where most roadkills occur along a dirt service road (Bard 1993). Biologist Mary Barnwell (2000) has recorded numerous gopher tortoise roadkills, as well as deaths and near-misses of a number of species along jeep trails open only to Southwest Florida Water Management District (SWFWMD) vehicles: black rail, barn owl, bobwhite, box turtle, yellow rat snake, black racer, coral snake, cottonmouth, ground skink, oak toad and southern toad. Florida Department of Environmental Protection biologist Erik Johnson notes that although Florida state park staff throughout the state have reported large numbers of animals killed on park roads, this data has not been compiled. What records there are do not consistently note if the fatalities occurred on paved or unpaved roads (personal communication; Charest 1994).

Roadkill on unpaved roads may be most significant to the mortality rates for snakes (Wilson and Porras 1983; Rosen and Lowe 1994; Enge personal communication; Bernadino and Dalrymple 1992) and other smaller, less noticeable animals (Evink et al. 1996). Forest Service biologists studied the relationship between roads and snake populations on Angelina National Forest in eastern Texas and found that populations of large species were reduced by 50 percent within 450 meters of a road (Rudolph et al. 1999). They observed little difference in the effect of a heavily traveled state highway versus Forest Service and county roads with much lower traffic volume. They concluded that, on the Angelina National Forest, a forest with habitats similar to those of the Florida forests, "...a substantial proportion of the expected snake fauna has been eliminated across the landscape due to road-related mortality."

Fahrig et al. (1995), Ashley and Robinson (1996), deMaynadier and Hunter (2000) and Langton (1989) noted that low-traffic roads and jeep trails are more dangerous for amphibians than for larger animals. Amphibians may be especially vulnerable because their life histories often involve migration between wetland and upland habitats, and individuals are inconspicuous and sometimes slow-moving (Trombulak and Frissell 2000). Of the 22,000 roadkills documented on Paynes Prairie State Preserve in 1991, 21,000 were frogs (Pearson 1993). Palis (1994) reported high frog mortality along a secondary road next to a

P34

breeding pond near Apalachicola National Forest. Wyman (1991) pointed out that salamanders are especially at risk because they move slowly and tend to "freeze" upon the approach of a vehicle.

Habitats such as the pools that form in rutted ORV trails pose problems as well. These pools can function as "ecological traps" by encouraging animals to live in places where their chances of survival and reproduction are low (Wederkinch 1988). Adams and Lacki (1993), Phelps (1993), Semlitsch (1987), de Maynadier and Hunter (2000), biologist John Palis (personal communication) and others report observing amphibians breeding in ruts, potholes and roadside ditches where they are highly susceptible to ORV traffic. Florida Fish and Wildlife Conservation Commission herpetologist Paul Moler (personal communication) has seen tiger salamander larvae in ruts on Blackwater River State Forest. Oak toads, striped newts and other small animals are sometimes trapped in ruts and unable to escape approaching vehicles (Barnwell personal communication; Traylor personal communication). DiMauro (1988) explains how the relatively short hydroperiod in these pools may contribute to breeding failures.

Turtles and tortoises may fall victim to a similar "ecological trap" by selecting the loose sand of an ORV route or access road as a place to lay their eggs says Florida Natural Areas Inventory zoological research scientist Dale Jackson (personal communication; Stout 2001; Berish 2001; Jones 1994), prolonging vulnerability of the adult female to vehicle collisions and putting their nests and offspring at risk of being crushed by subsequent traffic. ORVs also might uncover nests or compact soils so that the hatchlings have trouble exiting the nest (Berish 2001).

Turtles that nest near ponds are also at risk from ORV traffic. Turtle experts Burke and Gibbons (1995) studied aquatic turtle nest patterns in sandy upland habitats around ponds on the South Carolina coastal plain and calculated that it would be necessary to protect buffers extending 73 meters beyond the edges of wetlands to prevent damage to the nests of 90 percent of the turtle population. A 273-meter buffer would have been required to protect all the turtle nests in their study area (See Appendix B for a summary of recommended buffer zones for Florida species).

### Changes in predator-prey relationships

When top predators are eliminated by vehicle-related accidents and other causes, populations of opportunistic predators such as foxes, raccoons and opossums increase, leading to declines of the songbirds and the ground-dwelling reptiles and amphibians on which they feed (Noss 1990). Off-road vehicle impacts may have far-reaching implications for the food chain and species composition.

On the Southwest Florida Wildlife Management District's Potts Preserve, biologists have observed increased predation on apple snails and hatchling stinkpot and mud turtles by hogs accessing the marsh via airboat trails (Barnwell personal communication). Ecologist Jack Stout (2001) notes that raccoons readily locate and raid turtle nests along sand roads. Virtually all the turtle nests along Wakulla Springs State Park roads are destroyed by raccoons and fish crows (Whitehouse 1993). On Apalachicola National Forest, cottonmouths have been observed preying on striped newts and other small amphibians in

tire ruts (Traylor personal communication).

## Wildlife Disturbance

Wildlife disturbance is one of the primary concerns associated with ORV impacts (Boyle and Sampson 1983; Florida Division of Recreation and Parks 2001). It may be clearly related to noise or intentional harassment or it may involve more subtle aversion to less obviously intrusive human activities. Regardless of the form it takes, disturbance is likely to result in increased stress levels and energy expenditures for wild animals. Stress from fear or from vehicle noise, may cause animals near roads to have faster heart rates, hence higher metabolic rates and energy expenditures, even when traffic is minimal (MacArthur et al. 1979). "Prolonged resistance to intrusion can lead to neurosis, weight loss, assumption of secretive habits, reduced reproductive success, voluntary spatial or temporal withdrawal from available habitat, and subsequent reduction in the local carrying capacity for the wildlife species." (Kuss et al. 1990).

