**Appendices**

A. Vulnerability of Listed Plants and Animals to Roads and ORVS in the Florida National Forests

B. Buffer zones and Flushing Distances, report summary

C. References and Bibliography

Plaintiff's Exhibit 6E

P87

# RESOURCES

Adam, M. D., and M. J. Lacki. 1993. Factors affecting amphibian use of road-rut ponds in Daniel Boone National Forest. Transactions of the Kentucky Academy of Sciences 54:13-16.

Adams, L. W., and A. D. Geis. 1981. Effects of Highways on Wildlife. USDOT Federal Highway Administration, Report No. FHWA-RD-81-67.

---. 1983. Effects of roads on small mammals. Journal of Applied Ecology 20:403-415.

Adamus, P. R., and L. T. Stockwell. 1993. A Method for Wetland Functional Assessment. Office of Research and Development, Federal Highway Administration, U.S. Department of Transportation, Washington, DC, FHWA-IP-83-23.

Alverson, W. S., D. M. Waller, and S. L. Solheim. 1988. Forests too deer: Edges in northern Wisconsin. Conservation Biology 2:348-358.

Amor, R. L., and P. L. Stevens. 1976. Spread of weeds from a roadside into sclerophyll forests at Dartmouth, Australia. Weed Research 16:111-118.

Anderson, J. M., S. A. Huish, P. Ineson, M. A. Leonard, and P. R. Splatt. 1985. Interactions of invertebrates, micro-organisms, and tree roots in nitrogen and mineral element fluxes in deciduous woodland soils. in A. H. Fitter, D. Atkinson, D. J. Read and M. B. Usher, editors. Special Publications, 4: Ecological Interactions in Soil: Plants, Microbes, and Animals. British Ecological Society, Oxford, UK.

Anderson, R. A., and H. M. Tiebout III. 1993. The Effects of Timber Management Practices on the Lizards of Xeric Pineland Habitats: An Investigation of the Florida Sand Pine Scrub. The Nature Conservancy, Washington, DC, Final Report.

Andren, H., and P. Angelstam. 1988. Elevated predation rates as an edge effect in habitat islands: Experimental evidence. Ecology 69:544-547.

Andrews, A. 1990. Fragmentation of habitat by roads and utility corridors: A review. Australian Zoologist 26:130-141.

Anglin, G. 2000. October 18th personal communication to Linda C. Duever re ORV impacts on Florida national forests. USFS, Apalachicola National Forest, Tallahassee.

Angold, P. G. 1997. The impact of a road upon adjacent heathland vegetation: Effects on plant species composition. Journal of Applied Ecology 34:409-417.

P88

Ashley, P. E., and J. T. Robinson. 1996. Road mortality of amphibians, reptiles, and other wildlife on the Long Point Causeway, Lake Erie, Ontario. The Canadian Field Naturalist 110:403-412.

Auerbach, N. A., M. D. Walker, and D. A. Walker. 1997. Effects of roadside disturbance on substrate and vegetation properties in artic tundra. Ecological Applications 7:218-235.

Auffenberg, W., and R. Franz. 1982. The status and distribution of the gopher tortoise (*Gopherus polyphemus*). Pages 95-126 *in* R. B. Bury, editor. Wildlife Research Report, 12: North American Tortoises: Conservation and Ecology. U.S. Fish and Wildlife Service, .

Aust, W. M. 1994. Timber harvesting considerations for site protection in southeastern forested wetlands. Technical Publicaton R8-TP20. A paper published in the proceedings of a workshop on water management in forested wetlands by the U.S. Environmental Protection Agency and Southern Region, USDA Forest Service.

Aust, W. M., M. D. Tippett, J. A. Burger, and W. H. McKee. 1992. Effects of skidder compaction and rutting on soil physical properties and water tables in a South Carolina wetland. Pages 131-135 *in* Proceedings of the Seventh Biennial Southern Silvicultural Research Conference, Mobile AL., .

Awbrey, F. T., and A. E. Bowles. 1990. Noise and Sonic Boom Impact Technology Technical Operating Reports, 12: The Effects of Aircraft Noise and Sonic Booms on Raptors: A Preliminary Model and a Synthesis of the Literature on Disturbance. Advanced Development Program Office, Wright- Patterson AFB, OH.

Badaracco, R. J. 1976. ORVs: Often rough on visitors. Parks and Recreation 4:32-35, 68-75.

---. 1978a. Conflicts between off-road vehicle enthusiasts and other outdoor recreationists -- the ISD syndrome. *in* K. H. Berry, editor. The Physical, Biological, and Social Impacts of Off-Road Vehicles on the California Desert. Southern California Academy of Sciences,, Special Publication.

Badaracco, R. 1978b. January 11 personal communication to David Sheridan. Recreational Planner, USDI Bureau of Land Management.

Bakowski, C., and M. Kozakiewicz. 1988. The effect of forest roads on bank vole and yellow-necked mouse populations. Acta Theriologica 33:345-353.

Barass, A. N. 1985. The Effects of Highway Traffic Noise on the Phonotactic and Associated Reproductive Behavior of Selected Anurans. . Vanderbilt University, Nashville, TN.

Bard, A. 1993. Caution: Critter crossing. Resource Management Notes 5:3.

P89

Barnett, J. L., R. A. How, and W. F. Humphreys. 1978. The use of habitat components by small mammals in eastern Australia. Australian Journal of Ecology **3**:277-285.

Barnwell, M. 2000. October 31st personal communication to Linda C. Duever re ORV impacts on Florida national forests. SWFWMD, Brooksville.

Batcheler, C. L. 1968. Compensatory responses of artificially controlled mammal populations. New Zealand Ecological Society Proceedings **15**:25-30.

Baur, A., and B. Baur. 1990. Are roads barriers to dispersal in the land snail *Arianta arbustorum*? Canadian Journal of Zoology **68**:613-617.

Beardsly, G. L. 1995. Affidavit: Florida biodiversity project lawsuit. US District Court for the Middle District of Florida, Fort Myers Division.

Bennet, A. F. 1990. Land use, forest fragmentation and the mammalian fauna at Naringal. Australian Wildlife Research **17**:325-347.

Bennett, A. F. 1991. Roads, roadsides, and wildlife conservation: A review. *in* D. A. Saunders and R. J. Hobbs, editors. Nature Conservation. Volume 2. The Role of Corridors. Surrey Beatty & Sons, Australia.

Bennett, K. A., and E. Zuelke. 1999. The effects of recreation on birds: A literature review. Delaware Natural Heritage Progam, Smyrna, DE.

Bennett, S. 1973. A Trail Rider's Guide to the Environment. American Motorcycle Association, Westerville, OH.

Beringer, J. J., S. G. Seibert, and M. R. Pelton. 1990. Incidence of road crossing by black bears on Pisgah National Forest, North Carolina. Pages 85-92 *in* International Conference on Bear Research and Management. Volume 8., .

Berish, J. 2001. January 30th e-mail to Linda C. Duever re ORV impacts on Florida national forests. FFWCC, Gainesville.

Bernardino, F. S., Jr., and G. H. Dalrymple. 1992. Seasonal activity and road mortality of the snakes of the Pa-hay-okee wetlands of Everglades National Park USA. Biological Conservation **62**:71-75.

Berry, K. H. 1980. A review of the effects of off-road vehicles on birds and other vertebrates. *in* R. M. DeGraff and N. G. Tilghman, editors. General Technical Report: Workshop Proceedings: Management of Western Forests and Grasslands for Nongame Birds, February 11-14, 1980, Salt Lake City, UT. USDA Forest Service,, General Technical Report INT-86.

P90

Berry, K. H., and L. Nicholson. 1979. The status of the desert tortoise in California. Unpublished report. California Desert Program, U.S. Bureau of Land Management, Riverside, CA. 160 p.

Bielling, M. 2000. October 6th personal communication to Linda C. Duever re ORV impacts on Florida national forests. SOS 40, Ocala.

Bird, B. 1999. A second life for dead trees: Roads, fragmentation, and the loss of wildlife habitat in northern New Mexico. Wild Earth 9:79-82.

Blaustein, A. R., and D. B. Wake. 1995. The puzzle of declining amphibian populations. Scientific American 272:56-61.

Blodget, B. 1978. The Effects of ORVs on Least Terns and Other Shorebirds. Cooperative Research Study Unit, National Park Service, Report No. 26.

Bondello, M. C., A. C. Huntley, H. B. Cohen, and B. H. Brattstrom. 1979. The effect of dune buggy sounds on the telencephalic auditory evoked response in the Mohave fringe-toed lizard, Uma scoparia. Unpublished report. Contract No. CA-160-CT7-2737. California Desert Program, U.S. Bureau of Land Management, Riverside, CA. 31 p.

Bowker, J. M., D. B. K. English, and H. K. Cordell. 1999. Projections of Outdoor Recreation Participation to 2050. Pages 449 in H. K. Cordell, C. J. Betz, J. M. Bowker, D. B. K. English, S. H. Mou, J. C. Bergstrom, R. J. Teasley and M. A. Tarrant, editors. Outdoor Recreation in American Life: A national assessment of demand and supply trends. Sagamore Publishing, .

Brander, R. B. 1974. Outdoor Recreation Research: Applying the Results: Ecological Impacts of Off-Road Recreation Vehicles. North Central Forest Experiment Station, USDA Forest Service, St. Paul, MN, General Technical Report NC-9.

Bratton, S. P. 1978. ? National Parks and Conservation 52:10(4).

Brattstrom, B. H., and M. C. Bondello. 1983. Effects of off-road vehicle noise on desert vertebrates. in R. H. Webb and H. G. Wilshire, editors. Environmental Effects of Off-Road Vehicles., .

Briggs, K. 2000. November 1st personal communication to Linda C. Duever re ORV impacts on Florida national forests. Apalachicola National Forest.

Brittingham, M. C., and S. A. Temple. 1983. Have cowbirds caused forest birds to decline? BioScience 33:31-35.

Brocke, R. H., J. P. O'Pezio, and K. A. Gustafson. 1988. General Technical Report, NE-40: A Forest Management Scheme Mitigating Impact of Road Networks on Sensitive Wildlife Species. Northeast Forest Experiment Station, USDA Forest Service, .

Brody, A. J., and M. R. Pelton. 1989. Effects of roads on black bear movements in western North Carolina. Wildlife Society Bulletin 17:5-10.

Brody, A. J., and J. N. Stone. 1987. Timber harvest and black bear population dynamics in a southern Appalachian forest. International Conference of Bear Research and Management 7:243-250.

Brothes, T. S., and A. Spingarn. 1992. Forest fragmentation and alien plant invasion of central Indiana old-growth forests. Conservation Biology 6:91-100.

Brown, R. B., E. L. Stone, and V. W. Carlisle. 1990. Soils. Pages 35-69 in R. L. Myers and J. J. Ewel, editors. Ecosystems of Florida. University of Central Florida Press, Orlando.

Brown, W. S. 1980. Black bear movements and activities in Pocahontas and Randolph counties, West Virginia. MS Thesis. West Virginia University, Morgantown.

Buck, D. H. 1956. Effects of turbidity on fish and fishing. Transactions of the North American Wildlife Conference 21:249-261.

Buckley, R., and J. Pannell. 1990. Environmental impacts of tourism and recreation in natural parks on conservation research. Journal of Tourism Studies 1:24-32.

Bunnell, F. L., and E. N. Tait. 1977. Bears in models and reality - implications to management. International Conference of Bear Research and Management 4:15-24.

Burke, D. M., and E. Nol. 1998. Influence of food abundance, nest-site habitat, and forest fragmentation on breeding ovenbirds. Auk 115:96-104.

Burke, V. J., and J. W. Gibbons. 1995. Terrestrial buffer zones and wetland conservation: A case study of freshwater turtles in a Carolina Bay. Conservation Biology 9:1365-1369.

