- o  Real prices for hardwood and softwood products (i.e., after accounting for inflation) are forecast to increase between 2000 and 2040. While investment in softwood forests has been a demonstrated response to increasing softwood prices, major investments in hardwood production have not yet occurred in the South. However, the feasibility of short-rotation hardwood management has been demonstrated and could conceivably reduce these price increases and reverse inventory declines.

### 3.1.4  Recreation

| | |
|---|---|
| Primary Question: | SOCIO-6: What are the supplies of and demands for forest based recreation and other noncommodity uses of forests in the South? |
| Related Questions: | SOCIO-5: What role do forests play in employment and local economies in the South? |

Southern forests are the settings for a wide variety of recreation activities. We examined recreation use, the influence of population growth and change on recreation demand, and changes in recreation supply (SOCIO-6).

Driven by a growing population and changes in demographic characteristics such as income and median age, participation in outdoor recreation of all types has increased in the South. Some activities, including viewing and photographing nature, gathering various forest products, and certain forms of boating have grown more rapidly than others. The most popular outdoor recreation activities among southerners tend to be the least expensive and include walking for pleasure, attending family gatherings, picnicking, and visiting historic sites. Next in popularity are activities such as viewing and photographing wildlife, fishing, gathering forest products, hiking, hunting, and biking, which require somewhat more financial outlay. In general, the popularity of the activity is inversely related to the cost of participation. Among the various classes of recreational activities, those focused on viewing, learning, and photographing in natural areas have been expanding the most rapidly (SOCIO-6).

The patterns of recreation participation among southerners are very similar to averages for the United States as a whole. However, with the exception of water-based activities, the level of participation in the South is lower.

In addition to the growth in largely nonconsumptive recreation activities, recreation focused on the harvest of various nontimber products has also grown. A recent survey showed that 31 percent of respondents in the South participated in some form of this activity. Products included firewood, rocks and minerals, berries, mushrooms, herbs, flowers and other decorative plant materials, and

Plaintiff's Exhibit 6K

several other minor products (SOCIO-6). A small percentage of people (2 percent) indicated that they collected forest products for income; 96 percent collected for personal uses. Fifty-four percent collected in a forest setting. Based on the income distribution of respondents who participated, it appears that only a small portion engaged in gathering as a subsistence activity (SOCIO-6).

Recreation and tourism, including that derived from forested settings, is a source of employment and income in the South.

- In 1997 outdoor recreation-based tourism contributed between 0.64 and 2.88 percent of southern jobs and between 0.51 and 2.51 percent of the South's gross regional product. Public lands represented 56 percent of this contribution (SOCIO-5).

- Tourism-related industries are increasing in the South but are not becoming more concentrated. The percentage of State-level jobs and income in the tourism-related sectors has increased in all 13 States, as have the actual numbers of jobs and amount of income (SOCIO-5).

Forest-based recreation is largely concentrated on relatively scarce public land. Because only 4.6 percent of Federal land and 12 percent of State park and forest lands are in the South, which has about 33 percent of the Nation's population, recreation pressures on public land are substantial. For example, U.S. national forests in the Southern Region are the second most heavily used of the nine USDA Forest Service regions with visits of 1.9 per acre (SOCIO-5). Only 7 percent of private land held by individuals is open to free access by any member of the public and the trend is toward decreasing access to private land (SOCIO-6).

Increased demand for outdoor recreation will therefore likely be placed on public lands. The ability to provide these kinds of uses will be constrained by Federal budgets and by the mandates of the various Federal agencies. For example, national parks are managed with a mandate to protect natural, historic, and cultural areas, and management of wildlife refuges must focus first on wildlife conservation.

- Given the current land ownership patterns and owner objectives, there appears to be limited capacity to expand forest-based recreation opportunities in the South. There is a trend toward increasing scarcity of recreational opportunities (SOCIO-6)

Recreation areas on public land will likely be increasingly congested, and competition between various recreation user groups for limited area is forecast to increase based on forecast population growth. Competition may be greatest between nature viewing activities such as bird watching and nature photography, and technology-based activities, such as mountain biking and other forms of mechanical trail use.

