| Primary Question: | HLTH-2: How have biological agents including insects and disease influenced the overall health of the South's forests and how will they likely affect it in the future? |
|---|---|
| Related Questions: | TERRA-1: What are the history, status, and projected future of terrestrial wildlife habitat types and species in the South? |
| | TERRA-2: What are the history, status, and projected future of native plant communities in the South? |
| | TERRA-4: What are the historical and projected future impacts of forest management and access on terrestrial ecosystems in the South? |

Analysis of changes in forest types indicates ongoing transformation of forest conditions. The area of upland hardwoods is forecast to decline somewhat between 1995 and 2040, but will remain the forest type with the greatest area. Pine plantation acreage is forecast to increase through planting of agricultural land and harvested natural-pine and hardwood forests. Though these communities are considered abundant, they face continuing health challenges. Also, because of their extent, their structure and condition are especially important to the region's wildlife. The value of these forest types as habitat for wildlife depends largely on how they are managed.

### 3.3.1.1    Pine types

Pine planting will continue to be focused in the Coastal Plain and parts of the Piedmont, but we expect planting rates to increase the most in the western half of the region. Forest structure in plantations differs from that found in naturally regenerated stands. Their management is designed to focus site potential to maximize the growth of trees of a single species, and trees are spaced to maximize fiber production over a 20 to 30 year period. Retaining a narrowly focused stand structure requires considerable management effort. This is evidenced by about 2.5 million acres of plantations transitioned to other forest types since the 1980's. Thus, over time and without intervention, plantations often become more diverse in terms of tree species composition. Their value as wildlife habitat will vary depending on the type and variety of vegetative species that diversify the stand. This increased diversity is greater in plantations established following harvest of natural pine or oak-pine forests, because they retain biological legacies from the preceding forest type, especially when plantations are mixed in with naturally regenerated forests and wetlands as in the Carolina Coastal Plain. Plantations established on converted agricultural sites can develop considerable grass and forb diversity in early stages, but because they lack the biological legacies of earlier forests, their vegetative diversity is limited for a longer period of time (TERRA-4). Very dense stocking and use of herbicides can limit vegetative diversity throughout the entire rotation. The intensity of forest management has various effects on wildlife suitability. In addition to differences in forest structure, intensive pine management generally involves more frequent management activities. Depending on the circumstances (such as type of legacy, management strategy, density of stocking, use of herbicides, prescribed burning), these actions can disrupt, benefit, or have little effect on wildlife. Effects of management activities on wildlife are discussed in

60

Plaintiff's Exhibit 6L

*SFRA Draft Summary Report*                     *www.srs.fs.fed.us/sustain*

Section 3.3.4.

Another less commonly recognized phenomenon associated with intensively managed forests is their invasion by exotic plants--additionally, other land uses have contributed to the spread of exotics in the South. Privet, kudzu, and other exotic shrubs and vines displace native plant species and vary in their benefit to wildlife. Kudzu and Japanese honeysuckle alone now occupy more than 7 million acres of land each (TERRA-3). In some areas, exotic vines can completely dominate the shrub and herb layer.



Figure 3.3.1—Incidence of fusiform rust based on data from Forest Inventory and Analysis (FIA) Program of the USDA Forest Service. Points on the map represent FIA plots expressing 10 or more percent infection of the species identified by spot color. Source: HLTH-1, Figure 4.

Expanded areas of pine forests in parts of the South have increased the availability and contiguity of host material for certain native pest insects and pathogens, especially southern pine beetle. However, short-rotation lengths and active management minimize what would otherwise be increased infestation risk. Damage from these pests is likely to be greatest in plantations that are not actively managed following establishment. These most commonly occur on nonindustrial

P270

private ownerships. Pest-appropriate management activities—which may include lower stocking rates, use of prescribed burning, active pest suppression, and sometimes reducing the frequency of stand-disturbing activities—may lower the risk of spreading infestations in these types of forests.

Overall mortality rates for softwoods have increased from about 0.6 percent of inventory per year in the 1960's to 1.0 percent per year in the 1990's. We expect pine mortality to remain high, especially at the periphery of the natural range of many pine species—-for example, in Tennessee, Kentucky, and Virginia. In these areas especially, southern pine beetle will remain problematic for forest managers.



Figure 3.3.2—Counties in outbreak status for southern pine beetle; a 40-year summary. Source: HLTH-2, Figure 7.

