SFRA Draft Summary Report                                     www.srs.fs.fed.us/sustain



Figure 3.4.3—Distribution of rare aquatic amphibians by county. Source: AQUA-5, Figure 15.



Figure 3.4.4—Distribution of mussel species by aquatic fauna provinces. Source: AQUA-5, Figure 12.

o   Crayfish and other crustaceans: The South contains a broad diversity of crustacean species, including 159 species of concern and 60 that are critically imperiled. While they occur throughout the South, the area with largest concentration of crustacean species is the Florida Panhandle. Because the species are generally endemic to very small areas, modification of these habitats can have substantial impact on their viability. While crayfish

82

P291

are generally very resilient—able to withstand transitory habitat modifications—habitat destruction in small areas can eliminate entire populations.

o   Fish:  The South contains 165 fish species of concern in 14 different families, and their occurrence is widespread. With the exception of central Mississippi and southern Florida, rare fish are present throughout the South (Figure 3.4.5). Many of these species are narrowly endemic—especially the darters, minnows, topminnows, catfish, gambusia, and sculpins. Because of this high degree of endemism, a few events or even a single event can have substantial impact on species viability. Declines have been associated with a wide variety of factors, including habitat modification, pollution, sedimentation, damming, introduced species, and interruption of water flow.



Number of Rare Fish Species
North Atlantic
South Atlantic
Florida
Cumberland
Apalachicola
Mobile
Mississippi
Ozark
Sabine
Central Texas
Rio Grande

Figure 3.4.5—Distribution of rare fish species by aquatic fauna provinces. Source:  AQUA-5, Figure 15.

o   Snails:  The South has 127 snail species of concern: 104 utilize stream habitat, 22 are found in springs and caves, and 1 is a lake snail. The snails found in springs and caves are narrow endemics concentrated most in Florida. They are especially susceptible to groundwater contamination and sedimentation. Eighty-nine of the 100 stream species are in the Tennessee and Mobile River Systems. Because they require free flowing water, damming

P292

has had the greatest impact on these species. Remnant subpopulations are isolated, thereby limiting within-population genetic variability. Snails are also susceptible to pollution and to predation and competition from exotic species (e.g., Zebra mussels).

o    Insects: One hundred and seventy six insect species of concern—including 64 stoneflies, 60 caddisflies, 31 dragonflies and 4 damselflies—are found in the South. Their nymphal stages require clean flowing water for effective feeding. Adults forage in adjacent terrestrial habitats. Declines have been strongly associated with dams, which reduce flow and allows for sedimentation of habitat. All of these species are vulnerable to further sedimentation and pesticide pollution.

o    Reptiles: Nineteen species of concern, including one critically imperiled species, are found in the South. Many of these species are located in a large contiguous area stretching from central and southern Mississippi and Alabama to the Florida Panhandle. While these species are generally resilient, they are narrow endemics and so especially susceptible to local events. Specific threats include harvest for pets, indiscriminant killing, and damage to nests.

## 3.4.4    Conservation Issues

| Primary Question: | AQUA-2: What are the history, status, and likely future of forested wetlands in the South? |
|---|---|
| Related Questions: | AQUA-5: What are the history, status, and likely future of aquatic habitats and species in the South? |

Roughly half of the South's forested wetlands were lost between colonial times (1780) and the 1990's, primarily through clearing for agriculture. In the last decade, attention has begun to focus on restoring these areas, primarily in the Lower Mississippi Alluvial Valley where the most extensive loss of forested wetlands has occurred. Much of the restoration activity has been funded through the Wetland Reserve Program, which encourages afforestation of agricultural areas and supports conservation easements of up to 30 years.

Through the Wetland Reserve Program and several other restoration programs, about 195,000 acres in the Lower Mississippi Alluvial Valley have been replanted. However, the full restoration of wetland functions requires much more than tree cover. The effects of massive deforestation, extensive drainage systems, and channelization of streams and rivers make restoration of geomorphic, hydrologic and ecological processes extremely difficult. Wetland restoration activities will require long-term efforts extending far beyond initial tree planting.

A regulatory effort is the mitigation of wetland losses. These projects, carried out under Section 404

84

of the Clean Water Act, have been applied in several locations. However, a lack of systematic record keeping and monitoring prevents a regional assessment of their effectiveness. Some local assessments of these programs indicate that they may have only limited success in replacing the wetland functions lost through permitted conversions.

