UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. ) | |
| ) | |
| Plaintiffs, ) | No. 06CV00180 (HHK) |
| ) | |
| v. ) | DECLARATION IN SUPPORT |
| ) | OF STANDING OF |
| GALE NORTON, et al. ) | MARTHA L. CLUTTER |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

I, Martha L. Clutter, do upon personal knowledge declare as follows:

1) I am a resident of Inverness, Florida, and am a longstanding member of the Sierra Club.

2) Since 1988, I have frequently hiked and kayaked in Florida black bear habitat, including Weekiwachee Preserve and Ocala National Forest, as much as every two or three months, specifically so I could see the black bear in the wild, and see signs of the black bear. I no longer hike in the Weekiwachee Preserve as much as I once did because this bear population is going extinct and there is an increasing lack of bear signs.

3) Since 1995, I have engaged in extensive volunteer

-1-

efforts to protect the black bear, including serving as Education Chair for the Habitat for Bears Campaign which includes black bear education programs; helping to establish a black bear hotline to document black ear sightings; documenting illegal off road vehicle ("ORV") usage in the Ocala National Forest and its effects on black bears and their habitat; assisting veterinarians and bear researchers with black bear research; and testifying at hearings and meetings about the effects of roads and illegal ORV use on the black bear.

4) My interests in observing and studying Florida black bears in the wild, and in conserving the subspecies and its habitat, have been injured by the Fish and Wildlife Service's decision not to list the species under the Endangered Species Act, because activities that are permitted, and the manner in which activities are permitted to be undertaken, in the absence of listing are contributing to the extinction of the species, and, absent listing, defendants will not take the steps necessary to ensure the species' recovery. These activities include but are not limited to

illegal ORV use, including in National Forests; road projects, including poor road planning, design, and construction, and as a result, highly lethal roads, which alone leads to an annual "road mortality" of 100 bears; and illegal hunting.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on October 24, 2006

_____
MARTHA L. CLUTTER