**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. ) | ) |
| Plaintiffs, ) | No. 06CV00180 (HHK) |
| v. ) | DECLARATION IN SUPPORT |
| ) | OF STANDING OF |
| DIRK KEMPTHORNE, et al. ) | LAURIE A. MACDONALD |
| Defendants. ) | |

I, Laurie Macdonald, do upon personal knowledge declare as follows:

1) I am a resident of St. Petersburg, Florida, and a member of the Sierra Club and Defenders of Wildlife.

2) I was the Senior Field Coordinator for the Habitat for Bears Campaign from 1994 through 1999, during which time I oversaw programs to educate the public and policy makers on the plight of the Florida black bear and to conserve the subspecies and its habitat.

3) In my current capacity as the Director of Florida Programs for Defenders of Wildlife, I work on habitat and species protection with an emphasis on imperiled species, including the Florida black bear. In this capacity, I seek to preserve a state network of core and connected natural areas to support imperiled species, including the Florida black bear.

4)   I have applied my education and experience as a wildlife zoologist by working on conservation and management plans for the Florida black bear and its habitat, taking part in public education programs and research projects, providing expert testimony and by leading field trips to observe bear habitat and sign in the wild.

5)   I regularly hike, bike, kayak, canoe and camp in areas containing black bear habitat, such as the Big Bend and Chassahowitzka, Okefenokee, Osceola and Ocala National Forests, Wekiva, and Big Cypress/ Everglades because I enjoy the chance to observe the bear's natural wild habitat and to see its tracks and marks.

6)   My interests in observing and studying Florida black bears in the wild, and in conserving the subspecies and its habitat, have been injured by defendants' decision not to list the species under the ESA, because activities that are permitted, and the manner in which activities are permitted to be undertaken, in the absence of listing, are contributing to the extinction of the species, and, absent listing, defendants will not take the steps necessary to ensure the species' recovery. These activities include but are not limited to certain development and road project planning, design and construction in bear habitat.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on October 27 2006

_Laurie A. Macdonald_
LAURIE A. MACDONALD