UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENDERS OF WILDLIFE, et al.    )
                                 )
Plaintiffs,                      )    No. 06CV00180 (HHK)
                                 )
v.                               )    DECLARATION IN SUPPORT
                                 )    OF STANDING OF
GALE NORTON, et al.              )    THE SIERRA CLUB
                                 )
Defendants.                      )
                                 )
                                 )
_____)


I, Marcie Clutter, do upon personal knowledge declare as follows:

1) I am a resident of Inverness, Florida, and am a longstanding member of Sierra Club.

2) The Sierra Club is a national nonprofit organization of over 750,000 members. The Sierra Club is dedicated to exploring, enjoying, and protecting the wild places of the earth; to practicing and promoting the responsible use of the earth's ecosystems and resources; to educating and enlisting humanity to protect and restore the quality of the natural and human environment; and to using all lawful means to

carry out these objectives.

3) The Florida Chapter of the Sierra Club is co-founder of the Habitat for Bears Campaign. Since 1993, Habitat for Bears Campaign staff, volunteers and more than 1,000 citizen activists have worked to protect the Florida black bear through grassroots advocacy and public education at the local, regional, state, and national levels.

4) Sierra Club members enjoy observing, photographing and appreciating Florida black bears in the wild, and studying the species and its habitat.

5) The interests of the members of the Florida Chapter of the Sierra Club in observing, studying, and otherwise enjoying the Florida black bear in its natural habitat, and in obtaining and disseminating information regarding the survival of the species, are harmed by the defendants' decision not to list the species under the ESA, because activities permitted in the absence of listing are contributing to the extinction of the species, and, absent listing, defendants will not take the steps necessary to ensure the species' recovery.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on October 24, 2006.

*Martha L. Clutter*
Martha L. Clutter