UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. ) | |
| ) | |
| Plaintiffs, ) | No. 06CV00180 (HHK) |
| ) | |
| v. ) | DECLARATION IN SUPPORT |
| ) | OF STANDING OF |
| DIRK KEMPTHORNE, et al. ) | DEFENDERS OF WILDLIFE |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |

I, Laurie Macdonald, do upon personal knowledge declare as follows:

1) I am the Director of Florida Programs for Defenders of Wildlife, and am a resident of St. Petersburg, Florida.

2) Defenders of Wildlife ("Defenders") is a national nonprofit organization with nearly 500,000 members and supporters across the nation, including more than 50,000 in Florida. Defenders is dedicated to the protection and restoration of all native wild animals and plants in their natural communities.

3) Defenders has invested considerable organizational resources in conserving the Florida black bear and its habitat. For example, Defenders Florida program began in 1993 as the "Habitat for Bears Campaign," ("Campaign") a campaign of over 3500 state, national and international

-1-

activists supporting efforts to save the black bear and its habitat in Florida. The Campaign, which educates the public concerning threats to the bears and solutions for its survival and recovery, also works to establish a network of conservation lands in the state, improve transportation projects in bear habitat, assure sound land use and management decisions and inform the citizens regarding how to prevent human-bear conflicts. In May 1999, the Habitat for Bears Campaign celebrated the availability of the Conserve Wildlife specialty license plate in the state of Florida. Defenders had initiated and carried out work to obtain thousands of signatures, raise the funds for the application fee, and advocate before the legislature and cabinet for successful adoption of the plate depicting the Florida black bear and elements of its native habitat. Proceeds from the $15 optional tag are raising hundreds of thousands of dollars each year for nongame wildlife research, habitat management, environmental education and other conservation programs conducted by Florida Fish and Wildlife Conservation Commission.

4) The Habitat for Bears Campaign is only one facet of broader Defenders conservation efforts in Florida, spearheaded by staff members located in St. Petersburg. In addition to its bear advocacy efforts, the campaign also works to protect endangered species such as the Florida panther and manatee, improve statewide transportation planning to better incorporate wildlife considerations, advocate for conservation area protection through

acquisition, easements and sound public and private land management, educate the public and decision makers about the economic benefits of conservation, protect endangered habitat from sprawl and inadequately planned development, and work on growth management at a state-wide level. Defenders will continue to aggressively advocate for the conservation of the Florida black bear through these and other initiatives.

5) Members of Defenders enjoy observing, photographing and appreciating Florida black bears in the wild, and studying the species and its habitat.

6) The interests of members of Defenders in observing, studying and otherwise enjoying the Florida black bear in its natural habitat, and in obtaining and disseminating information regarding the survival of the species, are harmed by the defendants' decision not to list the species under the Endangered Species Act, because activities permitted in the absence of listing are contributing to the extinction of the species, and, absent listing, defendants will not take the steps necessary to ensure the species' recovery.

7) On June 5, 2002, while the United States Fish and Wildlife Service (the "Service") was considering whether or not to list the Florida Black Bear under the Endangered Species Act, Defenders of Wildlife wrote Steve

Williams, the Director of the Service, urging the Service to list the Florida Black Bear. With its June 5, 2002 Letter, Defenders submitted information to the Service regarding the threats to the Florida Black Bear's existence, including information concerning the destruction of, and damage to, Florida Black Bear habitat, the lack of adequate protection afforded the bear by existing regulatory mechanisms, and reductions in the state acquisition program for conservation lands. However, in a letter from the Service's counsel dated August 25, 2006, the Service asserts it did not consider the information that was submitted by Defenders because it post-dates its 1998 Decision.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

*Laurie Macdonald*
Laurie Macdonald

Executed on __October 27__, 2006