UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.<br><br>                Plaintiffs,<br><br>     v.<br><br>DIRK KEMPTHORNE, et al.<br><br>                Defendants. | No. 06CV00180 |

**[PROPOSED] ORDER GRANTING
<u>SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD</u>**

This matter is before the Court on plaintiffs' motion to supplement the record. Upon consideration of plaintiffs' motion to supplement the administrative record, defendants' opposition thereto, as well as the entire record in this case, it is, by the Court, this __ day of ____, 2000, hereby

ORDERED that plaintiffs' motion to supplement the administrative record is granted; and it is further

ORDERED that the administrative record is hereby supplemented with the materials attached to plaintiffs' motion as exhibit 1.

                                                                                      _____
                                                                                      Henry H. Kennedy, Jr.
                                                                                      United States District Judge

Dated: _____