# DRAFT

OUT OF CONTROL:
OFF-ROAD VEHICLES AND ROADS IN FLORIDA'S NATIONAL FORESTS

An Assessment of Impacts on Wildlife and Habitat
With Recommendations for Management

[PHOTO]

Defenders of Wildlife
June 2002

Plaintiff's Exhibit 1B

## ACKNOWLEDGMENTS

We would like to thank Linda Duever who compiled this report based on extensive research and Kate Davies who edited it. Christine Small supervised the project, coordinated field surveys of impacts on each forest and contributed to the writing and editing. Laurie MacDonald provided insight, guidance and contact suggestions. Busy Shires assisted with information gathering and processing tasks. Heather Nicholson and Chapman Stewart prepared the tables for the appendices.

Tom Hoctor prepared the analysis of existing road densities on the Florida national forests and supplied maps of Florida's green infrastructure system.

Jim Lyle described *The Revised Land and Resource Management Plan* (RLRMP) (Forest Service 1999) development process. Richard Shelfer supplied information and answered numerous questions and provided materials that Haven Cook had written for the section on recreation trends in the Florida national forests.

Others who contributed included: Guy Anglin, Jeri Baldwin, Mary Barnwell, Joan Berish, Margy Bielling, Lynn Branch, Kathy Briggs, Noel Burkhead, Kathy Burks, Vic Carlisle, Susan Carr, Jay Carter, Linda Chafin, Steve Christman, Andy Clewell, Marcie Clutter, Mary Collins, Kathleen Conner, David Cook, Ralph Costa, Lyn Coultas, Marnie Criley, Randy Cullom, Roy DeLotelle, Mark Deyrup, Ken Dodd, Mike Duever, Thomas Eason, Kevin Enge, Will Flowers, Seeber Fowler, Dick Franz, Doria Gordon, Katy Greenberg, Dana Griffin, David Hall, Phil Hall, Judy Hancock, Leslie Hannay, Dennis Hardin, Jeff Harr, Larry Harris, Bobby Hattaway, Brian Henley, Brenda Herring, Ann Hodgson, Steve Holland, Marion Hourdequin, Dale Jackson, Fran James, Erik Johnson, Steve Johnson, Walter Judd, Randy Kautz, Marsha Kearney, Ed Keppner, Sandra Kokernoot, Robin Lewis, Laura Lowery, Michael McRoberts, Marguerite Madden, Dave Maehr, Dave Martin, Candace Martino, Guy Marwick, Kelly McPherson, Bruce Means, Ryan Means, Gary Meffe, Eric Menges, Lorraine Miller, Marc Minno, Paul Moler, Jane Monaghan, Jim Newman, Phil Niswander, Reed Noss, Sue Noyes, Steve Orzell, John Palis, Dan Pearson, Tony Pernas, Sergey Ponomarenko, Dave Pridgen, David Printiss, Joe Reineman, Jim Rodgers, Art Rohrbacher, Jim Ruhl, Al Schotz, Dick Schuler, Liz Seiberling, Carrie Sekerak, Richard Shelfer, Scott Silver, Bob Simons, Paul Skelley, Parks Small, Dan Smith, Michael Soule, Tommy Spencer, Jim Stevenson, Jack Stout, Jim Thorsen, Pat Tooley, Ron Traylor, Walter Tschinkel, Andrea Van Loan, Bethanie Walder, John Waldron, Laura Hood Watchman, Ed Wester, Otto Wettstein, Jim Williams, Kent Wimmer and Jean Wonser.

# TABLE OF CONTENTS Needs completion]

Acknowledgements
INTRODUCTION
ROADS AND ORVS:  A GROWING THREAT TO PUBLIC LANDS

    More People, More ORVs

    More ORVs, More Damages

    More ORVs, More Roads, Even More Damage

    Florida's National Forests: A Case in Point

## 1.  HELL ON WHEELS: DAMAGING ORV PRACTICES AND PURSUITS

    1. Trailblazing and Other Travel Patterns

    2. Play Activities

    3. Group Events

    4. Nobody's Watching

    5. Trouble Enforcing Regulations

## 2. KICKING UP DIRT: PROBLEMS AND TROUBLE SPOTS IN FLORIDA'S NATIONAL FORESTS

    1. Roads and Road Density on Florida's National Forests

    2. Roadless Areas Lost

        Apalachicola National Forest

        Ocala National Forest

        Osceola National Forest

## 3. INFILTRATING THE LANDSCAPE: THE ECOLOGICAL IMPACTS OF ENHANCED ACCESS

    Damage to Vegetation

    Damage to Wildlife

        a. Direct Injury and Mortality

        b. Damage to Key Habitat Features

        c. Changes in Predator-Prey Relationships

    3. Wildlife Disturbance

        a. Noise

b. Habituation

c. Poaching, Collecting and Harassment

4. Increased Wildfire and Arson

5. Exotic Species Introduction

## 4. CRUSHING THE VULNERABLE: SENSITIVE HABITATS AND SPECIES

1. Wetlands and Aquatic Systems

a. Ephemeral Ponds

b. Sinkholes

c. Savannas

2. Other Wetlands

3. Other Aquatic Systems

4. Upland Scrubs

5. Upland Sandhills

6. Sensitive Species

a. Plants

b. Amphibians

c. Fish

d. Birds

## 5. TAKING A TOLL ON ECOSYSTEMS: HABITAT LOSS, FRAGMENTATION AND DEGRADATION

1. HABITAT LOSS

a. Habitat Conversion

b. Soil Impacts

a. Erosion

b. Compaction

c. Destabilization

d. Rutting

2. HABITAT FRAGMENTATION

a. Barrier Effects

b. Edge Effects

c. Avoidance Zones and Displacement

d. Firebreak Effects

e. Channelization

3. HABITAT DEGREDATION

a. Hydrological Impacts

b. Pollution

1. Air Quality Impacts

2. Water Quality Impacts

3. Littering

## 6. SPOILING IT FOR OTHERS: THE AESTHETIC AND ECONOMIC IMPACTS OF ROADS AND ORVS

1. Hikers and Campers

2. Wildlife Watchers

3. Horseback Riders

4. Mountain Bikers

5. Hunters

6. Forest Neighbors

7. Economic Impacts

## 7. IDLING AND STALLING: THE FOREST SERVICE RESPONSE

1. The Revised Land and Resource Management Plan Procedures

2. Corruption of "Restricted Areas"

3. The Access Designation Process

Current Policies in Conflict with the Revise Land and Resource Management Plan

a. Forestwide "Desired Future Contitions" Threatened by Current Road and ORV Policies

