# The Southern Forest Resource Assessment

# Summary Report

by

David N. Wear

USDA Forest Service

Research Triangle Park, North Carolina

and

John G. Greis

USDA Forest Service

Atlanta, Georgia

## Draft–Monday, November 19, 2001

Plaintiff's Exhibit 1I

# Southern Forest Resource Assessment Executive Summary

November 2001

The Southern Forest Resource Assessment was initiated in May 1999 to examine the status, trends, and potential future of southern forests and their various benefits. The USDA Forest Service has led the effort in cooperation with the U.S. Fish and Wildlife Service, Environmental Protection Agency, Tennessee Valley Authority, and Southern States represented by their forestry and fish and wildlife agencies.

The Assessment addresses topics regarding the sustainability of southern forests in light of increasing urbanization and timber harvests, changing technologies such as chip mills, forest pests, climatic changes, and other factors that influence the region's forests. The intent was to develop a thorough description of forest conditions and trends in the South that helps the public understand these complex and important topics.

The approach was question-driven, with public meetings and comments helping to frame the Assessment with 23 specific questions. A team of "question managers" was assigned to employ a rapid scientific approach in drafting the 23 chapters and two background papers of the Technical Report. Results will be used to help identify subregions within the South that could need additional analysis at a finer scale. A Summary Report was developed to compile and interpret some of the important findings contained in the encyclopedic Technical Report. This Executive Summary further distills the findings.

## Forces of Change

We evaluated the forces of change that have and continue to reshape forests in five areas. They include:

### Land Markets

**History and Status**: From 1700 to 1930, land clearing for agriculture and timber production completely restructured southern ecosystems. Clearing for agriculture greatly diminished the area of forested wetlands, especially in the Mississippi River Alluvial Valley. Agricultural uses reached their zenith in the late 19th century. Wholesale land abandonment then set the stage for a long period of forest reestablishment and growth.

Since the 1940's there has been little net change in forest area in the South and current forest area is 214 million acres, about 91 percent of that recorded in 1907. However, there have been large offsetting changes: forest has been converted to urban and agriculture in some places and agricultural land has been converted to forests in others.

**Future**: Forecasting models indicate that 12 million forest acres will be lost to urbanization between 1992 and 2020. An additional 19 million acres are forecast to be developed between 2020 and 2040. Forecasts also indicate conversion of 10 million acres from agricultural land to forest between 1992 and 2020 and conversion of another 15 million acres by 2040. Most forest loss is expected to be concentrated in the eastern part of the region, with forest gains concentrated in the west.

### Timber Markets

**History and Status**: Between 1953 and 1997, the South's timber production more than doubled, its share of U.S. production increased from 41 to 58 percent, and its share of world production increased from 6.3 to 15.8 percent. The region now produces more timber than any other country in the world.

The South produces a great variety of timber products, including softwood sawlogs (28 percent), softwood pulpwood (25 percent), and hardwood pulpwood (16 percent). Since 1953, hardwood pulpwood has experienced the greatest increase in product share, growing from 3 to 16 percent of output.

**Future**: Timber market models forecast that timber production in the United States will increase by about a third between 1995 and 2040. Nearly all of this growth will come from the South where production is forecast to increase 56 percent for softwoods and 47 percent for hardwoods.

### Social Institutions

**History and Status**: Laws, regulations, and government programs are frameworks within

which forests are managed. The current income tax code has mixed impacts on long-term investments in forestry, while inheritance taxes encourage owners to liquidate or split up forest properties.

Forest incentive programs that subsidize tree planting have a long and successful history in the South, and recent programs focus on multiple values produced from forests.

Direct regulation of forestry is limited in the rural South. However, in urbanizing areas, a proliferation of local regulations affects land use and forest management—local regulations nearly doubled between 1992 and 2000.

**Future**: Funding of forest incentives is likely to vary depending on shifts in State and Federal priorities. The expansion of local regulations appears to be closely linked to population growth and urbanization. The number of regulations affecting forest treatments will likely continue to expand in high growth areas.

## Biological Factors

**History and Status**: Biological forces ranging from natural succession to plant diseases continuously alter the structure of forests. Native plant diseases and insects affecting pines have become problematic in the South as the species composition and configuration of pine forests has changed—southern pine beetle and fusiform rust are economically significant pests.

Exotic diseases and insects have altered and are altering southern forests, especially hardwoods. Chestnut blight removed an important canopy species beginning in the 1930's. Several other species-specific diseases (including dogwood anthracnose, oak wilt, and butternut canker) and exotic insects, (including gypsy moth, balsam wooly adelgid, and hemlock adelgid) have been introduced to the South.

Exotic trees, shrubs, vines, birds, and mammals are having large impacts on southern ecosystems.

**Future**: Southern pine beetle is forecast to continue to cause substantial economic damage and ecological change in the South, especially on heavily stocked nonindustrial private forests and aging public forests. Multiple exotic diseases and insects affecting hardwoods will continue to spread from northern areas. Expansion of urban areas will likely increase the spread of exotic plants and animals and impact native plant and wildlife communities.

## Physical Factors

**History and Status**: Many southern forest types are fire-adapted. Exclusion of fire has altered their species composition, flammability, and management. The ambient environment influences forest growth and vigor. Ozone pollution has reduced the growth of southern pines.

**Future**: Ozone pollution is forecast to increase anywhere from 20 to 50 percent between 1990 and 2025, and growth reductions in southern pines are expected as a result. Future changes in temperatures could positively or negatively affect forest growth and species ranges, depending on the extent of the change and availability of moisture. Acid deposition is not expected to significantly impact the region's forests, except in the Southern Appalachians. The reintroduction and continued use of fire will remain challenges as urbanization and air pollution concerns limit its use.

## Southern Forest Conditions

We examined southern forest conditions from the four different perspectives: (1) social and economic systems, (2) forest area and condition, (3) terrestrial ecosystems, and (4) water quality, wetlands, and aquatic ecosystems.

