o   Direct regulation of forestry is limited in the rural South. States generally rely on voluntary Best Management Practices (BMP's) to protect water quality (AQUA-4).

o   A combination of factors—including strong markets, private ownership, good market information, and widespread mitigation of wildfire risk—has generated a positive environment for forest investment in the South. A strong competitive advantage explains the large investments wood products industries have made in forests and processing capacity in the South (SOCIO-5). Investment opportunities for intensive forest management and wood product manufacture have improved relative to other regions of the United States, especially over the last 15 years (TIMBR-3).

## 2.5    Biological Factors

| Primary Question: | HLTH-2: How have biological agents including insects and disease influenced the overall health of the South's forests and how will they likely affect it in the future? |
|---|---|
| Related Questions: | TERRA-3: What are the likely effects of expanding human populations, urbanization and infrastructure development on wildlife and their habitats? |

Ecological systems are often restructured from within. For example, natural succession favors the replacement of pioneer species with shade tolerant species. Insect populations can shift from endemic to epidemic status and quickly kill a substantial share of overstory trees. Plant diseases reduce vigor or cause localized mortality and selectively remove certain plant species from the forest. Regeneration and growth that follow mortality can change the species composition of the subsequent forest.

While pathogens, insects, and mortality are natural components of forested ecosystems, land use and management can alter their effects. Introduced exotic species, which are prevalent in the South, can completely displace native plant and animal species, thereby restructuring forest ecosystems. Cultivating tree species beyond their natural range and altering forest composition can predispose forests to insect and disease outbreaks. Conversely, management strategies and direct intervention can mitigate the spread of and damage caused by these outbreaks.

The Assessment evaluated the dynamics of several biological agents that have had or will likely have a substantial impact on forest ecosystems or the values that people derive from them (HLTH-2). We found that:

o   In general, the dynamics of native disease agents and native insects are heavily influenced by the availability and condition of host materials. For those disease agents and insects that target pine species, the concentration of pine forests in some subregions has increased the availability and contiguity of host material (see Figure 2.7). Mortality caused by insects and

18

diseases, especially southern pine beetle and fusiform rust, could increase commensurate with the expected increase in pine plantations, but this will depend on the degree of management.

o   Exotic plants (trees, shrubs, and vines) and animals (birds and mammals) are having large impacts on forested ecosystems. Expanding urban areas will increase the impact of domestic animals on wildlife (TERRA-3).

o   Exotic pathogens and insects generally have a greater potential to restructure forested ecosystems, especially hardwood forests, than do native species because natural enemies of exotic species are absent or control methods are ineffective at broad scales.

o   The impacts of exotic pests are expected to grow as a conservation concerns in the South. Multiple exotic insects, such as gypsy moths, and exotic diseases such as dogwood anthracnose, will especially influence hardwood forest types in the northern portions of the region. An insect, the balsam wooly adelgid, interacting with environmental stressors is causing tree mortality and altering habitat values in the rare spruce-fir ecosystem of the South.



Figure 2.7—Counties in outbreak status for southern pine beetle; a 40-year summary Source: HLTH-2, Figure 7.

19

## 2.6    Physical Factors

| Primary Question: | HLTH-3: How have abiotic factors including environmental stressors such as air pollution influenced the overall health of the South's forests and what are future effects likely to be? |
|---|---|

Southern forests have evolved under the influence of a number of physical disturbances. Among the most important is fire. Fire-adapted ecosystems are maintained by frequent, low-intensity fires but may be substantially altered by intense fires. The suppression of fire—an objective of public forestry programs throughout much of the 20th century—has altered these systems. The effective use of fire in forested ecosystems is an ongoing challenge for forest managers as humans continue to populate forested areas and safety and smoke management concerns restrict burning options.

Wind-related disturbances also influence forests in much of the South. Hurricanes alter forest structure over large areas of the Coastal Plain and Piedmont and microbursts and tornadoes create smaller openings throughout the region. Ice storms limit the northern range of some tree species.

In addition, the growth, development, and species composition of forests depend on the ambient environment. Alterations to the environment, especially through air pollutants such as atmospheric ozone have the potential to affect forest health and vigor. The natural geographic range in which forest species occur and thrive can be influenced by temperature and moisture regimes. Some model scenarios forecast that potential climate changes could alter the ranges of commercially and ecologically important species. There are some ecotypes that may be especially sensitive to small changes in climate and environment.

