UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | No. 06CV00180 (HHK) |
| v.   ) | |
| ) | |
| DIRK KEMPTHORNE, et al.   ) | |
| ) | |
| Defendants.   ) | |
| ) | |
| ) | |
| _____) | |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE OUT OF TIME
STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE AND
<u>SUPPORTING MEMORANDUM</u>**

Plaintiffs respectfully request leave to file their statement of material facts as to which there is no genuine issue ("Statement") out of time. Plaintiffs inadvertently omitted the Statement when they filed for summary judgment on October 30, 2006. Plaintiffs have conferred with opposing counsel, and opposing counsel do not object to the relief requested herein. In support of this request, plaintiffs state as follows:

1.  On October 30, 2006, plaintiffs filed a motion for summary judgment, and a motion to supplement the administrative record, pursuant to a scheduling ordered entered by the Court on October 10, 2006.

2.  Defendants' oppositions and cross motions for summary judgment are due on December 7, 2006.

3. Plaintiffs had technical difficulty using the electronic filing system and therefore filed the motions by email, attaching over 40 separate attachments. In attaching the documents, Plaintiffs inadvertently failed to include the Statement.

4. When Plaintiffs became aware of the omission they promptly served the Statement on counsel for defendants by email, and sought their position as to whether defendants opposed plaintiffs filing the Statement out of time.

5. Counsel for defendants have represented that defendants do not oppose the relief requested in this motion.

6. Plaintiffs have complied with all other scheduling orders issued in this matter.

For the reasons stated above, plaintiffs request leave to file the attached Statement out of time.

A proposed order is attached.

Respectfully submitted,

_____/S/_____
Joshua R. Stebbins
(D.C. Bar. No. 468542)

Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C. 20009
(202) 588-5206

November 3, 2006                                    Counsel for Plaintiffs