UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, et al. )<br>)<br>Defendants. )<br>)<br>)<br>)<br>_____ ) | No. 06CV00180 (HHK) |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE
STATEMENT OF MATERIAL FACTS
<u>AS TO WHICH THERE IS NO GENUINE ISSUE</u>**

This matter is before the Court on plaintiffs' Unopposed Motion To File Out Of Time Statement Of Material Facts As To Which There Is No Genuine Issue ("Motion"). Upon consideration of plaintiffs' unopposed Motion, and the entire record herein, it is, by the Court, this __ day of ____, 2006, hereby

ORDERED that plaintiffs' Motion is granted; and it is

FURTHER ORDERED that plaintiffs' statement shall be filed as of the date of this Order.

_____
Henry H. Kennedy, Jr.
United States District Judge

Dated: _____