*SIDEBAR*
*Disturbance Factors*
*Macdonald (1998) identified the following factors affecting the short-term impact of recreational trail disturbance on wildlife:*
- *type of species and flushing distances,*
- *type and intensity of human activity,*
- *time of year and time of day;*
- *type of wildlife activity (feeding, nesting, roosting, migrating).*

*He points out that human disturbance of breeding animals can cause nest abandonment, decline in parental care, shortened feeding times, increased stress and lower reproductive success. Animals representing different populations of the same species may respond to the same human behaviors differently, based on previous experience with people. Animals living in areas where there is hunting, for example, are more likely to be disturbed by other human activities.*

*END SIDEBAR*

Newman (2001) explains how complicated it is to assess wildlife disturbance impacts: "It depends upon the species, the importance of the behavior that is disrupted, the timing of the disturbance, whether the disturbance is 'truly threatening', whether the effects are important, temporary or permanent, whether the animals are acclimated or can acclimate, whether there are appropriate buffers from both the visual and auditory perspective, etc. My research on disturbance and the disturbance literature indicates all these factors need to be evaluated in looking at effects whether they be from ORVs or other human activities or inventions."

### Human Intrusion

Bennett and Zuelke (1999) did an extensive survey of the pertinent literature and summarized that human recreation disturbance clearly affects behavior and movement of birds on at least a short-term basis. Flushing birds from a nest exposes eggs or young to potentially lethal heat, cold, or predation (Larkin 1996). The critical factor is how long the birds are kept away from the nest. With most raptors, devastating results are likely if the parents are away for only a short period of time (Awbrey and Bowles 1990; Call 1979).

Portnoy (1974) documented that red-shouldered hawks may abandon nests in response to human disturbance. Similar problems occur when people or vehicles disturb wading bird rookeries (Hoctor 2001; Rodgers 2001; Rodgers and Smith 1995; Klein 1993)

Richardson and Miller (1997) reviewed the literature on raptor flushing behavior and recommended nest buffer zones for a number of species: osprey ,400 to 1,500 meters; Cooper's hawk, 400 to 600 meters; red-tailed hawk, 800 meters; bald eagle 250 to 800 meters; peregrine falcon, 800 to 1,600 meters; American kestrel (50 to 400 meters). They reported that bald eagles flushed from vehicles at 50 to 990 meters and American kestrels at 12 to 115 meters.

Mafei and Kitchens (1988) observed that night herons and great blue herons were particularly sensitive to airboat disturbance. McDaniel (1988) reported that airboats can blow juvenile birds out of their nests if they approach within 50 feet. Florida Fish and Wildlife Conservation Commission biologist Jim Rodgers documented population declines, weight loss, stunted growth, increased egg and juvenile mortality and premature fledging in north Florida snowy egrets, tricolored herons and white ibis disturbed by airboats (Rodgers and Smith 1995).

Klein et al. (1995) documented species-specific waterbird responses to vehicles on Ding Darling National Wildlife Refuge in southwest Florida. Although many species acclimate to continuous highway traffic, Klein et al. (1995) found increasing levels of waterbird disturbance with increasing numbers of vehicles along a lightly traveled road on the National Wildlife Refuge.

According to Rodgers (2001; 1991), the recommended disturbance buffers for waterbirds range from 69 to 100 meters. He suspects that upland songbirds would require less and estimates that 45 to 60 meters would be an effective buffer to protect most bird species from vehicular disturbance.

*Noise*

Noise can have serious consequences for wild animals. Many species rely on sensitive hearing for survival. Vehicular noise can prevent such animals from locating prey, detecting predators, finding mates or doing other things essential to survival. Since many species hear noise at different levels and frequencies than humans, even sounds that seem reasonable to us can be very disturbing to wildlife.

Behavioral responses to noise may decrease an animal's chances of surviving and reproducing (Larkin 1996). Noise may cause an animal to retreat from favorable habitat. It may also cause an animal to reduce the time it spends feeding. The resulting depletion of energy can decrease reproductive success. Noise can also interfere with communication essential for reproduction and decrease an animal's responsiveness.

Some wild animals may suffer long-term hearing loss in response to short-term noise exposures that would not affect humans. Bondello et al. (1979) documented hearing loss in Mohave fringe-toed lizards after only short periods of ORV noise. Road noise has been found to affect nesting birds up to 1,000 meters away (Forman 1998 ). Brattstrom and Bondello (1983) confirmed Weinstein's (1978) observations that ORV noise caused long-term hearing loss in some wildlife species that resulted in difficulty detecting predators and

P37

abnormal behavior.

Weinstein (1978) reported that the sound of an approaching ORV flushed birds out of vegetated riparian corridors and into the air over open areas even when the vehicle as much as 3.2 kilometers away and not visible. Stalmaster and Newman (1978) observed that bald eagles seemed less disturbed by noises when they could not see the source.

Several studies have reported that frogs may avoid calling in response to other noises (Barrass 1985; Gerhardt 1988; Larkin 1996). Popp (1989) documented similar behavior in songbirds. Barrass also found that fewer egg masses were produced in ponds where male frogs called less frequently during road noise, which implies that this change in behavior has reproductive consequences.

In the Big Cypress National Preserve, Duever et al. (1981) found that ORV noise levels were dependent primarily on engine type and revolutions per minute (rpm). Swamp buggies had similar relatively low noise levels except when an automatic transmission resulted in higher rpms. Airboats were the noisiest. ATVs and track vehicles produced intermediate noise levels.

*SIDEBAR:*
*ORVS and the Endangered Red-Cockaded Woodpecker*
**PHOTO: Endangered red cockaded woodpecker: active cluster and cavity tree (white ringed tree), dump site and ORV trail. Photo by Christine Small**

*Red-cockaded woodpeckers, an endangered species with critical primary core populations in the Apalachicola and Osceola National Forests and an important support population in the Ocala, can be sensitive to ORV noise disturbance, especially during the breeding season.*

*The Fish and Wildlife Service's red-cockaded woodpecker recovery plan calls for a 200-foot buffer around each cluster of cavity trees with no road construction or ORV use within that area because excessive noise and other disturbances caused by ORVs and motorized logging equipment may disrupt nesting activities, decrease feeding and brooding rates and lead to nest abandonment. Such problems led to a court order that forced the Forest Service to close many ORV trails to reduce disturbance to red-cockaded woodpeckers in the Sam Houston National Forest in Texas( Schubert & Associates 2000).*

*No cavity tree damage or cluster abandonment has been documented in ORV areas in the Florida forests (Rohrbacher personal communication), indicating that red-cockaded woodpeckers can adapt to noise under certain circumstances, but the frequency, intensity, duration and seasonality of disturbance is critical. In the Apalachicola, for example, red-cockaded woodpeckers populations nesting within 200 feet of roads have actually increased (Rohrbacher personal communication). However, there is concern about red-cockaded woodpecker colonies dissected by roads in the Ocala (Marwick personal communication), and the Forest Service is considering a ban on motorcycle trails in the vicinity (Sekerak, personal communication) because, as biologists discovered on the Croom Motorcycle Area on Withlacoochee State Forest, extensive motorcycles trails make prescribed burning for habitat maintenance impossible WHAT ABOUT NOISE FACTOR? ARE MOTORCYCLES LOUDER THAN OTHER ORVS OR IS IT JUST THE EXTENT OF*

## Habituation

Habituation occurs when animals get used to a predictable disturbance and learn to ignore it. Pica et al. (1998) point out that habituation generally seems to take place only when ORV activities occur along a predictable path at predictable times. Where ORVs are driven off-trail, animals are unable to predict their activity patterns and consequently do not have the opportunity to become habituated to this disturbance (Schubert and Associates 1999).