Bury, B. R. 1980. What we know and do not know about off-road vehicle impacts on wildlife. in R. N. L. Andrews and P. Nowak, editors. Off-Road Vehicle Use: A Management Challenge. University of Michigan, . (University of Michigan Extension Service, Michigan League,School of Natural Resources, USDA The Office of Environmental Quality, National Fish and Wildlife Laboratory, Fort Collins, CO)

Bury, R. B., and R. W. Marlow. 1973. The desert tortoise: Will it survive? National Parks and Conservation 47:9-12.

P92

Cale, P., and R. Hobbs. 1991. Nature Conservation 2: The Role of Corridors. Surrey Beaty, New South Wales, Australia.

California Air Resources Board. 1996. Program update for off-highway motocycles and ATVs. California Air Resources Board. 5-1-1996 Report.

California Division of Forestry, and U.S. Forest Service. 1968. Fire hazard reduction guide for roadsides. (California Department of Conservation and Region 5, USDA Forest Service)

Call, M. 1979. Technical Note, 338: Habitat Management Guidelines for Birds of Prey. USDI Bureau of Land Management, .

Camp, R. J., D. T. Sinton, and R. L. Knight. 1997. Viewsheds: A complementary management approach to buffer zones. Wildlife Society Bulletin **25**:612-615.

Carlisle, V. 2001. January 29th personal communication to Linda C. Duever re ORV impacts on Florida national forests. Hydric Soils Specialist, Carlisle and Associates, Inc., Gainesville.

Carr, S. 2001a. January 30th e-mail to Linda C. Duever re ORV impacts on Florida national forests. Dept. of Plant Biology, Louisiana State University, Baton Rouge.

---. 2001b. January 31th e-mail to Linda C. Duever re ORV impacts on Florida national forests. Dept. of Plant Biology, Louisiana State University, Baton Rouge.

Carter, J. 2001. Personal communication to Christine Small re ORV impacts on RCWs in Florida national forests.

Cash, W. B. 1994. Herpetofauna diversity of a temporary wetland in the southeast Atlantic Coastal Plain. M.S. Thesis. Georgia Southern University, Statesboro.

Castello, J. D., D. J. Leopold, and P. J. Smallidge. 1995. Pathogens, patterns and processes in forest ecosystems. BioScience **45**.

Center for Disease Control. 1999. Imported dengue -- Florida. MMWR Weekly **48**:1150-1152.

Chafin, L. 2000. October 3rd personal communication to Linda C. Duever re ORV impacts on Florida national forests. Botanist, FNAI, Tallahassee.

Chafin, L. G., and A. R. Schotz. 1995. Rare plant survey of Eglin Air Force Base, 1992-1994. Final report. Florida Natural Areas Inventory, Tallahassee, FL.

Charest, B. 1994. Road kill survey. Resource Management Notes 6:4.

Christman, S. 2000. October 14th E-mail to Linda C. Duever re ORV impacts on Florida national forests. Floridata.com.

P93

Christoffer, C. 1991. Road mortalities of northern Florida vertebrates. Florida Scientist **54**:65-68.

Clark, J. D., J. E. Dunn, and K. G. Smith. 1993. A multivariate model of female black bear habitat use for a geographic information system. Journal of Wildlife Management **57**:519-526.

Clark, R. N., J. C. Hendee, and F. L. Campbell. 1971. Depreciative behavior in forest campgrounds: An exploratory study. USDA Forest Service Research Note PNW-161, 12 p.

Clewell, A. F. 1985. Guide to the Vascular Plants of the Florida Panhandle. Florida State University Press, Tallahassee.

---. 2001. January 30th e-mail to Linda C. Duever re ORV impacts on Florida national forests. President, A.F. Clewell.

Coleman, D. C., and D. A. J. Crossley. 1996. Fundamentals of Soil Ecology. Academic Press, San Diego, CA.

Coleman, D. C., E. P. Odum, and D. A. Crossley. 1992. Soil biology, soil ecology, and global change. Biology and Fertility of Soils **14**:104-111.

Coleman, J. S., and J. D. Fraser. 1989. Habitat use and home ranges of black and turkey vultures. Journal of Wildlife Management **53**:782-792.

Collins, M. 2001. January 31st personal communication to Linda C. Duever re ORV impacts on Florida national forests. Professor, Soil Science, University of Florida, Gainesville.

Cooke, A. S. 1995. Road mortality of common toads (*Bufo bufo* near a breeding site, 1974-1994. Amphibia-Reptilia **16**:87-90.

Cordell, H. K., J. Teasley, G. Super, J. C. Bergstrom, and B. McDonald. 1997. Outdoor Recreation in the United States: Results from the National Survey on Recreation and the Environment. Report prepared by the Outdoor Recreation and Wilderness Assessment Group, USDA Forest Service, and the Department of Agriculture and Applied Economics, University of Georgia, Athens, GA. (N)

Cordell, H. K., B. L. McDonald, R. J. Teasley, J. C. Bergstrom, J. Martin, J. Bason, and V. R. Leeworthy. 1999. Outdoor Recreation Participation Trends. Pages 449 *in* H. K. Cordell, C. J. Betz, J. M. Bowker, D. B. K. English, S. H. Mou, J. C. Bergstrom, R. J. Teasley and M. A. Tarrant, editors. Outdoor Recreation in American Life: A national assessment of demand and supply trends. Sagamore Publishing, Champlaign, ILL.

Correll, D. L., T. E. Jordan, and D. E. Weller. 1992. Cross media inputs to eastern US watersheds and their significance to estuarine water quality. Water Science and Technology **26**:2675-2683.

P94

Costa, R. 2001. Personal communication to Christine Small re ORV impacts on RCWs in Florida national forests.

Coultas, L. 2001. February 5th personal communication to Linda C. Duever re ORV impacts on Florida national forests.

Cousens, R., and M. Mortimer. 1995. Dynamics of Weed Populations. Cambridge University Press, Cambridge, Mass.

Cox, J. 1988. The influence of forest size on transient and resident bird species occupying maritime hammocks of northeastern Florida. Florida Field Naturalist 16:25-56.

Cox, J., R. Kautz, M. MacLaughlin, and T. Gilbert. 1994. Closing the Gaps in Florida's Wildlife Habitat Conservation System: Recommendations to Meet Minimum Conservation Goals for Declining Wildlife Species and Rare Plant and Animal Communities. Office of Environmental Services, Florida Game and Fresh Water Fish Commission, Tallahassee.

Cusic, K. 2000. Effect of roads on wetlands, with some mitigation alternatives. Document provided online by Wildlands Center for Preventing Roads.

Czech, B. 1991. Elk behavior in response to human disturbance at Mount St. Helens National Volcanic Monument. Applied Animal Behavior Science 29:269-277.

Dale, D., and T. Weaver. 1974. Trampling effects on vegetation of the trail corridors of north Rocky Mountain forests. Journal of Applied Ecology 11:767-772.

Darnell, R. M. 1976. Ecological Research Series, EPA-600/3-76-045: Impacts of Construction Activities in Wetlands of the United States. U.S. Environmental Protection Agency, .

Dawson, P., and G. Weste. 1985. Changes in the distribution of *Phytophthora cinnamomi* in the Brisbane Ranges National Park between 1970 and 1980-81. Australian Journal of Botany 33:309-315.

DeBenedetti, S. H., and D. J. Parsons. 1979. Mountain meadow management and research in Sequoia and Kings Canyon National Parks: A review and update. Pages 1305-1311 *in* R. M. Linn, editor. Proceedings of the Conference on Scientific Research in the National Parks. U.S. Government Printing Office, Washington, DC, USDI National Park Service, Transactions and Proceedings Series 5.

DeLotelle, R. 2001. Personal communication to Christine Small re ORV impacts on RCWs in Florida national forests. Senior Scientist/Ecologist, DeLotelle and Guthrie, Inc., Gainesville.

deMaynadier, P. G., and M. L. J. Hunter. 1996. The relationship between forest management and amphibian ecology: A review of the North American literature. Environmental Reviews 3:230-261.

deMaynadier, P. G., and M. L. Hunter Jr. 2000. Road effects on amphibian movements in a forested landscape. Natural Areas Journal 20:56-65.

Deyrup, M. 2001. January 29th personal communication to Linda C. Duever re ORV impacts on Florida national forests. Associate Research Biologist, Archbold Biological Station, Lake Placid.

Dickinson, J., JC. 1949. An ecological reconnaissance of the biota of some ponds and ditches in northern Florida. Quarterly Journal of Florida Academy of Science 11:1-28.

DiMauro, D. 1998. Reproduction of Amphibians in Natural and Anthropogenic Temporary Pools in Managed Forests. M.S. Thesis. University of Maine, Orono.

Dodd, C. K. 1989. Reptiles on highways in north-central Alabama, USA. Journal of Herpetology 23:197-200.

Dodd, K. C. 2001. February 6th personal communication to Linda C. Duever re ORV impacts on Florida national forests. USGS, Gainesville.

Dodd Jr., C. K. 1992. Biological diversity of a temporary pond herpetofauna in north Florida sandhills. Biodiversity and Conservation 1:125-142.

Dodd Jr, C. K. 1996. Use of terrestrial habitats by amphibians in the sandhill uplands of north-central Florida. Alytes 14:42-52.

Dodd Jr., K. C., and B. S. Cade. 1998. Movement patterns and the conservation of amphibians breeding in small, temporary wetlands. Conservation Biology 12:331-339.

Dombeck, M. 1997. Remarks at the Outdoor Writers Association of American Public Lands Forum. June 24, 1997. Grenefee, Florida.

Dood, A. R., R. D. Brannon, and R. D. Mace. 1986. Final programmatic environmental impact statement: The grizzly bear in northwestern MT. Montana Department of Fish, Wildlife and Parks; Helena, MT.

Douglas, I., T. Greer, K. Bidin, and W. Sinum. 1993. Impact of roads and compacted ground on post-logging sediment yield in a small drainage basin, Sabah, Malaysia. in J. S. Gladwell, editor. Hydrology of Warm Humid Regions. International Association of Hydrological Sciences, Tokyo.

P96

Drews, C. 1995. Road kills of animals by public traffic in Mikumi National Park, Tanzania, with notes on baboon mortality. African Journal of Ecology 33:89-100.

Dubois, A. 1991. Les amphibians des regions tropicales: Facteurs de declin et d'extinction. Cahiers d'Outre-Mer 42:393-398.

Duever, L. C., J. F. Meeder, and M. J. Duever. 1982. Ecological Portion: Florida Peninsula Natural Region Theme Study. Ecosystem Research Unit, National Audubon Society, Naples, FL, Report to the National Park Service.

Duever, M. J. 2000. 11/6/00 E-mail to Linda C. Duever re long term impacts of ORV ruts.

Duever, M. J., J. E. Carlson, J. F. Meeder, L. C. Duever, L. H. Gunderson, L. A. Riopelle, T. R. Alexander, R. F. Myers, and D. P. Spangler. 1979. Resource Inventory and Analysis of the Big Cypress National Preserve. National Audubon Society Ecosystem Research Unit and University of Florida Center for Wetlands, Naples, FL, Final Report to the National Park Service, Contract No. CX500070899. (Republished in 1986 as The Big Cypress National Preserve, National Audubon Society Research Report No. 8.)

Duever, M. J., J. E. Carlson, and L. A. Riopelle. 1981. Off-Road Vehicles and their Impacts in the Big Cypress National Preserve. National Park Service, Homestead, FL, South Florida Research Center Report T-614.

Duever, M. J., L. A. Riopelle, and J. M. McCollom. 1986. South Florida Research Center Report: Long term recovery of experimental off-road vehicle impacts and abandoned old trails in the Big Cypress National Preserve. National Park Service,, SFRC-86/09.