- As recreation congestion increases, the costs imposed on owners of private tracts may increase. This could lead to more restricted uses of private land thereby shrinking supply and increasing congestion even further.

41

- o Furthermore, competition between recreation types indicates that investment to support one type of recreation activity may diminish opportunities for other types. Because public land is so scarce, tradeoffs between recreation opportunities are critical issues for forest managers.

Another important outcome of recreation congestion is the potential for damage to the productive and protective capacity of forest ecosystems. Recreation can damage soils through compaction, pollute water, damage and alter vegetative cover, and influence native wildlife populations. While a complete assessment of existing or potential damage has not been conducted, increased damages are expected in the "recreation hot spots" identified in Figure 3.1.17. In these areas, heavy recreation pressures on forest resources are anticipated (SOCIO-6).



Figure 3.1.17—Hotspots of recreation demand pressure on forests, 2000. Source: SOCIO-6, Figure 1.

Increasing recreation participation rates combined with population growth and decreased forest area adjacent to urban areas portend substantial challenges for public forest managers. These include addressing user competition and mitigating recreation-related environmental damages.

P251

*SFRA Draft Summary Report*             *www.srs.fs.fed.us/sustain*

### 3.1.5 Quality of Life

> Primary Question: SOCIO-7: How do forests and their uses influence the quality of life in the South?
>
> Related Questions: SOCIO-5: What role do forests play in employment and local economies in the South?

Quality of life depends on a multitude of factors. These factors can be placed in three categories: (1) economic well-being, (2) social well-being, and (3) environmental quality. Land use and forest conditions can have a bearing on the quality of life in local areas (SOCIO-7).

Economic well-being is generally defined as the production of wealth, which allows for the purchase of goods and services. Forests produce wealth in several ways. Timber harvests generate income and a return to investments in land and forest management. Employment and returns to capital accrue as primary wood manufacturers convert raw timber products into intermediate products such as pulp, paper, and lumber. Secondary wood products industries such as furniture manufacturing, which utilize these intermediate products, also generate employment, income, and returns to capital investments. Additionally, forests provide settings for outdoor recreation that can produce wealth for local areas.

The production of wealth is important, but it provides an incomplete assessment of the contribution of forests to the quality of life in a region. Another element is social well-being, which is generally measured in terms of the social conditions and services found in a region. Examples include crime, education, and access to health services. Forest cover and even uses do not cause these conditions. However, correlations between these conditions and social indicators can provide insights into the social context of places influenced by forest uses. A comparison of social and economic conditions with the share of wood products and recreation and tourism employment found:

- o The forest products industry was located in areas where economic opportunities and diversity were limited.

- o The forest products industry provided good paying jobs in areas where other economic opportunities were limited. On average, wages in this industry ranged from marginally higher (in the primary and secondary wood products sectors) to much higher than "typical" wages (that is, average wages in nonforest product industrial sectors).

- o Through export of wood products to other regions, the forest products industry contributed to local economies by bringing in income which then circulated through economies via the purchase of locally provided goods and services. In areas where employment in the wood products industry comprised at least 10 percent of local employment, the industry contributed more than half of the jobs in the economic base.

- o Concentrations of employment in the forest related recreation and tourism sector were

43

associated with better economic conditions in rural areas of the South—that is, was correlated with an increase in median household income and with a decline in unemployment and poverty rates.

Another element of quality of life is environmental quality, or the set of services derived from local settings. Several nonmarket benefits are associated with forests and forest uses, such as high quality water and natural settings. Precise measurement of the value of nonmarket benefits is very difficult, but a valuation of these benefits is reflected in the willingness of some rural residents to live in a particular locale irrespective of wages. Environmental quality appears to play an especially important role in selection of a residence by retirees. We examined the conditions of forests in counties that depend on primary wood products and found (SOCIO-7):

- Forests in areas with high concentrations of wood products manufacturing show greater influence of management. They have higher concentrations of plantation acreage, younger pine forests (high pine growth relative to standing inventory), and greater timber harvest intensity in hardwood forest (greater removals relative to standing inventory).