With respect to forest pests associated with pine types, we found that (HLTH-2):

o   Five native diseases in the South have substantial impact on forests and two—Annosus root disease and fusiform rust—have substantial commercial impacts on pine species. Fusiform rust is in epidemic status along the Coastal Plain from Louisiana to South Carolina (Figure 3.3.1). It causes heavy mortality of slash and loblolly pines. Annosus is more localized and

limited by site factors, but it can cause severe root disease in thinned stands if not treated. Littleleaf disease targets shortleaf pine and has encouraged the conversion of shortleaf sites to loblolly pine.·

o   Several native insects have substantial influence on forests. The insect with the most substantial economic impact and habitat impacts for the endangered red-cockaded woodpecker is the southern pine beetle, which reaches epidemic levels at irregular intervals and causes high rates of mortality over broad areas (Figure 3.3.2). It prefers shortleaf and loblolly pine forests, but also attacks other pine species. Longleaf pine, while susceptible, does not appear to be a preferred host species.

o   Mature pine trees are more susceptible to damage from southern pine beetle than younger trees, so that public forests, with higher concentrations of older, more mature pine forests, are most likely to be attacked. "Spill-over" of epidemics onto adjacent private land will continue to be a significant resource management issue for public forests in the South. Likewise, planted pine on nonindustrial private forest land with little management ·experiences·higher mortality from southern pine beetle. The risk of damage can be reduced by utilizing management practices that reduce stocking.

### 3.3.1.2      Upland hardwoods

The upland hardwood type gradually expanded in the South between the 1950's and the 1990's but has been in a state of flux for more than a century. Many areas were permanently transformed by chestnut blight, which eliminated American chestnut from its dominant role in mountain forests in the eastern portion of the South beginning in the 1930's. Recent expansion of upland hardwood acreage has resulted from a combination of natural succession of pine forests and removal of the pine component from mixed pine-hardwood forests. Currently, the greatest expanses of the upland hardwood types (generally oak-hickory) are concentrated in the Piedmont, the Appalachian Mountains, the Ozarks, and the Cumberland Plateau. Urbanization, along with increased harvesting of hardwood timber, will continue to modify these forests in important ways, especially in the Piedmont. While the area of upland hardwoods is forecast to decline only slightly over the next few decades, it is likely that these forests will become more fragmented in some areas, and in these places, will provide less interior forest habitat. In addition, indirect human influences related to increased population density will also be felt in these areas.

As with softwood forests, pathogens and insects have had important effects in hardwood forests and they continue to spread within the South. As was the case with chestnut blight, most of these organisms are non-native, or exotic, and control options are either ineffective or limited in their potential application.

o   Oak Decline, a disease complex affecting oak species, could have long-term consequences for the species composition of hardwood forests in the South. It is prevalent in areas where oak species occupied the niche of American chestnut eliminated by the chestnut blight beginning in the 1930's. It is becoming especially widespread in the mountainous areas of

63

the Southern Appalachians and the Ozark and Ouachita Highlands, on dry and infertile sites. Drought appears to worsen its effects.

o    Four exotic diseases have had or will have substantial impact on southern forests (HLTH-2). Each targets a single genus or species. Chestnut blight restructured Southern Appalachian forests, and the resulting trajectory of change has not completely played out. Based on current spread rates, Beech bark disease is expected to cause substantial mortality to American Beech and change its location in southern forests over the next 20-30 years. Butternut canker may completely eliminate Butternut from southern forests. Dogwood anthracnose has already led to widespread decline of dogwoods with resulting aesthetic, economic, and wildlife implications (see Figure 3.3.3).



Figure 3.3.3—Various exotic diseases affecting hardwood species in the South. Source: HLTH-2, various figures.

o    The hemlock wooly adelgid kills both the eastern and the Carolina hemlock and is currently

64

moving down the Blue Ridge from the Shenandoah Valley. It threatens both species' occurrence in the wild. (TERRA-3; HLTH-2).

o   The gypsy moth continues its steady march from the North and is currently moving from Virginia into North Carolina. Based on current spread rates, this insect is expected to progress across the South over the next 20-30 years. Epidemics can last several years in a particular location and lead to the defoliation of most species, but oaks are most susceptible. Considerable alteration to forested ecosystems, including loss of hard mast, is expected where gypsy moth damage coincides with oak decline (HLTH-2).

Many of these forest health concerns can be complicated by the exclusion of fire. Absence of fire can alter species composition, but its reintroduction is difficult because much of the upland hardwood forest type occurs in or near heavily populated areas. Compounding the challenges of maintaining healthy hardwood forests is expected increased tree mortality that would increase fuel loadings and the risk of severe fires.

### 3.3.2   Rare forest communities

| Primary Question: | TERRA-1: What are the history, status and projected future of terrestrial wildlife habitat types and species in the South? |
|---|---|
| Related Questions: | HLTH-2: How have biological agents including insects and disease influenced the overall health of the South's forests and how will they likely affect it in the future? |

Several forest communities have become limited to only a tiny portion of their original range and thus may be disproportionately impacted by future changes. There are 14 critically endangered communities (where losses of more than 98 percent of their area have occurred since European settlement) and 25 endangered communities in the South (losses between 85 and 98 percent of area). Most of these communities are in the following seven classes (see TERRA-1):

o   Old-growth—Less than 586,000 acres of forest area (0.3 percent) in the South is in an old-growth condition. Old-growth assemblages are diverse, and they exhibit unique structural characteristics such as multilayered canopies and large accumulations of woody debris. The largest tracts of these remnant forests are limited to a few ecological provinces. Most are on public land such as the Great Smoky Mountains National Park and the region's national forests. Some very small tracts occur on private land. While most publicly owned old-growth forest is administratively protected, factors such as air pollution and forest pests will continue to alter them.