This Assessment of aquatic species highlights the prevalence and importance of endemism, in which a species' range is limited to a narrow geographic area. Crayfish, reptiles, fish, and snail species of concern are predominantly endemic. As a result, local actions can have substantial impacts on local species persistence, so that in some cases altering even small amounts of habitat can have significant implications. This potentially disproportionate impact of small actions places a high value on disseminating information on the locations and natural histories of endemic species.

Several focal areas for aquatic species are defined by this analysis. One is northern Florida, including the Panhandle, which has a concentration of rare reptiles, amphibians, snails, and crayfish. Rare mussels and snails are concentrated in the Mobile and Tennessee River Systems. The Southern Appalachians also have a very high concentration of the rare amphibians. These are areas where aquatic ecosystems are especially susceptible to structural changes in aquatic and adjacent terrestrial ecosystems.

Forest management usually has a relatively small role to play in the persistence of aquatic species. Habitats of mussels and snails have been completely restructured by damming and sedimentation from large-scale land use conversions. These impacts are essentially irreversible. For some species, forest management approaches play important roles in species persistence. Best Management Practices that reduce sedimentation and maintain streamside vegetation are especially important in protecting species that depend on streamside habitats. These include crayfish, amphibians, snails, and insects, especially in areas of concentration defined above. Conversely, forest practices or other activities that disturb habitats along streams can have a disproportionately significant impact on certain aquatic species.

## 4    Discussion

### 4.1    Broad Findings

Currently several forces of change are altering southern forests, raising questions about the sustainability of their functions and values. The first steps toward achieving their sustainability are to understand and anticipate the forces of change that shape forested ecosystems. Ultimately, sustainability requires that society manage change. Today's actions will influence whether and to what degree future generations will continue to benefit from the unique, inherent values of southern forests.

This Assessment has taken steps toward a fuller understanding of forest conditions and potential for their change by (1) identifying the forces of change that continue to reshape forests, (2) describing current resource conditions and their possible futures, and (3) highlighting where additional information is needed to fully identify and deal with concerns and opportunities. The

85

findings of this Assessment have led us to some broad observations about the status and possible future of southern forests:

o   **Several forces are affecting the condition of southern forests.** The South is an economically, culturally, and ecologically complex region, and multiple forces of change are simultaneously affecting forest conditions. Timber harvesting and management and land-use changes into and out of forest cover influence forest area, structure, biodiversity, and water quality. Other human influences, such as atmospheric pollution, exclusion of fire from fire-dependent communities, and the introduction of exotic plants, diseases, and insects continue to reshape the composition, productivity, and ecological function of forests. Such influences are pervasive and difficult to predict and manage. All of these forces interact in their effects and will play out differently in different parts of the region. As a result, the extent, structure, and health of forests of the South are changing and will continue to change in the future.

o   **Urbanization has a substantial impact on the extent, condition, and health of forests.** Among forces of change, urbanization will have the most direct, immediate, and permanent effects on the extent, condition, and health of forests. While urban uses currently represent a small share of land in the South, they are expanding rapidly. Forecast models predict that about 12 million acres of southern forests will be urbanized between 1992 and 2020. Nineteen million acres of forest are forecast to be developed between 2020 and 2040. In addition, population growth in rural areas means that more forests are increasingly influenced by human presence. In these areas remnant forests are becoming more fragmented. An important and pervasive direct result of urbanization of southern forests will be increasing limitations on forest management options, such as prescribed burning, that are necessary to maintain productive and healthy forests.

o   **Population is growing and the social context is changing.** From 1980 to 2000, total population increased at a higher rate in the South than in the Nation. Through the 1980's, population growth in the South was focused primarily in urban areas. Many rural areas experienced population losses. Since then, populations increased in nearly all of the South's counties, expanding the interface between people and forests. The demographic profile of the region has changed toward a more urban population. These demographic changes are reflected

in attitudes and values held about the region's forests. Public values about forests vary among sectors of the population and include both commodity and biocentric views.