b. Forestwide "Goals" Undermined by Current Road and ORV Policies

c. Forestwide "Objectives" Undermined by Current Road and ORV Policies

## 8. REVVING UP FOR ACTION: RECOMMENDATIONS FOR CHANGE

1. MODERATING ORV IMPACTS

2. MODERATING ROAD IMPACTS

## APPENDICES:

A. Vulnerability of Listed Plants and Animals in the Florida National Forests to Roads and ORVs

B. Buffer Zones and Flushing Distances, report summary

## REFERENCES AND RESOURCES

# 1. ORVS AND ROADS: A GROWING THREAT TO OUR PUBLIC LANDS

Motorized vehicles first arrived on the landscape less than 100 years ago. Now they are everywhere. We rely on cars for basic transportation, trucks to haul our goods, tractors to cultivate our agricultural lands, heavy machinery to harvest timber from our forests, bulldozers to clear and grade our residential and commercial properties. Some 30 years ago off-road vehicles (ORVs) joined the fleet of motorized vehicles in America and began blazing new trails. This vast category of vehicles includes pickup-truck and jeep-type four-wheel-drive (4WD) and other sport utility vehicles (SUVs), monster trucks, fat-tired swamp buggies, humvees, track vehicles, three-and four-wheel all-terrain cycles (ATCs or ATVs), snowmobiles, off-road motorcycles, airboats and any number of customized and homemade variations. ORVs allow us to take shortcuts through woods, streams, swamps and meadows and go where we have never gone before.

The highways and byways that accommodate America's motor vehicles are everywhere, too. Roads dissect the landscape (Forman 2000). The public lands where millions of Americans go to enjoy the outdoors are criss-crossed not only by state and county roads, access easements, designated ORV trails, service routes and other legitimate roads, but also with large numbers of unofficial roads and unmarked travelways. In many national forests, for example, thousands of miles of travelways are not accounted for on Forest Service maps. Some do not even show up on geographic information system (GIS) layers (Hourdequin 2001). These so-called "ghost roads" typically originate as temporary logging roads, emergency vehicle and resource management access routes, firebreaks, utility corridors and nonmotorized user-created trails. More often than not, the vehicles plying these routes and creating new trails and roads are ORVs.

ORVs are overrunning our national forests and other public lands, compounding the ecological problems associated with road density and otherwise threatening the integrity of our natural systems. Few wide-open public spaces remain where ORVs have not disturbed vegetation, crushed underground fauna and altered wetlands and soil structure and where their travelways have not destroyed, fragmented or degraded habitat.

## More People, More ORVs

If national population and outdoor recreation trends are any indication, the proliferation of ORVs will continue. The U.S. population is growing fast and participation in outdoor recreation of all types is growing even faster (Cordell et al.1997; Cordell et al. 1999). The most recent *National Survey on Recreation and the Environment* (Cordell et al. 1997) showed that 94.5 percent of Americans enjoyed some form of outdoor recreation in 1994. By 2045, nationwide participation in outdoor recreation is projected to increase 64 percent.

Like other outdoor pursuits, off-road vehicle use has risen dramatically in recent decades (Hammitt and Cole 1987). In 1960, so few people used ORVs they were not even addressed

P12

in a nationwide survey on outdoor recreation (National Park Service 1984). By 1979, 5.3 million people were using wheeled ORVs (Feuchter 1980). Now, 28 million Americans ride ORVs roughly 685 million times per year (Bowker et al. 1999), and the number of ORVs on our public lands has increased severalfold (Schubert and Associates 1999).

As ORVs have gained in popularity, they have also gained in power. Technological advances have spawned ORVs powerful enough to tackle even the most challenging backcountry terrain, and the growth and profitability of the ORV business have given rise to a powerful industry lobby.

**Photo: User conflicts. (photographer unknown)**

### More ORVs, More Damage

*SIDEBAR*

*How Motorized Vehicles Overwhelm Ecosystems*

*Some ORV impacts such as mudholes, foot trails converted to roads, tire ruts and crushed vegetation are highly visible, but the more serious impacts of ORVs are much more insidious, taking place unseen at the chemical and genetic levels. These vehicles compact and destabilize soils and alter physical and chemical parameters that can affect long-term hydrological patterns, soil fertility, pH and toxicity. Crushing the surface layers of the land alters the population dynamics of subterranean organisms through both direct mortality and underground habitat fragmentation. The animals and plants vulnerable to such impacts include numerous ecologically critical groups that perform such important functions as fixing nitrogen, transporting micronutrients, breaking down organic debris and forming the base of the food chain. Above ground, ORV noise and disturbance cause animals to abandon areas of valuable habitat and alter their movements and behavior, impairing reproduction and genetic diversity. These impacts reverberate throughout the ecosystem, affecting everything from predator-prey relationships to forage and seed production.*

*END OF SIDEBAR*

Generally outdoor recreation is good for developing a sense of place and an appreciation for nature. However, unlike fishing, canoeing, wildlife watching and other nonmotorized forms of recreation traditionally pursued on public lands, ORV use involves powerful, heavy machinery that can inflict serious damage on the landscape and compromise the outdoor experience for others.

Webb and Wilshire (1983) reviewed the reasons why ORV use is prone to causing serious resource damage. One reason is that ORV users can move faster, cover much longer distances and have an impact on a much greater area in a single outing than nonmotorized recreationists. Another is simply that ORVs tend to be big and heavy. The strong forces exerted by spinning ORV tires and mechanical vibrations are extremely destructive to soil

and vegetation.

The psychology of the ORV user also factors into the potential for damage. Hammitt and Cole (1987) concluded, "...the individual who is motivated to visit an area for solitude and a passive form of recreation is likely to produce fewer impacts than the individual who is motivated to visit by a desire to affiliate with others in a motorized form of recreation." ORV users tend to be drawn to the steep slopes and sensitive boggy areas that other recreationists generally avoid. They also tend to travel off the beaten track, making law enforcement and monitoring difficult. ORVS are literally tearing up our the landcape and getting away with it despite warnings sounded by scientists and others over the past few decades.

After conducting an extensive review of the relevant literature and research, Schubert and Associates (1999) concluded that "the scientific literature indisputably demonstrates that ORVs cause significant and severe direct, indirect and cumulative impacts on the environment." These impacts include:

- Wildlife disturbance, harassment, displacement and mortality;
- Vegetation and wildlife habitat destruction;
- Habitat fragmentation;
- Soil pulverization and compaction;
- Noise and chemical pollution;
- Introduction of exotic species.

Pica et al. (1998) underscore the complexity and interrelatedness of ORV impacts, noting that "they frequently interact synergistically, producing a 'whole' more damaging than the sum of the individual impacts."