## Social and Economic Systems

### SOCIAL CONTEXT

**History and Status**: The population of the South has grown at a faster rate than national averages. As a result the share of the U.S. population residing in the South has increased to more than 32 percent. Although growth was largely in urban areas through 1980, it is now spread across nearly all southern counties.

The demographic profile of the South has also changed toward a more urban population. These changes are reflected in values that have shifted away from strong commodity orientation to a more biocentric view.

**Future**: Population is forecast to continue growing in absolute terms and relative to the United States as a whole, putting increasing pressure on forests, especially in urbanizing areas.

### PEOPLE AND FORESTS

**History and Status**: Comparing the distribution of population with forest distribution indicates areas where access to forests and their benefits is especially limited. These are concentrated in Florida, in northern Virginia and northern

2

Kentucky, and along interstate highway corridors: I-85 from Atlanta to Raleigh, NC, I-65 from Birmingham, AL to Nashville, TN, and I-81 from Chattanooga, TN to Wytheville, VA.

**Future:** Forecasts from 1992 to 2020 indicate outward growth and increased human impacts on forests surrounding urban centers including Atlanta, Nashville, and Charlotte, NC and along the Atlantic and Gulf of Mexico coastal areas. These wildland-urban interfaces influence many forest values.

### WOOD PRODUCTS

**History and Status:** With expansion in forest production has come an expansion in jobs and income derived from the wood products industry. In 1997, timber harvests led to more than 700,000 jobs in wood products sector and more than $118 billion in total industry output. Total economic impacts of these activities were about 2.2 million jobs (5.5 percent) and $251 billion of total industry output (7.5 percent).

Timber harvesting and management of timber production are prevalent in all parts of the region, but especially concentrated on the Atlantic and Gulf of Mexico Coastal Plains.

**Future:** Timber production percentages are forecast to increase the most northward and westward from the traditional production core of the South—Tennessee, North Carolina, Arkansas, and western Virginia.

Increases in timber harvests are not expected to deplete inventories, but there is considerable variability among States and forest types. Softwood inventories are forecast to increase at a gradual rate between 1995 and 2040. Hardwood inventories are forecast to expand between 1995 and 2025, but will then fall slightly between 2025 and 2040. This reflects forecasts that show hardwood removals exceeding growth regionally by about 2025, sooner in some States.

### RECREATION

**History and Status:** Southern forests provide a broad array of recreation activities. Driven by a growing population and changes in income and other demographics, recreation uses of all types have increased. Recreation is an important source of employment and income in the South. In 1997 outdoor recreation-based tourism contributed between 0.64 and 2.88 percent of southern jobs. Public lands represented 56 percent of this contribution. Recreation pressures on public land are substantial. Much private land is unavailable for public recreation, and the trend is toward less access.

**Future:** Given current land ownership patterns, there appears to be limited capacity to expand forest-based recreation opportunities in the South. Recreation activities on public land are expected to be increasingly congested, and competition among various recreation groups will increase.

### QUALITY OF LIFE

**History and Status:** Forests contribute to quality of life in several ways including production of wealth through wood products and recreation, environmental quality, and aesthetics.

**Future:** Changes in the use of forests will likely affect the quality of life for local residents. Forecasts for increased harvests in areas outside the production core of the South may lead to increased wealth for some, but loss of aesthetic and environmental benefits for others. This will likely lead to debate over desired forest uses in these local areas.

## Forest Area and Conditions

### FOREST AREA AND OWNERSHIP

**History and Status:** The South has more than 214 million acres of forest land, 60 percent of the total in 1630 and 91 percent of the total in 1907. Forest area has been relatively stable since the 1970's. Eleven percent of timberland (21.4 million acres) is managed by various government agencies. The remaining 89 percent is privately owned. Twenty two percent of private timberland is owned by forest industry, 21 percent by farmers, 12 percent by other corporations, and 45 percent by other individuals.

Ownership is changing, with a decrease in forest industry ownership between the 1980's and 1990's and an increase in other corporate owners, including timber investment management organizations.

**Future:** Total area of forest land is forecast to decline by only 2 percent between 1995 and 2040. Early results from the most recent forest inventories indicate that decreases in forest industry ownership are continuing.

### BROAD FOREST TYPES

**History and Status:** While total forest area has remained relatively constant, the distribution of forest types changed from the 1950's to the 1990's. The area of upland forest increased gradually. The area of lowland hardwoods declined somewhat between the 1950's and 1970's but has leveled off since. The area of naturally regenerated pine stands decreased by about half as the result of natural succession to

3

upland hardwoods, harvesting of the pine component, or conversion to nonforest uses or planted stands following harvest. Planted pine increased from about 2 million acres in 1953 to 32 million acres in 1999. Between the 1980's and 1990's, pine plantations were established on land that was previously hardwood or mixed pine-hardwood forests (47 percent), natural pine forests (28 percent), and agricultural fields (25 percent).

**Future:** The area of pine plantations is forecast to increase by 67 percent to 54 million acres in 2040. Areas of all other forest types are expected to decline at gradual rates over this period. Forests of all types will be lost to urban uses and gains in planted pine will come mainly from planting agricultural fields.

LANDSCAPE STRUCTURE

**History and Status:** A satellite "snapshot" of forest cover in the early 1990's indicates areas where forest is highly contiguous. These areas include the Blue Ridge Mountains, the Cumberland Plateau, the Allegheny Mountains, the Ozark-Ouachita Highlands region, and some coastal areas.

Conversely, areas where forest cover is highly fragmented include the Piedmont, central Tennessee, and the Ridge and Valley ecoregion.

**Future:** Forecast population growth coupled with current conditions suggests that the Piedmont will be especially susceptible to increased fragmentation through 2040.