We examined trends and potential future conditions for various physical stressors in the South (HLTH-3). We found that:

o   While effects are variable, acid deposition does not pose a significant threat to forest vegetation or to stream chemistry through a vast majority of the South. The major exception is the Southern Appalachians where, because of soil conditions, increased acid deposition derived from oxides of nitrogen is expected to alter plant communities and stream chemistry.

o   Ozone pollution is forecast to increase anywhere from 20 to 50 percent between 1990 and 2025, but concentrations are and will continue to be highly variable across the South (Figure 2.8). Ozone has reduced and will continue to reduce the growth rates of pine species in the South and future ozone damage could be exacerbated by a warming climate.

P229



| ppm-hrs | |
|---|---|
| ■ | > 45 |
| | 40-45 |
| | 35-40 |
| | 30-35 |
| | 25-30 |
| | 20-25 |
| | 15-20 |
| | 10-15 |
| ■ | <10 |

Figure 2.8—Three-month maximum daily ozone exposure for 1990 showing spatial variability in ozone concentrations. Source: HLTH-3, Figure 4.

- Atmospheric carbon ($CO_2$) is expected to rise throughout the 21st century and current models forecast a resulting increase in air temperatures. Overall, the moderate increases that are projected would enhance the growth of trees in the South. However, these models suggest that if temperatures were to rise somewhat more than expected, then the area and the productivity of forests would decline. These changes are uncertain and could vary across the region.

- There is a high degree of uncertainty about the direction and magnitude of forest impacts from projected climate changes due to the importance of interactions among precipitation, air temperature, and forest growth.

- Various studies show that there could be a general increase in the number and/or severity of extreme weather events with climate change. However, we lack the knowledge to predict with confidence the future magnitudes of these changes.

- Southern forests could play an important role in sequestering atmospheric carbon (Figure 2.9), which could aid in mitigating the negative effects of climate change.

P230

*SFRA Draft Summary Report*          *www.srs.fs.fed.us/sustain*



Figure 2.9—Total aboveground carbon per acre in southern forests. Source: HLTH-3, Figure 10.

## 2.7    Interactions

The forces of change described here rarely act alone in their influence on the South's forests. Rather, they interact and often have compounding effects. The population dynamics of insects can be influenced by climatic factors. For example, drought is linked to southern pine beetle outbreaks. Pollutants such as ozone may worsen the damage caused by insects. Land use changes may shift forests toward developed uses. Increased human populations bring greater potential for invasive and aggressive exotic plants and animals, which can result in displacement or loss of native species. Increased scarcity of timberland results in upward pressures on timber prices and motivates landowners to intensify their management. Expanding pine plantations may help mitigate predicted increases in atmospheric carbon dioxide.

In the sections that follow, we examine the history, status, and possible future of southern forests and the cumulative effects of these forces of change on forest ecosystems and on expected supplies of forest goods, services, and values. We evaluate these changes in four different dimensions: social and economic systems, forest area and conditions, terrestrial ecosystems, and water and aquatic ecosystems.

## 3    Conditions of Southern Forests

The South has a strong regional identity that belies its broad ecological and cultural diversity. Its landscape is a patchwork of land uses and forest conditions. Social and ecological systems do not develop in isolation, and the use of land and ecosystems has had a longstanding influence on economic systems as well as on other aspects of life and livelihood in the South. The region's

22

diversity and complexity of landscape, economics, and culture also preclude general statements and prescriptions regarding southern forests.

The South has been a heavily worked landscape. Its forests are, almost without exception, the result of multiple disturbances and land use changes. Nearly every forested acre in the South has been harvested at least once in the last two centuries. Prior to European settlement, Native Americans modified the composition and structure of forests with fire and crop cultivation. Following European settlement, three historical epochs in land use and resource extraction both shaped the region's landscape and influenced its cultural history. They provide lessons regarding exploitation, management, and renewal.