If visitors stay on the trail, animals perceive them as relatively predictable and therefore less of a threat (Macdonald 1998). However, reactions may be species- or situation-specific. Hammitt and Cole (1987) point out that many animals develop a tolerance for predictable events, but are affected by unpredictable types of disturbance, whereas others tolerate infrequent disturbance but are bothered by more frequent activity.

For example, University of Kentucky biologist David Maehr (2000) believes that ORV trail disturbance of Florida bears and panthers is negligible because such trails are predictably used during the day and the animals get used to this activity pattern.

Poole (1981) observed that osprey can become accustomed to "fairly continuous activity" near their nests and reproduce at normal rates. Plumpton and Lutz (1993) found that burrowing owls generally ignored the sound of nearby traffic and reproduced normally near a regularly traveled road. Blodget (1978) found that where nesting areas were well-marked and effectively protected, least terns developed a similar tolerance for nearby ORV activity.

Although habituation may initially appear to decrease impacts, it may actually increase them. Off-road vehicle drivers sometimes harass wildlife (Hoover 1972; Neil et al. 1975). Habituated animals are more at risk from hunting, harassment and collisions and more likely to become involved in human-wildlife conflicts leading to their execution or removal as "nuisance animals."

## Poaching, Collecting and Harassment

"The access that roads provide to hunters, poachers and collectors is one of the biggest problems of roads in Florida" (Noss 2001). Research has established that few hunters walk very far from a road and therefore most hunting -- both legal and illegal -- occurs close to roads (Harris 2001; Noss and Harris 1986). Hunting success is directly correlated with road density (Brocke et al. 1990).

Road-associated illegal shooting has been documented to be one of the primary causes of grizzly bear mortality in the West (Noss 1996; McLellan and Mace 1985; Dood et al. 1986; Knick and Kasworm 1989). Northern researchers have documented dramatically greater wolf mortality rates in areas where road density exceeds about one mile per square-mile. Although different studies have suggested somewhat different road density thresholds, all authors have attributed the magnitude of wolf losses in roaded landscapes to the increased accessibility of these areas to people inclined to shoot wolves (Peterson et al. 1984; Theil 1985; Jensen et al. 1986; Mech et al. 1988; Thurber et al. 1994).

ORV-aided turkey poaching is a problem on Apalachicola National Forest (Ruhl personal communication). Vehicular access also makes it easier for people to bring dogs into the

P39

forest, and these pets often harass wildlife. ORV access also facilitates hunting with dogs, both legally and illegally (Anglin personal communication) and illegal collecting activities.

Animals are collected for the pet trade in natural areas throughout Florida. There is particular concern about potential impacts of commercial collecting of scarlet kingsnakes and Apalachicola kingsnakes on Apalachicola National Forest (Ruhl personal communication).). According to FWCC bilologist Kevin Enge (personal communication), springtime snake collectors strip the bark off every dead pine visible from a road on Apalachicola National Forest to look for kingsnakes, eliminating microhabitat for other organisms in the process.

Roads also facilitate and intensify both permitted and illegal collection of rare plants, timber poaching and the removal of ecologically valuable snags and logs for firewood (Bird 1999). They also increase harvesting of a wide array of other potentially significant forest materials including wood, pinecones, mushrooms, herbs, butterflies, berries, earthworms, wildflowers, pinestraw, fetterbush "dragonwood", Spanish moss, sphagnum moss, ferns, Christmas trees, wax myrtle and turkey oak, palmetto berries, aquatic plants, palm fronds and lighter pine. Most of these gathering activities impact forests to a minor degree, but some could become real problems if expanded. For example, FWCC Bear Section leader Thomas Eason (personal communication) worries about the potential impact of vehicle-facilitated palmetto berry harvesting on Florida black bear food availability.

### Littering

**PHOTO: Ocala National Forest Michelle Moen records trash pile on ORV trail near Forest Road 539. 5/15/00 Photo by Christine Small**

ORVs make it easier for people to bring more trash into the forest. By the same token, they should make it easier to pack that trash back out again, but this doesn't always seem to be the case. Areas of heavy ORV use, which are generally those closest to urban areas, tend to have more trash than other places. Compounding the problem are people who use 4WD vehicles to dump household garbage in the forests and other natural areas. This has become a problem along ORV trails in areas of Apalachicola National Forest close to Tallahassee reports Florida State University professor Walter Tschinkel (personal communication) and Means et al. (1994).

**PHOTO: OcalaNational Forest, Lake Clearwater trash in an ephemeral wetland Photo by Christine Small 4/24/00**

Defenders' Christine Small (personal communication) reported many trash sites in sections of the Ocala National Forest. Dumping facilitated by roads and ORVs is of particular concern because household garbage often includes yard waste containing the propagules of invasive exotic plants. Discarded tires collect water and facilitate an increase in mosquito-borne diseases.

### Increased Wildfire and Arson

Most of the wildfires in the United States originate close to roads (Pica et al. 1998; Noss 1996; Shaw 1941; Johnson 1963; California Division of Forestry and Forest Service1968; Wilson 1979). Fires are ignited both by vehicles (from sparks, hot exhaust manifolds, etc.) and the activities of their passengers (building campfires, smoking, etc.). Records on file at

the Big Cypress National Preserve document that ORVs have started numerous backcountry wildfires there (National Park Service 2000). "The precise contribution that ORVs and their riders make to the incidence of human-caused fires in the U.S. is unknown, but it is likely significant" (Pica et al.1998).