Eason, T. 2001. February 7th personal communication to Linda C. Duever re ORV impacts on Florida national forests. FFWCC.

Edwards, A. L., and A. S. Weakley. 2001. Population biology and management of rare plants in depression wetlands of the southeastern coastal plain, USA. Natural Areas Journal 21:12-35.

Evans, D. R., and J. E. Gates. 1997. Cowbird selection of breeding areas: The role of habitat and bird species abundance. Wilson Bulletin 109:470-480.

Fagan, W. F., R. S. Cantrell, and C. Cosner. 1999. How habitat edges change species interactions. American Naturalist 153:165-182.

Fahey, B. D., and R. J. Coker. 1992. Sediment production from forest roads in Queen Charlotte Forest and potential impacts on marine water quality, Marlborough Sounds, New Zealand. New Zealand Journal of Marine and Freshwater Research 26:187-195.

P97

Fahrig, L., J. H. Pedlar, S. E. Pope, P. D. Taylor, and J. F. Wenger. 1995. Effect of road traffic on amphibian density. Biological Conservation **73**:177-182.

Farmer, A. M. 1993. The effects of dust on vegetation - a review. Environmental Pollution **79**:63-75.

Feuchter, R. 1980. Off-road vehicle use: The U.S. Forest Service perspective. Pages 170-183 *in* R. N. L. Andrews and P. F. Nowak, editors. Off-road Vehicle Use: A Management Challenge. Office of Environmental Quality, Washington, DC.

Findlay, C. S., and J. Bourdages. 2000. Response time of wetland biodiversity to road construction on adjacent lands. Conservation Biology **14**:86-94.

Findlay, C. S., and J. Houlahan. 1997. Anthropogenic correlates of species richness in southeastern Ontario wetlands. Conservation Biology **11**:1000-1009.

Fitch, H. S. 1949. Road counts of snakes in western Louisiana. Herpetologica **5**:87-90.

The Florida Biodiversity Task Force. 1993. Conserving Florida's Biodiversity., . (A report to Governor Lawton Chiles)

Florida Division of Recreation and Parks. 2001. Outdoor Recreation in Florida - 2000. Florida Department of Environmental Protection, Tallahassee, State Comprehensive Outdoor Recreation Plan (SCORP).

Florida Greenways Coordinating Council. 1998. Connecting Florida's Communities with Greenways and Trails. Florida Department of Environmental Protection, Tallahassee, FL.

Florida Natural Areas Inventory. 1991. Ecological Resource Conservation Areas: Results of a Workshop Sponsored by The Nature Conservancy, Florida Audubon Society and the Department of Natural Resources, January 24-25, 1991. . (Printed and documented in The Florida Biodiversity Task Force (1993).).

Flowers, W. 2001. February 6th personal communication to Linda C. Duever re ORV impacts on Florida national forests. Agriculture Research Program, FA&MU.

Forman, R. T. T. 1995. Land Mosaics: The Ecology of Landscapes and Regions. Cambridge University Press, Cambridge, UK.

---. 2000. Estimate of the area affected ecologically by the road system in the United States. Conservation Biology **14**:31-35.

Forman, R. T. T., and L. E. Alexander. 1998. Roads and their major ecological effects. Annual Review of Ecology and Systematics **29**:207-231.

11

Forman, R. T. T., and R. D. Deblinger. 2000. The ecological road-effect zone of a Massachusetts (U.S.A.) suburban highway. Conservation Biology 14:36-46.

Forman, R. T. T., and M. Godron. 1986. Landscape Ecology, 1st Edition. John Wiley & Sons, New York, NY.

Forman, R. T. T., and A. M. Hersperger. 1996. Road ecology and road density in different landscapes, with international planning and mitigation solutions. Pages 1-23 *in* Transportation and Wildlife: Reducing Mortality and Improving Passageways across Transportation Corridors. Proceedings of the Florida Department of Transportation/Federal Highway Administration Transportation-Related Wildlife Mortality Seminar, April 30 - May 2, 1996, Orlando, FL., .

Franz, R., and S. J. Scudder. 1977. Observations of snake movements on a north Florida highway. Unpublished Report, Florida Museum of Natural History, Gainesville.

Frederick, G. P. 1991. Effects of Forest Roads on Grizzly Bears, Elk, and Gray Wolves: A Literature Review. USDA Forest Service, Kootenai National Forest,, R1-91-73.

Furniss, M. J., T. D. Roeloffs, and C. S. Yee. 1991. Road construction and maintenance. Pages 297-323 *in* W. R. Meehan, editor. Special Publication, 19: Influences of Forest and Rangeland Management on Salmonid Fishes and their Habitats. American Fisheries Society, Bethesda, MD.

Gad, A. M., F. M. Feinsod, I. H. Allam, M. Eisa, A. N. Hassan, B. A. Soliman, S. El Said, A. J. Saah, R. F. Sellers, and H. Hoogstraal. 1986. A possible route for the introduction of Rift Valley fever virus into Egypt during 1977. Journal of Tropical Medicine and Hygiene 89:233-236.

Gaddy, L. L., and T. L. Kohlsaat. 1987. Recreational impact on the natural vegetation, avifauna, and herpetofauna of four South Carolina barrier islands. Natural Areas Journal 7:55-64.

Gates, J. E., and D. R. Evans. 1998. Cowbirds breeding in Central Appalachians: Spatial and temporal patterns and habitat selection. Ecological Applications 8:27-40.

Gates, J. E., and L. W. Gysel. 1978. Avian nest dispersion and fledgling success in forest-field ecotones. Ecology 59:871-883.

Gates, J. E., and J. A. Mosher. 1981. A functional approach to estimating habitat edge width for birds. American Midland Naturalist 105:189-192.

Geist, V. 1971. Bighorn sheep ecology. Wildlife Society News 136.

Georgia Forest Watch: Protecting and Restoring Our Native Forest. Illegal ATV Use Documentation Project. Report 2001. Georgia Forest Watch, Ellijay, GA

Gerhardt, H. C. 1988. Masking of acoustic signals by the chorus background noise in the green tree frog: A limitation on mate choice. Animal Behaviour **36**:1247-1249.

Gibbs, J. P. 1993. Importance of small wetlands for the persistence of local populations of wetland-associated animals. Wetlands **13**:25-31.

---. 1998. Amphibian movements in response to forest edges, roads, and streambeds in southern New England. Journal of Wildlife Management **62**:584-591.

Gilbrook, M. J. 1986. Choosing preserves and connecting links. ENFO.

Gilpin, M. E., and M. E. Soule. 1986. Minimum viable populations: Processes of species extinction. Pages 19-34 *in* M. E. Soule, editor. Conservation Biology: The Science of Scarcity and Diversity. Sinauer Associates, Sunderland, MA.

Goodman, S. M., M. Pidgeon, and S. O'Connor. 1994. Mass mortality of Madagascar radiated tortoise caused by road construction. Oryx **28**:115-118.

Gordon, D. 2000. October 13th personal communication to Linda C. Duever re ORV impacts on Florida national forests. The Nature Conservancy, Gainesville.

Grace, J. 1977. Plant Response to Wind. Academic Press, London, UK.

Greacen, E. L., and R. L. Sand. 1980. Compaction of forest soils: A review. Australian Journal of Soil Research **18**:163-189.

Greenberg, C., D. Neary, L. D. Harris, and S. Linda. 1995. Vegetation recovery following high-intensity wildfire and silvicultural treatments in sand pine scrub. American Midland Naturalist **133**:149-163.

Greenberg, C. H., S. H. Crownover, and D. R. Gordon. 1997. Roadside soils: A corridor for invasion of xeric scrub by nonindigenous plants. Natural Areas Journal **17**:99-109.

Greenberg, K. 2001. January 29th personal communication to Linda C. Duever re ORV impacts on Florida national forests. Bent Creek Experimental Forest, USFS, Asheville.

Gregory, S. V., F. J. Swanson, W. A. McKee, and K. W. Cummins. 1991. An ecosystem perspective of riparian zones. BioScience **41**:540-551.

Gucinski, H., M. J. Furniss, R. R. Ziemer, and M. H. Brookes. 2000. Forest Roads: A Synthesis of Scientific Information. USDA Forest Service, .

Gunther, K. A., M. J. Biel, and H. L. Robison. 1998. Factors influencing the frequency of road-killed wildlife in Yellowstone National Park. Pages 32-42 *in* Proceedings of the

P100

International Conference on Wildlife Ecology and Transportation. Florida Department of Transportation, Tallahassee, FL, FL-ER-69-98.

Hall, P. 2001. January 30th personal communication to Linda C. Duever re ORV impacts on Florida national forests. Camp Blanding, Starke.

Hamel, P., H. LeGrand Jr., M. Lennartz, and S. Gauthreaux Jr. 1982. General Technical Report, SE-22: Bird-Habitat Relationships on Southeastern Forest Lands. USDA Forest Service, Asheville, NC.

Hamilton, R. J. 1978. Ecology of the black bear in southeastern North Carolina. MS. University of Georgia, Athens.

Hammer, K. J. 1986. An on-site study of the effectiveness of the U.S. Forest Service road closure program in Management Situation One: Grizzly Bear Habitat, Swan Lake Ranger District, Flathead National Forest, Montana. Unpublished Report. Swan View Coalition, Kalispell, MT and Resources, Ltd., Polebridge, MT.

Hammitt, W. E., and D. N. Cole. 1987. Wildland Recreation: Ecology and Management. John Wiley & Sons, New York, New York.

Hannah, D. H. 1992. Fragmentation in the Ocala National Forest: A GIS Analysis. M.S. Thesis. School of Forest Resources and Conservation, University of Florida.

Hardin, D. 2001. February 7th personal communication to Linda C. Duever re ORV impacts on Florida national forests. Forest Ecologist, Florida Division of Forestry, Tallahassee.

Hardin, E. D., and D. L. White. 1989. Rare vascular plant taxa associated with wiregrass (*Aristida stricta*) in the southeastern United States. Natural Areas Journal 9:234-245.

Harr, J. 2000. October 30th personal communication to Linda C. Duever re ORV impacts on wildlife and enforcement problems. FFWCC.

Harr, R., and P. Nichols. 1993. Stabilizing forest roads to help restore fish habitats: A northwest Washington example. Fisheries 18:18-22.

Harris, L. D. 1985. Conservation corridors: A highway system for wildlife. ENFO. (Florida Conservation Foundation, Winter Park, FL)

---. 1988a. A cooperative biodiversity research program for the national forests of Florida to be initiated and centered in the Ocala National Forest. Proposal.

---. 1988b. Edge effects and conservation of biotic diversity. Conservation Biology 2:330-332.

14

---. 1988c. The nature of cumulative impacts on biotic diversity of wetland vertebrates. Environmental Management, 12 5:675-693.

---. 2001. February 11th E-mail message to Linda C. Duever re ORV impacts on Florida national forests. Professor Emeritus, University of Florida.

Harris, L. D., and P. B. Gallagher. 1989. New initiatives for wildlife conservation: The need for movement corridors. Pages 11-34 in G. Mackintosh, editor. In Defense of Wildlife: Preserving Communities and Corridors. Defenders of Wildlife, Washington, DC.

Harris, L. D., and J. D. McElveen. 1981. IMPAC Report, 6: Effect of Forest Edges on North Florida Breeding Birds. University of Florida School of Forest Resources and Conservation, Gainesville, FL.

Harris, L., and G. Silva-Lopez. 1992. Forest fragmentation and the conservation of biological diversity. Pages 197-237 in P. Fiedler and S. Jain, editors. Conservation Biology, the Theory and Practice of Nature Conservation, Preservation and Management. Chapman and Hall, New York.

Harrison, R. T. 1974. Sound propagation and annoyance under forest conditions. ED&T 7120-6. USDA Forest Service, Washington DC.