Nonmarket benefits associated with "naturalness of forests" may, therefore, be lower in areas dominated by the wood products industries, while marketed benefits and employment and income associated with wood products are higher as described above.

People choose where to live based on a bundle of attributes related to each location. These include elements of economic and social well-being and environmental amenities, as well as other variables not described here. Living in a forested rural county with little timber management activity may indeed reflect a preference for natural forest conditions. Living in urban areas or heavily managed rural areas reflects yet other preferences.

Harvesting in a new area can therefore have multiple effects on local populations. Some benefit from direct and indirect employment and income. Others may lose certain non-income benefits they derive from an unmanaged forest landscape. Thus, we would expect that the emergence of timber production in new areas would lead to debate over appropriate forest uses (see TIMBR-1 for detailed timber harvest forecasts). This factor, combined with timber harvest forecasts indicate that such debates may occur in parts of the Piedmont areas of North Carolina and in central Tennessee, Kentucky, and parts of Virginia. We see evidence of this in recent debates over chip mills in these States.

These same types of impacts on quality of life also arise because of urban development. Therefore, where development and increased timber production converge, their impacts and ensuing conflicts may be compounding. For example, places like the Piedmont would appear to be experiencing substantial change in quality of life through rapid urbanization and population growth.

*SFRA Draft Summary Report*                                                                 *www.srs.fs.fed.us/sustain*

## 3.2   Forest Area and Conditions

In this section we examine trends in forest area and conditions as measured by surveys conducted by the Forest Inventory and Analysis (FIA) Program of the USDA Forest Service. In the past these have been periodic surveys, conducted every 5-10 years. Accordingly, totals for the South are based on data from State surveys taken in different years, and current conditions are estimated from the most recent surveys. While some of the data are somewhat dated, these are the best and only comparable data available for measuring forest conditions at this level of detail and scale. New survey procedures are being implemented to provide annual updates of forest conditions, but such data were not available for this report. We also examine forecasts for some measures of forest condition.

### 3.2.1   Forest Area and Ownership

| | |
|---|---|
| Primary Question: | HLTH-1: What are the history, status, and projected future of southern forests? |
| Related Questions: | SOCIO-4: What motivates private forest landowners to manage their forest land and how are their management objectives formed? |

Based on the most recent FIA estimates, the South has more than 214 million acres of forest land. This area of forest is 60 percent of the area of what was likely present in 1630, and 91 percent of what was likely present in 1907 (Figure 3.2.1). Since the 1970's, the total area of forest land has remained relatively stable; 218 million acres were present in 1982, and 212 million acres in 1992 (HLTH-1).

Ninety-three percent of the South's forest land is classified as "timberland" by FIA. While not necessarily managed for timber products, this land has enough physical productivity to make timber production plausible. Also, timberland does not include public lands withdrawn from potential timber harvesting, such as designated wilderness areas. At 201 million acres, the area of timberland has been essentially stable since 1982 when it was 198 million acres. Many of the variables used by FIA to describe the characteristics of forests are recorded only for timberland, and detailed data on forests prior to the 1950's are generally unavailable. Accordingly, much of our description of forests is limited to the timberland portion of the South's forest area since the early 1950's.

45

*SFRA Draft Summary Report*                      *www.srs.fs.fed.us/sustain*



Figure 3.2.1—Forest area in the Southern United States, 1630 to 1999. Source: HLTH-1, Figure 1.

The stability in total area of timberland is the result of considerable area changing both into and out of forest cover. FIA records indicate that, over the past 20 years, as much as 2 to 3 million acres per year have experienced a change either from forest to nonforest or *vice versa*. These changes have been focused in different parts of the region, with recent losses prevailing in Florida and Louisiana and gains prevailing in Alabama, Arkansas, Mississippi and Kentucky. Between the 1950's and 1990's, Florida had by far the greatest loss of timberland (3.5 million acres or about 19 percent) while Mississippi had the greatest gain (1.7 million acres or about 10 percent). Both Florida and Louisiana have experienced continuous forest loss over the past 50 years.