o   Spruce-fir forests are limited to high elevations in the Blue Ridge Mountains. These are very

P274

scarce ecosystems containing unique assemblages of species with a high degree of endemism. They are threatened by a combination of exotic pests and environmental factors. The exotic insect having substantial impacts on these forests is the balsam wooly adelgid, which has already eliminated 95 percent of the mature Fraser fir from high elevation forests of the Southern Appalachians. A significant restructuring of this type of forest is anticipated. Additionally, soils in this community predispose the area to changes in stream chemistry and other ecosystem damage from increased acid deposition derived from nitrous oxides (HLTH-3).

o   Wetlands, bog complexes, and pocosins have been reduced in total area by land use conversions and changes in hydrologic regimes. Bogs and pocosins provide habitat for many rare herpetofauna and birds. They also provide important refuges for species in landscapes that are dominated by agriculture and intensive silviculture. Fire regimes are crucial to the sustainability of many of these forests and its exclusion has substantially altered them.

o   Bottomland and floodplain forests. Because they often occur on rich alluvial soils, a large share of these forests has been converted to agricultural uses, especially in the Lower Mississippi Alluvial Valley. Such forests, therefore, occupy only 20 percent of their original area. Certain forest pests can affect these forests. For example, the baldcypress leafroller, which defoliates and kills baldcypress, is prevalent in Louisiana swamps (HLTH-2). Hydrologic alterations also alter the condition and structure of these forests.

o   Glades, barrens, and prairies are naturally treeless areas in Piedmont, Interior Plateau, Ridge and Valley, and Coastal Plain ecoregions of the South. These areas evolved under extensive fire regimes, and fire exclusion has caused substantial ecological modification and continues to impact remnants of these systems.

o   Longleaf pine ecosystems once covered much of the South's Coastal Plain. They now occupy only 2 percent of their original range. The herb layer of these forests is one of the most diverse in the world. They are home to several threatened or endangered species, such as the red-cockaded woodpecker, and several species with high rates of endemism. Decline in these systems is attributable to several factors, including removal of original stands followed by fire exclusion, conversion to other pine species, conversion to other land uses, and the introduction of livestock. Brown spot needle disease infects longleaf pine seedlings and, therefore hampers efforts to restore the longleaf ecosystems across the South. Current concerns include continued urban development and difficulty in reestablishing fire regimes.

o   Atlantic white cedar swamps have been reduced to 10 percent of their original range. They persist only in isolated small stands. As with pocosins, they provide for diverse wildlife refuges in intensively managed forest and agricultural landscapes.

Several increasingly rare types of wetlands—Atlantic white cedar swamps, bottomland forests, wetlands, bog complexes and pocosins—are concentrated on private land, so their future condition

66

is dependent on the decisions of their numerous owners. The spruce-fir and old-growth ecosystems are found mainly on public land. Old-growth is protected but is susceptible to invasion by exotic species, damage from air pollution, and restructuring due to fire suppression. Among rare forest communities, the spruce-fir ecosystem is currently under the most stress due to a combination of exotic insects and environmental stressors. Most remnant longleaf pine forests occur on private land and may be impacted by development, both directly through their conversion and indirectly due to the difficulty of providing the necessary fire regimes in areas of mixed ownership and high population density. Restoration efforts are underway, but challenges to restoring the longleaf pine ecosystem are great.

### 3.3.3    Effects of land-use changes

| | |
|---|---|
| Primary Question: | TERRA-3: What are the likely effects of expanding human populations, urbanization, and infrastructure development on wildlife and their habitats? |
| Related Questions: | SOCIO-1: How have land uses changed in the South and how might changes in the future affect the area of forests? |

The use and configuration of forest land can influence the suitability of forests as habitats for wildlife species. However, at this time, there are no regional level models for explicitly forecasting the effects of land use changes on wildlife. To address how land use could affect terrestrial ecosystems, we surveyed the body of research on the effects of various land uses and management on terrestrial animal species and found:

o   Urban land uses have important impacts on bird populations. Urbanization restructures forest habitat by decreasing forest area and patch size while increasing edge relative to interior forest habitats (see TERRA-1). As a result, avian species composition is altered; nest predation increases, and habitats become isolated. Often bird diversity remains high, but there is a shift in species represented. For example, urbanization generally leads to declining populations of forest insectivores, Neotropical migrants, and forest interior specialists (TERRA-3).

o   While the greatest impacts of urbanization seem to be related to habitat fragmentation and loss, increased human presence also has indirect effects. Evidence suggests that the presence of houses adjoining forest tracts can reduce the habitat value of those tracts for sensitive Neotropical migrant birds.