In urban areas and at their periphery, certain forest benefits are becoming increasingly scarce. Among these are opportunities for forest recreation. While the demand for recreation will increase as the population grows, recreational access to private land is expected to continue to decrease. As a result, congestion and competition between recreation user groups for access to and use of the region's public forests will increase.

86

o   **Total forest area within the South is forecast to remain stable, but subregional and compositional changes will continue.** The South has rebounded from widespread deforestation of the early 1900's to become a heavily forested region. While the total area of forest has remained relatively constant over the past 30 years, 1 to 2 percent of forest land moved into or out of forest cover each year. We forecast little change in the total area of forests between 1995 and 2040, as losses of forests to urban uses are expected to be offset by conversions of agriculture land to forest. Urban development is forecast to be concentrated in the eastern part of the region and conversion of agricultural land to forest cover in the west, resulting in an overall westward shift in forest area as well changes in shares of forest types. These shifts in forest area and composition will alter the region's forests in ways that could be significant in affected areas. For example, loss and fragmentation of forests in some areas and an increasing share of pine plantations in others could have important localized economic and ecological implications.

o   **Timber production is forecast to expand but not deplete forest inventories below present levels.** While the total area of forest land has remained relatively stable and harvests have expanded since the 1970's, the timber inventory on these forests has increased by more than 70 percent. Softwood inventories leveled off in the 1990's, but recent inventories and model forecasts indicate that they will expand as new and anticipated pine plantations grow to maturity. Hardwood inventories continued to increase through the 1990's, but at a decreasing rate. A region-wide trend of increasing removals relative to net hardwood growth is forecast to continue, resulting in the total inventory of hardwood forests peaking in 2025, then declining to about current inventory levels in 2040. While region-wide removals are forecast to exceed growth in 2025, this occurs at least 10 years earlier in four States. As with softwoods, additional investment in hardwood management could increase future growth and inventories of these forests, but this response has not yet been observed.

o   **Investment in pine plantations is forecast to continue to expand to meet increased softwood demand, resulting in some changes to the ecological characteristics of southern forests.** Historically, private landowners in the South have responded to rising softwood timber prices by investing in tree planting and more intensive management. The result has been an increase in the area of pine plantations in the South, from about 2 million acres in 1952 to 32 million acres in 1999. Forecasting models predict that pine plantation acreage will increase to 54 million acres in 2040. These new pine plantations, which will be derived from the afforestation of agricultural lands and conversion of hardwood, natural pine, and mixed pine/hardwood forests, enhance softwood timber productivity and concentrate timber harvesting on fewer acres than would otherwise be necessary to meet demand. For example, plantation forests accounted for 15 percent of timberland and 12 percent of total growing stock volume in the 1990's, but 43 percent of softwood net annual growth and 35 percent of annual softwood removals (HLTH-1). Increased pine plantation acreage could also result in varying ecological changes, depending on stand origin and management. For example, young planted pine stands provide early successional habitats within which many species thrive. Subsequent management activities however, largely determine plant diversity and

87

habitat structure. While these dynamics have been studied at the forest stand level, they are not well understood at a broader landscape scale.

o  **Changing land use and harvest patterns will have important impacts on people**. Land use and forest management changes can influence people in a variety of ways. Historically, the southern economy has been inextricably tied to various uses of its land base. The wood products industry, for example, currently accounts for about 6 percent of regional employment and 8 percent of income. Forecasts of increasing timber harvests imply more jobs in the wood products sector, especially outside the traditional core timber production areas. Forests also contribute to the quality of life by providing recreation opportunities, visual backdrops, and a variety of environmental amenities. Because people derive value from the landscape condition in which they live, abrupt changes in its condition, such as when timber harvesting is increased in areas where it had not been common in recent years, or when urban expansion occurs, can lead to costs for some people as others benefit.

In such areas, the values of green space and large remnant forests will likely increase. Whatever the cause, the variety of effects of forest changes on local communities is likely to continue to result in controversy and an increase in local regulation of land uses and forest treatments.

o  **Southern forests have proven resilient but some components are scarce and therefore vulnerable to change.** Through the 20th century, the South has recovered from a largely cutover, exhausted, and eroded condition to become one of the most productive forest regions in the world. However, the presence of numerous imperiled animal species and increasingly rare forest communities are reasons for concern. Such forest communities include: certain wetland types, longleaf pine ecosystems, old-growth forests, and spruce-fir forests. These communities are likely to continue to be adversely affected to varying degrees by multiple forces of change. Protection and restoration efforts, already underway in some of these communities, are a means of addressing these changes.

o  **Scarce forest types have high ecological value**. To borrow the adage from economics, scarcity defines value. The rare forest communities in the South (above) have especially high ecological value. Thus, much consideration of biodiversity is focused on a relatively small share of the forest landscape. With the exception of old-growth and spruce-fir communities, these rare communities are largely on private land.