**PHOTO: Big Cypress National Preserve aerial view of ORV damage. photo by?**

**More ORVS, More Roads, Even More Damage**

Adding to the damage inflicted by ORVS themselves are the travelways they create. Like most roads, routes frequently traveled by ORVS are damaging to wildlife and habitat. Roads disturb wildlife, fragment habitat, degrade and pollute streams, cause erosion, serve as dispersal routes for the seeds of invasive exotic plants and open up access to previously remote sites. Large, remote forested areas of natural vegetation are especially degraded by factors associated with dissection by a road network (Forman and Hersperger 1996).

Unfortunately, many of the impacts of roads go unrecognized because they are cumulative and/or develop slowly over time and cannot be detected by casual observation or the focused short-term studies favored by research-funding programs (Noss 1996; Findlay and Bourdages 2000). Still, according to *Conservation Biology* editor Gary Meffe (2001), "the literature is pretty clear that roads -- no matter how small -- are always damaging to something, and usually to lots of things."

ORV routes increase the road density of an area. Although not an impact or cause of an impact itself, road density suggests the relative amount of habitat sacrificed for road space

and the extent of edge effects and related impacts on an area. As such it "appears to be a useful broad index of the ecological effects of roads in a landscape (Forman and Hersperger 1996)." Forest Service researchers have concluded that road densities also can serve as an index to a wide spectrum of human pressures on wildlife (Brocke et al. 1990). Reed et al. (1996) and Tinker et al. (1998) found that road density is a generally useful index to the ecologically critical parameters of patch sizes within the landscape and the amount of edge versus interior habitat.

The edge effects that originate from the exposed margins created when a road or trail cuts through an ecosystem include microclimate alterations, such as changes in moisture, sunlight, soil and air temperature gradients, wind speed and noise that can shift species composition and undermine the food chain. Other negative impacts caused by edge effects include:

- Disruption of habitat used by sensitive species;

- Alteration of native vegetation and introduction of invasive exotic plant species..

- Declines in populations of interior-forest species newly exposed to opportunistic edge predators;

- Increased poaching and illegal collection of forest resources facilitated by improved access.

Study after study has indicated that **habitat quality is impaired where road densities exceed about one mile per square mile** The literature on American black bears, grizzly bears, wolves, cougars, elk, large snakes and many other species suggests an impact threshold in this range (Hoctor personal communication; Beringer et al. 1990; Noss et al. 1996; Van Dyke et al. 1986; Mladenoff et al.1995; Mattson et al. 1987; Lyon 1983; Mech et al. 1988; Printiss personal communication)

The effects of road density can also be far-reaching. Findlay and Houlahan (1997) found that reptile and amphibian populations decreased in proportion to road density within a two kilometer (1.2 mile) buffer around a wetland. In summarizing a subsequent study, Findlay and Bourdages (2000) emphasized the long-term and cumulative implications of road density impacts, concluding that "...even if no new roads are constructed, wetland biodiversity will continue to decline in lagged response to historical increases in road densities."

Haskell (2000) concluded his important paper on forest road impacts with the following statement, which also summarizes the implications of many other significant studies: "If the goal of forest management is to maintain the function and diversity of forest ecosystems, then my results suggest that managers should minimize both the density of roads and the extent to which roads sprawl across the landscape."

*SIDEBAR*

*The Motorized Vehicle Impact Continuum*

*A narrow jeep trail created by a half-dozen ORV passes looks vastly different from a six-lane interstate highway, but the processes whereby various sizes and types of roads impact the landscape are generally the same. The differences are largely a matter of degree. All roads replace a certain area of otherwise ecologically productive landscape. All fragment habitat so that some creatures are unwilling or unable to cross from one side to the other. All create some level of edge effect that alters adjoining communities. All are traversed by big heavy machines that are prone to collide with animals that wander into their paths. All bring in people and exotic plants and opportunistic animals liable to cause a multitude of secondary problems. There are variations in how these processes operate in different situations. Animals may acclimate to the regular noise along a busy road more readily than to the occasional sound of the odd vehicle on a seldom-used route, for example. And certain organisms are more vulnerable to the effects of certain types of roads. But, ecologically, all roads create the same predictable types of impact -- some are just worse than others.*

*END SIDEBAR*

## Florida's National Forests: A Case in Point

Off-road vehicles and roads are wreaking habitat havoc everywhere, and Florida is no exception. According to Lieutenant Jeff Harr (personal communication) of the Florida Fish and Wildlife Conservation Commission (FWC), there has been a "tremendous increase" in ORV activity and associated resource damage and law enforcement problems, especially on the state's three national forests, the Apalachicola, Ocala and Osceola., located in the northern part of the state and managed by the U.S. Department of Agriculture's Forest Service.

According to Forest Service botanist/ecologist Guy Anglin (personal communication), it "is "commonly accepted" that increasing ORV use is adversely affecting the dominant species in important ecological communities in the Florida national forests. Ecologist Robin Lewis (2001) comments that the "...levels of vegetation damage and wildlife disturbance...are not sustainable by the stressed natural resources of the national forests in Florida." Doria Gordon, Florida state ecologist for The Nature Conservancy, agrees, emphasizing that the degree of ORV impact currently taking place on the Florida forests constitutes a "ludicrous abuse of our public lands."

Once trails are established, they tend to proliferate. For example, in the Paisley Area of the Ocala National Forest, trails made by horseback riders were taken over by mountain bikers and motorcyclists then ATV users (Sekerak personal communication). Forest Service GIS Specialist Kathy Bronson's analysis show 12 to 14 miles of road and trail per square mile in this area (personal communication). As the number of user-created trails increases, natural recovery processes cannot keep up with the rate of ORV damage (Sobczak and Pernas 2001).

The high road densities, which include thousands of miles of user-created ghost roads, and extensive ORV damage on Florida's national forests are all the more alarming considering that

these are the very lands identified as core reserves in a statewide plan for preventing fragmented wildlife populations and preserving the integrity of ecosystems most critical to the long-term biodiversity of the entire state.

Linked core reserves in which full complements of species and natural processes are allowed to function undisturbed are essential to maintaining a region's ecological viability over the long term. These core reserves, serve as the region's genetic reservoirs and ecological reference systems. They are also crucial to the maintenance of interior habitat free of edge effects. The only areas left in Florida that are large and undeveloped enough to meet the minimum requirements for core reserves are centered in the national forests.