FOREST INVENTORY

**History and Status:** Southern forests accumulated considerable volumes of timber between the 1950's and 1990's. Inventory grew by 73 percent from 148 billion cubic feet to 256 billion cubic feet, reflecting rapid growth of stands established since the 1930's. Recent inventories indicate a general slowing in the rate of accumulation for hardwoods and a leveling off of accumulation for softwoods.

**Future:** Forecasts indicate that softwood growth will overtake and exceed removals by a slight margin in the next few years. As a result, softwood inventories are forecast to increase steadily between 1995 and 2040. Hardwood removals are forecast to exceed growth by about 2025. Thus inventories are forecast to peak in about 2025, and then decline to levels just exceeding current amounts by 2040.

TIMBERLAND PRODUCTIVITY

**History and Status:** Intensive management has increased southern timber yields. High intensity

management can increase yields by 65 percent over standard site preparation and planting and by more than 100 percent over naturally regenerated forests.

**Future:** Future productivity is a key to determining both future forest conditions and forecasts of timber markets. For example, models indicate that if anticipated productivity gains were not realized, the result would likely be more pine plantations to supply timber products. The effects of environmental and climate change and pest-related mortality on productivity are less certain.

## Terrestrial Ecosystems

ABUNDANT FOREST COMMUNITIES

**History and Status:** Upland hardwood and pine types remain plentiful in the South but are subject to several health concerns. Southern pine beetle has had the largest economic impact of any forest pest over the past 30 years. The chain of forest changes begun by the chestnut blight continues; the latest change agent may be a disease complex called oak decline, which is especially severe in the Southern Appalachians and the Ozarks.

**Future:** With pine types, southern pine beetle will continue to be an economically important pest. Epidemics are likely where pines have been planted outside their natural range and in the absence of active management. Spillover epidemics from public land may continue to be problematic in the South. The complex of exotic insects and diseases affecting hardwoods has the potential to restructure forests, especially in the northern part of the region.

RARE FOREST COMMUNITIES

**History and Status:** Many concerns about southern wildlife and plant species focus on rare forest communities. Fourteen critically endangered communities have lost more than 98 percent of their habitat since European settlement. Most are in seven classes: (1) old growth, (2) spruce-fir, (3) wetlands, bog complexes, and pocosins, (4) bottomland and floodplain forests, (5) glades, barrens, and prairies, (6) longleaf pine forests, and (7) Atlantic white-cedar swamps.

**Future:** Two of the seven classes—old growth and spruce-fir forests—are found largely on public land. The remainder is generally in private ownership, so their future depends on the decisions of numerous owners. Spruce-fir appears to be under the most stress, mainly from a combination of air pollution and an exotic insect. Remnant longleaf pine forests are threatened by development and fire exclusion.

4

EFFECTS OF LAND-USE CHANGES

**History and Status**: Urban land uses have impacts on sensitive forest wildlife including many Neotropical migrant bird species through loss and fragmentation of habitat and increased disturbances.

**Future**: Forecasts of land use change suggest that sensitive bird species may be subjected to the most change in heavily urbanizing areas such as the Piedmont, where declines due to habitat loss and degradation could occur for Neotropical migrants and to forest-interior and early-successional habitat specialists.

EFFECTS OF FOREST MANAGEMENT

**History and Status**: Forest management can have important implications for wildlife. Impacts depend on specific site conditions and the management practices employed. Broader, landscape patterns can influence mobile wildlife species. Fragmentation effects of certain practices are likely to be lower in heavily forested areas than in areas where urban and agricultural uses predominate, such as the Piedmont, Interior Low Plateau, and Mississippi Alluvial Plain. Landscape configuration and impacts of management may be especially high for some species, especially certain amphibians. Across the South, more species are threatened by increased isolation of shrub-scrub and grassland habitats than are affected by scarcity or fragmentation of mature forests.

**Future**: The ultimate future challenge for forest management is to support the array of grassland, shrub-scrub, and mature forest species occurring within the same landscapes.

WILDLIFE SPECIES OF CONCERN

**History and Status**: Of the 1,208 vertebrate species known to exist in the South, 132 are considered to be of conservation concern, and 28 are classified as critically imperiled. The South is the center of amphibian biodiversity in the United States. Fifty-four amphibians are classified as species of concern, and 19 are critically imperiled. Areas where the concentration of endangered species is high include the Southern Appalachians, Atlantic and Eastern Gulf Coast Flatwoods, Gulf Coast Marsh and Prairie, and Peninsular Florida. Loss of habitat is the primary cause of endangerment.

**Future**: Habitat protection will be a challenge in the face of the rapid urbanization forecast for the South. Forestry operations can have impacts on certain amphibians, especially those that depend on both wet and upland habitats.

CONSERVATION ISSUES

**History and Status**: Public land is relatively scarce in the South (11 percent of forests) but plays an important role in conservation for specific forest types and wildlife species. More often, the management of private land determines the future of imperiled species and rare forest communities. Effective conservation often requires collaboration, giving rise to multiple-owner consortiums.

**Future**: Although scarce, public land has unique ecological value because it can provide a dependable supply of interior forest habitat and older forests. In urbanizing areas, public tracts can serve as anchors for conservation strategies pursued by multiple owners. The effective reintroduction of fire to many forest ecosystems will remain a critical forest conservation challenge.

## Water Quality, Wetlands, and Aquatic Ecosystems

WATER QUALITY

**History and Status**: About 30 percent of the South has relatively good water quality, 36 percent has moderate water quality problems, and 15 percent has serious water quality problems. The leading causes of water quality impairment have been siltation, pathogens, and nutrients. Of the 11 major sources of water quality impairment, agriculture and urbanization have ranked highest, with silviculture ranking next-to-last. When properly implemented, best management practices (BMP's) are effective in controlling nonpoint source pollution from silvicultural activities. Twelve of the 13 States have monitored BMP compliance and reported results. Differing survey methods among States preclude reporting regional trends. Consistency among States is improving, however, as six have adopted similar procedures since 1997.

**Future**: As timber production increases in the South, effective BMP implementation will remain crucial for protecting water quality.