Agricultural exploitation on a landscape scale began in the 17th century but reached its zenith in the late 19th century as a vast cotton industry stretched from the Atlantic to Texas. Other crops supplanted cotton as the boll weevil ran its course, and all have had influences on the land. A second epoch involving widespread timber exploitation in the first part of the 20th century had its roots in the disposal of a large public domain in the years immediately after the Civil War. The timber industry migrated to the South after timber stocks were depleted in the Lake States. Some 20 years of extensive logging heavily depleted southern timber stocks. By the beginning of the Great Depression much of the region was forest-resource poor and its soil greatly degraded. Wholesale land abandonment followed and set the stage for the third epoch, a 40-year period of regrowth of southern forests.

Current conditions and opportunities reflect this history of use. For example, much of natural-pine area originated from the seeding of abandoned agricultural fields. Settlement and agricultural development permanently displaced various wildlife species and led to extinctions. Current sediment loads in many streams are largely the result of agricultural activities and logging in the 19th century. These sediment loads continue to influence aquatic ecosystems.

The South is now a heavily forested region. Forests cover more than 60 percent of most States. Agriculture dominates on the upper Atlantic Coastal Plain, the Mississippi Alluvial Valley, the Interior Plateau, and the Ridge and Valley regions of Tennessee and Virginia. Elsewhere, forests cover an even greater share of the landscape.

P232

*SFRA Draft Summary Report*                          *www.srs.fs.fed.us/sustain*



Figure 3.1—Percent of forest cover by county, 1992. Source: SOCIO-1, Figure 17.

The broad ranges of ecological conditions that comprise the region demonstrate that its forests are diverse (Figure 3.2). Their productivity and sensitivity to change vary greatly, reflecting continued reshaping in response to several modern forces of change. The following sections evaluate the potential implications of these changes.

24

*SFRA Draft Summary Report*                                      *www.srs.fs.fed.us/sustain*



Figure 3.2—Ecological sections of the South.

## 3.1    Social and Economic Systems

Uses of land and forests are linked to the economic structure of the region. Benefits flow from the region's forests in several forms. Timber harvests provide the largest flow of cash revenue from forests, but other benefits are also substantial. Recreational uses of forests are highly valued, including the direct consumption of recreational experiences and aesthetic and spiritual values that people place on nature. Forests protect soil integrity and water quality and provide terrestrial habitats for much of the region's flora and fauna. Thus, forests are vital in many ways.

In this section we examine the South's growing population and changing demographic profile. We then examine the two direct sources of commodity benefits flowing from southern forests—timber products and recreation. We conclude with a discussion of the broader influence of forests on quality of life and the implications of anticipated changes on these functions. Throughout, we focus both on how human activities influence forests and how benefits are derived from forests.

P234

*SFRA Draft Summary Report*                    *www.srs.fs.fed.us/sustain*

### 3.1.1    Social Context

| Primary Question: | SOCIO-2: What are the attitudes and values of southern residents toward forests and their management and how have they changed over time and do they differ by demographic groups? |
| --- | --- |
| Related Questions: | SOCIO-4: What motives private forest landowners to manage their forest land and how are their management objectives formed? |

The population of the United States roughly doubled between the late 1950's and 2000, and the population of the South has grown at an even faster rate (Figure 3.1.1). The South's population grew by 13.7 percent between 1990 and 2000, and the share of the U.S. population living in the South grew from 30.7 percent in 1990 to 32.5 percent in 2000. Much of this growth has been focused in urban areas such as Atlanta and Miami and along the eastern coastline. The population of the 13 Southern States stood at 91,486,129 people on April 1, 2000.



Figure 3.1.1—Population, in millions, for the United States and for the 13 States in the Assessment area. Source: SOCIO-1, Figure 8.

Historical data show that population contracted in rural areas and expanded in urban counties from the 1950's to the 1980's, but growth was spread across nearly every county in the region between 1990 and 2000 (Figure 3.1.2). As a result, even the population density near rural forests has expanded and will likely expand in the future. The very few areas experiencing depopulation between 1990 and 2000 were in the most rural areas of the South.

P235

*SFRA Draft Summary Report*                                      *www.srs.fs.fed.us/sustain*





Figure 3.1.2—Percent changes in the density of population for (a) 1950-1960, and( b) 1990-2000.
Source: SOCIO-1, Figure 9

Along with economic growth have come changes in the various attributes of the region's population.
The population has continued to increase in racial and ethnic diversity (Figure 3.1.3). Mean
incomes have increased since the 1980's but much of these gains have been concentrated in the
urban areas, primarily in the eastern half of the region (Figure 3.1.4). Increases in education levels
followed the same spatial patterns. Poverty rates have fallen in the recent past and are approaching
U.S. averages (Figure 3.1.5).