Increased incidence of wildfire would be a concern in any forest, but is especially so in Ocala National Forest because the sand pine scrub that dominates the landscape is highly flammable and it is the most urban and heavily used of Florida's national forests .

### Exotic Species Introduction

Roads serve as corridors for exotic plant invasion (Wilson et al. 1992; Cowie and Warner 1993; Lonsdale and Lane 1994; Parendes and Jones 2000; Rich et al. 1994; Gates and Evans 1998; Amor and Stevens 1976). They encourage the expansion of exotic populations by altering habitat to favor weedy species, removing or stressing the native vegetation, importing propagules with construction materials and facilitating movement of dispersal agents (Trombulak and Frissell 2000; Willard et al. 1990). These dispersal agents include ORVS and other vehicles carrying exotic plant seeds in their tire treads, bumpers and elsewhere.

Soils disturbed by road construction (Greenberg et al. 1997) or long-term road use and maintenance activities are ideal habitat for many exotic plants (Wester and Juvik 1983; Henderson and Wells 1986; Tyser and Worley 1992; Wein et al. 1992). Greenberg et al. (1997) studied exotic plant invasion along roads in Ocala National Forest. They found that the clay and limerock used in construction of many forest roads favored invasion of exotic species as well as native plants atypical of the sandy scrub communities the roads traversed. They also observed increased abundance of exotic and uncharacteristic species along sand roads where imported construction materials were not used, attributing this to road-enhanced propagule dispersal. Cale and Hobbs (1991) found more exotic species in roadside soils with enhanced phosphorus levels from vehicle emissions. Mcintyre and lavorel (1994) documented more invasive exotics and fewer native species in disturbed roadside habitats that received increased runoff.

Harris and Silva-Lopez (1992) estimated that around 200 exotic plant species already occur on Ocala National Forest. At present most of these are limited in distribution, but could spread widely as ORV use continues to grow.

The potential of ORVs for spreading exotic propagules is underscored by a Montana study showing that one ATV is capable of distributing 2,000 exotic knapweed seeds in the course of a 10-mile trip (Lacey et al. 1997). Stout (1992) documented ORV dispersal of several exotic species in West Virginia. Noss (1996) noted taht Brazilian pepper and other exotics readily invade disturbed areas along Florida ORV trails. The National Park Service (2000) reports that ORV activity appears to have spread Brazilian pepper, melaleuca and old world climbing fern in the Big Cypress National Preserve. According to Big Cypress resource management specialist Tony Pernas (personal communication) there is a strong correlation between melaleuca infestations and ORV trails in the preserve. He explains that a number of the ORVs used in the preserve were stored in a melaleuca-shaded parking area where seeds fell onto them and is concerned that that grasses (including extremely invasive cogon grass) and other species with wind-dispersed seed or readily-rooting rhizomes could just as easily be spread by ORVs.

Well-meaning ORV users can sometimes inadvertently complicate exotic plant problems by trying to help, says Pernas. In the Big Cypress, for example, ORV drivers often attempt to kill melaleuca trees by running over them. However, this triggers seed release and causes the species to spread more rapidly. Sometimes, fallen trees pushed into the mud by ORVs sprout all along the trunk, making them more difficult to kill or remove.

*COPYBOX*
*Seeded Mud*
*Mud-caked vehicles can be virtual traveling plant nurseries. One Australian researcher was able to germinate 18,500 seedlings of 260 plant species from mud washed off cars at a carwash (Wace 1977).*
*END*

Off-trail, ORVs can remove competing vegetation, disturb the soil to create a seedbed, introduce seeds, then pack and rut the substrate so that seeds are firmly in contact with the soil and situated in moisture-retaining depressions where conditions for germination are optimal (Mooney and Drake 1986; Hobbs and Heunneke 1992; Pickett and White 1985; Kotanen 1997; Johnstone 1986). On a regularly used trail, subsequent vehicles would probably crush most ORV-facilitated seedlings and limit the extent of actual exotic species establishment. However, off the beaten track, such seedlings have a better chance of surviving and are less likely to be detected before reproducing. Menges (personal communication) believes this is cause for concern in Florida scrub habitats. McPherson (2001) expresses similar concerns in regard to sandhills, observing that ORV disturbance accelerates invasion of intact systems by invasive exotics.

Louisiana State University biologist and former Forest Service botanist Susan Carr (2001) has observed the replacement of perennial grasses by annual and/or weedy forbs in ORV tracks through a variety of habitats on southern national forests, as Florida Department of Forestry forest ecologist Dennis Hardin (personal communication) has on Florida state forests. Carr notes that ORV traffic through seepage bogs and bayheads can promote invasion of Chinese tallow tree, Japanese climbing fern and other troublesome exotics. Florida Park Service environmental specialist Kelly McPherson (2001) expresses similar concerns. She is particularly concerned about natal grass, a widespread Exotic Pest Plant Council (EPPC) Category II weed she has observed aggressively dispersing into natural areas from firelanes. She notes that this exotic species has taken over extensive areas of fragmented sandhill around Bok Tower Gardens in Lake Wales Florida in just a few years.

*SIDEBAR*
*ROADS , ORVS AND THE SPREAD OF EXOTIC DISEASES*
*Road corridors also serve as conduits for the spread of diseases (Dawson and Weste 1985;*

*Gad et al. 1986; Pantaleoni 1989; Schedl 1991). For example, Aedes mosquitoes, which act as vectors for many dangerous tropical diseases, have spread through the southeastern United States along roads where abandoned tires provide optimum breeding sites (Center for Disease Control 1999). Uncontrolled ORV access into the national forests in Florida has resulted in numerous dump sites with car tires and other trash that can hold water and harbor Aedes mosquitos. ORVs have also been implicated in the*

**PHOTO:  Ocala National Forest, tire dump site. Photo by Christine Small**

*spread of an exotic root fungus that has killed hundreds of rare Port Orford cedars in Oregon's Siskiyou National Forest (Castello et al. 1995; Perry 1988; Cale and Hobbs 1991). Spores picked up by ORV tires enter streams at water crossings and infect downstream roadless areas (Zobel et al. 1985).*
*END SIDEBAR*

## 5.  CRUSHING THE VULNERABLE: SENSITIVE HABITATS AND SPECIES

Certain habitats and species are more sensitive to roads and ORVs than others. These sensitive habitats include wetland and aquatic systems, upland scrubs and sandhills. Vulnerable species include rare plants, amphibians, fish, birds and mammals.