Harrison, R. 1976. Environmental effects of off-road vehicles. Engineering Technology Information System, San Dimas Equipment Development Center, San Dimas, CA.

Hart, R., and J. R. Newman. 1995. The Importance of Isolated Wetlands to Fish and Wildlife in Florida. Florida Game and Fresh Water Fish Commission, Tallahassee, FL, Final Report to the Nongame Wildlife Program.

Haskell, D. G. 2000. Effects of forest roads on macroinvertebrate soil fauna of the Southern Appalachian Mountains. Conservation Biology 14:57-63.

Helgath, S. F. 1975. Trail Deterioration in the Selway-Bitterroot Wilderness. USDA Forest Service, Ogden, UT, Research Note INT-193, Intermtn. Forest and Range Experiment Station.

Henderson, L., and M. J. Wells. 1986. Alien plant invasions in the grassland and savanna biomes. Pages 109-117 in I. A. W. Macdonald, F. J. Kruger and A. A. Ferrar, editors. The Ecology and Management of Biological Invasions in Southern Africa. Oxford University Press, Capetown.

Hobbs, R. J., and L. Huenneke. 1992. Disturbance, diversity, and invasion: Implications for conservation. Conservation Biology 6:324-337.

P102

Hoctor, T. S. 2001a. February 8th E-mail message to Linda C. Duever re ORV impacts on Florida national forests. Ph.D. candidate, Department of Wildlife Ecology and Conservation, University of Florida, Gainesville.

---. 2001b. January 30th e-mail to Linda C. Duever re road impacts on Florida national forests. Department of Wildlife Ecology and Conservation, University of Florida, Gainesville.

Hoctor, T. S., M. H. Carr, and P. D. Zwick. 2000. Identifying a linked reserve system using a regional landscape approach: The Florida Ecological Network. Conservation Biology 14:984-1000.

Hoover, B. 1973. Off-road vehicle problems on federal lands. Pages 37-49 *in* Proceedings of Annual Meeting of the Association of Midwest Fish and Wildlife Committee. Volume 40.,

Hourdequin, M. 2001. February 12th E-mail message to Linda C. Duever re ORV impacts on Florida national forests. University of Montana.

Huey, L. M. 1941. Mammalian invasion via the highway. Journal of Mammalogy 22:383-385.

Indiana Department of Natural Resources. 1972. Off the road vehicle study. Indianapolis.

Ingham, E. R., J. A. Trofymow, R. N. Ames, H. W. Hunt, C. R. Morley, J. C. Moore, and D. C. Coleman. 1986. Trophic interactions and nitrogen cycling in a semi-arid grassland soil. II. System responses to removal of different groups of soil microbes and fauna. Journal of Applied Ecology 23:615-630.

Iverson, R. M., B. S. Hinckley, R. M. Webb, and B. Hallet. 1981. Physical effects of vehicular disturbance on arid landscapes. Science 212:915-917.

Jackson, D. 2001. January 31st personal communication to Linda C. Duever re ORV impacts on Florida national forests. Zoological Research Scientist, FNAI, Tallahassee.

Jackson, J. F. 1973. Distribution and population phenetics of the Florida scrub lizard, *Sceloporus woodi*. Copeia 4:746-761.

James, F. 2001. February 5th personal communication to Linda C. Duever re ORV impacts on FLorida national forests. Department of Biology, FSU, Tallahassee.

Jansen, D. 1994. Impacts of commercial use licenses, airboat activities, and frogging on the wildlife resources of Ochopee Prairie. National Park Service, Big Cypress National Preserve, Ochopee, FL.

Janzen, D. H. 1983. No park is an island: Increase in interference from outside as park size decreases. Oikos 41:402-410.

P103

Jensen, W. R., T. K. Fuller, and W. L. Robinson. 1986. Wolf, *Canis lupus*, distribution on the Ontario-Michigan border near Sault Ste. Marie. The Canadian Field Naturalist **100**:363-366.

Johnson, R. F. 1963. The roadside fire problem. Fire Control Notes **24**:5-7.

Johnson, S. 2000a. November 1st personal communication to Linda C. Duever re ORV impacts on herps. Florida Museum, Gainesville.

---. 2000b. November 2nd e-mail to Linda C. Duever re ORVs impacts on newts in Florida National Forests.

Johnstone, I. M. 1986. Plant invasions without windows: A time-based classification of invasion potential. Biological Review **61**:369-394.

Jones, J. A., F. J. Swanson, B. C. Wemple, and K. U. Snyder. 2000. Effects of roads on hydrology, geomorphology, and disturbance patches in stream networks. Conservation Biology **14**:76-85.

Jones, W. 1994. Go-pher-It! Resource Management Notes **6**:4.

Judd, W. 2000. October 13th personal communication to Linda C. Duever re ORV impacts on Florida national forests. University of Florida, Gainesville.

Kale, H. W. I. I. I., and D. S. Maehr. 1990. Florida's Birds: A Handbook and Reference, 1st Edition. Pineapple Press, Sarasota.

Kasworm, W., and T. Manley. 1988. Grizzly bear and black bear ecology in the Cabinet Mountains of Northwest Montana. Montana Department of Fish, Wildlife, and Parks, Helena. (Annual contract report)

Kasworm, W. F., and T. L. Manley. 1991. Road and trail influences on grizzly bears and black bears in northwest Montana. Pages 79-84 *in* International Conference on Bear Research and Management. Volume 8., .

Kautz, R. 2001. January 29th e-mail to Linda C. Duever re ORV impacts on Florida national forests. Habitat Protection Coordinator, FFWCC, Tallahassee.

Kent, D. M., A. H. McKently, J. B. Adams, and M. A. Langston. 2000. Tissue culture and outplanting of rare Florida scrub plant species. Ecological Restoration **18**.

Keppner, E. 2001. January 29th personal communication to Linda C. Duever re ORV impacts on Florida national forests.

17

Klauber, L. M. 1939. Studies of reptile life in the arid southwest. Bulletin of the Zoological Society of San Diego 14:7-64. (Part 1. Night collecting on the desert with ecological statistics)

Klein, M. L. 1993. Waterbird behavorial responses to human disturbances. Wildlife Society Bulletin 21:31-39.

Kline, N. C., and D. E. Swann. 1998. Quantifying wildlife road mortality in Saguaro National Park. Pages 23-27 in Proceedings of the International Conference on Wildlife Ecology and Transportation. Florida Department of Transportation, Tallahassee, FL, FL-ER-69-98.

Knick, S. T., and W. Kasworm. 1989. Shooting mortality in small populations of grizzly bears. Wildlife Society Bulletin 17:11-15.

Knight, R. L., and K. J. Gutzwiller, editors. 1995. Wildlife and Recreationists: Coexistence Through Management and Research. Island Press, Washington, DC.

Knight, R. L., and J. Y. Kawashima. 1993. Responses of raven and red-tailed hawk populations to linear right of ways. Journal of Wildlife Management 57:266-271.

Knott, J. M. 1978. Open-File Report: Assessment of Erosion and Sedimentation in the Hungry Valley Area, Los Angeles and Ventura Counties, California. U.S. Geological Survey, .

Kochenderfer, J. N., P. J. Edwards, and F. Woods. 1997. Hydrologic impacts of logging an Appalachian watershed using West Virginia's best management practices. Northern Journal of Applied Forestry 14:207-218.

Koehler, H. 2000. November 16th personal communication to Linda C. Duever re ORV impacts on Florida national forests. President, The Goethe Trail, Inc., Morriston, FL.

Kotanen, P. N. M. 1997. Effects of experimental soil disturbance on revegetation by natives and exotics in coastal California meadows. Journal of Applied Ecology 34:631-644.

Kroodsma. 1984. Effect of edge on breeding forest bird species. Wilson Bulletin 96:426-436.

Kuhn, J. 1987. Stabentod der erdkrote (Bufo bufo L.) verlustquoten und verkehrsaufkommen, verhalten auf der strabe. Natursdultz und Landschaftspfege in Baden-Wurttemberg 41:175-176.

Kuss, F. R., A. R. Graefe, and J. J. Vaske. 1984. Recreation Impacts and Carrying Capacity: A Review and Synthesis of Ecological and Social Research, Draft Review Report Edition. University of Maryland, College Park, MD.

---. 1990. Visitor Impact Management: A Review of Research. Volume I. National Parks and Conservation Association, Washington, DC.

18

Lacey, C. A., J. R. Lacey, P. K. Fay, J. M. Story, and D. L. Zamora. 1997. Controlling knapweed on Montana rangeland. Montana State University Extension Service Bulletin, Circular 311.

Laessle, A. M. 1942. Biological Science Series, IV (1): The Plant Communities of the Welaka Area with Special Reference to Correlation between Soils and Vegetational Succession. University of Florida, Gainesville, FL.

Lalo, J. 1987. The problem of roadkill. American Forestry 50:47-49.

Langton, T. E. S., editor. 1989. Amphibians and Roads: Proceedings of the Toad Tunnel Conference, Rendsburg, Germany. ACO Polymer Products, Shefford, UK.

LaPage, W. F. 1962. Recreation and the forest site. Journal of Forestry 60:319-321.

Larkin, R. P. 1996. Effects of Military Noise on Wildlife: A Literature Review. Illinois Natural History Survey, Champaign, IL, USACERL Technical Report 96/21.

Laudenslayer, W. F. J. 1986. Summary: Predicting effects of habitat patchiness and fragmentation. Pages 331-333 in J. Verner, M. L. Morrison and C. J. Ralph, editors. Wildlife 2000: Modeling Habitat Relationships of Terrestrial Vertebrates. University of Wisconsin Press, Madison.

Leave No Trace. 2001. Leave No Trace Principles. http://www.lnt.org/.

Leopold, A. 1949. Sand County Almanac and Essays on Conservation from Round River. Oxford University Press, New York, NY.

Leung, Y.-F., and J. L. Marion. 1996. Trail degradation as influenced by environmental factors: A state-of-the-knowledge review. Journal of Soil and Water Conservation 51:130-136.

Liddle, M. J., and P. Grieg-Smith. 1975. A survey of tracks and paths in a sand dune ecosystem. Journal of Applied Ecology 12:893-930. (Part 1. Soils)

Liddle, M. J., and H. R. A. Scorgie. 1980. The effects of recreation on freshwater plants and animals: A review. Biological Conservation 17:183-206.

Lodge, T. E. 1994. The Everglades Handbook: Understanding the Ecosystem. St. Lucie Press, .

Lonsdale, W. M., and A. M. Lane. 1994. Tourist vehicles as vectors of weed seeds in Kakadu National Park, northern Australia. Biological Conservation 69:277-283.

Lovejoy, T. E., B. O. J. Bierregaard, A. B. Rylands, J. R. Malcolm, C. E. Quintela, L. H. Harper, K. S. Brown Jr., A. H. Powell, H. O. R. Schubart, and M. B. Hays. 1986. Edge and other effects of isolation on Amazon forest fragments. Pages 257-285 in M. E. Soule, editor.

19

Conservation Biology: The Science of Scarcity and Diversity. Sinauer Associates, Sunderland, MA.

Lowery, L. 2000. October 31st personal communication to Linda C. Duever re ORV impacts on Florida national forests. Ocala National Forest, USFS.

Luckenbach, R. A. 1975. What the ORVs are doing to the desert. Fremontia 2:3-11.

Lyle, J. 2000. November 2nd personal communication to Linda C. Duever re ORV impacts on Florida national forests.

Lyon, L. J. 1983. Road density models describing habitat effectiveness for elk. Journal of Forestry 81:592-595.

---. 1984. Road effects and impacts on wildlife and fisheries. Pages 98-118 *in* Proceedings of the Forest Transportation Symposium, December 11-13, 1984, Casper, WY. Region 2, USDA Forest Service, Denver.