Timberland is held by a diverse group of owners in the South (Figure 3.2.3). Currently, about 11 percent (21.4 million acres) is controlled by various government agencies. The USDA Forest Service manages more than half of this public timberland. The remaining 89 percent of timberland is privately owned. Based on data for all Southern States except Kentucky (Kentucky's data were not classified in this way), about 22 percent of private timberland is owned by the forest industry, 21 percent by farmers, 12 percent by other corporations, and 45 percent by other individuals.

Ownership distribution is dynamic (Figure 3.2.2). For example, the area of timberland owned by forest industry declined by about 1 million acres between the 1980's and 1990's. However, this decline was more than offset by a 4.1 million acre increase in ownership by other corporations. Many of these corporate owners—including Timber Investment Management Organizations or TIMO's—practice a forest management style similar to forest industry so that the net environmental and timber supply implications of a shift from forest industry to TIMO ownership may be minimal (TIMBR-2). Forest industry's holdings also shifted westward during this period, with substantial reductions in Florida (681,000 acres) and Georgia (583,000 acres) accompanied

46

by increases in Alabama (591,000 acres), Arkansas (240,000 acres), and Mississippi (209,000 acres). In the 1990's, some of the highest concentrations of industrial ownership were still in the Coastal Plain of Georgia and northern Florida.



Figure 3.2.2—Timberland area by ownership class and year, Southern United States. Source: HLTH-1, Figure 6.



200 million acres

Figure 3.2.3—Distribution of timberland by owner class, Southern United States, 1999. Source: HLTH-1, Figure 38

47

The most substantial reduction in forest ownership since the 1950's has been in the farmer-owner category. The amount of timberland held by farmers has declined from 88 million to 35 million acres. Private individuals who do not farm hold an increasing share.

Between 1978 and 1993 the number of forest-land owners increased by 12 percent in the South and stood at 4.9 million in 1993. Of these, 84 percent owned tracts smaller than 50 acres. Indications are that this trend continued through the 1990's. The implication is that an increasing share of southern forests is held in smaller parcels (SOCIO-4).

### 3.2.2    Broad Forest Types

| | |
|---|---|
| Primary Question: | HLTH-1: What are the history, status, and projected future of southern forests? |
| Related Questions: | TIMBR-1: What are the history, status, and projected future demands for and supplies of wood products in the South? |

While the total area of timberland in the South has remained relatively stable, forest types have changed (Figure 3.2.4). Five broad categories of forest types are recognized by FIA: upland hardwoods (including oak-hickory and beech-birch-maple), lowland hardwoods (including oak-gum-cypress), natural pines (including longleaf, slash, shortleaf, and loblolly not established by planting), planted pines (all species), and mixed oak-pine. Pine forest types have experienced the most change. The area of natural pine has declined from about 72 million acres in 1953 to about 34 million acres in 1999. Planted pine has increased from about 2 million acres in 1953 to more than 32 million acres in 1999. Upland hardwoods have increased somewhat between 1953 and 1999. Lowland-hardwood area declined somewhat between 1962 and 1970 but has been essentially stable since the 1970's.

Changes in broad forest types are brought about by forest succession and by forest management. Data for the 1980's and 1990's show that 28 percent (3.3 million acres) of new pine plantations came from forest that was previously natural pine. Forty-seven percent (5.7 million acres) was derived from hardwood and oak-pine forest types, and another 25 percent (3 million acres) was derived from agricultural land. Over this same period, 9.2 million acres of natural pine were reclassified as hardwood and natural oak-pine types, reflecting a natural succession from pine species to more shade-tolerant species such as oaks and hickories, or harvesting of the pine component from these forests.



Figure 3.2.4—Trends in area of timberland by broad management type, all owners, Southern United States, 1953 to 1999. Source: HLTH-1, Figure 12.



Figure 3.2.5—Forecasts of private timberland area by management type, 1995 to 2040. Source: TIMBR-1, Figure 15.