o   Urban environments support fewer species of mammals than rural areas and tend to support habitat generalists rather than specialists. Highly urbanized settings support large populations of exotic species such as the house mouse and Norway rat. With green spaces in the urban area, many more species, especially small species, may persist. Mammalian predators such as bobcats and gray fox are generally excluded from habitat in highly

67

developed areas. Urbanization also tends to exclude specialized species of reptiles, amphibians, and invertebrates while generalists can persist in even highly urbanized areas. Fragmentation can isolate otherwise suitable habitats. Examples of urban-sensitive species include the gopher tortoise and the timber rattlesnake in east Texas.

o   As urbanization reduces and fragments some forest areas, the remaining large forest tracts on public and private lands may increasingly contribute to the conservation of many sensitive wildlife species. Given the importance of landscape structure in determining the suitability of habitats in urban and agricultural areas (TERRA-3), maintaining habitat connectivity can enhance ecosystem function in these areas.

o   Red imported fire ants have a substantial impact across an increasing range in the South. While most abundant in open habitats, they invade forests from along the margins created by roads and powerlines. These ants displace and/or prey on native arthropods, reptiles, amphibians, and rodents, disrupting food webs and restructuring forested ecosystems (TERRA-3).

o   Several other exotic animals, such as feral pigs, cats, dogs, and exotic birds influence wildlife through predation, displacement of native species (especially birds), and habitat destruction (especially pigs). Localized impacts may be severe. For example, impacts of feral pigs have become very serious in rare wetlands in the Ozark-Ouachita Highlands. Population growth and expanding wildland-urban interfaces will result in growing problems with feral domestic animals (TERRA-3).

o   Agricultural land is often interspersed with woodlots and other forest habitat. Habitat connectivity, which is often provided by vegetated fencerows, greatly influences the presence of birds and other species in agricultural areas. Isolated forest habitats can serve as ecological traps for some species by focusing populations in small areas along with a high concentration of nest predators (TERRA-3).

o   Many bird species that depend on open habitats such as grasslands, prairies, savannas, glades, and barrens are now in serious decline in the Eastern United States. Declines are partially explained by the conversion of pastureland to cultivated row crops, the switch to "clean pastures" dominated by exotic, cool-season grasses and by the loss of fencerows as new agricultural technologies favor bigger fields.

o   Forecasts of land-use change and measures of forest fragmentation suggest that bird species may be subjected to the most change in the Piedmont subregion (SOCIO-1; TERRA-1). Accordingly, we anticipate declines of Neotropical migrants and forest interior specialists in these areas. Implications for Neotropical migrants may be especially important, since this group of birds is experiencing global decline.

P277

### 3.3.4    Effects of forest management

| Primary Question: | TERRA-4: What are the historical and projected future impacts of forest management and access on terrestrial ecosystems in the South? |
|---|---|
| Related Questions: | HLTH-1: What are the history, status, and projected future of southern forests? |

Forest management, by definition, affects the structure and distribution of forest conditions. Forest types have been dynamic in the South, with upland hardwood types increasing between the 1950's and the 1990's, lowland hardwood types essentially stable since the 1970's, and pine types in considerable flux. Net changes in forest are the result of several offsetting changes. For example, natural pine types are reclassified to upland hardwoods as a result of succession while some upland hardwoods are converted to planted pine. All forest types are converted to urban uses and agricultural fields are converted to planted pine (HLTH-1, and Section 3.2.2).

Silvicultural treatments can have important implications for wildlife. Timber harvesting, especially clearcutting, as well as afforestation of agricultural fields restarts successional processes. Young stands, especially those that follow timber harvesting, exhibit an increase in species richness and species diversity. Many wildlife species thrive in these early successional communities. After canopy closure, plant diversity generally decreases and wildlife use declines. Uneven aged management that encourages several age classes of trees can sustain benefits for many, but not all wildlife species due to the resulting stratified forest canopy. However, these benefits may lessen somewhat if stand entries are more frequent (TERRA-4).

Planted pine, while they are sometimes characterized as monocultures, vary considerably in their composition. Wildlife species that thrive in early successional habitats use plantations heavily during the first few years after planting, although habitat values decline with heavy stocking, application of herbicides, and other intensive management practices. Browse is abundant and several mammals graze these stands. Small mammals are abundant, thus raptor use is high. Many priority Neotropical migrants use pine plantations after the first thinning or use lower stocked areas where hardwoods are allowed to thrive in the understory (usually stands managed for sawtimber). Several Neotropical migratory birds use plantations early on, when insects and seeds are abundant. After canopy closure, plant diversity decreases and wildlife use declines.

Forest management can be augmented with techniques to directly enhance wildlife habitat. These include: leaving mature trees in a stand to enhance structural diversity, application of streamside management zones to retain landscape diversity, and retention of snags to provide nesting habitat (TERRA-4). Additional wildlife benefits may be obtained with natural regeneration techniques such a seed-tree cuts and shelterwoods, and with management practices such as mid-rotation thinning and prescribed burning.