In the urbanizing areas of the South, unfragmented forest cover is becoming increasingly scarce, especially in the Piedmont. In these areas, the value of residual forest cover is increasing, especially as sources of outdoor recreation and as habitat for certain wildlife species. For area-sensitive wildlife species, large contiguous blocks of forest become especially valuable as refuges in areas fragmented by urbanization or other forest disturbances. In these areas, public forests provide stable blocks of contiguous forest cover, thus the conservation value of this public land, which is especially scarce in the rapidly urbanizing Piedmont and Coastal Plain

88

P297

ecological regions, is very high and will increase in the future.

## 4.2    Subregions of Concern

Our assessment of forces of change and their potential implications for forest systems shows especially large effects in three areas of the South.

- o **Southern Appalachians**- This region will be influenced by a combination of human, biological, and physical factors over the next two decades. Population growth and land-use changes will increase the human presence in many forests. Forest-based recreation demands are focused on the Southern Appalachians, and increased competition between recreation user groups is anticipated. A complex of forest health issues is also affecting all forest types in this region and has the potential to restructure forest ecosystems.

  - o The spruce-fir forest community is in decline because of the balsam wooly adelgid, an exotic insect that kills high elevation firs, combined with acid deposition and ozone pollution. Here is the most extreme case of ecological decline in the South.

  - o Upland hardwood types are also subject to changes from several sources. Oak decline combined with gypsy moth infestations could soon reshape forest structure by reducing oaks in the overstory. In addition, dogwood anthracnose, butternut canker, and beech bark disease will greatly reduce the distribution of their respective host trees in much of the area. Loss of these tree species along with oaks will reduce the production of both hard and soft mast and therefore impact mast-dependent wildlife species.

  - o The hemlock wooly adelgid kills both the eastern and the Carolina hemlock and is currently moving down the Blue Ridge from the Shenandoah Valley. While they occupy a narrow range of sites, hemlocks influence stream microclimate in headwater reaches, so loss of this species can have disproportionate influence on the quality of water in the region. Because the Southern Appalachians are headwater areas for several developing metropolitan areas in the Piedmont, changes in water quality and water production could have important economic implications.

- o **Piedmont**—Forecasts of land-use change suggest that the Piedmont, from Virginia to Georgia, will experience the greatest loss of forest area among the ecological sections in the South. Already this heavily forested region has a very low ratio of interior forest to total forest, indicating a high degree of forest fragmentation. This fragmentation is likely to continue as the populations of urban counties and interspersed rural counties continue to grow. As a result, wildlife habitats will be altered for certain key bird species including Neotropical migrants. Fragmentation, combined with invasive exotic plants and an increased human presence will tend to alter the ecological values of forests in this region. Because populations will grow and forest area will decline, we also expect an increasing scarcity of forest-based recreational opportunities for city dwellers.

89

P298

o   **Lower Atlantic and Gulf Coastal Plains**— Coastal flatwoods areas are also forecast to lose large shares of forest to urban development. Forest loss combined with intensified forest management could have cumulative negative effects on coastal wetlands through direct wetland loss and modification of hydrological regimes. The flatwoods are one of two areas with the highest concentration of endangered animal and plant species in the South. They contain many imperiled amphibians, crustaceans, and reptiles.

o   **Florida Panhandle**—This area of coastal flatwoods has especially high concentrations of critically imperiled species and forces of change. In the Panhandle, we anticipate a rapid increase in population and development spreading from central Florida. Intensive forest management and agricultural uses already dominate the rural landscape. This area is a hot spot for imperiled species, especially aquatic species. High rates of species endemism, especially among amphibians, suggest that wetlands and other wet habitats in this area have very high ecological value and that local actions could have far-reaching implications for species persistence.