Reducing road densities and moderating road impacts are considered primary issues in designing reserve systems and managing conservation lands (Noss and Cooperrider 1994). Yet little research has been focused on the problem of ORVs and road density in Florida. Even less has been done to address it. Florida's current State Comprehensive Outdoor Recreation Plan (SCORP) (Florida Division of Recreation and Parks 2001) notes that resource damage and user conflicts are widely associated with ORV recreation, but the plan does not present any data on ORV use trends. And, although it is evident that ORV use in the Florida national forests has increased dramatically, the Forest Service does not have meaningful data on the numbers of vehicles actually using these lands, much less the extent to which they are driven on roads and designated trails versus off-road, reports Forest Service planner Richard Shelfer (personal communication).

Perhaps the most distressing fact is that the Forest Service has known how destructive ORVs are and understood the basics of how they should be managed for decades. The literature includes dozens of Forest Service reports describing ORV impacts on various national forests (Harrison 1976; Lennon et al. 1987; Brander 1974; Spolar 1979). Most of these studies have included reasonable recommendations for addressing the problem. Even the T*Record of Decision for the Revised Land and Resource Management Pla*for the Florida National *Forests* (Forest Service 1999) concedes that "The current permissive access policy has resulted in a maze of criss-crossing roads and travelways. Effects include user conflicts, erosion, compaction, and rutting of soils, sedimentation of streams and lakes, damage or destruction of heritage resource sites and disturbance of sensitive wildlife species including ground-nesting birds, Florida black bears and nesting vultures and wading birds."

Meanwhile, ORV users are clamoring for even more access for even more vehicles. For example, motorcyclists are now asking for 400 to 500 miles of designated trail in Apalachicola National Forest, reports Jim Lyle retired Forest Service planner (personal communication). ORV users and manufacturers are lobbying hard and succeeding, too. A bill passed in the state legislature in 2002 opens far more of Florida's public lands to ORVs.

As the demand for forest recreation continues to grow, a finite number of roads and trails will most likely result in increased congestion, increased conflicts and lower user satisfaction (Gucinski et al. 2000). And, of course, unless visitor management is vastly improved, the ecological degradation of the landscape will continue.

Making the Case for Change

While there has been public outcry over the aesthetic affronts and obvious impacts of roads and ORVs, the more complex and far-reaching impacts to Florida environments have never been evaluated. Defenders of Wildlife commissioned this report to provide such an evaluation and furnish the Forest Service, other state and federal agencies, members of the public and concerned citizens with the best available science-based information needed to understand the scope of ORV-related ecological impacts and to establish a basis for making intelligent decisions on motorized access to the Florida national forests

In the following pages we interpret observations about roads and vehicles in Florida's national forests in light of scientific knowledge of habitats, species, ecological processes and the impacts of roads, trails and ORVs in Florida and other areas and look at how the Forest Service has handled the problems created by roads and ORVs over the years. We conclude with specific recommendations for addressing these problems formulated in view of the agency's mandated responsibilities to protect ecosystems and maintain biodiversity. The appendices provide an assessment of the vulnerability to roads and ORVs of the plants and animals found in Florida's national forests that are listed in categories of concern under state, federal and/or Florida Natural Areas Inventory terms, and the extensive reference section covers literature cited and additional sources for information.

We hope this report not only catalyzes change in the management of Florida's national forests, but also proves useful for citizens and public land managers eager to understand the impacts and assess and address the problem of roads, trails and ORVs on other public conservation lands.

P18

## 2. HELL ON WHEELS: DAMAGING ORV PRACTICES AND PURSUITS

Before getting into the details of the problems caused by roads and ORVs in Florida's national forests and the specific impacts on wildlife and habitat, a brief look at what ORVers do that can be so damaging is in order.

### Trailblazing and Travel Patterns

People who use their ORVs primarily as a means of transportation to pursue activities such as camping, hunting and fishing probably do not intend to damage the landscape or offend other users. But simply by cutting corners, making wrong turns and taking detours off existing trails they can establish new travel patterns and blaze new trails that increase road density and habitat damage. Other ORVs will inevitability follow in their tracks, contributing to erosion and other problems and establishing deadend trails. Detouring around flooded areas, downed trees and other obstacles, for example, often results in multiple "braided" trails. In wet soil or deep, sandy soil, such trails can broaden and multiply rapidly as vehicles avoid one mudhole or sandpit only to create another (McKnelly 1980).

The travel patterns ORVs tend to follow can also be problematic. For instance, ORVers usually try to maneuver around wetlands, skirting the edges or crossing at the narrowest and shallowest places. The trails they create tend to encircle ponds, lakes and cypress domes, denuding the margins of vegetation and often exposing sensitive reptiles and amphibians at critical stages of their life cycles. Then along come thrill-seeking ORVers who follow these trails, spinning their wheels and cutting deep ruts. The zone of impact expands even farther in times of drought, according to professional naturalist and forest resident Guy Marwick (personal communication). ORVs continue to travel close to the edges of the gradually shrinking pond, expanding the circle of disturbance around it inward..

Biologist Ed Keppner (personal communication) studied 100 karst ponds on the Econfina Creek Wildlife Management Area in Florida's Bay and Washington counties for the U.S. Fish and Wildlife Service (FWS) and found that every one had been seriously damaged by encircling ORV traffic. Aerial surveys of Ocala National Forest conducted by Defenders of Wildlife in

April, 2000, showed that about 80 percent of the ponds in areas addressed by the Forest Service's Access Designation Process, a public input process for determining what roads and trails will be open for what purposes, had been impacted this way (Small personal communication).

In upland habitats, ORVers prefer to go through the most open areas. In flatwoods and sandhills, drivers are attracted to open park-like areas with fire-maintained wiregrass groundcover. In scrub communities, they usually go through barren-looking areas where there is little groundcover other than algal crusts and lichens. Although they may not look it, these relatively open places are often the most ecologically sensitive areas, and trailblazing exacts a heavy toll.

**PHOTO: Ocala National Forest, ORV damage in Grassy Pond. Photo by Christine Small**
**PHOTO: Ocala National Forest ephemeral wetland damage. Photo by Randy Cullom**

**PHOTOS: Apalachicola National Forest, Springhill area. Multiple trails in the sandhills. Photo courtesy of Defenders of Wildlife (photographer prefers anonimity)**

### Play Activities

ORVers who ride their machines for fun and sport generally cause much more damage than those who use them for transportation. Indeed, the worst damage to Florida's national forests is done by ORVers who drive through and around wetlands and up and down steep hills and sinkhole margins for the fun and challenge of it (Marion County Audubon 2000). These riders often look for places where they can jump off banks or sling mud off their tires, intentionally and illegally operating their vehicles in the most damaging ways in the most sensitive places.