WETLANDS

**History and Status**: Approximately 32.6 million acres of forested wetlands occur in 10 Southern States (Assessment area minus Virginia, Texas, and Oklahoma). They represent 64 percent of the total in the conterminous United States. Forested wetland losses have been widespread but concentrated in the Mississippi Alluvial Valley and the Coastal Plain of the Carolinas. Rates of

5

losses have declined since the 1970's but impacts and functional changes continue to occur.

**Future:** Land management practices and forecast urbanization are expected to continue to alter the function of wetlands. Wetland restoration efforts will continue, but their likelihood of success is not clear. Forest management practices will play an important role in the persistence of certain amphibian species.

### AQUATIC SPECIES OF CONCERN

**History and Status:** The South supports a great diversity of aquatic life. Several hundred species of concern are found among the amphibians, mussels, crustaceans, fish, snails, and aquatic insects of the region. Especially high concentrations of critically imperiled species occur in mussel, fish, and amphibian biota due to modifications of aquatic and wetland habitats.

**Future:** For many mussels and some other species, declines will continue due to the effects of essentially irreversible actions such as damming, agricultural conversions, and the introduction of exotic species. Many aquatic species of concern are narrow endemics. The effects of development and management may be disproportionately high for the small areas they occupy.

## Discussion

### Broad Findings

The findings of this Assessment have led to some broad observations about the status and future of southern forests:

**Several forces are affecting the condition of southern forests.** The South is an economically, culturally, and ecologically complex region, and multiple forces of change are simultaneously affecting forest conditions.

**Urbanization presents a substantial threat to the extent, condition, and health of forests.** Among forces of change, urbanization will have the most direct, immediate, and permanent effects on the extent, condition, and health of forests.

**Population is growing, and the social context is changing.** These changes have implications for the values and demands that people place on forests as well as the uses of forests.

**Total forest area will remain stable, but subregional and compositional changes will continue.** We forecast little net change in the total area of forests between 1995 and 2040 as losses of forests to urban uses are forecast to be offset by shifts from agriculture to forest. Urban development is forecast to be concentrated in the eastern and afforestation of agricultural land concentrated in the western parts of the South. Overall, the region will experience a westward shift in its forest area.

**Timber production is forecast to expand but will not deplete forest inventories below current levels.** Between 1995 and 2040, softwood outputs will expand by 56 percent and hardwood outputs by 47 percent. Softwood inventories will continue to expand throughout. Hardwood inventories will expand until 2025 and then decline slightly between 2025 and 2040.

**Investment in pine plantations is forecast to expand to meet increased softwood demand, but this has implications for the ecological characteristics of southern forests.** Pine plantations enhance timber productivity—for example, planted forests accounted for 15 percent of timberland but contributed 35 percent of annual softwood removals between the 1980's and 1990's. Increases in pine plantation acreage could also result in varying ecological changes, depending on stand origin and management. These effects are better documented at the forest stand level than at a broader landscape scale.

**Changing land use and harvest patterns will have important impacts on people.** The wood products industry currently accounts for about 6 percent of jobs and 8 percent of income. In some rural parts of the South, these percentages are much higher and the industry has represented a majority of the local base economy. Forests also contribute to the quality of life in the region by providing opportunities for recreation, visual backdrops, and environmental quality. Forecasts of increasing timber harvests imply more jobs in the wood products sector. However, abrupt changes in forest conditions could lead to costs for some people, benefits for others, and increased debate over forest uses in areas outside the traditional production core of the South.

**Southern forests have proven resilient but some components are scarce and therefore at risk.** Through the 20th century, the South has recovered from a largely cutover, exhausted, and eroded condition to become one of the most productive forest regions in the world. However, the presence of numerous imperiled animal species (28 terrestrial vertebrates are critically imperiled) and increasingly rare forest communities (14 communities have been reduced to less than 2 percent of their area at the time of European settlement) are reasons for concern.

6

**Scarce forest types have high ecological value.** To borrow the adage from economics, scarcity defines value. The rare forest communities in the South (above) have disproportionately high ecological value. Thus, much concern about biodiversity is focused on these relatively small shares of the forest landscape.

## Subregions of Concern

We identified three areas where forces of change and their implications are concentrated in the South:

**Southern Appalachians**—This region will be influenced by a combination of human, biological, and physical factors over the next two decades. Population growth and land-use changes will increase the human presence in many forests. Demands for forest-based recreation are focused on the Southern Appalachians, and increased competition among recreation user groups is anticipated. A complex of forest health issues is affecting all forest types in this region and has the potential to restructure forest ecosystems.

**Piedmont**—Forecasts of land-use change suggest that the Piedmont, from Virginia to Georgia, will experience the greatest loss of forest area among ecological sections of the South. Already this heavily forested region has a very low ratio of interior forest to total forest, indicating a high degree of forest fragmentation. Fragmentation is likely to continue with growth of populations in urban counties and interspersed rural counties. Consequently, wildlife habitats will be altered for certain Neotropical migrant and other important bird species. Because populations will grow and forest area will decline, we also expect an increasing scarcity of forest-based recreational opportunities for city dwellers.

**Lower Atlantic and Gulf Coastal Plains**— Coastal flatwoods areas are forecast to lose large shares of forest to urban development. Forest loss combined with intensified forest management could have cumulative negative effects on coastal wetlands, through direct wetland loss and modification of hydrological regimes. The flatwoods, one of two areas in the South with the highest concentrations of endangered animal and plant species, contain many imperiled amphibians, crustaceans, and reptiles. These concerns are concentrated especially in the Florida Panhandle.