27



Figure 3.1.3—Change in percent nonwhite residents 1990-1999. Source: SOCIO-2, Figure 19.



Figure 3.1.4—Change in median household income, 1980-1990 (adjusted by the Consumer Price Index). Source: SOCIO-2, Figure 21.

28

P237



Figure 3.1.5—Poverty rate in the US and South, 1969 to 1999. Source: SOCIO-5, Figure 4.

The population has become older in many parts of the region. Compared to the national median age of 32.8 years, Florida's is 42. The population is expected to age in all States, changing the demand for various services, but the increase in median age will be especially large in retirement destinations such as Florida and the Southern Appalachians. These changes portend changes in the demands placed by resident populations on forests for aesthetic and recreational uses.

Upward trends in population along with change in other demographic variables reflect changes in the way southerners view and use forests (SOCIO-2). Especially in the urbanizing areas of the South, there is an unambiguous trend toward increasing scarcity of certain forest services in urban areas as populations increase rapidly coincident with a decline in the area of forests (especially large contiguous forests). Perhaps reflecting this increasing scarcity, public values about forests and their management have changed over the past two decades. Survey-based studies show values have shifted from a largely commodity-oriented, anthropocentric perspective on forest management toward inclusion of natural biological factors in a biocentric approach (SOCIO-2). Southern residents generally favor additional funding of environmental protection. Perhaps surprisingly, we found little significant differences between the attitudes and values held by rural and urban residents. However, young people had more biocentric views than older people, placing more value on scenic beauty and less on wood production (SOCIO-2).

Surveys of forest owners (SOCIO-4) and the public in general (SOCIO-2) indicate that "conservation" ranks high as a value with both sets of people and recent changes in attitudes reflect a growing concern for environmental quality in addition to the commodity benefits that flow from forests. It is clear that forests play both direct and indirect roles in determining quality of life in the South.

## 3.1.2    People and Forests

P238

| Primary Question: | SOCIO-1: How have land uses changed in the South and how might changes in the future affect the area of forests? |
|---|---|
| Related Questions: | TERRA-1: What are the history, status and projected future of terrestrial wildlife habitat types and species in the South? |

Conversion of forests to developed uses is associated with population growth. Substantial population and income growth is forecast for about a third of the region's counties. Urbanization will be concentrated in three large areas: the Southern Appalachian Piedmont stretching from Raleigh/Durham through Atlanta; the Atlantic Coast from the Carolinas through Florida, and a portion of the gulf coast centered on Mobile Bay. Other centers of expanding urbanization are around Nashville and Knoxville and in northern and eastern Virginia (Figure 3.1.6).



Figure 3.1.6—Forecast change in the share of land that is urban for counties in the South 1992 to 2020. Source: SOCIO-1, Figure 13.

Many developed areas of the South still retain much forest cover. However, these forests are becoming fragmented, suggesting that they do not have the potential to provide the same ecological

30

and economic values as forests in a rural setting. One way to gauge fragmentation is to examine the share of land in interior or unfragmented forest (that is a forest area that is completely surrounded by other forest areas). A measure of forest cover developed from satellite imagery shows that interior forest is especially scarce in the developing areas mentioned above (Figure 3.1.7, SOCIO-1).



Figure 3.1.7—Percent of interior forest by county, 1992. Source: SOCIO-1, Figure 17.

The influence of urban areas on forests extends outward into surrounding rural areas. Areas influenced by urban development will likely experience growing human populations and changes in the values and uses of forests. For example, forest services such as recreation and microclimate moderation may become more highly valued in an urbanizing area. Timber management, on the other hand, is generally inversely correlated with population density. Timber harvesting near urban areas will likely decrease substantially after the harvests associated with land clearing and conversions (SOCIO-1).