**Wetlands and Aquatic Systems**
Wetlands and aquatic systems are particularly sensitive to roads and ORV traffic (Schubert and Associates 1999; Pica et al. 1998; Aust 1994; Cusic 2000). Wet organic soils cannot bear heavy weights, so "use of areas with organic soils rapidly creates wide, muddy quagmires" (Hammitt and Cole 1987).

**PHOTO: Ocala National Forest Superlift 4XAdventure 2000. Photo Seeber Fowler**

Liddle and Scorgie (1980) review the processes whereby recreational activities affect the biota of freshwater ecosystems. Vehicles going through pools and streams disrupt hydrologic processes, stir up sediments, destroy aquatic vegetation and degrade habitat for invertebrates, fish and amphibians that play key roles in the food chain (Bury 1980). Rare species dependent upon such habitats are at risk of extirpation where ORVs use these areas (Sheridan 1979).

GENERALLY, THE LONGER THE HYDROPERIOD, THE MORE VULNERABLE THE WETLAND. DUEVER ET AL (1981) IDENTIFIED FLOODING AS THE MOST IMPORTANT RISK FACTOR IN LANDSCAPE VULNERABILITY TO ORV DAMAGE, AND SOBCZAK AND PERNAS (2000) DOCUMENTED INCREASED ORV IMPACTS AS A RESULT OF LONGER PERIODS OF FLOODING IN THE BIG CYPRESS NATIONAL PRESERVE.

Hammitt and Cole (1987) describe how boggy meadows are hydrologically damaged by

recreational use, explaining that wet soil is easily churned and compacted, which breaks the sod into a "honeycombed topography" leading to increased erosion and lowered water tables. They cite the observations of DeBendetti and Parsons (1979) that consequential drying of such habitats can allow woody species to invade and replace herbaceous vegetation. And during a dry period, a sensitive wetland can be mistaken for another open field by even the most responsible recreationists.

*Ephemeral Ponds*

**PHOTO: Ocala National Forest, Bunch Ground Pond. Photo Christine Small**

Many scientists have pointed out the ecological significance of ephemeral ponds in the southeastern coastal plain (Hart and Newman 1995; Dickinson 1949; Gibbs 1993; Moler and Franz 1987; Means 1990). For example, herpetologist Bruce Means (1996) believes that the mole salamander, a species that breeds in ponds threatened by ORVS in the Apalachicola, "...must play a very important role in the upland food web." Temporary ponds are also extremely important amphibian breeding sites in north Florida (Dodd and Cade 1998; Franz personal communication). A small insignificant-looking pool may provide important habitat for 15 to 20 amphibian species (Moler and Franz 1987; Cash 1994; Dodd 1992; O'Neill 1995).

University of Florida, Florida Natural History Museum herpetologist Dick Franz (personal communication) explains that fishless temporary ponds support complex communities of amphibian larvae with each species exploiting specific habitat niches and prey items. Much research is still needed to define these relationships, but it is clear that some tadpoles stay in the mud near the bottom, whereas others require the shelter of certain types of vegetation structure. Barking treefrog tadpoles, for example, are pelagic and live beneath waterlily pads. Turbidity affects the phytoplankton at the base of the food chain and alters the pond's fauna. Vegetation destruction exposes larvae to predation.

Florida Natural Areas Inventory zoologist and turtle expert Dale Jackson (personal communication) points out that oil and gas leakage from ORVs might contaminate critical turtle breeding sites in isolated ponds and affect the tadpoles and small aquatic organisms that form the food base for turtles and other larger animals. Chicken turtles, mud turtles and striped mud turtles are the species most likely be affected because they rely most heavily on isolated ponds.

FORTUNATELY, MOST ORV DAMAGE TO FLORIDA NATIONAL FOREST PONDS OCCURS WHEN THEY ARE RELATIVELY DRY AND AMPHIBIAN LARVAE ARE NOT LIKELY TO BE PRESENT, WHICH TENDS TO RESTRICT DAMAGE TO SEDIMENTS AND LIMIT DIRECT WILDLIFE MORTALITY (GREENBERG PERSONAL COMMUNICATION; MEANS AND MEANS 2001)

Bruce and Ryan Means (2001) are currently assembling data on ORV impacts to isolated wetlands. They have been doing amphibian surveys of 300 ponds on Apalachicola National Forest for the past four years. They caution that the situation is serious if a pond is subjected to heavy mudbogging over a long period of time. The fauna in such a pond is likely to suffer, especially if the habitat is altered by vegetation removal and rutting (Means and Means 2001). Means (1996) also points out that, since amphibians must move in and

out of the pond in response to water levels, the barrier and roadkill hazards presented by a road within the adjoining upland buffer zone becomes "a large problem facing animals inhabiting temporary ponds."

**PHOTO: Apalachicola National Forest wetland devastation. Photo courtesy of Defenders of Wildlife.**

There are places in Ocala National Forest where ORVs traveling closer and closer to ponds as the water level has dropped during recent droughts have destroyed all the marginal vegetation and left ponds formerly used by gopher frogs, wood storks and sandhill cranes encircled by 100-foot swaths of bare sand (Marwick personal communication). The same situation occurs in Apalachicola National forest.

*Sinkholes*

Sinkholes that hold water year-round are sensitive in different ways. Many of these function as drains, pouring surface runoff directly into aquatic caverns inhabited by delicate rare invertebrate species -- and subsequently into the very aquifers on which our springs and drinking water wells depend.

The Florida Department of Environmental Protection advises landowners to keep vehicles off the slopes of sinks and springs to protect the vegetation that stabilizes the slopes (Stevenson 2001). They also recommend that a buffer of natural vegetation be maintained around sinks to filter runoff. Stevenson says that no set width has been defined for such buffers, but "more is better." He explains that the appropriate buffer dimensions depend on the character of the upland plant community surrounding the sink and the likelihood of runoff. Fire-maintained pinelands with intact wiregrass filter runoff very effectively, so only a narrow buffer is necessary in such habitats. Where the shade of a hardwood canopy minimizes groundcover, a wider buffer is necessary.