MacArthur, R. A., R. H. Johnston, and V. Geist. 1979. Factors influencing heart rate in free-ranging bighorn sheep: A physiological approach to the study of wildlife harassment. Canadian Journal of Zoology 57:2010-2021.

MacArthur, R. A., V. Geist, and R. H. Johnston. 1982. Cardiac and behavioral responses of mountain sheep to human disturbance. Journal of Wildlife Management 46:351-358.

Macdonald, S. 1998. Planning Trails with Wildlife in Mind: A Handbook for Trail Planners. Trails and Wildlife Task Force, Colorado State Trails Program and Hellmund Associates, .

Mace, R., and T. Manley. 1993. The effects of roads on grizzly bears. Scientific Supplement to 1992 Project Report on the South Fork Flathead River Grizzly Bear Project, Montana Department of Fish, Wildlife, and Parks.

Mackelprang, R., D. Dearing, and S. Jeor. 2001. High prevalence of sin nombre virus in rodent populations, central Utah: A consequence of human disturbance? Emerging Infectious Diseases 7:480-481.

Madden, M. 2001. February 14th E-mail message to Linda C. Duever re ORV impacts on Florida national forests. Assistant Director on Environmental Studies, Department of Geography, University of Georgia.

Mader, H. 1984. Animal habitat isolation by roads and agricultural fields. Biological Conservation 29:81-96.

Mader, H. J., C. Schell, and P. Kornacker. 1990. Linear barriers to arthropod movements in the landscape. Biological Conservation 54:209-222.

P107

Maehr, D. S. 2001. January 29th e-mail to Linda C. Duever re ORV impacts on Florida national forests. Assistant Professor, University of Kentucky, Lexington.

Mahoney, C. L. 1976. Soil insects as indicators of use patterns in recreation areas. Journal of Forestry **74**:35-37.

Manning, R. E., N. L. Ballinger, J. Marion, and J. Roggenbuck. 1996. Recreation management in natural areas: Problems and practices, status and trends. Natural Areas Journal **16**.

Mansergh, I. M., and D. J. Scotts. 1989. Habitat continuity and social organization of the mountain pygmy-possum restored by tunnel. Journal of Wildlife Management **53**:701-707.

Marion, J. L. 1998. Recreation ecology research findings: Implications for wilderness and park managers. Pages 188-196 *in* Proceedings of National Outdoor Ethics Conference, April 18-21 1996, St. Louis, MO. Izaak Walton League of America, Gaithersburg, MD.

Marion County Audubon Society. 2000. Off-Road Vehicle Effects on the Ocala National Forest: A Pictoral Summary., . (Assisted by photographer Seeber Fowler.)

Marwick, G. 2001. January 23rd personal communication to Linda C. Duever re ORV impacts on Florida national forests. Director, Silver River Museum, Ocala.

Mattson, D. J. 1993. Human impacts on bear habitat use. Pages 33-56 *in* International Conference on Bear Research and Management. Volume 8., .

Mattson, D. J., R. R. Knight, and B. M. Blanchard. 1987. The effects of developments and primary roads on grizzly bear habitat use in Yellowstone National Park, Wyoming. Pages 259-273 *in* International Conference on Bear Research and Management. Volume 7., .

Matus, R. 1999. Vehicles in forest targeted. Gainesville Sun(8 December).

May, S. A., and T. W. Norton. 1996. Influence of fragmentation and disturbance on the potential impact of feral predators on native fauna in Australian forest ecosystems. Wildlife Research **23**:387-400.

McCoy, R., and G. Moeller. 1976. Trail users compatibility in Ohio. Research paper from Northeastern Forest Experiment Station, USDA Forest Service.

McIntyre, S., and S. Lavorel. 1994. Predicting richness of native, rare, and exotic plants in response to habitat and disturbance variables across a variegated landscape. Conservation Biology **8**:521-531.

McKnelly, P. N. 1980. Turkey Bay Off-Road Vehicle Area: Its use and monitoring system. *in* R. N. L. Andrews and P. Nowak, editors. Off-Road Vehicle Use: A Management Challenge. USDA Office of Environmental Quality, Washington, DC.

P108

McLellan, B., and R. D. Mace. 1985. Behavior of grizzly bears in response to roads, seismic activity, and people. British Columbia Ministry of Environment, Fish and Wildlife Branch, Cranbrook, B.C.

McLellan, B. N., and D. M. Shackleton. 1988. Grizzly bears and resource-extraction industries: Effects of roads on behavior, habitat use and demography. Journal of Applied Ecology 25:451-460.

McPherson, K. 2001. February 1st e-mail to Linda C. Duever re ORV impacts on Florida national forests. Environmental Specialist, FDEP, Gainesville.

McRoberts, M. 2000. 11/5/00 E-mail to Linda C. Duever re ORV impacts on Angelina National Forest. Botanist.

McRoberts, M., B. McRoberts, and R. Evans. 1999. Paper re restoration of ORV-impacted pitcher plant bog on Angelina National Forest. Presented at Big Thicket Science Conference.

Means, D. B. 1990. Temporary ponds. Florida Wildlife 44:12-16.

---. 1996. A preliminary consideration of highway impacts on herpetofauna inhabiting small isolated wetlands in the Southeastern U.S. Coastal Plain. Pages 297-307 in Transportation and Wildlife: Reducing Wildlife Mortality and Improving Passageways Across Transportation Corridors. Proceedings of the Florida Department of Transportation/Federal Highway Administration Transportation-Related Wildlife Mortality Seminar, April 30 - May 2, 1996, Orlando, FL., .

Means, D. B., and R. C. Means. 2001. February 7th E-mail message to Linda C. Duever re ORV impacts on Florida national forests. Coastal Plains Institute, Tallahassee; Department of Wildlife Ecology and Conservation, University of Florida.

Means, D. B., T. E. Ostertag, and D. Printiss. 1994. Distribution, habitat, ecology and management of the striped newt (Notophthalmus perstriatus) in the Apalachicola National Forest, Florida. Report to the U. S. Forest Service, National Forests in Florida. (Coastal Plains Institute, Tallahassee, FL)

Mech, L. D., S. H. Fritts, G. L. Radde, and W. J. Paul. 1988. Wolf distribution and road density in Minnesota. Wildlife Society Bulletin 16:85-87.

Meffe, G. 2001. February 8th E-mail message to Linda C. Duever re ORV impacts on Florida national forests. Editor, Conservation Biology.

Megahan, W. F. 1972. Subsurface flow interception by a logging road in mountains of central Idaho. Pages 350-356 in Proceedings of a National Symposium on Watersheds in Transition. American Water Resources Association, Bethesda, MD.

P109

Menges, E. 2001. January 30th personal communication to Linda C. Duever re ORV impacts on Florida national forests. Plant Ecologist, Archbold Biological Station.

Merriam, G., M. Kozakiewicz, E. Tsuchia, and K. Hawley. 1989. Barriers as boundaries for metapopulations and demes of *Peromyscus leucopus* in farm landscapes. Landscape Ecology 2:227-236.

Miller, L. 2000. October 8th personal communication to Linda C. Duever re ORV impacts on Florida national forests. Botanist, Ocala National Forest, USFS.

Miller, S. G., R. L. Knight, and C. K. Miller. 1998. Influence of recreational trails on breeding bird communities. Ecological Applications 8:162-169.

Minno, M. 2001. January 31st personal communication to Linda C. Duever re ORV impacts on Florida national forests. SJRWMD, Palatka.

Mladenoff, D. J., T. A. Sickley, R. G. Haight, and A. P. Wydeven. 1995. A regional landscape analysis and prediction of favorable gray wolf habitat in the northern Great Lakes region. Conservation Biology 9:279-294.

Moen, A. N. 1974. Turbulence and the visualization of wind flow. Ecology 55:1420-1424.

Moler, P. E. 1992. Rare and Endangered Biota of Florida: Amphibians and Reptiles. Volume III. University Press of Florida, Gainesville, FL.

Moler, P. 2000. November 2nd personal communication to Linda C. Duever re ORV impacts on wildlife. FFWCC, Gainseville.

---. 2001. February 2nd e-mail to Linda C. Duever re ORV impacts on Florida national forests. Biologist, FFWCC.

Moler, P. E., and R. Franz. 1987. Wildlife values of small isolated wetlands in the Southeastern Coastal Plain. Pages 234-241 *in* R. R. Odum, K. A. Riddleberger and J. C. Dozier, editors. Proceedings of the Third Southeastern Nongame and Endangered Wildlife Symposium. Georgia Department of Natural Resources, Atlanta.

Monaghan, J. 2000. October 23rd personal communication to Linda C. Duever re ORV impacts on Florida national forests. USFWS, Jacksonville.

Mooney, H. A., and J. A. Drake. 1986. Ecology of the Biological Invasions of North America and Hawaii. Springer-Verlag, New York, NY.

Mumme, R. L., S. J. Schoech, G. E. Woolfenden, and J. W. Fitzpatrick. 2000. Life and death in the fast lane: Demographic consequences of road mortality in the Florida scrub-jay. Conservation Biology 14:501-512.

P110

Muntz, E. P., T. L. Deglow, and D. H. Campbell. 1972. Environmental Engineering Programs Bulletin, 100: Public Lands and Off-road Motorized Recreation. University of California School of Engineering, Los Angeles, CA.

Murcia, C. 1995. Edge effects in fragmented forests: Implications for conservation. Trends in Ecology and Evolution 10:58-62.

Mychasiu, L., and M. Hoefs. 1988. Access-related impacts of backcountry roads to wildlife and management approaches to mitigating them. Yukon Renewable Resources, Habitat and Research Section, Fish and Wildlife Branch, Canada.

Mykytka, J. M., and M. R. Pelton. 1989. Management strategies for Florida black bears based on home range habitat composition. Pages 161-167 *in* International Conference on Bear Research and Management. Volume 8., .

National Park Service. 1984. The 1982-1983 Nationwide Survey: Summary of Selected Findings. U.S. Department of the Interior, Washington, DC.

---. 2000. Final Off-Road Vehicle Management Plan Supplemental Environmental Impact Statement, Big Cypress National Preserve. U.S. Department of the Interior, Ochopee, FL.

Neil, P. H., R. W. Hoffman, and R. B. Gill. 1975. Special Report, 37: Effects of harassment on wild animals: An annotated bibliography of selected references. Colorado Division of Wildlife,, Publication Code W-R-S-37-'75.

Newcombe, C. P., and J. O. T. Jensen. 1996. Channel suspended sediment and fisheries: A synthesis for quantative assessment of risk. North American Journal of Fisheries Management 16:693-727.

Newman, G. 2001. May 15th personal communication to Linda C. Duever re ORV impacts on Florida national forests. Lieutenant, Florida Fish and Wildlife Conservation Commission, Ocala.

Newman, J. 2001. January 29th e-mail to Linda C. Duever re ORV impacts on Florida national forests. Chief Scientist, Pandion Systems, Gainesville.

Nicholson, C. P. 1997. Atlas of the Breeding Birds of Tennessee. University of Tennessee Press, Knoxville.

Nicholson, L. 1978. The effects of roads on desert tortoise populations. Pages 127-129 *in* M. Trotter, editor. Proceedings of the 1978 Symposium of the Desert Tortoise Council, San Diego, CA., .

Noss, R. F. 1987. Protecting natural areas in fragmented landscapes. Natural Areas Journal 7:2-13.

24

---. 1988. Effects of edge and internal patchiness on habitat use by birds in a Florida hardwood forest. Ph.D. Dissertation. Uuniversity of Florida, Gainesville.

---. 1992. Land conservation strategy. Wild Earth:10-25.

---. 1996. The ecological effects of roads. Pages 2-12 *in* Road-Rippers Handbook. Wildlands Center for Preventing Roads, Missoula, MT.