49

*SFRA Draft Summary Report*                          *www.srs.fs.fed.us/sustain*

Upland hardwood acreage has been gradually increasing since the 1950's. Between the 1980's and the 1990's, 3.4 million acres of natural pine types shifted to upland hardwood. At the same time, 5.9 million acres of upland hardwood types were reclassified as natural-pine and oak-pine types. Hardwood forest types experienced the greatest amount of conversion (2.2 million acres) to nonforest uses over this period.

Lowland hardwood forest types declined in area between the 1950's and the 1990's, with most losses occurring between 1960 and 1970. Since then, losses have been more gradual. Much of the loss in the 1980's and 1990's resulted from reclassification to other natural forest types, but 600 thousand acres were planted to pine and 800 thousand acres were converted to nonforest uses during these years.

The area in pine plantations is forecast to rise by 67 percent from 32 million acres in 1999 to 54 million acres in 2040 (Figure 3.2.5). Areas of all other forest types are expected to decline at gradual rates (TIMBR-1). In total, nonplanted forest types are forecast to decline 25 million acres (17 percent) between 1995 and 2040. Twenty-three million acres of agricultural land are forecast to be planted over this same period. These forecasts indicate that forests of all types will be lost to urban uses and that gains in planted pine will come largely from planting of agricultural fields (Figure 3.2.6).



Figure 3.2.6—Forecast of the area timberland by forest types (million acres), 1995 to 2040. Source: TIMBR-1, data from several figures and SOCIO-1, Figure 10.

50

*SFRA Draft Summary Report*                                                                            *www.srs.fs.fed.us/sustain*

### 3.2.3 Landscape Structure

| | |
|---|---|
| Primary Question: | SOCIO-1: How have land uses changed in the South and how might changes in the future affect the area of forests? |
| Related Questions: | TERRA-1: What are the history, status, and projected future of terrestrial wildlife habitat types and species in the South? |
| | TERRA-3: What are the likely effects of expanding human populations, urbanization, and infrastructure development on wildlife and their habitats? |

Landscape structure refers to the spatial arrangement of forests and the habitats that they provide. The arrangement of forest cover has an influence over many functions of forest ecosystems, especially as wildlife habitat. For example, a large contiguous forest area has a large share of interior forest and relatively little edge-forest, while a patchy forest with the same total area has proportionately more edge habitat. In addition, configuration of forest cover influences the options available for active stand management. For example, small patches of forests may be less economical to manage for timber production due to economies of scale in timber harvesting, prescribed burning, and other treatments.

Interspersion of land uses, road construction, and the splitting of land parcels can cause fragmentation of forests. The effects are a decrease in the average size of contiguous forest patches, a decrease in the amount of forest, and losses in connectivity and interior habitat. Forest microclimate, species dispersion, and interspecies population dynamics are also influenced by fragmentation (TERRA-1). However, the effects of fragmentation on wildlife may be slight in areas with forest cover that exceeds 60 to 70 percent (TERRA-4). This is the situation across a large portion of the South.

On the other hand, afforestation of nonforest land can reverse fragmentation. That is, forest patches can become better connected if intervening nonforest areas are converted to forest cover.

Data are not available at the regional level for measuring changes in forest fragmentation over time. However, recently compiled data provide a "snapshot" of forest cover and fragmentation, thereby allowing comparisons of these measures among subregions of the South. Using maps derived from satellite images taken in the early 1990's, the extent of fragmentation in the South is shown by mapping two measures. One is the share of forest that is interior forest, defined as a forest "cell" surrounded on all sides by other forest cells so that it is not strongly influenced by environmental gradients emanating from edges. The other measure is "edge-influenced forest," defined as areas adjacent to nonforest uses (SOCIO-1).

51

The highest concentrations of interior forest in the South are in the Blue Ridge Mountains, the Cumberland Plateau, and the Allegheny Mountains (Figure 3.2.7). The Smoky Mountain National Park and a part of the Daniel Boone National Forest in Kentucky—just west of where the boundaries of Virginia, West Virginia and Tennessee meet—form the cores of these two areas. Other large areas where the share of interior forest is high include the Ouachita Highlands and Ozark Mountains of Arkansas, a region just north of the Mobile Bay, and the Apalachicola area in the Florida Panhandle.