69

Gauging the effects of forest management on mobile wildlife populations requires more than an understanding of stand-level dynamics. It requires insights into the overall landscape structure of forests within the region. Although this type of analysis is relatively new, several studies have examined the effects of forest fragmentation on wildlife species, especially birds. We found that (TERRA-4):

o   Studies have documented declines in migratory bird species from isolated forest patches, especially where agricultural and urban uses represent substantial components of the landscape. However, in heavily forested areas—70 percent or more forest—these negative effects do not occur. Accordingly, in large portions of the southern landscape, these fragmentation effects are not a substantial concern. They include the Southern Blue Ridge, Cumberland Plateau and Mountains, and Ozark and Ouachita Mountains.

o   Forest fragmentation and negative edge effects are most prevalent in Ridge and Valley, Piedmont, Interior Low Plateau, and the Mississippi Alluvial Plain where agriculture and development dominate the landscape. In these areas, forest operations may impact fragmentation effects on wildlife.

o   In heavily forested areas, forestry practices may provide important benefits for forest breeding bird species through provision of early successional habitats. This is especially true for areas where existing hardwood forest structure is dominated by closed canopy stands and sparse understories or where dense pine stands and fire suppression exclude pine specialists.

Landscape configuration and fragmentation at fine scales may be critical for some species, especially amphibians, even in heavily forested areas. For example, persistence of pond-breeding salamanders requires access between terrestrial habitat and vernal ponds or Carolina bays. Roads and certain kinds of management practices can isolate these two habitat components. Spatial configuration of forest habitat is also an important factor in the recovery of Federally listed subspecies of black bears in Louisiana and the black bear subspecies of conservation concern in Florida (TERRA-4).

Across the South, more threatened and endangered species are affected by increased isolation of shrub-scrub and grassland habitats than are affected by scarcity or fragmentation of mature forests. The ultimate challenge for forest management then is to provide habitat conditions that support the array of grassland, shrub-scrub, and mature forest species occurring within the same landscape.

70

### 3.3.5    Wildlife species of concern

| Primary Question: | TERRA-5: What conditions will be needed to maintain plant and animal species associations in the South? |
|---|---|
| Related Questions: | TERRA-2: What are the history, status, and projected future of native plant communities in the South? |

Substantial alterations to forested communities have impacted several terrestrial species in the South. To enumerate and examine species of concern, the databases of the State Natural Heritage agencies were used to list species by their global conservation rank. The global ranks reflect scarcity for the entire range of the species. These ranks include: presumed extinct, possibly extinct, critically imperiled, imperiled, vulnerable, apparently secure, and secure. Species of "conservation concern" include those that are critically imperiled (extremely rare—observed at 5 or less locations or less than 1,000 animals—or otherwise vulnerable to extinction), imperiled (rare—observations in 6 to 20 locations, or less than 2000 animals—or otherwise vulnerable to extinction), or vulnerable (21 to 100 locations or 3,000 to 10,000 animals, or found locally in a restricted area). In addition, data on the status of threatened and endangered vertebrate species were compiled from the Department of Interior. We examined the status of terrestrial wildlife species and found:

o   Of the 1,208 vertebrate species known to exist in the South, 132 are considered to be of conservation concern. Twenty-eight species are classified as critically imperiled.

o   Seven southern terrestrial vertebrate species are now presumed extinct.

o   The South is a center of amphibian biodiversity in the United States. Fifty-four amphibian species are classified as species of concern, and 19 are critically imperiled. Many amphibians require both wet and upland habitats, emphasizing the critical biological importance of wetlands and of ecotones (the gradients between wet and dry habitats). Wetlands are discussed in more detail in Section 3.4.2.

The South contains several areas where the number of endangered species is high, including the Southern Appalachians, Atlantic and eastern gulf-coast flatwoods, gulf-coast marsh and prairie, and peninsular Florida. Loss of habitat is the primary cause of endangerment of terrestrial vertebrates. Forests, grasslands, shrublands, and wetlands have been converted to urban, industrial, and agricultural uses. Other factors include environmental contamination and commercial exploitation. Florida and Texas are the States with the greatest numbers of endangered vertebrate species (Figure 3.3.4).

P280

*SFRA Draft Summary Report*                    *www.srs.fs.fed.us/sustain*

Table 3.3.1—Terrestrial species, species of concern, and critically imperiled species in the South by taxa. These numbers include Texas and Oklahoma in their entirety. Source: TERRA-1.

| Taxa | Total Species | Species of Concern | | Critically Imperiled Species | |
|---|---|---|---|---|---|
| | Number | Number | Share of total | Number | Share of total |
| Amphibians | 170 | 54 | 0.32 | 19 | 0.11 |
| Reptiles | 197 | 40 | 0.20 | 3 | 0.02 |
| Mammals | 246 | 18 | 0.07 | 2 | 0.01 |
| Birds | 595 | 20 | 0.03 | 4 | 0.01 |
| Total | 1208 | 132 | 0.11 | 28 | 0.02 |



Figure 3.3.4—Number of terrestrial vertebrates in Southern States listed as endangered. Source: TERRA-5, Figure 8.