## 4.3   Implications for ongoing programs

**Monitoring.** The crux of sustainability is to understand change and respond to it. It is, therefore, imperative to have timely data with which to gauge changes in forest conditions. As the pace of change has quickened in the South, so has the standard for timeliness. Forest surveys were originally designed to track variables that changed relatively slowly. Development has quickened, harvests have doubled over the past 30 years, and planted forests have grown rapidly. More timely data, therefore, are needed. When fully implemented, ongoing changes from periodic to continuous forest inventories conducted by the Forest Service in partnership with Southern States will address this issue.

More timely, consistent, and comprehensive data at appropriate scales also are needed for monitoring water quality, wetland modification and loss, and wetland restoration.

**Delivery of Forestry Assistance.** The changing demographics of forest landowners suggest changing preferences and management objectives for private forests. Many private tracts are in the "wildland-urban interface." It seems clear that nonindustrial private forest landowners, especially in the urbanizing eastern portion of the region will need a broad range of silvicultural options and assistance now and in the future.

**Public Land.** Demands for forest-based recreation opportunities are expanding rapidly. Private land is becoming less accessible for these kinds of activities so public land is coming under increasing pressure to supply a broad variety of recreation opportunities. Innovative management is needed to deal with increased recreation, to reduce competition between recreation groups, and to mitigate resource damages.

In some parts of the South, public land provides islands of interior forest habitat. These habitats have very high and increasing ecological value as refuges for rare species.

## 4.4   Knowledge Gaps and Scientific Uncertainties

As with any endeavor of this scope, an assessment of knowledge identifies the extent of our ignorance. Available information has allowed us to identify several emerging issues about the sustainability of southern forests, but additional information is needed to refine understanding and more clearly identify problems and solutions. Each chapter in the Technical Report identifies key uncertainties in specific topic areas. The following are some key issues that cut across the various topic areas:

- o **Expanding populations and impacts on ecosystems**. More heavily populated rural and urban landscapes will impact wildlife, water, and other benefits derived from forested ecosystems in the South. Additional information is needed to reduce uncertainties regarding: (1) forecasts of how and where these changes might occur, (2) how human population density influences forest ecosystems and options for their management, and (3) how development can be designed to promote forest sustainability.

- o **Markets, management, and values**. Because private landowners control most southern forests, forest conditions are determined by private management choices. These choices are heavily influenced by markets for forest goods and services and by other values derived from forests. A full accounting and understanding of how values are formed and how decisions are made is crucial for clarifying how forest uses and the flow of benefits will change in the future.

- o **Forest Productivity**. The productivity of forest ecosystems is a key factor in determining land allocation, forest use, and ultimately forest conditions across the South. Productivity extends beyond timber production to include the provision of wildlife, clean water, and other benefits of forests, and is influenced to uncertain degrees by several forces of change.

- o **Forecasting ecological changes**. This Assessment has highlighted the multiple forces of change at work in the South's forests. Yet tools are not available for: (1) forecasting the implications of these multiple, interacting changes on the area, structure, and function of southern forest ecosystems, and (2) fully understanding the impacts on values that are derived from these systems. Such tools would help identify emerging scarcities within the region.

- o **Analysis at landscape and regional scales**. Science and management conducted at these broad scales are relatively new endeavors. Most forest research has been conducted at very fine scales, often without the information needed to develop implications at broader scales. When the scale at which the science is conducted does not match the questions that are being asked, answers are often incomplete.

- o **Fire ecology and management**. Elimination of natural fire cycles is one of the most substantial alterations imposed by humans on the forested ecosystems of the South. Uncertainties exist regarding: (1) the role of fire in specific ecotypes, and (2) strategies for effectively and safely reintroducing fire into forest ecosystems.

P300

- o **Pine plantations and ecosystem functions**. Some portions of the South will see increased concentrations of pine plantations. Landscape-level ecological implications of increased pine plantations are uncertain. Additional information on the wildlife implications of expanding pine plantations is needed, especially in the Coastal Plain of Georgia, Alabama, Florida, and Mississippi.

- o **Forest management approaches**. This Assessment has described an increasingly complex environment for conducting forest management and suggests a need for a broader array of management strategies. New management approaches are especially needed for managing forests in "wildland-urban interface" areas.

92

P302