The activities these thrill-seeking ORVers pursue for fun include:

- **Mudbogging:** Driving through ponds, bogs and mudholes for the challenge of not getting stuck and the fun of making mud fly and creating ruts with an end result that is "pretty miserable for anything living in there, " according to ecologist Ken Dodd (personal communication). Typically a 4WD activity.

- **Mudslinging:** Intentionally spinning tires through the muck to spray mud on the surrounding area, make noise and quickly create deep ruts. Typically a 4WD activity.

- **Winching:** Attaching a winch to a nearby tree and using a rope or chain to pull a vehicle through an otherwise impassable mudhole. Typically a 4WD activity.

- **Hill climbing:** Charging straight up hills at high speed in an attempt to climb higher and higher on steep slopes. Typically a motorcycle activity, but also popular with 4WDs, ATVs and humvees

- **Playing in the pits:** Speeding up and down slopes, around turns and off banks, usually in and around an old mining pit or sinkhole. Typically an ATV or motorcycle activity, but sometimes a 4WD game.

P20

- **Enduro racing :**Endurance- racing cross-country, usually along a marked course full of challenges such as steep hills, mud pits and ramps , etc. . Most popular with motorcycle competitions, but other types of ORVs participate in similar races and rallies under a variety of names.
- **Extreme Sports:**Any challenging, physically demanding, adrenalin-charged activity in which the ORVer takes on the terrain, inevitably causing substantial resource damage

## Group Events

Off-road vehicle clubs hold numerous widely publicized and heavily attended competitions and rallies in the Florida national forests, especially in the Ocala and Apalachicola. Popular events include endurance races, commonly referred to as "enduros," and competitions that fall into the category of extreme sports.

Many of these events pit man and machine against the environment --- with serious ecological consequences as one might discern from this description from the website promoting the 2000 Safari Triathalon in Ocala National Forest: "The event will consist of [sic] navigating 300 to 400 miles through water, desert-like sand, slick deep mud, sometimes in the dead of night, by compass, with longitude, latitude and dead reckoning skills... Both person and machine are tested to their limits throughout a wide variety of challenges that might include deep water, steep twisty trails, or battling mud-holes so deep the only way through is winching... yet in the next section the teams are in sand that's powder fine and measured in yards deep."

To make forest trails more challenging, event sponsors sometimes reroute or modify them. Such modifications have impacts of their own. Forest Service botanist Lorraine Miller expressed concern about erosion and sedimentation impacts from vehicles going over a streamside berm during the 1997 Hummer Challenge in Ocala National Forest (Miller 1997).

Motorcycle enduros cause less damage than 4WD competitions, but they have created problems on at least one Florida tract, the Withlacoochee State Forest . The forest has a 1,700-acre designated sacrifice area for ORV use, but race routes often extend outside this designated area, and racing motorcyclists frequently cut corners or miss turns and create multiple trails at bends in the route. Documented impacts include groundcover destruction, erosion, soil displacement, littering, cogongrass dispersal and user-created trail proliferation (Van Loan 1999).

Large gatherings organized primarily to foster comraderie among ORVers can also have an impact. In 2000, Marion Audubon Society documented severe ecological damage resulting from ORV rallies in the Ocala National Forest has been well documented. The publicity for organized ORV events also greatly increases ORV activity in the forest in general (Simons 2000; Miller 2001). People who hear about the event but don't attend often visit the forest at a later date. The people who do attend tend to make repeat visits to the forest. adventure-oriented users make on their own to practice mudbogging or otherwise enjoy the challenges of traversing the forest landscape (Simons 2000).

The Forest Service monitors formal group events to some extent, but there is little supervision of subsequent visits and ORV use in general on Florida's national forests.

P21

PHOTOS: Ocala National Forest 2000 Safari Triathalon. PhotoS by Seeber Fowler

### Inadequate Monitoring, Supervision and Law Enforcement

Group Use Permits are issued for nonpromotional and noncommercial events with fewer than 75 participants and no fee charged to participants or spectators. Applications for a noncommercial activity receive a simple denial or approval response from the Forest Service within 48 hours, and there is no mechanism for monitoring these "informal" events.

The Forest Service authorizes large, commercially sponsored group events through Special Use Permits. Before a Special Use Permit is issued, the forest's wildlife biologist and botanist assess threats to proposed and federally listed species and to sensitive species. The district ranger then decides whether the event warrants an environmental assessment, an environmental impact statement or categorical exclusion under National Environmental Policy Act (NEPA) and proceeds accordingly. An exclusions is granted if the district ranger determines that "the proposed action has not been and is not expected to be a controversial or sensitive issue" and "no extraordinary circumstances existed." Extraordinary circumstances include the presence of steep slopes or highly erosive soils; threatened or endangered species or their critical habitat; flood plains, wetlands or municipal watersheds; congressionally designated areas such as wilderness, wilderness study areas or national recreation areas; inventoried roadless areas; research natural areas; and native American religious or cultural sites, archaeological sites, or historic properties or areas.

Turning a blind eye to the accumulation of ORV impacts, the Forest Service has found no special circumstances and exempted hundreds of ORV events from public input and environmental analysis. Evidentally, since the events are supposed to take place only on numbered forest roads, special circumsatnces are noexistent and "the likelihood of unreasonable damage is [presumed to be] negligible (Tooley WHO IS HE personal communication)".

The Forest Service acknowledges that there has historically been "..little documentation of monitoring the affected areas before and after [ORV] events (Shelfer 2000)." Additionally, even though most events provide funds for law enforcement, law enforcement often is not present at the events

Forest Service planner Richard Shelfter (2000) reviewed the motorized event Special Use Permits issued for Ocala National Forest between March 3, 1997 and March 8, 2000. According to his report, only three events resulted in documented violations. One sponsor was assessed $200 for damage to a pine plantation, a motorcycle event was fined $50 for "...violating terms and conditions of the permit" in an unspecified way, and the Superlift 4x4 Adventure 2000 was fined $50 for mudbogging after the Forest Service was informed of natural resource damage by members of the Marion County Audubon Society who monitored the event (Bielling 1999). Only then did the Forest Service cancel two future events proposed by the Superlift organizers.

Years of lax monitoring and law enforcement have made Florida's national forests an essentially lawless frontier for ORVs. Managing ORV use and enforcing regulations in the forests is nearly impossible due to the lack of law enforcement personnel. The recently expanded law enforcement detail for the 400,000-acre Ocala National Forest , for example, consists of two law enforcement officers and one canine.