## Scientific Uncertainties

Available information has allowed us to describe several emerging issues that could affect the sustainability of the South's forests, but more information is needed to clearly identify problems and solutions. The following are some key areas of uncertainty:

o   Effects of population growth on forest ecosystems

o Influence of changing market and other values on land use and management choices

o Determinants of overall forest productivity for all benefits

o Forecasts of changes in ecological structure and functions

o Broadening the scale of forest research to better address questions at regional levels

o Role of fire in forests and the effective use of fire

o Influence of changing forest structure, especially pine plantations, on ecosystem function and wildlife

o Development of new forest management strategies for a variety of settings

### Additional Information

## www.srs.fs.fed.us/sustain

Visit the Southern Forest Resource Assessment online to review reports and provide written comments.

P210

## PREFACE

The Southern Forest Resource Assessment was initiated in 1999 as a result of concerns raised by natural resource managers, the science community, and the public regarding the status and likely future of forests in the South. These included changes to the region's forests brought about by rapid urbanization, increasing timber demand, increasing numbers of satellite chipmills, forest pests and changing air quality. In response to these issues, leaders of four of the region's federal natural resource agencies (USDA Forest Service, U.S. Environmental Protection Agency, U.S. Fish and Wildlife Service), and the Tennessee Valley Authority, agreed to work together to provide a careful evaluation of the overall condition and ongoing changes of southern forests. State forestry and fish and wildlife agencies were invited to take part and have actively contributed to the effort. The USDA Forest Service, through the Southern Region and Southern Research Station, has provided overall leadership.

The Draft Assessment Report and this Summary Report are the culmination of more than 2 years of effort by more than 25 scientists and analysts from the above agencies as well as southern universities. More than 100 scientists from universities, state and federal agencies, industry and conservation organizations provided peer reviews to enhance the reports' accuracy and completeness. This Summary Report is intended to provide its reader with an overview of the many forces of change affecting southern forests and the changes they affect. It summarizes the detailed results reported by Assessment Team members in individual Chapters of the full Draft Assessment Report. The information contained in the body of the Assessment should enhance public understanding of southern forests, inform public debate, and improve public policies that result.

P211

*SFRA Draft Summary Report*                    *www.srs.fs.fed.us/sustain*

# Table of Contents

1    Introduction ................................................................................................ 5

2    Forces of Change ......................................................................................... 8

2.1    Forecasting Change .............................................................................. 8

2.2    Land Markets ..................................................................................... 10

2.3    Timber Markets .................................................................................. 12

2.4    Social Institutions .............................................................................. 17

2.5    Biological Factors ............................................................................... 18

2.6    Physical Factors ................................................................................. 20

2.7    Interactions ....................................................................................... 22

3    Conditions of Southern Forests ................................................................. 22

3.1    Social and Economic Systems ............................................................. 25

3.1.1    Social Context ............................................................................. 26

3.1.2    People and Forests ...................................................................... 29

3.1.3    Wood Products ............................................................................ 33

3.1.4    Recreation .................................................................................. 40

3.1.5    Quality of Life ............................................................................ 43

3.2    Forest Area and Conditions ................................................................ 45

3.2.1    Forest Area and Ownership ......................................................... 45

3.2.2    Broad Forest Types ..................................................................... 48

3.2.3    Landscape Structure ................................................................... 51

3.2.4    Forest Inventory ......................................................................... 54

3.2.5    Timberland Productivity .............................................................. 57

3.3    Terrestrial Ecosystems ....................................................................... 59

3

3.3.1    Abundant Forest Communities.................................................................59

3.3.2    Rare Forest Communities .......................................................................65

3.3.3    Effects of Land-use Changes ..................................................................67

3.3.4    Effects of Forest Management ...............................................................69

3.3.5    Wildlife Species of Concern ...................................................................71

3.3.6    Conservation Issues.................................................................................73

3.4    Water Quality, Wetlands and Aquatic Ecosystems .........................................75

3.4.1    Water Quality............................................................................................75

3.4.2    Forested Wetlands....................................................................................78

3.4.3    Aquatic Species of Concern ...................................................................81

3.4.4    Conservation Issues.................................................................................84

4    Discussion ...............................................................................................................85

4.1    Broad Findings .................................................................................................85

4.2    Subregions of Concern ....................................................................................89

4.3    Implications for Ongoing Programs ..............................................................90

4.4    Knowledge Gaps and Scientific Uncertainties .............................................91

4

# 1    Introduction

The South's forests are expansive, diverse, and vital. Many forces—ranging from development to environmental change to timber management—continue to shape them. Although change has been constant, the rate of change is accelerating and has raised questions about the sustainability of southern forests and the broad complement of values they provide.

Sustainability is a sweeping concept—ensuring opportunities for the future as resources are used today. Pursuing sustainability requires broad and long-term commitment and ongoing monitoring, study, and action. The first step is to understand and anticipate the forces of change that will directly shape forested ecosystems and the social factors that are likely to drive those changes. Ultimately, society must manage change to achieve sustainability.

The ***Southern Forest Resource Assessment*** documents and analyzes the many factors that are affecting the forests of 13 Southern States (Figure 1.1). Our goal has been to answer several specific questions about southern forests and their uses, and in the process, to create a comprehensive base of information about them. This undertaking is complex given the multiple factors that influence forests, the diversity of the region's people and biota, and the history of land and resource uses.



Figure 1.1—The region examined by the Southern Forest Resource Assessment.

The South has a strong regional identity that is shaped in large part by its agrarian past and the predominantly private ownership of its land. With more than 5 million private owners controlling

89 percent of southern forests, forest area and conditions are influenced by diverse landowner interests and objectives. An ever-changing patchwork of forest uses and conditions has resulted.

Not surprisingly, interest in these forests extends far beyond landowners to all who use their varied goods and services. As organizers of this Assessment, we have tried to convene these many interests, elucidate and analyze their concerns with science and data, and present findings in a useful way (Figure 1.2). Monitoring change at a broad, multi-State scale and describing cumulative changes is a logical and important role for government in the area of private forestry.



Figure 1.2—Flow chart of the Southern Forest Resource Assessment Process.