One measure of human presence in the vicinity of forests is "forest population density" (FPD), which is the number of people per square mile (ppsm) of forest within a county. The index ranges from about 20 ppsm in very rural areas of the South to more than 1,000 in urbanized areas (we

31

consider 1,000 ppsm a "saturated" condition). Figure 3.1.8 shows that, as expected, FPD is highest in the vicinity of large cities. Florida has the highest concentration of these saturated areas, reflecting a very high population density through much of its peninsula and low forest cover in the southern half of the State. Three other areas along interstate highway corridors had high FPD values in 1992: the I-85 corridor from Raleigh/Durham to Atlanta, the I-65 corridor from Birmingham to Nashville, and the I-81 corridor from Chattanooga to Wytheville, VA. At the periphery of the region in northern Kentucky and Virginia and along the gulf coast, FPD's were also relatively high in 1992.

Forecasts of changes in FPD's from 1992 to 2020 indicate continued outward growth of the urban centers of the South. Figure 3.1.9 shows a characteristic "doughnut" pattern of growth in FPD around Atlanta, Nashville, and Charlotte. Expansion in FPD is also forecast to be concentrated in Atlantic Coastal areas of South Carolina and Florida, and along the Gulf coast. A similar pattern is also evident around the concentration of public land in the Southern Appalachians.



Figure 3.1.8—Forest Population Density Index (FPD) in people per square mile (ppsm) of forest by county for 1992. Source: SOCIO-1, Figure 15.

P241



Figure 3.1.9—Change in Forest Population Density for 1992-2020. Source: SOCIO-1, Figure 15

### 3.1.3    Wood Products

| Primary Question: | TIMBR-1: What are the history, status and projected future demands for and supplies of wood products in the South? |
|---|---|
| Related Questions: | TIMBR-2: What are the status and trends of forest management practices in the South? |
| | TIMBR-3: How might existing and new technologies influence forest operations and resultant conditions of forests? |

Timber harvesting and wood products manufacture yield the largest direct revenue from forests in the South. Timber produces a large share of land-based revenues in rural areas and influences forest conditions. Timber harvesting changes the structure of forests, but strong timber markets have also encouraged landowners to keep land in forest cover, to convert agricultural land to forest uses, and to otherwise invest in silvicultural activities.

Since the 1960's, the consumption of wood products has steadily expanded in the United States, and timber production from western U.S. regions has declined. As a result, the South now produces nearly 60 percent of the Nation's wood output since the 1990's. The South produces a highly

33

*www.srs.fs.fed.us/sustain*

diverse complement of forest products. Both hardwoods and softwoods are used for lumber, plywood, composite boards, poles, paper, and other products (TIMBR-1).

Timber harvesting and management for timber production are prevalent in all parts of the region, but especially on the Atlantic Coastal Plain from South Carolina to northern Florida and the Gulf of Mexico Coastal Plain from northern Florida to eastern Texas. Recent developments in the wood products industries have resulted in a shift outward from the Coastal Plain to more western and northern parts of the region. These shifts are explained by overall increases in wood products demand but also by changes in wood products technologies, which allow for the utilization of lower quality and smaller sized timber, particularly hardwood timber (Section 2.3).

Across the South, wood products industries have provided large shares of employment and income. In 1997, the most recent year for which complete data are available, timber harvests led to more than 700,000 jobs in the wood products sector and yielded more than $118 billion in total industry output. The total impacts of activities in the wood products sector were about 2.2 million jobs and $251 billion of total industry output in 1997 (this includes indirect and induced jobs and income). These totals represent 5.5 percent of jobs and 7.5 percent of total industry output in the South (SOCIO-5). In addition:

o   Forests are important in the local and regional economies of the South. The overall southern economy has grown since 1969, with total jobs increasing consistent with increases in population in the national economy. This new economy is less dominated by manufacturing and agriculture. Timber and agriculture, the two major uses of rural southern land still contribute over 6 percent to the southern economy.

o   The U.S. wood products industry continues to concentrate in the South, which had 39.3 percent of U.S. wood products jobs in 1997. The percentage of State-level jobs and income in wood products declined between 1969 and 1997, yet actual numbers have remained fairly constant.

Forecasts indicate continued expansion in timber harvests between 1995 and 2040. Increased demands for southern wood products will influence not only the amount of timber harvested but also the location of harvesting. We examined forecasts of timber harvesting and found (TIMBR-1):

o   Softwood and hardwood harvests are forecast to increase by 56 and 47 percent respectively between 1995 and 2040.