*Savannas*

Duever et al. (1981) found that cypress savannas and marl or peat-based marshes and prairies were the communities most sensitive to ORV traffic in the Big Cypress National Preserve. Sand-based prairies were damaged to a somewhat lesser extent and pine flatwoods were most resilient. Welch and Madden (1998) observed that many Big Cypress National Preserve prairies had been so heavily damaged that the ORV trails had coalesced into large impact areas where distinct routes were no longer discernable

The savannas on Apalachicola National Forest seem to be similarly vulnerable and slow to recover (Ruhl personal communication). Rutting and vegetation changes are evident where such areas have been damaged by ORV traffic. Although the Apalachicola National Forest has not done scientific studies of these impacts, they have observed that St. John's wort becomes more abundant and pitcher plants, a protected species, do not come back (Traylor personal communication).

**PHOTO: Apalachicola National Forest pine savanna/bayhead ecotone damage. Photo courtesy of Defenders of Wildlife8/2002**

*Other Wetlands and Aquatic Systems*

P45

Susan Carr (2001) comments that "the worst ORV damage to native ground cover in southern national forests occurs in seepage bogs and bayheads." She explains that the hydrological patterns there are easily disrupted by rutting and recommends protecting them from ORV traffic because many listed plant species occur in such wetlands

Coastal marshes also appear to be very sensitive. Needlerush is said to recuperate poorly from ATV damage. reports biologist Lyn Coultas (personal communication). To protect the Cape Sable seaside sparrow, vulnerable coastal marsh habitat has been closed to airboats in southern Florida (Pernas personal communication) .

Streams are impacted wherever roads or trails cross them. Even if the road simply crosses at a natural ford, subsequent traffic will disturb bottom communities and cause downstream siltation. More often, the crossing will be stabilized with gravel and/or synthetic materials. Alternatively, a bridge or causeway will be built, resulting in destruction of a substantial area of bottom and streambank and disturbance of an even greater area. Exotic species invasion often follows such disturbance and expands into downstream riparian areas (Gregory et al. 1991; Pyle 1985; Parendes and Jones 2000; Pysek and Prach 1993). Numerous reports have documented these processes and associated sedimentation impacts (Kochenderfer et al. 1997; Nowlis et al. 1997). Although most of these studies have been conducted in mountainous regions where the problems tend to be more dramatic than they are in Florida, the principles are still generally applicable, says National Biological Survey aquatic ecologist Jim Williams (personal communication).

Some ORV users travel in and out and along streambeds intentionally. Williams (personal communication) says he has seen ATVs stirring up sediment and crushing mussel beds. He is concerned about the way the resulting streambank ruts grow into gullies that channel sediment-laden runoff directly into a stream. And he worries about the toxic fuels and lubricants released when reckless operators overturn their vehicles going up or down steep streambanks.

**PHOTO: Apalachicola National Forest, Fisher Creek vegetation damage and resulting siltation from an ORV trail and stream crossing. Photo by Walter Tschinkel**

### Upland Scrubs

Sand pine and oak scrubs are sensitive desert-like habitats that are quickly denuded by ORV traffic and heal slowly. The sparse grasses and forbs in such communities are easily dislodged as vehicles loosen the dry sand. On the Lake Wales Ridge National Wildlife Refuge, scrub lupines and other rare plant species have been virtually eliminated from a number of scrub sites due to ORV activity, says ecologist Doria Gordon (personal communication).

Plant ecologist Mike Menges (personal communication) is concerned about ORV impacts on the lichens that characterize many areas of scrub groundcover. Lichens are easily crushed by even foot traffic and are extremely slow to recover. They are also very sensitive to air pollution from vehicle emissions. Angold (1997) documented sparse Cladonia (reindeer lichen) growth near a road and attributed it to exhaust fumes.

**PHOTO: Ocala National Forest, Penner Ponds area. Photo by Marcie Clutter**

Greenberg et al.'s (1995) study of vegetation response to disturbance in Ocala National Forest suggests that moderate ORV traffic might inhibit the growth of larger shrubs and trees and favor development of a pioneer-type rosemary scrub characterized by widely spaced rosemary bushes and extensive areas of bare sand. Such "bare areas" may have more vegetation than is apparent, since algae and some higher plants can photosynthesize in the bright light just beneath the surface of these sunny white-sand habitats, reports Archbold Biological Station associate research biologist Mark Deyrup (personal communication). These algal crusts, which are believed to be important in nutrient cycling, would surely be damaged by ORV traffic. Although they probably recover in a matter of months, rather than taking decades to heal like the algal crusts of desert regions, frequent ORV traffic would inhibit their recovery and affect soil nutrients.

The way ORVs tend to travel through these seemingly barren areas threatens the many scrub organisms that prefer these habitats. Several scrub reptiles, including the gopher tortoise, Florida scrub lizard, sand skink, race runner, mole skink and Florida crowned snake, use open scrub habitat with extensive areas of bare sand (Jackson 1973). Scrub wolf spiders and certain other invertebrates are also attracted to places like this (Deyrup personal communication). Ground-nesting bees and wasps seek out such open sunny areas as breeding sites (Minno personal communication).

Scrub sands are not subject to the compaction that has such serious long-term implications for soil fauna in other habitats (Ponomarenko personal communication; Carlisle personal communication). However, Ken Dodd (personal communication) warns that there may be places where there is enough compaction in the actual tread area to inhibit sand-swimmers, such as sand skinks, antlions and certain beetles and fragment underground habitat. This is likely to be the case in areas where clay or limerock was used to stabilize the trail surface. University of Florida soil scientist Mary Collins (personal communication) acknowledges that scrub sands are not liable to be compacted by ORV traffic, she believes that such activity would likely destroy soil structure, alter bulk density, and remove organic material on sandhill sites

ORVs do loosen and destabilize scrub sands. According to herpetologist Dick Franz (personal communication), such destabilization results in incidental mortality of burrowing animals and increases the incidence of burrow collapse. Off-road vehicle traffic also removes the sparse leaf litter from the scrub soil surface and thus eliminates cover that many reptiles and other small organisms rely on for predator evasion, as well as resting and breeding habitat. Vehicles are likely to crush organisms like pygmy mole crickets that live in the top few inches of the soil (Deyrup personal communication). Disturbance-dependent plant species may reseed on scrub habitat destabilized by ORV activity, but are subject to damage by subsequent traffic (Christman 2001; Menges personal communication).