Noss, R. F., and C. A. Cooperrider. 1994. Saving Nature's Legacy: Protecting and Restoring Biodiversity. Defenders of Wildlife and Island Press, Washington, DC.

Noss, R. F., and L. D. Harris. 1986. Nodes, networks, and mums: Preserving diversity at all scales. Environmental Management 10:229-309.

Noss, R. F., H. B. Quigley, M. G. Hornocker, T. Merrill, and P. C. Paquet. 1996. Conservation biology and carnivore conservation in the Rocky Mountains. Conservation Biology 10:949-963.

Noyes, S. 2001. February 12th E-mail message to Linda C. Duever re ORV impacts on Florida national forests. Public Affairs Representative, Florida Power Corporation.

O'Neill, E. D. 1995. Amphibian and Reptile Communities of Temporary Ponds in a Managed Pine Flatwoods. M.S. Thesis. University of Florida, Gainesville.

Oxley, D., M. Fenton, and G. Carmody. 1974. The effects of roads on populations of small animals. Journal of Applied Ecology 11:51-59.

Palis, J. G. 1994. *Rana utricularia* (southern leopard frog) road mortality. Herpetological Review 25:119.

---. 1997. Flatwoods Salamander (*Ambystoma cingulatum*) on Military Installations in the Southeastern United States. U.S. Army Corp of Engineers Waterways Experiment Station, Vicksburg, MS, WES/TR/SERDP-97-6.

Pantaleoni, R. A. 1989. Ways of invasion of a new area by *Metcalfa pruinosa* (Say, 1830) (Auchenorrhyncha, Flatidae). Bollettino Dell'istituto Di Entomologia Della Universita Degli Studi Di Bologna 43:1-8.

Parendes, L. A., and J. A. Jones. 2000. Role of light availability and dispersal mechanisms in invasion of exotic plants along roads and streams in the H.J.Andrews Experimental Forest, Oregon. Conservation Biology 14:64-75.

Pearson, D. 1993. Paynes Prairie high velocity rubber and chrome poisoning. Resource Management Notes 5:4.

P112

---. 2001. February 2nd e-mail to Linda C. Duever re ORV impacts on Florida national forests. Biological Scientist, FDEP, Gainesville.

Pelton, M. P. 1985. Black bears in the southern Appalachians: Some general perspectives. *in* A Critique of the Cherokee National Forest Plan. The Wilderness Society, Washington, DC.

Pelton, M. R. 1986. Habitat needs of black bears in the East. Pages 49-53 *in* D. L. Kulhavy and R. N. Conner, editors. Wilderness and Natural Areas in the Eastern United States: A Management Challenge. Stephen F. Austin State University, Nacogdoches, TX, Center for Applied Studies.

Pernas, A. J. 1999. Personal communication cited in Final Off-Road Vehicle Management Plan Supplemental Environmental Impact Statement for the Big Cypress National Preserve (National Park Service 2000). Resource Management Specialist, Big Cypress National Preserve, Ochopee, FL.

Pernas, A. J., D. Weeks, and C. Bates. 1995. Dye trace field study - Ochopee Prairie. Unpublished data from the Ochopee Prairie Monitoring Program on file at Big Cypress National Preserve, Ochopee, FL.

Pernas, T. 2001. February 6th personal communication to Linda C. Duever re ORV impacts in Florida national forests. Big Cypress National Preserve, National Park Service.

Perry, D. A. 1988. Landscape patterns and forest pests. Northwest Environmental Journal 4.

Peterson, R. O., J. D. Woolington, and T. N. Bailey. 1984. Wolves of the Kenai Peninsula, Alaska. Wildlife Monographs **88**:52.

Phelps, J. P. 1993. The effect of clearcutting on the herpetofauna of a South Carolina blackwater bottomland. M.S. Thesis. North Carolina State University, Raleigh.

Pica, E., J. Smith, and G. Kripke. 1998. Trails of Destruction: How Off-Road Vehicles Gain Access and Funding on Public Lands. Friends of the Earth, Washington DC.

Pickett, S. T. A., and P. S. White. 1985. The Ecology of Natural Disturbance and Patch Dynamics. Academic Press, .

Piegay, H., and N. Landon. 1997. Promoting ecological management of riparian forests on the Drome River, France. Aquatic Conservation: Marine and Freshwater Ecosystems 7:287-304.

Plumpton, D. L., and R. S. Lutz. 1993. Influence of vehicular traffic on time budgets of nesting burrowing owls. Journal of Wildlife Management **57**:612-616.

P113

Ponomarenko, S. 2000. Personal communication to Linda C. Duever re ORV impacts on Florida national forests. Canada.

Poole, A. 1981. The effects of human disturbance on osprey reproductive success. Colonial Waterbirds 4:20-27.

Popp, J. W. 1989. Methods of measuring avoidance of acoustic interference. Animal Behaviour 38:358-360.

Portnoy, J. W. 1974. Some ecological and behavioral aspects of a nesting population of red-shouldered hawks. M.S. Thesis. University of Massachusetts, Amherst, MA.

Printiss, D. 2000. October 30th personal communication to Linda C. Duever re ORV impacts on Florida national forests. Research Assistant, FNAI, Tallahassee.

Pyle, L. L. 1995. Effects of disturbance on herbaceous exotic plant communities on the floodplain of the Potomac River. American Midland Naturalist 13:244-253.

Pysek, P., and P. Prach. 1993. Plant invasions and the role of riparian habitats: A comparison of four species alien to central Europe. Journal of Biogeography 20:413-420.

Raghavan, G. S. V., E. McKyes, I. Amir, M. Chasse, and R. S. Broughton. 1976. Prediction of soil compaction due to off-road vehicle traffic. Transactions of the American Society of Agricultural Engineers Conference:610-613.

Reed, R. A., J. Johnson-Barnard, and W. L. Baker. 1996. Contribution of roads to forest fragmentation in the Rocky Mountains. Conservation Biology 10:1098-1106.

Reese, K., and J. Ratti. 1988. Edge effect: A concept under scrutiny. Pages 127-136 in Transcripts of the North American Wildlife and Natural Resource Conference. Volume 53., .

Reh, W., and A. Seitz. 1990. The influence of land use on the genetic structure of populations of the common frog Rana temporaria. Biological Conservation 54:239-249.

Reid, L. M., and T. Dunne. 1984. Sediment production from forest road surfaces. Water Resources Research 20:1753-1761.

Reiffenberger, J. C. 1974. Range and movements of West Virginia black bear during summer and autumn. Proceedings East. Workshop Black Bear Management and Research 2:139-142.

Rich, A. C., D. S. Dobkin, and L. J. Niles. 1994. Defining forest fragmentation by corridor width: The influence of narrow forest-dividing corridors on forest-nesting birds in southern New Jersey. Conservation Biology 8:1109-1121.

P114

Richardson, C. T., and C. K. Miller. 1997. Recommendations for protecting raptors from human disturbance: A review. Wildlife Society Bulletin **25**:634-638.

Richardson, E. V., B. Simons, S. Karaki, M. Mahmood, and M. A. Stevens. 1975. Highways in the River Environment: Hydraulic and Environmental Design Considerations. USDOT Federal Highway Administration, Washington, DC. (Training and Design Manual)

Rieman, B. E., D. C. Lee, and R. F. Thurow. 1997. Distribution, status, and likely future trends of bull trout within the Columbia River and Klamath River Basins. North American Journal of Fisheries Management **17**:1111-1125.

Robinson, S. 1990. Effects of Forest Fragmentation on Nesting Songbirds. Illinois Natural History Survey, Champaign, IL, Report No. 296.

Rodgers, J. A. J. 1991. Minimum buffer zone requirements to protect nesting bird colonies from human disturbance. Florida Game and Fresh Water Fish Commission, Bureau of Wildlife Research.

Rohrbacher, A. 2000. October 24th personal communication to Linda C. Duever re ORV impacts on FL national forests. Wildlife biologist, USFS.

Rosen, P. C., and C. H. Lowe. 1994. Highway mortality of snakes in the Sonoran desert of southern Arizona. Biological Conservation **68**:143-148.

Rost, G. R. 1975. Response of Deer and Elk to Roads. M.S. Thesis. Colorado State University, Fort Collins, CO.

Rudolph, D. C., S. J. Burgdorf, R. N. Conner, and R. R. Schaefer. 1999. Prelimnary evaluation of the impact of roads and associated vehicular traffic on snake populations in eastern Texas. Pages 129-135 *in* G. L. Evink, P. Garrett and D. Zeigler, editors. Proceedings of the Third International Conference on Wildlife Ecology and Transportation, September 13-16, 1999, Missoula, MT., .

Ruhl, J. 2000. November 3rd personal communication to Linda C. Duever re ORV impacts on Florida national forests. Wildlife Biologist, Apalachicola National Forest, USFS.

Rutherford, G. K., and D. C. Scott. 1979. The impact of recreational land use on soil chemistry in a provincial park. Park News **15**:22-25.

Salisbury, R. W. 1993. The Fragmentation of Wildlife Conservation Areas by Linear Structures. M.S. Thesis. Macquarie University, Sydney, Australia.

Santelmann, M. V., and E. Gorham. 1988. The influence of airborne road dust on the chemistry of *Sphagnum* mosses. Ecology **76**:1219-1231.

P115

Sauer, J. R., J. E. Hines, G. Gough, I. Thomas, and B. J. Peterjohn. 1997. The North American Breeding Bird Survey Results and Analysis. Patuxent Wildlife Research Center, Patuxent, MD, Version 96.4.

Saunders, D. A., R. J. Hobbs, and C. R. Margules. 1991. Biological consequences of ecosystem fragmentation: A review. Conservation Biology 5:18-32.

Schedl, W. 1991. Invasion of the American buffalo treehopper (*Stictocephala bisonia* Kopp and Yonke, 1977) into Austria (Homoptera, Auchenorrhyncha, Membracidae). Anzeiger fuer Schaedlingskunde, Pflanzenschutz, Umweltschutz 64:9-13.

Schemnitz, S. D., and J. D. Schortemeyer. 1972. The influence of vehicles on Florida Everglades vegetation. Florida Game and Fresh Water Fish Commission, Tallahassee, FL.

Schubert, D. J. 2000. Impacts of stress on wildlife. The Road-RIPorter:8-10.

Schubert & Associates. 2000. Petition to enhance and expand regulations governing the administration of recreational off-road vehicle use on national forests. (Wildlands Center for Preventing Roads and The Wilderness Society. 188 p.)

Schuler, R. 2001. February 7th personal communication to Linda C. Duever re ORV impacts on Florida national forests. President, FTA.

Seabrook, W. A., and E. B. Dettmann. 1996. Roads as activity corridors for cane toads in Australia. Journal of Wildlife Management 60:363-368.

Sekerak, C. 2000. October 25th personal communication to Linda C. Duever re ORV impacts on Florida national forests. Ocala National Forest, Seminole.

Semlitsch, R. D. 1987. Relationship of pond drying to the reproductive success of the salamander *Ambystoma talpoideum*. Copeia 1987:61-69.

---. 1998. Biological delineation of terrestrial buffer zones for pond-breeding salamanders. Conservation Biology 12:1113-1119.

Seyedbagheri, K. A. 1996. Idaho Forestry Best Management Practices: Compilation of Research on their Effectiveness. Intermountain Research Station, USDA Forest Service, Ogden, UT, General Technical Report INT-GTR-339.

Shaffer, M. L. 1981. Minimum population sizes for species conservation. BioScience 31:131-134.

Shaw, S. B., C. A. Abell, R. L. Deering, and P. D. Itchson. 1941. A planning basis for adequate fire control on the southern California national forests. Fire Control Notes 5:1-59.

29

Shelfer, R. 2001a. February 12th personal communication to Linda C. Duever re ORV impacts on Florida national forests. Forest Service Planner, USFS.