Figure 3.2.7—Percent of interior forest by county, 1992. Source: SOCIO-1, Figure 17.

Maps of edge-influenced forests (Figure 3.2.8) indicate several areas where forest is fragmented. The Southern Appalachian Piedmont (commonly referred to as the Piedmont) has a relatively high share of land in the edge-influenced category, especially in North Carolina. Two other contiguous blocks are in an area spanning northern Mississippi and western Tennessee, and an area west of the Cumberland Plateau between Alabama and the Ohio River. In both of these areas, agricultural cover types are interspersed with forest cover, fragmenting it into smaller patches and reducing the amount of interior forest.

52

*SFRA Draft Summary Report*                                      *www.srs.fs.fed.us/sustain*



Figure 3.2.8—Percent of edge-influenced forest by county, 1992. Source: SOCIO-1, Figure 19.

Three parts of the South may be especially susceptible to fragmentation in the future due to current conditions coupled with forecast population growth (TERRA-1; SOCIO-1):

- o  The Piedmont is a heavily fragmented patchwork of agriculture, urban, and forest-land uses. Forecasts of urbanization in this ecoregion, would reduce forest cover, increase fragmentation, and cause other modifications to forests (SOCIO-1).

- o  In North Carolina, Tennessee, and Kentucky, the Blue Ridge, Ridge and Valley, Cumberland Plateau, and Allegheny Plateau ecoregions are susceptible to increased fragmentation. While much of this area is heavily forested, localized areas of urbanization and increasing road density could alter the structure of affected forested communities. A similar situation may arise in the Ozark and Ouachita mountains.

- o  In the Mississippi River Valley, West Coastal Plain, and Interior Low Plateau, forest habitat is scarce due to conversion of large portions of these forests to agricultural uses. Additional relatively small changes in forest structure in these ecoregions could reduce their overall

53

SFRA Draft Summary Report                                              www.srs.fs.fed.us/sustain

habitat suitability for many species.

### 3.2.4   Forest Inventory

| | |
|---|---|
| Primary Question: | HLTH-1: What are the history, status, and projected future of southern forests? |
| Related Questions: | TIMBR-1: What are the history, status, and projected future demands for and supplies of wood products in the South? |

Another way to track changes in forests is to monitor changes in tree biomass. This approach has long been used to examine timber supply issues because it provides a direct measure of the forest's capacity to produce timber products. It also provides insights into a forest's capture and sequestration of atmospheric carbon.

Evaluating changes in forests has long been a principal objective of FIA. The FIA measure of inventory most indicative of total biomass is "growing stock volume," measured as the volume of trees that either are or will likely be of merchantable quality. While the measure actually undercounts total biomass because it excludes certain tree species, all trees that are not yet 5 inches in diameter, and all other plants, it nevertheless serves as a useful biomass index. In the discussions that follow, "volume" refers to "growing stock volume" as measured by FIA.

Southern forests have accumulated substantial volume over the past 50 years (Figure 3.2.9). Between 1953 and 1999 the total volume increased 73 percent from about 148 billion cubic feet to about 256 billion cubic feet. This increase reflects the rapid growth of relatively young stands established after the 1930's. As the average age of these forests has increased, growth rates have declined somewhat. Most recent surveys show a slowing rate of accumulation for hardwoods and essentially a leveling off of softwood inventory.

The timber volume inventories of all 13 Southern States grew more than 50 percent between 1953 and 1999. Tennessee and Kentucky had the most prodigious increases and six States—Arkansas, Kentucky, Louisiana, Mississippi, Oklahoma, and Tennessee—more than doubled their inventories over this period.

Changes in inventories reflect the combined effects of growth, mortality, and removals. Removals measure losses of inventory due to harvest and conversions of forests to other uses. Trends in timber inventories have traditionally been evaluated based on the difference between annual net growth (biological growth minus mortality) and removal rates, often expressed as the Growth-Removal Ratio (GRR). A GRR greater than 1.0 indicates a net accumulation of volume. A GRR of less than 1.0 means that volume is decreasing.