The South also has a large complement of rare plants. Rare vascular plant species are not evenly distributed throughout the South. Concentrations of rare species diversity occur in the Southern Appalachians, the Florida Panhandle, and the Lake Wales Ridge region of Florida. Rare species are also concentrated in the Ouachita Mountains and on the Cumberland Plateau (Figure 3.3.5, TERRA-2).

72

P281



Figure 3.3.5—Distribution of critically imperiled (G1) and imperiled (G2) vascular plant species in the South, based on the number of occurrences in counties. Source: TERRA-2, Figure 2.

### 3.3.6     Conservation Issues

Management of public land includes protecting biodiversity through ecosystem or landscape-level management. About 11 percent of the South's forests are in a public ownership, and these areas tend to be concentrated in mountainous areas (Figure 3.3.6). For some rare communities, public lands are critical to conservation—for example, for protecting old-growth areas and high-elevation spruce-fir ecosystems in the Southern Appalachians. Often, however, rare plant communities and critically imperiled species do not occur on public land. The management of private forests, therefore, will have a substantial impact on the persistence of many species of concern in the South.

P282



Figure 3.3.6--Distribution of public land in the South. Source: TERRA-1, Figure 23.

In the Coastal Plain and Piedmont, large blocks of public land are scarce, so ecosystem management strategies can only succeed through the cooperation of multiple landowners. Such collaborations are beginning to emerge. Land trusts have acquired land with high ecological value. Landscape-level consortiums are emerging to address ecosystem maintenance and restoration. Coordinated research and conservation have focused on understanding and restoring longleaf pine ecosystems.

The conservation value of public land may be high in some areas because public land can provide scarce interior forest habitat and older forests.

In urbanizing landscapes, public tracts can be factored into conservation strategies pursued by local planners. The principal vector of ecological change in these areas is fragmentation, and efforts to design development so some forest connectivity is retained could provide important habitat and other benefits, especially for Neotropical migratory birds.

74

P283

The effects of human activities on forests are pervasive, even where there is no direct management activity. Hence, conservation requires careful monitoring of forest conditions and active management responses, even in remote areas.

The exclusion of fire remains a critical and widespread issue affecting the health of terrestrial ecosystems. The impacts of fire exclusion from longleaf pine communities are now well understood, not only for pine management, but also for other associated plant and wildlife species. The impacts on other systems, such as upland hardwoods, are less well known but likely linked to ongoing forest health problems. While some progress has been made, the effective reintroduction of fire into forest ecosystems remains a critical forest conservation challenge in the South.

## 3.4   Water Quality, Wetlands and Aquatic Ecosystems

Uses of land in the South over the past three centuries have dramatically altered watercourses and wetlands. Ongoing forces of change will continue to directly and indirectly impact water quality, wetland functions, and aquatic species. Still, the South's forests produce water of high quality, and the biological diversity of the South's aquatic ecosystems is substantial. In this section, we examine water quality and the effects of forest uses on water quality, forested wetlands, aquatic species of concern, and conservation issues regarding water and aquatic ecosystems in the South.

### 3.4.1   Water Quality

| Primary Question: | AQUA-1: What are the history, status, and likely future of water quality in southern forested watersheds? |
|---|---|
| Related Questions: | AQUA-3: How have forest management activities and other forest uses influenced water quality, aquatic habitat, and designated uses in forested watersheds? |
| | AQUA-4: What are the implementation rates and effectiveness of BMP's in the South? |

Land uses and management strongly influence the quality of the water flowing from forests. We examined the overall condition of southern water quality and primary sources of water quality impairment (AQUA-1), forest management's effects on water quality (AQUA-3), and the effectiveness of water quality protection efforts through best management practices (BMP's) employed during forest treatments (AQUA-4).

Water quality in the South has been heavily influenced by a long history of intensive land uses. Conversion of forests and forested wetlands to primarily agricultural uses started in the late 1700's and extensive logging began after the Civil War. These activities resulted in severe soil erosion and

heavy sedimentation of nearly all southern waterways. Urban expansion permanently altered hydrology and created chronic point and nonpoint pollution. The legacies of these actions are still evident and complicate our ability to discern the effects of current management and to measure trends in water quality. These historical legacies and the effect of ongoing urbanization continue to influence water quality, stream channel stability, and aquatic life in the South.

Beginning with the passage of the Clean Water Act in 1972, public agencies have focused increasing attention on minimizing pollution— including nonpoint source pollution—from land disturbing activities. However, water quality in southern streams and rivers remains variable.