This lack of law enforcement and failure to manage the increasing number of ORVs in the forests leads not only to more wear and tear on existing roads and trails, but also to the expansion of illegal travelways. According to Jim Lyle (personal communication), the Forest Service has traditionally allowed roads and trails to be created by whomever wherever and the cumulative extent of these corridors has now become a serious problem. The Florida national forests simply have "too many roads -- legal and illegal" says Lyle.

# 3. KICKING UP DIRT:
## PROBLEMS AND TROUBLESPOTS IN FLORIDA'S NATIONAL FORESTS

*SIDEBAR*

*Forest Road Systems*

*In addtion to the state and county roads that cut through Florida's national forests, each forest has its own road system for forest management purposes.*

*Greenberg et al. (1997) describe the three types of unpaved roads constructed by the Forest Service in Ocala National Forest: limerock access roads, clay roads constructed to get heavy equipment into timber sale areas and sand roads built by simply clearing vegetation out of the way. These forest-management roads generally grid the forest along section boundary lines and serve as firebreaks around timber stands and burn units. The official road systems in the Osceola and Apalachicola are similar.*

*Pushing road density beyond acceptable limits on the forests are the thousands of miles of user-created ghost roads that are not officially recognized and roads that are closed to the public and do not appear on maps.*

*END SIDEBAR*

SIDEBAR

*Disappearing Roadless Areas*

*According to the 1999 "Revised Land and Resource Management Plan" (RLRMP) for the Florida national forests, the Forest Service protects many species -- including the wide-ranging Florida black bear, a state-listed endangered species, primarily by "maintaining blocks of habitat in remote condition and by acquiring further habitat lands, so that they can remain undeveloped."*

*"Habitat in remote condition" on national forests generally means "roadless area." Congressional designation as a Wilderness Study and Inventoried Roadless Area within the National Wilderness Preservation System is the best hope for adequately protecting such areas. To be officially designated, an area must be placed on the list of proposed areas identified*

through the Roadless Area Review and Evaluation II (RARE II ) process conducted by the Forest Service in _____. Areas on this list must encompass 5,000 or more acres and meet a number of other criteria such as very low road density relative to size and limited human influence and disturbance. To date, AREAS ACRES ___ acres in the Florida national forests have been officially designated to protect swamp and creek systems, long-leaf pine wiregrass sandhills, pine flatwood lakes, bottomland hardwoods and many other rare communities.

Fourteen more inventoried areas in the Florida national forests made the list of areas eligible for designation, but because the Forest Service has allowed road building, mining, commercial logging, utility right-of-ways and ORVs in some of these areas, eight of them no longer meet the criteria and five of the six remaining on the list have been reduced in size. One new roadless area, 15,403 acres of the Pinhook Swamp in the Osceola, was recently acquired, but overall the Florida national forests have lost more than 48,807 acres of roadless area TIME PERIOD?.

**Roadless Areas Lost in the Florida National Forests**

Apalachicola National Forest                                                    28,595 acres
Lost: Bay Creak, Black Creek, Post Office Bay, Providence
Reduced: Gum Bay, Long Bay, Savannah


Ocala National Forest                                                          14,242 acres
Lost: Baptist Lake, Buck


Osceola National Forest                                                         5,970 acres
Reduced: Impassable Bays, Natural Area Wilderness Study

*TOTAL ROADLESS AREA  LOST: 48,807 acres*


END SIDEBAR


**PHOTO: Ocala National Forest, road density aerial. Photo by Christine Small**

SIDEBAR:
TOM HOCTOR MAP
Road Densities on the Forida National Forests


According to a recent study, none of the three Florida national forests has an overall road density below the one mile per square mile limit scientists believe is necessary to maintain high quality habitat.

University of Florida doctoral candidate and landscape ecologist Tom Hoctor (2001) did a GIS road density analysis of the Florida national forests. He based his analysis on 1:24,000 digital

*line graph (DLG) road coverage from the United States Geological Service (USGS) and
excluded areas of open water. His findings, summarized below, are alarming -- all the more so
considering that they are probably underestimates because some minor roads and ORV trails
do not show up in DLG data.*

- *Ninety-three percent of the Ocala National Forest has a road density greater than one
mile per square mile.*

- *The Osceola National Forest (excluding the recently acquired Pinbrook roadless area)
appears to be only marginally better with 87 percent of the area above an acceptable
road density.*

- *Sixty percent of the Apalachicola National Forest has an overall road density greater
than one mile per square mile, although the density varies from one part of the forest to
another. The middle of the forest has large wetland wilderness areas and a much lower
road density. The western, northwestern and northeastern sections has a higher road
density. The northeastern section nearest Tallahassee has an extremely high road
density.*

**Apalachicola National Forest**

The 575,489-acre Apalachicola National Forest spreads across much of Florida's Franklin and
Liberty counties and extends eastward into Leon and Wakulla counties. There are two ranger
districts in Apalachicola National Forest: Apalachicola, one based in Bristol on the west side of
the forest, and Wakulla, the other near Crawfordville on the east side.

The Apalachicola is mostly a low, flat landscape of fire-maintained pine flatwoods and swamps
with slightly higher areas of sandhills and sinkholes to the north. The northeast portion extends
into the suburbs of Florida's capital city, Tallahassee, and is affected by urban fringe impacts.
Though extensively managed for timber, the rest of the forest is generally wild country in
traditional rural landscape.

Compared to the Ocala and Osceola national forests, Apalachicola National Forest has a
moderate road density. Still, 60 percent of the forest is above the one-mile-per-square-mile road
density standard scientists recommend for ecological core habitat (Hoctor 2001).

Four-wheel-drive vehicles cause most of the ORV problems on the Apalachicola, but there is
also an organized annual enduro race and other motorcycle activity and ATV traffic, especially
close to Tallahassee. Illegal ATV activities in the forest near Tallahassee have damaged
ecologically valuable sinkhole ponds and further degraded areas around borrow pits (Traylor
personal communication; Rohrbacher personal communication). This is "the single most
desperate situation" involving ORV damage to the Apalachicola, according to Forest Service
wildlife biologist Jim Ruhl (personal communication). Impacts are visible from the highway
along the Springhill, Woodville and Crawfordville roads. Although the damage is most evident
in the Woodville area, ORVs have also damaged much of the east side of the Apalachicola
(Lyle personal communication).

P25

The Apalachicola's sensitive savannas draw additional ORV traffic from fish bait suppliers who use vibrating car springs to "grunt" earthworms to the surface (Anglin personal communication). This is particularly damaging because recent burns are considered the best areas for worm collecting, and these are areas of sensitive new vegetation growth.