This Assessment was organized around 23 questions that summarized public concerns about southern forests and their uses (Table 1.1). These questions were refined during a process that involved considerable public review in venues ranging from large meetings to one-on-one discussions. More than 750 people participated in the meetings; hundreds more provided written input. Once the questions were finalized, a rapid scientific assessment process was developed and employed to address each using available knowledge and data. Each question was addressed by subject experts who comprised the Assessment Team, and their work is presented as individual chapters in the Assessment's Technical Report. Data used in the Assessment has been assembled and made available through a public Web site. This report synthesizes and provides some interpretation of the detailed information contained in the Technical Report, but does not provide an exhaustive compilation of all of its findings.

6

Table 1.1—Major questions addressed during the Southern Forest Resource Assessment. Each question is addressed in a chapter of the technical report. The chapter label is used to refer to these Chapters in this summary document.

| Chapter | Assessment question |
|---------|---------------------|
| TERRA-1 | What are the history, status, and projected future of terrestrial wildlife habitat types and species in the South? |
| TERRA-2 | What are the history, status, and projected future of native plant communities in the South? |
| TERRA-3 | What are the likely effects of expanding human populations, urbanization, and infrastructure development on wildlife and their habitats? |
| TERRA-4 | What are the historical and projected future impacts of forest management and access on terrestrial ecosystems in the South? |
| TERRA-5 | What conditions will be needed to maintain plant and animal species associations in the South? |
| SOCIO-1 | How have land uses changed in the South and how might changes in the future affect the area of forests? |
| SOCIO-2 | What are the attitudes and values of southern residents toward forests and their management and how have they changed over time and do they differ by demographic groups? |
| SOCIO-3 | How do current policies, regulations, and laws affect forest resources and their management? |
| SOCIO-4 | What motivates private forest landowners to manage their forest land and how are their management objectives formed? |
| SOCIO-5 | What role do forests play in employment and local economies in the South? |
| SOCIO-6 | What are the supplies of and demands for forest based recreation and other noncommodity uses of forests in the South? |
| SOCIO-7 | How do forests and their uses influence the quality of life in the South? |
| TIMBR-1 | What are the history, status, and projected future demands for and supplies of wood products in the South? |
| TIMBR-2 | What are the status and trends of forest management practices in the South? |
| TIMBR-3 | How might existing and new technologies influence forest operations and resultant conditions of forests? |
| HLTH-1 | What are the history, status, and projected future of southern forests? |
| HLTH-2 | How have biological agents including insects and disease influenced the overall health of the South's forests and how will they likely affect it in the future? |
| HLTH-3 | How have abiotic factors including environmental stressors such as air pollution influenced the overall health of the South's forests and what are future effects likely to be? |
| AQUA-1 | What are the history, status, and likely future of water quality in southern forested watersheds? |
| AQUA-2 | What are the history, status, and likely future of forested wetlands in the South? |
| AQUA-3 | How have forest management activities and other forest uses influenced water quality, aquatic habitat, and designated uses in forested watersheds? |
| AQUA-4 | What are the implementation rates and effectiveness of BMP's in the South? |
| AQUA-5 | What are the history, status, and likely future of aquatic habitats and species in the South? |

The Assessment effort was designed by participating agencies as a two-tiered approach. The Summary Report and the Technical Report represent the first tier, a broad comprehensive assessment of resource questions. The second tier will begin by identifying small areas within the South for additional study at finer scales. Findings from the broad scale assessment will be used to identify areas where forces and implications of change are currently strongly focused or are

7

expected to be strongly focused. The number of subregional assessments sponsored by the Assessment will depend on availability of funding and other resources. Specific questions to be addressed will be determined by the issues faced in each area and will be defined at a later date. In addition, the findings of the Assessment coupled with the identification of small areas may prove useful for focusing the efforts of future researchers.

In the sections that follow, we examine how several forces of change have shaped and may continue to shape the forests of the South. Forces of change include social, biological, and physical forces. We then examine the history, status, and possible future of southern forests in four different dimensions: social and economic systems, forest area and conditions, terrestrial ecosystems, and aquatic ecosystems. We conclude by examining the broad implications of these findings and list major knowledge gaps and scientific uncertainties.

Throughout the sections that follow, the Technical Report is the source of all of our findings. Accordingly, individual sections that follow refer to the specific chapters in the Technical Report from which the findings are drawn, using the naming convention shown in Table 1.1. For example, SOCIO-1 refers to the first chapter in the Social and Economic Systems section, which addresses the question: "How have land uses changed in the South, and how might changes in the future affect the area of forests?" Each section is keyed to the chapters that are primary sources of findings. The individual chapters provide in depth analysis of the issues and extensive citations to primary references on each topic and should be reviewed for more detailed information.

## 2   Forces of Change

Several forces have shaped and continue to influence the extent, structure, and function of the South's forests. We summarize these forces using five categories: (1) land markets that ultimately determine the area of forests; (2) timber markets that influence the location and extent of timber harvesting, management approaches, and forest conditions; (3) social institutions that organize the behavior of people who own, manage, and use forests in the region; (4) biological factors such as insects and diseases that affect the structure of forests; and (5) physical factors that affect the structure of forests, including hurricanes, fire, and ice storms, as well as the ambient environment.

### 2.1   Forecasting Change

Throughout the Assessment, we place emphasis on understanding historical change and ongoing trends. We also evaluate possible futures. Forecasting changes in forest ecosystems and the values that derive from them is necessarily fraught with uncertainty. Forests and linked social systems change in response to multiple factors. Current trajectories of change often reflect the legacies of historical land use and resource management. Some past actions have irreversible consequences, such as the hydrologic effects of dams. In other cases, altered ecosystems may be restored or renewed. In all situations, the future of forested ecosystems will be the product of the working and adaptation of complex systems and the impacts of unanticipated events.