34

*SFRA Draft Summary Report*                                        *www.srs.fs.fed.us/sustain*



Figure 3.1.10. Forecast percent change in annual softwood harvest levels, 1995-2040, by survey unit of the Forest Inventory and Analysis Program of the USDA Forest Service. Source: TIMBR-1, Figure 28a.

o   Production of softwoods is currently concentrated on the Coastal Plain and, to a somewhat lesser extent, on the Piedmont. Softwood production in this core area is forecast to increase somewhat over the next 50 years. Softwood production is also forecast to increase to the north and west of this core area, in central and western Tennessee, northern Arkansas, Kentucky, and western Virginia. In these areas, softwood harvests are forecasted to increase by more than 25 percent (Figure 3.1.10).

o   Declines in softwood harvests are forecast for northern Georgia and for an area that includes portions of Louisiana, eastern Texas, and northern Mississippi.

o   While regional softwood harvests are forecast to increase substantially, the volume of softwood inventory would also increase over the next 50 years. Strong and relatively stable markets for wood products would encourage landowners to continue to invest in growing timber. As a result, the area of pine plantations in the South is forecast to increase by more than 60 percent between 1995 and 2040 to 54 million acres. These pine plantations are forecast to be managed for short rotation timber production.

P244

*SFRA Draft Summary Report*                                    *www.srs.fs.fed.us/sustain*

○   Four States—Georgia, Alabama, Florida, and Mississippi—currently contain and are forecast
    to contain more than 50 percent of the area of pine plantations (Figure 3.1.11).



Figure 3.1.11—Pine plantation area by State for 1995, 2020, and 2040. Source: TIMBR-1, Figure 21.



Figure 3.1.12—Forecasts of softwood timber growth and removals volumes, in billion cubic feet
(bcf), 1995-2040. Source: TIMBR-1, Figure 24.

36

*SFRA Draft Summary Report*                          *www.srs.fs.fed.us/sustain*



Figure 3.1.13—Softwood inventory by State, 1995 to 2040. Source: TIMBR-1.

- o   Forecast changes in softwood inventories vary by State. Alabama, Arkansas, Florida, and North Carolina are forecast to experience large increases in softwood inventories (Figure 3.1.13). Louisiana is forecast to be the only State with a decline in softwood inventory (decline of 6 percent between 1995 and 2040). All other Southern States are forecast to experience at least a small increase in softwood inventories, indicating that net growth exceeds removals throughout the forecast period.

- o   Hardwood harvests are forecast to increase the most in regions with large hardwood inventories. Expanding hardwood harvests would be concentrated in a large contiguous area stretching from northern Alabama and Georgia to the northern boundary of the Assessment area. This area includes all of Kentucky, the central and western portions of Tennessee, western North Carolina, and northern and western Virginia. Harvests are also forecast to expand in northern Arkansas (Figure 3.1.14).

37



Figure 3.1.14—Forecast percent change in annual hardwood harvest levels, 1995 to 2040, by survey unit of the Forest Inventory and Analysis Program of the USDA Forest Service. Source: TIMBR-1, Figure 33a. Note the large percentage change in southern Florida is due to a very small base harvest in 1995.

o   With hardwoods, the rate of removals is forecast to gradually approach the rate of growth between 2020 and 2025. As a result, hardwood inventory is forecast to peak in 2025 and then to decline between 2025 and 2040. Inventory in 2040 is still forecast to be somewhat higher than current inventory (Figure 3.1.15). Forecasts of hardwood inventories vary by State. Kentucky, Oklahoma, and Tennessee show increases throughout the forecast period indicating that net growth exceeds removals throughout the period. Mississippi and South Carolina show inventories declining for nearly the entire forecast period, indicating that removals exceed net growth from the late 1990's forward. Georgia, Texas, and North Carolina have hardwood inventories peaking between 2007 and 2018, and then begin to decline. The remaining States are forecast to accumulate volume until sometime between 2021 and 2031, at which point removals begin to exceed net growth and hardwood inventories begin to decline (Figure 3.1.16).

P247

*SFRA Draft Summary Report*                                   *www.srs.fs.fed.us/sustain*



Figure 3.1.15—Forecasts of hardwood timber growth and removals volumes (bcf), 1995-2040.
Source: TIMBR-1, Figure 29.



Figure 3.1.16—Hardwood inventory by State, 1995-2040. Source: TIMBR-1, various figures.

39