The mechanisms that cause long-term impacts to scrub soils are not well understood, but the evidence suggests that scrub habitat takes a long time to heal. For example, although jeep roads through scrub on the Lake McLeod Unit of the Lake Wales Ridge National Wildlife Refuge have rarely been used in the last 10 years, vegetation has not yet become re-established in these areas (Stout 2001). The few plants that have reinvaded are mostly annuals. The same is true of old motorcycle trails on Camp Blanding, says botanist David Hall (personal communication).

# Upland Sandhills

Many sandhill plants are slow growing and/or adapted to reproduce under very specific conditions and thus tend to be negatively impacted by ground disturbance.
For example, ORVs are very damaging to the wiregrass groundcover characteristic of Florida's sandhill habitat (McPherson 2001; Clewell 2001; Sekerak personal communication; Anglin personal communication; Hardin personal communication).

Where there is repeated light ORV traffic, weedy plants gradually replace species characteristic of the original wiregrass community. Regularly used trails turn into bare sand. There are places in the Apalachicola and Ocala national forests sandhills where the actual area covered by the barren treads of densely interlaced ORV trails has replaced significant percentages of the sandhill groundcover (Ruhl personal communication; Marion County Audubon 2000).

**PHOTO: Ocala National Forest denuded sandhill photo by Christine Small 5/2001**

Botanist and restoration ecologist Andy Clewell (2001) believes that longleaf pine-wiregrass lands can absorb the ecological impacts of vehicular traffic but only under ideal conditions: the site is not so wet that tires compact or rut the soil, not so dry that tires disrupt the soil or dislodge plants from it, and not driven over repeatedly even under the most favorable conditions. "Only a few repetitions cause ecological damage," says Clewell. "Once an intact longleaf pine-wiregrass ecosystem is damaged by ORVs, it will not recover for many years, even if the site is sensitively managed with growing season fires."

Florida A & M University entomologist Will Flowers (personal communication) says he is aware of no empirical data on ORV impacts to the wiregrass community, but echoes the typical expert viewpoint that vehicular traffic "can't be good for the groundcover." He studies springtails, the most abundant insects in wiregrass, and speculates that their habitat might be significantly fragmented by ORV trails, since they have trouble crossing dry dusty surfaces. Mark Minno (personal communication) reports serious motorcycle damage to lopsided Indian grass in sandhill habitat used by the rare Arogos skipper to lay its eggs on Riverside Island in Ocala National Forest. Many other invertebrates are probably affected.

## Sensitive Species

Numerous scientists consider road density an important indicator of habitat quality for sensitive species (Noss 1990; Forman et al. 1997; Frederick 1991; Mladenoff et al. 1995; Ruediger 1996). According to one of them, "Nothing is worse for sensitive wildlife than a road (Noss 1996)." ORVs on those roads and off them forging travelways of their own only intensifies the threat to sensitive plants and animals.

Appendix A assesses the vulnerability to roads and ORVs of plants and animals in Florida's national forests that are listed by the state of Florida, the U.S. Fish and Wildlife Service and the Florida Natural Areas Inventory (FNAI). Listed species, of course , are not the only species being affected, and certain groups of plants and animals are more sensitive than others. A few of the especially vulnerable groups are discussed briefly below.

*Plants*

42

P48

About 90 percent of Florida's rare plant species grow in areas attractive to ORV traffic such as roadsides and forest openings, says University of Florida botanist Walter Judd (personal communication). Plants vulnerable to this kind of ORV traffic include Florida bonamia, Florida skullcap, Ashe's bent goldenaster and Drummond's yellow-eyed grass. Scrubs, savannas, seepages and isolated wetlands are prime rare plant habitat -- and frequent sites of ORV damage reports FNAI botanist Linda Chafin (personal communication). Her thoughts are echoed by Doria Gordon (personal communication; and others, Carr 2001; Means and Means 2001; Edwards and Weakley 2001).

## Amphibians

Amphibians are doubly susceptible to the impacts of roads, ORVs and landscape alteration because they require two healthy habitats, wetland and upland, to complete their life cycles. For a salamander, tire ruts around the edge of a wetland can be the equivalent of impassable mountain ranges that prevent larvae from moving up and down slopes as water levels rise and fall. Larvae get trapped in these ruts and die as the water recedes (Means and Means 2001).

Pollution and siltation within a pond and rutting around the margins damage habitat characteristics important to amphibians such as the flatwoods salamander, gopher frog, one-toed amphiuma and striped newt. They are particularly susceptible because mudbogging activities are so widespread in the isolated wetlands so critical to their life cycle.

Means and Means (2001) say that ORVs have especially severe impacts on amphibians because most species utilize the shallowest parts of ponds exactly where mud-bogging usually takes place. They explain that this shallow habitat is crucial because these species are adapted to breathe normally only in the highly oxygenated water near the surface. Moving away from the edges would leave them highly vulnerable to predators in deeper water. They also believe that shallow pond edges may be attractive to amphibians because these areas tend to be warm during the day, cool at night and teeming with microscopic animals to eat. Amphibians such as spadefoot toads and gopher frogs that mass metamorphose may be more vulnerable to ORV traffic around a breeding pond than those that emerge from the wetlands a few at a time Greenberg (personal communication).

**PHOTOS: Ocala National Forest rutting damage. Photos by Christine Small**

Amphibians are difficult to track, but Semlitsch (1998) summarized data on terrestrial habitat use by pond-breeding salamanders and calculated that the mean distance salamanders were found from the edge of aquatic habitats was 125.3 meters for adults and 69.6 meters for juveniles. He estimated that a buffer zone would have to extend 164.3 meters from a wetland edge into the adjoining terrestrial habitat to protect 95 percent of the population. Semlitsch explains that data on movements of other amphibians suggests that a similar buffer zone would protect a wide range of species. Dubois (1991) recommended 100 to 500-meter) wetland buffers for amphibian protection. Therefore, as Semlitsch (1998) points out, "To maintain viable populations and communities of salamanders, attention must be directed to the terrestrial areas peripheral to all wetlands

Florida species need wider buffers. On the Katharine Ordway Preserve, Putnam County, Florida, striped newts have been found as much as 709 meters from breeding ponds and eastern narrow-mouthed toads as far away as 914 meters (Dodd 1996). Brown et al. (1990)

P49

suggested that 223-meter buffers be established to protect wildlife around central Florida sandhill ponds, but Dodd and Cade (1998) believe this width would be inadequate for amphibians. Ken Dodd (personal communication) emphasizes that wetland buffers may help, but they are not the answer, especially in sandhills. He explains that Florida pond-breeders often travel 300 to 400 meters away from wetlands, so a large area of upland habitat is also critically important.