---. 2001b. February 14th e-mail message to Linda C. Duever re ORV impacts on Florida national forests. Forest Service Planner, USFS.

Sheridan, D. 1979. Off-Road Vehicles on Public Land. U.S. Council on Environmental Quality, Washington, DC.

Simons, R. W. 2000a. October 12th e-mail to Linda C. Duever re ORV impacts on Florida national forests.

---. 2000b. October 6th personal communication to Linda C. Duever re ORV impacts on the Florida national forests.

Small, C. 1993a. Christine Small's 2000 notes on USGS Alexander Springs quad sheet. United States Geological Survey. (Scale 1:24,000). (Habitat for Bears Coordinator, Defenders of Wildlife).

---. 1993b. Christine Small's 2000 notes on USGS Lake Woodruff quad sheet. Habitat for Bears Campaign, Defenders of Wildlife. (United States Geological Survey; 1:24,000)

---. 2000a. Notes from a field trip to Ocala National Forest to observe wetland destruction by ORV use April 18, 2000.

---. 2000b. Notes from a field trip to Ocala National Forest to observe wetland destruction by ORV use June 10, 2000. Christine Small's ORV files.

Smith, D. J., L. D. Harris, and F. J. Mazzotti. 1996. A landscape approach to examining the impacts of roads on the ecological function associated with wildlife movement and movement corridors: Problems and solutions. Pages 260-272 in Transportation and Wildlife: Reducing Mortality and Improving Passageways across Transportation Corridors. Proceedings of the Florida Department of Transportation/Federal Highway Administration Transportation-Related Wildlife Mortality Seminar, April 30 - May 2, 1996, Orlando, FL., .

Snyder, C. T., D. G. Frickel, R. F. Hadley, and R. F. Miller. 1976. . Author Affiliation: Geological Survey Menlo Park, Calif. Water Resources Div.

Sobczak, R. V., and A. J. Pernas. 2000. Increased Off-Road Vehicle Impacts as a Result of Longer Flooding Duration in Big Cypress National Preserve. National Park Service, Ochopee, FL, Draft NPS Short Paper.

---. 2001. Off-road vehicles in Big Cypress to be managed in consideration of natural resources. Pages 28 in J. Selleck, editor. Natural Resource Year in Review 2000. National Park Service, Lakewood, CO.

P117

Soule, M. E. 2001. Does sustainable development help nature? Wild Earth **10**:56-63.

Soule, M. E., and J. Terborgh, editors. 1999. Continental Conservation: Scientific Foundations of Regional Reserve Networks. The Wildlands Project and Island Press, Washington, DC.

Soule, M. E., A. C. Alberts, and D. T. Bolger. 1992. The effects of habitat fragmentation on chaparral plants and vertebrates. Oikos **63**:39-47.

Southall, P. D. 1991. The relationship between wildlife and highways in the Paynes Prairie basin. Environmental Section, Project Development & Environment, District 2, Florida Department of Transportation, Lake City, FL.

Speight, M. C. D. 1973. Outdoor recreation and its ecological effects: A bibliography and review. Discussion Paper in Conservation 4, University College, London. 35 p.

Spencer, T. 2000. November 1st personal communication to Linda C. Duever re ORV impacts on Florida national forests. Forester, Osceola National Forest.

Spolar, T. J. 1979. Off-road vehicle site restoration. Pages 284-285 *in* Recreational Impact on Wildlands. Pacific Northwest Region, USDA Forest Service, Seattle, WA, Report R-6-001-1979.

Springett, J. A. 1976. The effect of planting *Pinus pinaster* Ait. on populations of soil microarthropods and on litter decomposition at Gnangara, Western Australia. Australian Journal of Ecology **1**:83-87.

Stalmaster, M. V., and J. R. Newman. 1978. Behavorial responses of wintering bald eagles to human activity. Journal of Wildlife Management **42**:506-513.

Stamps, J. A., M. Buechner, and V. V. Krishnan. 1987. The effects of edge permeability and habitat geometry on emigration from patches of habitat. American Naturalist **129**:533-552.

Stankey, G. H. 1980. Wilderness carrying capacity: Management and research progress in the United States. Landscape Research **5**:6-11.

Stebbins, R. C. 1974. Off-road vehicles and the fragile desert. American Biology Teacher **36**:294-304.

Stebbins, R. C., and N. W. Cohen. 1995. A Natural History of Amphibians. Princeton University Press, Princeton, NJ.

Stevenson, J. A. 1996. Florida ecosystem management and wildlife. Pages 273-277 *in* Transportation and Wildlife: Reducing Mortality and Improving Passageways across Transportation Corridors. Proceedings of the Florida Department of Transportation/Federal

P118

Highway Administration Transportation-Related Wildlife Mortality Seminar, April 30 - May 2, 1996, Orlando, FL., .

Stevenson, J. 2001a. January 29th e-mail to Linda C. Duever re ORV impacts on Florida national forests. Florida Park Service, FDEP, Tallahassee.

---. 2001b. January 30th e-mail to Linda C. Duever re ORV impacts on Florida national forests. Florida Park Service, FDEP, Tallahassee.

Stoeckeler, J. H. 1965. Drainage along swamp forest roads: Lessons from northern Europe. Journal of Forestry 63:772-776.

Stout, A. 1999. Emission modeling for large SI engines. January 28, 1999 Environmental Protection Agency memorandum to Docket A-98-01m (Document II-B-01).

Stout, B. M., III. 1992. Impact of off-road vehicle use on vegetative communities of northern Canaan Valley, West Virginia. Final Report of The Canaan Valley Task Force, Wheeling Jesuit College, Department of Biology, Wheeling, WV.

Stout, I. J. 2001. Rare plants of the Florida scrub, USA. Natural Areas Journal 21:50-60.

Stout, J. 2001. January 29th e-mail to Linda C. Duever re ORV impacts on Florida national forests. Department of Biological Sciences, University of Central Florida, Orlando.

Stuart, D. G., G. K. Bissonnette, T. D. Goodrich, and W. G. Walter. 1971. Effects of multiple use on water quality of high-mountain watersheds: Bacteriological investigations of mountain streams. Applied Microbiology 22:1048-1054.

Swihart, R. K., and N. A. Slade. 1984. Road crossings in *Sigmodon hispidus* and *Microtus ochrogaster*. Journal of Mammalogy 65:357-360.

Tarrant, M. A., A. D. Bright, E. Smith, and H. K. Cordell. 1999. Motivations, attitudes, preferences and satisfactions among outdoor recreationists. *in* H. K. Cordell, C. J. Betz, J. M. Bowker, D. B. K. English, S. H. Mou, J. C. Bergstrom, R. J. Teasley and M. A. Tarrant, editors. Outdoor Recreation in American Life: A National Assessment of Demand and Supply Trends. Sagamore Publishing, Champaign, IL.

Temple, S. A. 1986. Predicting impacts of habitat fragmentation on forest birds: A comparison of two models. Pages 301-304 *in* J. Verner, M. L. Morrison and C. J. Ralph, editors. Wildlife 2000: Modeling Habitat Relationships of Terrestrial Vertebrates. University of Wisconsin Press, Madison.

Temple, S. A., and J. R. Cary. 1988. Modeling dynamics of habitat-interior bird populations in fragmented landscapes. Conservation Biology 2:340-347.

P119

Terborgh, J., J. A. Estes, P. Paquet, K. Ralls, D. Boyd-Heger, B. J. Miller, and R. F. Noss. 1999. The role of top carnivores in regulating terrestrial ecosystems. Pages 39-64 *in* M. E. Soule and J. Terborgh, editors. Continental Conservation: Scientific Foundations of Regional Reserve Networks. The Wildlands Project and Island Press, Washington, DC.

Theil, R. P. 1985. Relationship between road densities and wolf habitat suitability in Wisconsin. American Midland Naturalist **113**:404-407.

The Wilderness Society. 2001. Stand By Your Land - ORV Impacts. http://www.wilderness.org/standbylands/orv/facts.htm.

Thibodeau, F. R., and N. H. Nickerson. 1995. Changes in wetland plant association induced by impoundment and draining. Biological Conservation **33**:269-279.

Thiel, R. P. 1985. Relationship between road densities and wolf habitat suitability in Wisconsin. American Midland Naturalist **113**:404-407.

Thorsen, J. 2001. Presentation at 2/20/01 workshop re ORV impacts on the Ocala National Forest. District Ranger, U.S. Forest Service, Ocala National Forest, Umatilla.

Thurber, J. M., R. O. Peterson, T. D. Drummer, and S. A. Thomasma. 1994. Gray wolf response to refuge boundaries and roads in Alaska. Wildlife Society Bulletin **22**:61-68.

Tinker, D. B., C. A. C. Resor, G. P. Beauvais, K. F. Kipfmueller, C. I. Fernandes, and W. L. Baker. 1998. Watershed analysis of forest fragmentation by clearcuts and roads in a Wyoming forest. Landscape Ecology **13**:149-165.

Tracy, D. 1977. Reaction of Wildlife to Human Activity along the Mount McKinley National Park Road. M.S. Thesis. University of Alaska, Fairbanks.

Trafela, E. 1987. The influence of the construction of forest roads on forest production. .

Traylor, R. 2000. November 2nd personal communication to Linda C. Duever re ORV impacts on Florida national forests. USFS.

Tread Lightly. 2001. Tread Lightly Pledge and Principles. http://www.treadlightly.org/.

Trombulak, S. C., and C. A. Frissell. 2000. Review of ecological effects of roads on terrestrial and aquatic communities. Conservation Biology **14**:18-30.

Tyser, R. W., and C. A. Worley. 1992. Alien flora in grasslands adjacent to road and trail corridors in Glacier National Park, Montana (U.S.A.). Conservation Biology **6**:253-263.

P120

USDA Forest Service. 1999. Roads Analysis: Informing Decisions About Managing the National Forest Transportation System. U.S. Department of Agriculture Forest Service, Washington, DC, Misc. Rep. FS-643.

U.S. Fish and Wildlife Service. 2000. Technical/Agency Draft Revised Recovery Plan for the Red-Cockaded Woodpecker. U.S. Fish and Wildlife Service, .

U.S. Forest Service. 1999a. Final Environmental Impact Statement for the Revised Land and Resource Management Plan for the National Forests in Florida. U. S. Department of Agriculture, Washington, D.C. (Management Bulletin R8-MB-83B)

---. 1999b. Highlights of the Revised Land and Resource Management Plan, National Forests in Florida. U. S. Department of Agriculture, Washington, D.C. (Management Bulletin R8-MB-83D)

---. 1999c. Record of Decision for the Revised Land and Resource Management Plan for National Forests in Florida. U. S. Department of Agriculture, Washington, D.C. (Management Bulletin R8-MB-83C)

---. 1999d. Management Bulletin, R8-MB-83A: Revised Land and Resource Management Plan for National Forests in Florida. U. S. Department of Agriculture, Washington, DC.

U. S. Forest Service. 2000. Ocala National Forest Access Workshop.

U.S. General Accounting Office. 1995. Federal Lands: Information on the Use and Impact of Off-Highway Vehicles., Washington, DC, Report No. GAO/RCED-95-209.

Van Dyke, G. M., R. H. Brocke, H. G. Shaw, B. A. Ackerman, T. H. Hemker, and F. G. Lindzey. 1986. Reactions of mountain lions to logging and human activity. Journal of Wildlife Management 50:95-102.

van Gelder, J. J. 1973. A quantative approach to the mortality resulting from traffic in a population of *Bufo bufo*. Oecologia 13:93-95.

Van Loan, A. 1999. Biological assessment of the 1999 Croom Enduro event: With recommendations for future management. Ecology Unit Supervisor's report for Florida Division of Forestry, Withlacoochee State Forest, Brooksville.