54

*SFRA Draft Summary Report*  www.srs.fs.fed.us/sustain



Figure 3.2.9—Volume of growing stock on timberland by ownership class and year, Southern United States. Source: HLTH-1, Figure 19.

For hardwoods, the GRR has exceeded 1.0 since the 1950's. In 1999 it stood at about 1.3, indicating that growth exceeded removals by about 30 percent (Figure 3.2.10). For softwoods, growth exceeded removals until about 1990. Since then, the GRR has been about 0.9, indicating that removals surpassed growth by about 10 percent. Models of growth and removals forecast that this situation is transitory and that softwood growth will soon exceed removals again. This is because the region is in a period of transition where pine plantations are expanding rapidly. As these young pines grow large enough to enter into the FIA inventory—forest analysts call this phenomenon ingrowth—measures of total softwood growth are expected to shift upward.

Anticipated changes in GRR are demonstrated by the 1989 and 1997 inventories of the Southeastern Coastal Plain of Georgia. In 1989, the forest survey indicated that the GRR was 0.98 but also noted that the rate of tree planting had more than doubled since the previous survey. The 1997 forest survey reflected this ingrowth and the GRR increased to 1.07. Meanwhile, the rate of planting continued to climb. Similar patterns of change are evident in Alabama and Mississippi, where recent planting activity has been high.

55

SFRA Draft Summary Report                                   www.srs.fs.fed.us/sustain



Figure 3.2.10—Average annual growth to average annual removals ratios of growing stock on timberland by softwoods, hardwoods, and year in the Southern United States. Source: HLTH-1, Figure 33.

We forecast that softwood growth will overtake and exceed removals by a slight margin in the next few years. As a result, softwood inventories are forecast to increase steadily between 1995 and 2040. For hardwoods, on the other hand, removals are forecast to exceed growth by 2025. Thus, total hardwood inventories are forecast to peak in about 2025 and then decline to levels just exceeding current levels by 2040. Inventories for individual States are forecast to peak and then decline at different times (see discussion in Section 3.1.3 and TIMBR-1).

Changes in mortality over time also are important. Since the 1950's, the rate of mortality for hardwoods (mortality divided by total volume) has fluctuated around 0.7 percent per year (Figure 3.2.11). Over the same period, softwood mortality has been increasing. The softwood mortality rate stood at about 0.55 percent per year in the 1950's and 1960's, nearly doubled by the 1990's, and now stands at about 1.0 percent of inventory per year. Reasons for this increase are unclear, but likely reflect several factors, including an aging softwood inventory on public and nonindustrial private land, increased susceptibility of offsite species to insects and disease, and a lack of thinning and other stand treatments in overstocked stands.

56

P265

SFRA Draft Summary Report                                    www.srs.fs.fed.us/sustain



Figure 3.2.11—Mortality rates for hardwoods and softwoods, 1953 to 1999. Source: HLTH-1, Table 12.

### 3.2.5  Timberland Productivity

| Primary Question: | TIMBR-2: What are the status and trends of forest management practices in the South? |
|---|---|
| Related Questions: | HLTH-3: How have abiotic factors including environmental stressors such as air pollution influenced the overall health of the South's forests and what are future effects likely to be? |

In general, productivity is defined as the quantity of outputs produced from a given level of inputs. In forestry, there are several ways to measure productivity, including biomass production, the flow of values, and financial returns. The potential productivity of southern forests is examined here first in terms of biomass at both forest stand and regional scales. The feasibility of productivity gains is then evaluated by examining the financial returns to forest investments. Our analysis of timber markets (TIMBR-1) indicates that forest productivity is a key variable in forecasting not only harvest quantities and areas, but also the future condition of the region's forests.