We evaluated key aspects of water quality of southern waters, and found:

o   Based on a national watershed characterization program, approximately 30 percent of the South has relatively good water quality, 36 percent has moderate water quality problems, and 15 percent has more serious water quality problems; approximately 19 percent of the South, primarily in western Texas, does not have sufficient information to provide a characterization of the status of water quality (Figure 3.4.1, AQUA-1).

o   As reported by Southern States, the leading causes (pollutants) of water-quality impairment from 1988 to 1998 were siltation and sedimentation, bacteria and other pathogens, and nitrogen, phosphorous, and other nutrients (AQUA-1).

o   The leading sources of water-quality impairment in the South from 1988 to 1998 were agriculture and urbanization. Approximately 70 percent of all pollution came from nonpoint sources (AQUA-1).

As for forest management effects:

o   States reported an annual average of approximately 3,600 miles of rivers and streams as impaired by silvicultural activities from 1988 to 1998. Silviculture ranked 10th out of the 11 major sources of water-quality impairment during this time (Chapters AQUA-1 and AQUA-3).

o   Southern forests play an important role in maintaining and improving water quality in the South. Forested watersheds have consistently been shown to have lower sediment and nutrient yields and better aquatic biological conditions than nonforested watersheds (AQUA-1).

o   When properly implemented and maintained, silviculture BMP's are effective in controlling nonpoint-source pollution. In their absence, however, water quality can be significantly impacted by forest management activities (AQUA-3).

76



Figure 3.4.1—Overall characterization of water quality in Southern watersheds from the Index of Watershed Indicators data. Source: AQUA-1, Figure 4.

o   All Southern States have adopted voluntary BMP's to protect water quality during silviculture operations. Twelve of the 13 Southern States have conducted surveys to measure BMP implementation—Oklahoma is in the process of conducting its first survey (AQUA-4).

o   States report generally high rates of implementation. However, compliance rates vary from 35 percent to 100 percent depending on the State, ownership, or BMP category. Overall BMP compliance tends to be highest on public and industrial private land and lower on nonindustrial private land. Direct landowner assistance appears to be positively correlated with proper BMP implementation (AQUA-4).

o   Differences in monitoring methods among States and within States over time preclude reporting of regional BMP trends (AQUA-4).

o   There is very little information available on the cumulative effects of past and ongoing timber harvesting and management on overall watershed health (AQUA-1, AQUA-3).

P286

### 3.4.2    Forested Wetlands

| | |
|---|---|
| Primary Question: | AQUA-2: What are the history, status, and likely future of forested wetlands in the South? |

The South has numerous types of forested wetlands, which provide a diverse array of water quality, flood attenuation, and wildlife habitat benefits. Wetlands of various types have experienced significant structural changes and permanent losses. While the rate of wetland loss is declining, the South has lost more than half of its wetlands between colonial times (1780) and the 1990's.

In the late 1990's, the 10 Southeastern States (the Assessment region minus Virginia, Texas, and Oklahoma) contained approximately 32.6 million acres of forested wetlands (AQUA-2). More than half of the region's wetlands are contained in the Coastal Plain provinces.

Forested wetlands are highly diverse but can be placed into three major categories: riverine, depression, and flatwoods.

Riverine wetlands represent the vast majority of forested wetlands in the South. They are located on floodplains and riparian corridors associated with streams and include deepwater swamps and alluvial floodplains that range in size from narrow riparian strips to broad alluvial valleys. The major water sources are overbank flooding and subsurface connections with stream channels. Riverine forested wetlands store water, intercept and cycle nutrients and toxicants, and provide environments for wetland flora and fauna. They may mitigate flood damage, enhance water quality, and support characteristic ecosystems. Because they provide linear connections across landscapes often dominated by other land uses, these types of wetlands also serve as important corridors for the dispersal of wildlife species.

Depression wetlands include pocosins, Carolina bays, pond cypress swamps, and mountain fens. These wetlands derive from topographic depressions and receive water from a variety of sources including precipitation, overland flow, and groundwater. As with riverine types, benefits are associated with water retention and filtration and provision of wildlife habitat. Most depression wetlands are located low in a watershed, allowing them to play an especially important role in removing sediments, nutrients, and pollutants. Because their vegetative structure is typically very heterogeneous, these areas support highly diverse plant and animal communities. Carolina bays are located throughout the Atlantic Coastal Plain, and cypress domes are located primarily in Florida. Both provide especially important breeding grounds for imperiled amphibians.

Mineral soil flats, predominately wet pine flats, are shaped by a combination of fire and water regimes. They are commonly found on areas between rivers—called interfluves—on extensive lake bottoms or on large floodplain terraces. The main sources of water are precipitation and slow drainage associated with a landscape of low relief. If subjected to periodic fire, these flats have very few trees. Frequent fire and an uninterrupted hydrologic regime yield a highly diverse and unusual floral assemblage. Their herbaceous species richness is considered to be among the highest in the Western Hemisphere.