Savannas and seepages in other areas of the forest have been deeply rutted by ORVs. Mudholes and damage to areas around borrow pits can be seen along the horse trail north of Silver Lake Road off Forest Road (FR) 301 reports Forest Service forest technology specialist Ron Traylor (personal communication). Ditches and savannas have been torn up along FR (Forest Road) 150 off State Highway (SH) 12 (Traylor personal communication). Further down SH 12, four miles into the national forest along FR 105-K, mudboggers have created deep permanent ruts in the savannas (Traylor personal communication). They have also run over wet savanna habitats in the Post Office Bay area in the western part of the forest (Guy Anglin personal communication) – including flatwoods salamander breeding ponds near the rural community of Sumatra, reports David Printiss (personal communication) herpetologist with The Nature Conservancy.

Apalachicola National Forest's ecologically critical "ephemeral wetlands are magnets for ORVs (Printiss personal communication)." Temporary ponds throughout the forest have been damaged (Ruhl personal communication). Means et al. (1994) documented extensive ORV damage to specific ponds in the course of surveying striped newt habitat on the Apalachicola.

Upland areas have also been extensively damaged. In the Munson Hills, a sandhill restoration area, the number of informal ORV trails is so great, the sheer area of road surface constitutes a significant loss of habitat (Ruhl personal communication).

**PHOTO: Apalachicola National Forest sandhill groundcover damage by ORV-created multi-trails. Photo by Walter Tschinkel 3/20/02**

**PHOTO: Apalachicola National Forest rutting damage in a savanna. 3/21/02 Photo courtesy of Defenders of Wildlife (anonymous).**

## Ocala National Forest

The 383,362-acre Ocala National Forest covers eastern Marion County and parts of southern Putnam County and northern Lake County. There are two ranger districts in the forest: Lake George, based near Silver Springs in Marion County, and Seminole, based in Umatilla in Lake County.

**PHOTO:Ocala National Forest, fragmentaion of longleaf pine wiregrass ecosystem by ORV trails. Photo by Seeber Fowler**

The Ocala is rolling land with deep sandy soils. The world's largest sand pine forest covers most of the Ocala, but it also has substantial areas of oak scrub, sandhill, some mesic forest and numerous sinkholes, lakes, ponds, springs, streams and associated wetlands. Since the sand pine scrub habitat that dominates Ocala National Forest is an ecosystem that evolved to be maintained by catastrophic fires, the wildfire hazard is often extreme here (Snedaker and Lugo

1972).

Forest Service estimates that there are over 1,300 miles of ORV-created trail on the Ocala National Forest (Kathy Bronson personal communication). Road densities are alos appallingly high in the Ocala (Hoctor 2001) with 97 percent of the forest having a road density greater than the one mile per square mile standard scientists recommend for ecological core habitat and explains that "All of the literature suggests that under these conditions the Ocala National Forest should be suffering serious degradation of its ecological integrity."

Hannah (1992), considering only maintained roads and not jeep trails, calculated that 35 percent of the Ocala's "roadless area" is actually edge habitat and 30 percent is impacted by a bordering road. Hoctor (2001) points out that this forest's dominantly high and dry scrub and sandhill ecosystems make the landscape readily accessible and subject to rapid road and trail proliferation. He goes on to comment that this process is exacerbated by increasing user pressures due to the forest's rapidly urbanizing setting and proximity to several major cities.

Ocala National Forest's location east and adjacent to the city of Ocala, within an hour's drive of Orlando from the south and readily accessible to the remainder of central Florida's large urban population, make it a poular weekend playground. The forest's 7,000 inholdings (10 percent of the forest area) add to the demands that make this "perhaps the most urbanized forest in the National Forest System" (Harris and Silva-Lopez 1992). There is much more ORV pressure on the Ocala than on the other two [Florida national] forests put together," states Forest Service wildlife biologist Art Rohrbacher (personal communication). And the Forest Service realizes that "…the increased ORV usage is having a significant impact on the forest" says District Ranger Jerri Marr (2001).

In 1999, the Forest Service estimated there were 2.2 million visitor-days (one person for 12 hours or 12 people for one hour) in Ocala National Forest (Shelfer 2001). Only 126,500 of these forest users came to a visitor center where they might learn about Forest Service regulations and ecologically responsible behavior. Problems are compounded by the forest's popularity as a site for organized ORV rallies and races. These widely advertised events attract large numbers of users from around Florida and all over the United States.

There is extensive ORV play activity in vital isolated wetlands on the Ocala (Marion County Audubon 2000; Simons personal communication; Marwick personal communication; Johnson 2000). This "mudbogging is extremely damaging," says Forest Service biologist Carrie Sekerak (personal communication). Although vehicles are supposed to stay out of wetlands throughout the forest, and many of the affected areas have signage to that effect, most of the impacts on wetlands have occurred in areas that are otherwise open to ORV use, not in areas closed to off-road traffic (Harr personal communication). However, ORV impact surveys of the Ocala in 2000 and 2001 found 80 percent of the wetlands were impacted, sometimes severely and probably irreparably (Small personal communication).

A few of the affected areas have been documented. University of Florida doctoral candidate Steve Johnson (2000) reports severe ORV impact at a striped newt and gopher frog breeding site south of Salt Springs that he calls "Mud Bog Pond." Around 1998, Johnson found numerous dead gopher frog tadpoles in this pond. Johnson (2000) also observed ORV damage

to a likely striped newt breeding site north of Lake Delancy. The Forest Service has erected poles in this pond in an attempt to discourage mudboggers.

Forest Service research sites have also been invaded and vandalized by ORVs traveling around the peripheries or through study ponds (Greenberg personal communication). Johnson (2000) says that both striped newts and gopher frogs have used several of these ponds in the past.

Defenders of Wildlife biologist Christine Small's Ocala survey notes of June, 10, 2000, refer to problems in the pipeline area south of Lake Dorr and "trashed sinkholes" in the area. Other ORV-damaged ponds she recorded included Mud Pond, Bunch Ground Pond and many smaller depressions. Small also reported a population of *COMMON NAME Hartwrightia* that has been nearly extirpated on the powerline right-of-way in the Paisley Area.

### PHOTO: Ocala National Forest ORV sinkhole damage. Photo by Marcie Clutter

Marcie Clutter, a Defenders volunteer and Florida Trail Association member, has documented extensive ORV impacts just south of Lake Delancy. She is particularly dismayed that a formerly beautiful sinkhole is now eroded and ringed with bare ground from ORV traffic.