P217

We use an integrated modeling system to forecast timber harvesting, forest investment, forest growth, and land use up to the year 2040. This system, called the Southeastern Regional Timber Supply Model is described in TIMBR-1. It incorporates the land use model described in SOCIO-1. Forecasting these outcomes requires that we make assumptions about the future course of certain core variables. Three key assumptions are:

(1) Demand for timber products is projected to increase at the rate of 1.6 percent per year. This is the demand projection developed for the South in the most recent Resources Planning Act assessment (see TIMBR-1), and is based on trends in macroeconomic variables such as Gross National Product and population as well as on trends in international timber markets.

(2) Population and income growth projections are those used by the U.S. Global Change Program (see SOCIO-1). These projections are constructed at the county level and hold especially strong influence on projections of land uses.

(3) The timber productivity of pine forests is based on the expected adoption of management activities. Projected adoption rates for industrial and nonindustrial private forests are taken from expert surveys of industrial owners and States respectively (see TIMBR-3).

As with any forecasting exercise, assumptions play a large role in outcomes. To understand the sensitivity of models to these assumptions, models were run with alternative scenarios. These are discussed in detail in the TIMBR-1 and SOCIO-1 chapters. In this Summary Report we refer strictly to the base scenario constructed with the assumptions described above. Sensitivity analysis reveals that future land uses and forest conditions are especially sensitive to assumptions regarding timber demand and productivity growth. For example, weaker demand growth would lead to lower prices, less harvesting, and less area of forest than projected for the base scenario. If timber productivity growth were not realized, then timber prices and the area of planted pine could be substantially higher than was projected for the base scenario.

In the discussions that follow, we attempt to estimate the direction of change and, in some case, explicitly forecast future conditions. These forecasts explore possible futures and project the potential consequences of ongoing and anticipated changes. They should be viewed as "what could happen," rather than "what will happen."

9

P218

*SFRA Draft Summary Report*                          *www.srs.fs.fed.us/sustain*

## 2.2    Land Markets

| | |
|---|---|
| Primary Question: | SOCIO-1: How have land uses changed in the South and how might changes in the future affect the area of forests? |
| Related Questions: | AQUA-2: What are the history, status, and likely future of forested wetlands in the South? |

Private land dominates the southern landscape, and land use is determined by the decisions of individuals and firms as they attempt to put land to profitable and satisfying uses. Land use has changed substantially over the past three centuries, and it continues to change. In many areas, extensive agriculture gave way to forest succession beginning in the early part of the 20th century. Today, rapid economic and population growth are fueling urbanization and low-density residential development in many parts of the South. Where urban land uses do not dominate, rural land may switch between agriculture and forest cover depending on the prices paid for agriculture and timber products. Historical patterns reveal that some forests are cleared as agricultural prices increase, and marginal cropland and pasture are planted in forest cover as agricultural prices fall.

Our analysis of historical land use change found that:

o   In the period following European settlement (1780 to 1930), land clearing for agriculture and timber production completely restructured southern ecosystems. Legacies of these massive alterations still influence forest structure, many forest functions, and aquatic systems. For example, severe soil erosion and sedimentation of waterways strongly altered and continue to influence aquatic habitat and species, especially mussel and fish species.

o   Land clearing for agriculture greatly diminished the area of forested wetlands in the South. In the Mississippi River Valley, for example, more than 80 percent of bottomland forests have been converted to agriculture since European settlement (AQUA-2).

We analyzed more recent land use changes and the factors that drive them (SOCIO-1) and found that:

•   There has been essentially no net change of total forest-land area since the 1970's (Figure 2.1), and current forest area equals about 91 percent of that recorded in 1907. However, this stability at the regional level is the result of large offsetting subregional changes: much forest has been converted to urban and agricultural uses, and agricultural land has been converted to forests through natural reseeding and tree planting.

•   The rate at which rural land (both forest and agricultural) has been developed for urban and industrial uses in the 13 Southern States increased from about 667,000 acres per year between 1982 and 1992 to about 1.1 million acres per year between 1992 and 1997. Urbanization is forecast to continue at the rate of 1.1 million acres per year through the year 2020. The source of new urban uses is both agricultural and forest land.

10

*SFRA Draft Summary Report*                              *www.srs.fs.fed.us/sustain*



Figure 2.1—Land use shares by type for Southern States, 1945 to 1992 (note that Texas and Oklahoma are not included). Source: SOCIO-1, Figure 1.

- According to forecasting models described in SOCIO-1, the South could lose about 12 million forest acres (about 8 percent of forest land) to urbanization between 1992 and 2020. These losses are forecast to be concentrated in a few places: the Piedmont and Mountain areas of North Carolina, adjacent Piedmont areas of South Carolina and Georgia, forested areas of northern Florida including the Panhandle, and the Atlantic and Gulf coastal areas. Smaller areas with high rates of loss would include the forests around the cities of Nashville and Birmingham and in northern Virginia between Washington and Richmond (Figure 2.2). An additional 19 million acres of forest are forecast to be developed between 2020 and 2040.

- Forecasts indicate that agricultural land will continue to be converted to forest in other parts of the South as rising timber prices encourage tree planting. Forest gains from these sources are projected to be about 10 million acres between 1992 and 2020. Total forest area is forecast to increase in the Coastal Plain of southwestern Georgia and in a small area centered on the border between eastern North Carolina and Virginia. The largest area of potential forest gains however, is in the lower gulf Coastal Plain, including large portions of Arkansas, Mississippi, and Louisiana (Figure 2.2). An additional 15 million acres of agricultural land are forecast to be planted to forest between 2020 and 2040. The net result of these changes is a westward shift in forest distribution.

11

P220



Figure 2.2—Base scenario forecasts of changes in percentages of land in forest by county for 1992-2020. Source:  SOCIO-1, Figure 11.