We do know that the long-term viability of metapopulations demands that amphibians occasionally move between ponds and not be confined to permanently separated pockets of habitat (Dodd personal communication).As Means and Means (2001) explain, "The loss of or improper management of native upland habitat surrounding breeding ponds is as devastating to amphibian populations as is the loss of the ponds that they breed in. Ephemeral pond-breeding amphibs spend well over half their lives in the uplands surrounding their breeding ponds." They concluded that "ORV use...should be stopped, especially on state and federal protected lands and definitely where rare amphibians such as the gopher frog, barking treefrog, mole salamander, ornate chorus frog and striped newt occur...We don't need any more negative impacts on already reduced amphibian populations...ORV use of ponds is part of the bigger problem of habitat alteration and loss. Hopefully, we can start correcting the bigger problem by...getting ORV destruction of ponds stopped on our relatively pristine public lands."

### Fish

Sedimentation caused by road runoff or ORV activity can seriously degrade fish habitat (Williams personal communication; Burkhead personal communication; Harr and Nichols 1993). Burkhead and Jelks (2001) point out that "Excessive sedimentation of rivers and creeks has been linked to increasing levels of imperilment in the diverse fish fauna of the southeastern United States." They explain that sedimentation leads to increased predation on fish eggs by sediment-dwelling invertebrates, increased vulnerability of adult fish to predators, reduced reproductive success, physiological stresses, gill damage, slower feeding rates and consequent weight loss, impeded ability to detect prey, decreased prey availability, increased parasitism and simplification of community structure. They cite supporting research by Berkman and Rabeni (1987), Newcombe and MacDonald (1991), Lenat and Crawford (1994), Newcombe and Jensen (1996), Wood and Armitage (1997) and others.

Aquatic ecologist Jim Williams (personal communication) is particularly concerned about fish that prefer small streams, like the goldstripe darter, a very rare small fish that occurs in the Apalachicola drainage but has not yet been documented on Apalachicola National Forest. Bruce Means (2001) notes that fish species dependent on little ponds that nearly dry up seasonally are very vulnerable to ORV impacts, but there have been no studies of this specific problem. His observations suggest that pygmy sunfish, golden topminnow, dollar sunfish, mosquitofish, pygmy killifish and other such species "...are severely impacted by mudbogging."

### Birds

Forest interior songbirds and wading birds appear to be the avian groups most affected by roads and ORV activities. Populations of both are decreasing, and the influences of roads and vehicles are contributing to these declines.

Although the factors behind songbird declines undoubtedly include unrelated pesticide effects and, in the case of neotropical migrants, hunting and habitat loss in their wintering ranges, roads certainly compound the problem (Robbins et al. 1989; Terborgh 1989; Askins et al.1990; Faaborg et al. 1995; Rolstad 1991). Interior songbirds such as the Bachman's sparrow are displaced from roadsides when there are changes in habitat character, alterations in microclimate and disturbance and noise impacts (Whitcomb et al. 1981; Wilcove and Robinson 1990; Noss 1988; Kroodsma 1984). Soil compaction simultaneously reduces the invertebrate soil fauna these birds rely on for food (Haskell 2000). And nest predation and mesopredators make road corridors population sinks for many of interior species (Wilcove 1995).

A variety of wetland loss and degradation processes are contributing to the decline of wading birds such as the wood stork, snowy egret, white ibis and little blue heron. Apalachicola National Forest biologists attribute the scarcity of wading birds in ORV-damaged ponds to declines in the prey base, says Ron Traylor (personal communication). Road runoff and vehicle emissions contaminating wetlands and sediments stirred up by mudbogging ORVs smother aquatic invertebrates, kill amphibians, degrade fish habitat, and interfere with foraging and roosting. Off-road vehicles also disturb bird nesting abilities.

Groundcover damage by ORVs decreases red-cockaded woodpecker habitat quality by interfering with the uniformity of burns and thus permitting greater oak survival (Carter personal communication). This leads to problems for this endangered species including increased predation from rat snakes and flying squirrels (DeLotelle personal communication). Vegetation degradation and disturbance resulting from sporadic vehicle activity affect the habitat value of the 200 to 300-acre foraging area around each red-cockaded woodpecker nesting colony (Carter personal communication). ORVs can also affect invertebrate abundance (DeLotelle personal communication; Flowers personal communication), an essential food source for red-cockaded woodpecker ORV damage to potential cavity trees for nesting woodpeckers through trunk or root injury, soil compaction, or erosion is also a serious concern (Carter personal communication).

*Mammals*

Bears and other large mammals are especially sensitive to road density. According to Harvard University road ecology expert Richard Forman (Forman and Hersperger 1996), a road density of approximately 1.0 mile per square mile appears to be the maximum to have a naturally functioning landscape containing sustained populations of large mammals. A t three, four or five miles per square mile, undisturbed habitat is greatly reduced, and the numerous effects of roads may have synergistic negative effects (Hourdequin 2001).

Pelton (1985) calculated that American black bear populations in the Southern Appalachians cannot maintain viability once road density exceeds 0.8 mi per square miles. Forman et al. (1997) explain that, as road density increases, thresholds may be exceeded such that certain species are extirpated from the region, with larger animals being extirpated at lower road densities. For example, Mace and Manley (1993) found that grizzly bears did not use habitat with a road density greater than one to two miles per square mile. In Targhee National Forest, grizzly bears are absent from areas with a road density of three to six miles per square mile. Wilcox (1997) and Thomas (1979) found that elk abandon habitat with

P51

densities of three to six miles per square mile.

## 5. THE LONG-TERM ECOLOGICAL TOLL OF ROADS AND ORVS: HABITAT LOSS, FRAGMENTATION AND DEGRADATION

The rise of ORVs and dense networks of roads has been so recent and rapid, ecosystems and the species within them have not had time to adapt and develop effective healing mechanisms. These ecosystems are far better prepared to deal with the effects of a massive