Verkaar, H. J. 1988. The possible role of road verge and river dykes as corridors for the exchange of plant species between natural habitats. Pages 79-84 *in* K.-F. Schreiber, editor. Proceedings of the 2nd International Seminar of the International Association for Landscape Ecology, Schoningh, Paderborn., .

Vermeulen, H. J. W. 1995. Road-side Verges: Habitat and Corridor for Carabid Beetles of Poor Sandy Open Areas. Thesis. Landbouw Universiteit, Wageningen, Netherlands.

P121

Villarubia, C. R. 1982. Movement ecology and habitat utilization of black bears in Cherokee National Forest, Tennessee. MS Thesis. University of Tennessee, Knoxville.

Vos, C. C., and J. P. Chardon. 1998. Effects of habitat fragmentation and road density on the distribution pattern of the moor frog, *Rana arvillis*. Journal of Applied Ecology 35:44-56.

Vowell, J. 2001. February 7 personal communication to Linda C. Duever re road studies on Blackwater State Forest. Florida Division of Forestry.

Wace, N. 1977. Assessment of dispersal of plant species -- the car-borne flora in Canberra. Proceedings Ecological Society of Australia 10:166-186.

Wade, J. 1998. A draft review and comment on: Forest Service Roads: A Synthesis of Scientific Information, 2nd draft, USDA Forest Service. http://www.wildlandscpr.org/reports/wade-report2.html; University of Montana, Environmental Studies Program.

Walder, B. 1996. Road-Rippers Handbook. Wildlands Center for Preventing Roads, Missoula, MT.

Walder, B., and S. Bagley. 1999. An explanation and assessment of road removal in varied habitats. Pages 319-326 *in* Proceedings of the Third International Conference on Wildlife Ecology and Transportation, September 13-16, 1999, Missoula, MT.,, FL-ER-73-99.

Waldron, J. 2001. January 29th personal communication to Linda C. Duever re ORV impacts on Florida national forests. Forest Recreation Coordinator, Bureau of Forest Management, USFS, Tallahassee.

Walter, W. G., and R. P. Bottman. 1967. Microbiological and chemical studies of an opened and closed watershed. Journal of Environmental Health 30:157-163.

Walter, W. G., G. K. Bissonnette, and G. W. Stuart. 1971. A Microbiological and Chemical Investigation of Effects of Multiple Use on Water Quality of High Mountain Watersheds. Montana University Joint Water Resources Research Center,, Report 17.

Weaver, T., and D. Dale. 1978. Trampling effects of hikers, motorcycles and horses in meadows and forests. Journal of Applied Ecology 15:451-457.

Weaver, W., and D. Hagans. 1990. Techniques and costs for effective road closure. Technical Paper. Pacific Watershed Associates, Arcata, CA 7p.

Webb, R. H. 1983. Compaction of desert soils by off-road vehicles. Pages 31-80 *in* R. H. Webb and H. G. Wilshire, editors. Environmental Effects of Off-Road Vehicles: Impacts and Management in Arid Regions. Springer-Verlag, New York.

P122

Webb, R. H., and H. G. Wilshire, editors. 1983. Environmental Effects of Off-Road Vehicles: Impact and Management in Arid Regions. Springer-Verlag, New York, NY.

Webb, R. H., H. C. Ragland, W. H. Godwin, and D. Jenkins. 1978. Environmental effects of soil property changes with off-road vehicle use. Environmental Management 2:219-233.

Wederkinch, E. 1988. Population size, migration barriers, and other features of *Rana dalmatina* populations near Koge, Zealand, Denmark. Memoranda Soc. Fauna Flora Fennica 64:101:103.

Wegner, J. F., and G. Merriam. 1979. Movements by birds and small mammals between a wood and adjoining farmland habitats. Journal of Applied Ecology 16:349-357.

Wein, R. W., G. Wein, S. Bahret, and W. J. Cody. 1992. Northward invading non-native vascular plant species in and adjacent to Wood Buffalo National Park, Canada. The Canadian Field Naturalist 106:216-224.

Weinstein, M. 1978. Impact of off-road vehicles on the avifauna of Afton Canyon, California. Bureau of Land Management, Department of the Interior, Final Report #CA-060-CT7-2734.

Welch, R., and M. Madden. 1998. Off-road vehicle trail database for Big Cypress National Preserve. (Final Report to the National Park Service, Cooperative Agreement Number 5280-7-9002. Center for Remote Sensing and Mapping Science, University of Georgia, Athens, GA)

Wemple, B. C., J. A. Jones, and G. E. Grant. 1996. Channel network extension by logging roads in two basins, western Cascades, Oregon. Water Resources Bulletin 32:1195-1207.

Wester, E. 2001. personal communication to Busy Kislig Shires re ORV impacts on Florida national forests. Southern Ecosystem Research; Auburn, AL.

Wester, L., and J. O. Juvik. 1983. Roadside plant communities on Mauna Loa, Hawaii. Journal of Biogeography 10:307-316.

Westhoff, V. 1967. The ecological impact of pedestrian, equestrian and vehicular traffic on flora and vegetation. Pages 218-223 *in* Proceedings and Papers of the Tenth Technical Meeting of the International Union for the Conservation of Nature and Natural Resources. Volume 10., .

Wettstein, O. 2000. September 21st personal communication to Linda C. Duever re ORV impacts on Florida national forests. District Commander, Marion County Sheriff's Department, Ocala.

P123

Whitcomb, R. F., C. S. Robbins, J. F. Lynch, B. L. Whitcomb, M. K. Klimkiewicz, and D. Bystrak. 1981. Effects of forest fragmentation on avifauna of eastern deciduous forest. Pages 125-205 *in* R. L. Burgess and D. M. Sharp, editors. Forest Dynamics in Man-Dominated Landscapes. Springer-Verlag, New York, NY.

Whitehouse, A. 1993. River turtles endorse lighning season fire. Resource Management Notes 5:10.

Whitford, P. C. 1985. Bird behavior in response to the warmth of blacktop roads. Transactions of the Wisconsin Academy of Sciences Arts and Letters 73:135-143.

Wigley, T. B., and T. H. Roberts. 1994. A review of wildlife changes in southern bottomland hardwoods due to forest management practices. Wetlands 14:41-48.

Wilcove, D. S. 1985. Nest predation in forest tracts and the decline of migratory songbirds. Ecology 66:1211-1214.

Wilcove, D. S., C. H. McLellan, and A. P. Dobson. 1986. Habitat fragmentation in the temperate zone. Pages 237-256 *in* M. E. Soule, editor. Conservation Biology: The Science of Scarcity and Diversity. Sinauer Asociates, Sunderland, MA.

Wild Forever. 1997. . http://www.umich.edu/~esupdate/library/97.09-10/willcox.html.

Wildlands Center for Preventing Roads. 2000. Roaring from the past: Off-road vehicles on America's national forests. http://www.wildrockies.org/wildcpr/reports/execsummary.html; *Wildlands Center for Preventing Roads; PO Box 7516; Missoula, MT 59807; 406-543-9551; WildlandsCPR@wildrockies.org.*

Wiley, J. 1988. Host selection by the shiny cowbird. Condor 90:289-303.

Wilke, B., A. Bogenrieder, and O. Wilmanns. 1993. Differentiated litter distribution in the forest, its causes and consequences. Phytocoenologia 23:129-155.

Wilkens, K. T. 1982. Highways as barriers to rodent dispersal. Southwest Naturalist 27:459-460.

Willard, T. R., D. W. Hall, D. G. Shilling, J. A. Lewis, and W. L. Currey. 1990. Cogongrass (*Imperata cylindrica*) distribution on Florida highway rights-of-way. Weed Technology 4:658-660.

Willcox, L. 1997. The Last Grizzlies of the American West: The Long Hard Road to Recovery. http://www.umich.edu/~esupdate/library/97.09-10/willcox.html.

Williamson, M. 1975. The design of nature preserves. Nature (London) 256:519.

P124

Wilshire, H. G., G. B. Bodman, D. Broberg, W. J. Kockelman, J. Major, H. E. Malde, C. T. Snyder, and R. C. Stebbins. 1977. Impacts and management of off-road vehicles. Report of the Committee on Environment and Public Policy, Geological Society of America. (N)

Wilshire, H. G., J. K. Nakata, S. Shipley, and K. Prestegaard. 1978a. Impacts of vehicles on natural terrain at seven sites in the San Francisco Bay area. Environmental Geology 2:295-319.

Wilshire, H. G., S. Shipley, and J. K. Nakata. 1978b. Impacts of off-road vehicles on recreation. Pages 131-139 in K. Sabol, editor. Transactions of the 43rd North American Wildlife and Natural Resources Conference, March 18-22, Phoenix, AZ., .

Wilson, C. C. 1979. Roadsides -- corridors with high fire hazard and risk. Journal of Forestry 79:576-580.

Wilson, J. B., G. L. Rapson, M. T. Sykes, A. J. Watkins, and P. A. Williams. 1992. Distributions and climatic correlations of some exotic species along roadsides in South Island, New Zealand. Journal of Biogeography 19:183-193.

Wilson, L. D., and L. Porras. 1983. The ecological impact of man on the South Florida herpetofauna. Univ. Kansas Spec. Publ, No. 9; Lawrence, KA; 1983; Note: university publication.

Winter, T. C. 1988. A conceptual framework for assessing cumulative impacts on the hydrology of nontidal wetlands. Environmental Management 12:605-620.

Wonser, J. 2001. February 12th E-mail message to Linda C. Duever re ORV impacts on Florida national forests. Circle Pine Farm, Trenton.

Wood, P. B. 1999. Bald eagle response to boating activity in northcentral Florida. Journal of Raptor Research 33:97-101.

Wooding, F. J., and S. D. Sparrow. 1979. An assessment of damage caused by off-road vehicle traffic on subarctic tundra in the Denali highway area of Alaska. Call #: DNAL aGV191.4.R4-1978; Incomplete reference from CPR.

Woodleif, C. B., L. H. Royster, and B. K. Huang. 1969. Effect of random noise on plant growth. Journal of the Acoustical Society of America 46:481-482.

Woolfenden, G. E. 1973. Nesting and survival in a population of Florida scrub jays. Living Bird 12:25-49.

Wuerthner, G. 1993. Some partial solutions to road impacts. Wild Earth 3:35-36.

P125

Wunderlin, R. P. 1982. Guide to the Vascular Plants of Central Florida. University Presses of Florida, Gainesville.

Wyman, R. L. 1990. What's happening to the amphibians? Conservation Biology 4:350-352.

Yahner, R. 1988. Changes in wildlife communities near edges. Conservation Biology 2:333-339.

Yakamati, H. 1994. Agency position statement: Condition of soils in ORV use areas of BICY. USDA Soil Conservation Service.

Yamataki, H. 1994. Agency position statement: Condition of soils in ORV use areas at Big Cypress National Preserve. USDA Soil Conservation Service.

Yanes, M., J. M. Velasco, and F. Suarez. 1995. Permeability of roads and railways to vertebrates: The importance of culverts. Biological Conservation 71:217-222.

Yarlett, L. L. 1996. Common Grasses of Florida and the Southeast. Florida Native Plant Society, Spring Hill, FL.

Young, K. R. 1994. Roads and the environmental degradation of tropical montane forests. Conservation Biology 8:972-976.

Zaber, D. J. 1998. Southern Lessons: Saving Species Through the National Forest Management Act. Defenders of Wildlife, Washington, D.C.

Zeedyk, W. D. 1996. Managing Roads for Wet Meadow Ecosystem Recovery. USDA Southwestern Region, Albuquerque, NM, Report FHWA-FLP-96-016.

Zobel, D. B., L. F. Roth, and G. M. Hawk. 1985. Ecology, pathology, and management of Port Orford cedar (*Chamaecyparis lawsoniana*. General Technical report PNW-184; U.S. Forest Service, Portland, OR.

P126