57

*SFRA Draft Summary Report*                                              *www.srs.fs.fed.us/sustain*

A simple measure of productivity is the rate at which timber volume accumulates in a forest stand. This rate varies with stand age. Young stands accumulate volume rapidly and later approach a stasis where growth may barely offset mortality. Productivity also varies by forest type. Physical productivity can be assessed at a broad regional scale as a ratio of net growth to total inventory volume.

Forecasts of timber production and prices are critically dependent on estimates of future tree growth, especially in pine plantations. The productivity of pine plantations varies considerably with the type of management applied. The most intensive management approaches include planting of genetically improved seedlings, applying fertilizer, and controlling competing vegetation. These practices can yield about 65 percent more timber volume when compared to plantations that are not treated after planting, and more than double physical productivity when compared to natural pine stands (TIMBR-2).

Timber market models have generally assumed management intensity will be increased to capture this productive potential. Indeed, increased management intensity in pine plantations is a key component of the timber market forecasts discussed in Section 3.1.3. Softwood outputs are expected to increase by more than a third, and softwood inventory is expected to increase slightly between 1995 and 2040. Forest investments are forecast to increase the area of pine plantations from 32 million to 54 million acres by 2040. The area of the other broad forest types (natural pine, hardwood, and mixed stands) is forecast to decline from 149 million acres presently to 122 million acres by 2040 (TIMBR-1).

To test the sensitivity of timber market forecasts to assumptions regarding productivity, we examined an alternative scenario which assumed that 30 percent of expected productivity would not be attained—that is, productivity increases were set at 70 percent of current assumptions. As a result, softwood prices were forecast to increase and the increased prices led to additional investments in pine plantations when compared with the base case. The alternative scenario produced a forecast of pine plantation area that was 12 percent higher than for the base case (for a total of 58 million acres) in 2040 (TIMBR-1).

This suggests that reductions in the productivity of managed stands would have the somewhat counterintuitive effect of increasing the total area of intensively managed forests. Expected productivity gains could be offset by changes in institutional factors that restrict forest management options, changes in the physical environment that would result from air pollution or climate change, or increased insect or disease related mortality.

Research on the effects of air pollutants indicates that acid deposition probably will not have a measurable impact on forest productivity over the next 40 years. There is a trend away from sulfur and toward nitrogen as sources of acid deposition, and effects of oxides of nitrogen are mixed. Ozone pollution, on the other hand, is expected to increase and has the potential to reduce forest productivity by up to 10 percent per year (HLTH-3). Warmer conditions would worsen the damage caused by ozone, but this increased damage could be offset by increased productivity resulting from warming and elevated $CO_2$ concentrations. If, on the other hand, temperatures rise more than

58

*SFRA Draft Summary Report*                                     www.srs.fs.fed.us/sustain

currently expected, forest area and structure would change and the net effect on productivity would be negative. These results indicate the sensitivity of forecasts to assumptions about atmospheric conditions and illustrate the value of reducing uncertainty regarding these future conditions.

Forest pest-related mortality, potentially high in pine forests, is minimized by active management. Given the short rotation length (20 to 30 years typically) and active management practiced by the forest industry in the South, mortality rates would be lower on these lands; this is indeed the case (HLTH-1). If a similar management style were employed on the forecast additional plantations, mortality would appear to be manageable. On the other hand, with specific exceptions such as annosus root disease, plantations allowed to grow and age without cultural treatments or thinning will be susceptible to increased pest damage and consequent reductions in productivity.

### 3.3   Terrestrial Ecosystems

Intensive land uses over the past three centuries have altered the structure of the South's terrestrial ecosystems. Forces of change continue to alter the region's biota, and pressures are focused especially on several rare forest communities. These rare communities continue to be pressured by loss of area, fire exclusion, and disruption of hydrologic functions. Change has favored certain types of forests, such as loblolly pine and mixed upland hardwoods. Ongoing changes in these forest types also have implications for the structure and function of terrestrial ecosystems. We examine abundant and rare communities in the sections that follow. We then examine the effects of land use changes and forest management on terrestrial ecosystems. We conclude the section with a discussion of wildlife species of concern and conservation issues in the South.

### 3.3.1   Abundant forest communities

59