P287

Riverine wetland types dominate in the South, representing 91 percent of forested wetland area, compared to approximately 2.5 million acres of mineral soil flats and less than 1 million acres of depression wetlands. We found that (AQUA-2):

- o   All three types of forested wetlands have been and continue to be influenced directly and indirectly by development. According to the National Wetland Inventory, 3.5 million acres of southern forested wetland underwent changes between 1986-1997. Ninety percent of the changes were conversions to another wetland or aquatic habitat type. Of these conversions 95 percent were to scrub-shrub or emergent wetlands. During the same time period, approximately 119,000 acres of forested wetland went into urban and rural development, 112,000 acres to agriculture, and 102,00 acres to intensive silviculture. Draining and filling of wetlands impairs water storage capacity and therefore flood protection capacity and water filtration functions.

- o   Upstream urban development and certain agricultural and silvicultural practices can alter wetland functions.

- o   Changes in vegetation, species composition, soils, and wildlife use resulting from forest management activities are often transitory, especially when stands are naturally regenerated following harvest.

- o   The effects of silvicultural treatments on nutrient cycling and pollutant sequestration within wetlands are uncertain.

Drainage and bedding of wetlands can impact soils, hydrologic function, and some species of wildlife. This is an especially important concern for some amphibian species.

An examination of wetland history and status revealed:

- o   The 10 Southeastern States (the Assessment region minus Virginia, Texas, and Oklahoma) contain approximately 32.6 million acres of forested wetlands (AQUA-2). They represent 64 percent of the total in the coterminous United States.

- o   Forested wetland losses have been widespread, but have been concentrated in the Lower Mississippi Alluvial Valley—where losses were primarily to agriculture—and Coastal Flats .oof North and South Carolina—where losses have been to urbanization, agriculture, and silviculture.

P288



Figure 3.4.2—Number of acres enrolled in the Wetland Reserve Program, by State. Source AQUA-2, Figure 4.

o   Rates of wetland losses have declined since the 1970's,largely as a result of Section 404 of the Clean Water Act, which regulates dredging and filling of wetlands. However, functional changes continue to occur in some forested wetlands as a result of continued urbanization, intensification of forest management, fire exclusion, and alteration of hydrologic regimes.

o   Wetland restoration efforts pursuant to the Wetlands Reserve Program are concentrated in the Lower Mississippi Alluvial Valley (Figure 3.4.2). Tree planting success has often been acceptable, but restoration of the ecological functions of these wetlands is difficult to determine and presently unknown.

o   Information on mitigation and restoration pursuant to Section 404 of the Clean Water Act is not systematically compiled and reported. Thus, successful implementation of required mitigation is not reportable.

P289

### 3.4.3    Aquatic Species of Concern

| | |
|---|---|
| Primary Question: | AQUA-5: What are the history, status, and likely future of aquatic habitats and species in the South? |

The South's streams, riparian areas and wetlands contain a great diversity of aquatic life (AQUA-5). For example, 91 percent of the freshwater mussels described in the world are present in the South. Modification of aquatic and wetland habitats has greatly influenced this biota, and effects of past actions are in some cases particularly severe. For example, dam construction has irreversibly changed habitats for certain snails and freshwater mussels that depend on free flowing water.

To enumerate and examine species of conservation concern, the databases of the State Natural Heritage agencies were used to list species by their global conservation rank. The global ranks reflect scarcity for the entire range of the species. These ranks include: presumed extinct, possibly extinct, critically imperiled, imperiled, vulnerable, apparently secure, and secure. Species of "conservation concern" include those that are critically imperiled (extremely rare—observations include 5 or less locations or less than 1,000 animals—or otherwise vulnerable to extinction), imperiled (rare—observations in 6 to 20 locations, or less than 2000 animals—or otherwise vulnerable to extinction), or vulnerable (21 to 100 locations or 3,000 to 10,000 animals, or found only locally in a restricted area). We evaluated the status of the region's aquatic species of concern (AQUA-5) and found:

o  <u>Amphibians</u>: Thirty-one amphibian species of concern, including 28 salamanders, 2 frogs, and 1 toad are located in the South. These rare amphibians are concentrated in three areas: the Southern Appalachians, the Florida Panhandle, and central Texas. Many species in the Appalachians are concentrated on national forests and national parks. In the Florida Panhandle, habitat is largely in private ownership (Figure 3.4.3).

<u>Mussels</u>: The South contains the highest diversity of mussel species in the world; 91 percent of the world's known species occur here and almost 80 percent of them are endemic to single watersheds. The region has 191 mussel species of concern; 67 are critically imperiled. Among several key river basins, the Tennessee, Cumberland, and Mobile basins host particularly diverse populations of rare mussels (Figure 3.4.4). Because mussels are long-lived species (up to 100 years) population trends reflect habitat modifications that occurred decades earlier. Declines in mussels are most critically linked to channelization and damming of rivers and the associated modifications to streambeds, water flow, and sedimentation. Extirpation of fish species that serve as hosts to mussel glochidia (juvenile mussels), also contribute to mussel decline. The introductions of exotic species (Asian clams and Zebra mussels) have also accelerated the decline of native mussels.

P290