The little ponds near Northeast 125 Terrace Road behind the Chippewa subdivision at the forest community of Lynne are all encircled by bare ORV impact zones, says professional naturalist and longtime forest community resident Guy Marwick (personal communication). Where the banks are steep, soil disturbance has resulted in extreme erosion. Mudbogging ORVs have been seen stuck in the bottoms of the ponds (Marwick personal communication). Damage is also evident along the string of ephemeral ponds from the east side of SH 19 almost to the edge of the forest, says Marion Audubon Society member Margie Bielling (personal communication).

At a January 2000 forest user access workshop, a citizen described a wetland in the scrub northeast of the U.S. Naval Bombing Range in the south central Ocala as "very heavily used and very damaged." Sandra Kokernoot, public lands chair for the Putnam County Environmental Council described ORV-damaged areas in the Ocala a 2001 letter to the Forest Service. She noted that the land between the Oklawaha River and FR 77-1 has been dissected by increasing numbers of north-south river access trails connected by a widening, potholed, east-west trail parallel to the river. She also reported that ATVs and motorcycles were going around a barrier blocking a closed road at the 90-degree turn with FR 77-G, damaging vegetation and impacting an area frequently used by bears.

Impacts also continue to spread across previously unaffected areas of the forest. Guy Marwick and Seminole Ranger District district ranger Jim Thorsen recently observed miles of new ORV trails lacing Church Lake Prairie, an area south of State Road (SR) 40 that was virtually pristine just a few months before Evidently, vehicles had followed firebreaks into the interior during drought conditions. This is especially distressing because the dense vegetation around this prairie is important bear habita.t. Fourteen different Florida black bears have been observed there over the past year (Marwick personal communication).

### PHOTO: Ocala National Forest, Church Lake Prairie damage. Photo by Guy Marwick

Although the public has expressed the greatest outrage over wetland impacts on the Ocala,

some SCIENTISTS believe that more damage has been done to wiregrass groundcover in the sandhills (Sekerak personal communication). Marion County Audubon (2000) documented extensive ORV impacts to the wiregrass on Ocala National Forest's Riverside Island, an area long-recognized by the National Natural Landmarks program as one of the most outstanding examples of the disappearing longleaf pine community (Duever et al. 1982).

There is also concern regarding ORV-related wildlife disturbance and harassment in Ocala National Forest. Ecologist Robin Lewis (2001) has formally requested that the Forest Service look into ORV activity around eagle nests. He also reports adverse impacts on endangered Florida scrub jays and disturbance of eagle and osprey nests on Lake Delancy, noting that airboaters sometimes flash floodlights into the nests at night.

**Osceola National Forest**

The 194,732-acre Osceola National Forest in Baker and Columbia counties is administered by the ranger district in Olustee, Florida. The Osceola is a low-relief landscape of flatwoods and swamps in a rural setting. The nearest large city is Jacksonville, an hour's drive to the east. Unlike the Apalachicola and Ocala, which are located in regions of high endemism and serve as habitat to extraordinary concentrations of rare species, Osceola National Forest is characterized by widespread natural communities and a diversity of wetland communities that have not been extensively surveyed. Increasing hunting and other recreational pressures present challenges to land management in this forest, but much less so than in the other two forests.

The number of vulnerable rare plant species on the Osceola National Forest is probably underestimated. Systematic botanical surveys looking at likely swale and pond habitats have not been conducted in this forest says USFWS biologist Jane Monaghan (personal communication). Also, a long history of fire suppression and winter-only prescribed burning has suppressed floral diversity in the Osceola, but rare plants are beginning to reappear in areas now managed under an ecologically appropriate fire regime (Hancock 2001).

Road densities are already high in Osceola National Forest where the situation is "only marginally better" than in the Ocala (Hoctor 2001). Indeed, Hoctor (2001) concedes that both forests "would benefit greatly from large-scale road closures." The forest is heavily fragmented by logging roads and a huge number of ghost roads such as firelines that have become ORV trails and places where vehicles have created parallel routes when the main road has been muddy or flooded (Hancock 2001). This fragmentation may account for the failure of experimental reintroduction of the Florida panther in the forest (Smith et al. 1996).

The current use pattern on Osceola National Forest is typical of the early phases of ORV activity on a forest distant from population centers. "There is traffic close to houses and inholdings -- mostly kids with ATVs and that sort of thing. Otherwise, it's just hunters," Osceola forester Tommy Spencer explains (personal communication). "There is not much traffic on the Osceola yet, but it's going to happen. Now is the time to plan."

There has been some impact on wetlands, however (Lyle personal communication; Hancock personal communication; Monaghan personal communication). Judy Hancock, public lands issues chair for the Florida Chapter of the Sierra Club, explains that heavy hunting season traffic of trucks with oversize-tires does substantial rutting and vegetation damage to wetlands in many

P29

parts of the forest. Few of Osceola National Forest's wetlands have been altogether spared from the scars of such activity (Hancock 2001).

This heavy hunting season use leaves Osceola National Forest vulnerable to the kind of cumulative damage that has so severely impacted the Big Cypress National Preserve. Twenty years ago, Duever et al. (1981) predicted the gross expansion of ORV impacts that have spread across that similar mosaic of flatwoods and wetlands. They documented that places damaged by ORVs take several years to heal and explained that recovery cannot possibly keep pace with the additional disturbance caused each year by hunters traversing their old trails and a few new places each season.

Many of the problems in Osceola National Forest are around ponds created by old borrow pits (areas excavated for landfill). Recurring ORV damage to vegetation has made it difficult to manage such ponds as fish habitat (Monaghan personal communication). Another troublespot is the road through Impassable Bay to the recently acquired Summers Tract, where ORV users repeatedly tear down the gate the Forest Service installed to prevent vehicular access to this designated roadless site (Hancock 2001).

Unfortunately, very little specifuc ORV or road impact research has been conducted in Florida forests. Wildlife biologists and conservation ecologists agree that roadless areas are important to biodiversity conservation, but concede that we do not have data to define the relationship between road density and wildlife survival in Florida (Kautz 2001; Hoctor 2001). The Florida Division of Forestry (FDOF) has inventoried roads in Blackwater River State Forest and begun looking at road functions analytically, but ecological factors have not yet been examined in any depth (Vowell personal communication). Hoctor (2001) voices the sentiments of most Florida ecologists: "It is clear that roads have many impacts on ecological integrity. To assume that may not be the case here in Florida because there has not been as much research would be unwise at best."

## 4. INFILTRATING THE LANDSCAPE:
## THE IMMEDIATE IMPACTS OF ENHANCED ACCESS VIA ROADS AND ORVS

Many road and ORV impacts are the result of enhanced human access (Trombulak and Frissell 2000; Clark et al. 1993; Young 1994; Stankey 1980; Buckley and Pannell 1990;

P30