## 2.3    Timber Markets

| | |
|---|---|
| Primary Question: | TIMBR-1: What are the history, status and projected future demands for and   supplies of wood products in the South? |
| Related Questions: | TIMBR-2: What are the status and trends of forest management practices in the South? |
| | TIMBR-3: How might existing and new technologies influence forest operations and resultant conditions of forests? |

The South, particularly the Coastal Plain and the Piedmont, contains the most intensively managed forests in the world. This one region of the United States produces more wood products than any other single nation. Timber harvesting, tree planting, and other forest investments have increased and forest inventories have expanded as harvesting and processing technologies have changed in

12

ways that favor southern timber. Over the past several years, changes in processing technology and in the location of large processing facilities (for example, chip mills and oriented strand board mills), have changed the intensity of timber harvesting within subregions of the South.

We examined changes in the world's timber markets and technology, searching for probable effects on markets for the South's forest products (TIMBR-1, TIMBR-2, and TIMBR-3). We found that:

o   Wood production continues to be an important part of the U.S. economy. The United States is the world's largest producer, consumer, and importer of wood products. It is also the second largest exporter of wood products after Canada.

o   Technology, public policy, and forest growth have all combined to enhance the South's position and share of the forest products markets. Technology has allowed smaller diameter trees and a wider variety of species to be used in wood products. Public policies have reduced timber harvesting from public land, which is concentrated in the Western United States.

o   Forest regeneration and growth have expanded southern timber inventories by 73 percent since the 1950's, and strong timber markets have encouraged landowners to keep land forested. As a result of these and other factors, the South's timber production more than doubled between 1953 and 1997. Its share of U.S. production rose from 41 to 58 percent and its share of the world's production from 6.3 to 15.8 percent (Figure 2.3).



Figure 2.3—Shares of timber harvest volumes, by region of the United States, 1953 to 1997. Source: TIMBR-1, Figure 6.

o   The South provides a great variety of timber products, with no single product dominating. Softwood sawlogs represent the largest product share at 28 percent of total output. Softwood pulpwood and hardwood pulpwood now account for 25 and 16 percent of output, respectively (Figure 2.4).

13

*SFRA Draft Summary Report*                         *www.srs.fs.fed.us/sustain*

o   Since 1953, hardwood pulpwood has experienced the greatest increase in product share, growing from 3 to 16 percent of output. This increase reflects a change in pulping technology that allowed hardwoods to be substituted for more expensive softwoods in the manufacturing of paper products.

o   Models described in TIMBR-1 forecast that timber production in the United States will increase by roughly a third between 1995 and 2040. Nearly all production increases will come from the South. The South's timber production is forecast to increase by 56 percent for softwoods and by 47 percent for hardwoods between 1995 and 2040 (Figure 2.5).



Figure 2.4—Removals by destination product, South-wide, all species, 1953 to 1996. Sources: TIMBR-1, Figure 14. Note: Data for 1954to 1972 on "All Other Products" include fuelwood.

14



Figure 2.5—Subregional Timber Supply Model projections of total hardwood and softwood removals volumes, in billion cubic feet (bcf), by private owners (where NIPF stands for nonindustrial private forest land), 199 to 2040, under the base scenario. Source: TIMBR-1, Figures 24 and 29.

Changing wood manufacturing technologies have altered the type and size of timber materials demanded and the location of processing and harvesting (Figure 2.6). An example is chip mills, which have generated debate about timber harvesting in the South. Chip mills sometimes lead to harvesting in areas not previously subject to harvesting. Before the 1990's, pulpmills and manufactured wood panel mills relied heavily on remote log concentration yards and maintained large chipping facilities at the site of panel and pulp manufacture. Today pulpwood-sized logs increasingly are chipped away from the mill as needed. Per unit of volume, moving wood in chipped form is cheaper than moving pulp logs, providing a significant economic benefit to pulpwood consumers and log producers (TIMBR-1). Harvesting in new areas also leads to changes in local forest conditions that can change wildlife habitat and landscape aesthetics (TERRA-4 and SOCIO-7). However, wood products markets are highly integrated, so it is very difficult to isolate the effects of this or any other technological component from all other demand and supply factors.



Figure 2.6—Locations of (a) sawmills (b) all other mills in the South. Source: TMBR-1, Figures 10-12.

16

Data on chip mill output is limited to recent years. Chip mills processed about 27 percent of pulpwood in the South in 1999. They produced 47 million green tons of chips in 1998, 45 million green tons in 1999, and 39 million green tons in 2000. In 1999, 42 percent of the material processed in chip mills was softwood and 58 percent was hardwood (TIMBR-1).

## 2.4    Social Institutions

| Primary Question: | SOCIO-3: How do current policies, regulations, and laws affect forest resources and their management? |
|---|---|
| Related Questions: | AQUA-4: What are the implementation rates and effectiveness of Best Management Practices (BMP's) in the South? |

Various social institutions organize people's use of land and resources and therefore affect the structure of forests. Laws and regulations define objectives and prescribe administrative procedures for management of public land. Laws passed by various jurisdictions also influence management of private forest land. Public programs administered through resource management agencies can influence the management and structure of the region's forests.

We evaluated the influences of various social institutions on forest uses and forestry decisions in the South. We analyzed effects of taxes, land use regulations, government subsidies, and forest management standards (SOCIO-3) and found that:

o  The current income tax code has mixed impacts on long-term investments in forestry; inheritance taxes can encourage forest liquidation and land parcelization.

o  Incentives programs that subsidize tree planting on private land have a long and successful history in the South. This suggests that subsidies can increase forest area and change forest conditions. New programs with explicit wildlife and environmental objectives now complement the older programs that focused exclusively on timber production.

o  In urbanizing areas, a proliferation of local regulations affecting land use and forest management can be seen as one reaction to forest losses and to increasing scarcity of green space. Local regulations affecting forest uses more than doubled in the South between 1992 and 2000. Expanding populations and development will likely continue this trend. Regulatory uncertainty can discourage long-term investments in forest land.

o  While still influencing a relatively small portion of the region, conservation easements and outright purchases of important habitats are becoming increasingly common in the South. This approach can be used to protect wildlife habitats at broad scales on private landscapes.

17