# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEFENDERS OF WILDLIFE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06CV00180 |
| v. | ) | |
| | ) | |
| DIRK KEMPTHORNE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFFS' STATEMENT OF MATERIAL FACTS
## AS TO WHICH THERE IS NO GENUINE ISSUE

Pursuant to Local Rule 7.1(h), plaintiffs submit the following statement of material facts as to which there is no genuine issue.

1. The Florida Black Bear (*Ursus americanus floridanus*), a subspecies of the North American Black Bear (*Ursus americanus*), is the largest land mammal in Florida today. D.S. Maehr & J.B. Wooding, Rare and Endangered Biota of Florida (S.R. Humphrey ed. 1992), Administrative Record ("A.R.") 2200.

2. The bear was once widespread and occurred throughout Florida, as well as in Georgia, Alabama and Mississippi. See 2004 Decision, 69 Fed. Reg. at 2100, A.R. 0002.

3. Extensive human development has since fragmented and reduced the range of the bear and its population. Id.

4. By 1998, the bear had been rendered extinct in over 70% of its former habitat. New 12-month Finding for a Petition to List the Florida Black Bear, 63 Fed. Reg. 67613,

67614 (Dec. 8, 1998) (to be codified at 50 C.F.R. pt. 17) ("1998 Decision") (Pl.'s Ex. 3).

5.    The Florida Game and Fresh Water Fish Commission ("FGFWFC") estimates that there were once 11,500 Florida Black Bears in Florida, 2004 Decision, 69 Fed. Reg. at 2101, A.R. 0002.

6.    Though the estimated number of remaining bears varies, one such estimate is that there are between 1,600 and 3000 bears.  2001 Order at 15.

7.    As a result of the bears' decline it is listed as threatened under State law, with certain exceptions.  E.g. 1998 Decision, 63 Fed. Reg. at 67614; 2004 Decision, 69 Fed. Reg. at 2102, A.R. 0003.

8.    The Fish and Wildlife Service agrees that the single greatest threat to the Florida Black Bear's survival is habitat loss and fragmentation.  E.g., 1997 Candidate and Listing Priority Assignment Form ("1997 Listing Form")  A.R. 6431; Finding on a Petition to List the Florida Black Bear as a Threatened Species, 57 Fed. Reg. 596, 597 (Jan. 7, 1992) ("1992 Decision") A.R. 6408.

9.    One aspect of the bear's ecology that renders it particularly vulnerable to habitat loss is that the bear has a large range.  Rare and Endangered Biota of Florida, A.R. 2204.

10.    The bear is "dependent upon extensive forested landscapes."  Rare and Endangered Biota of Florida, A.R. 2204.

11.    The recorded ranges of individual bears in Florida has reached 457 square kilometers. Id., A.R. 2206.

12.    The average range for males is approximately 170 square kilometers.  Id.

13.    In one possible "dispersal event," a two and a half year old bear was tracked traveling 140

kilometers.  Id.

14.   A second aspect of the bear's ecology that renders it particularly vulnerable to habitat loss
is that the bears' population density - the number of bears that populate a given area - is
low.  Id., A.R. 2204.

15.   Not only does any given bear require a large expanse of habitat, but because individual
bears do not share habitat in great numbers, a much larger amount of land is then needed
to sustain a population of bears.

16.   The FGFWFC calculated that a "potentially secure population" of black bears requires a
habitat base of 2,000 - 4,000 square kilometers (490,000 - 980,000 acres), James Cox et
al., Florida Game and Freshwater Fish Commission, Closing the Gaps in Florida's
Habitat Conservation System (1994) ("Closing the Gaps"), A.R. 505, and that ten such
populations would help to ensure the bear's survival by "protect[ing] genetic diversity,
provid[ing] security against catastrophic events, and further limit[ing] the effects of
seasonal environmental variation."  Id., A.R. 504, 505.

17.   A third aspect of the bear's ecology that renders it particularly vulnerable to habitat loss is
that the Florida Black Bear needs a variety of forest habitats in a remote area.  E.g., Rare
and Endangered Biota, A.R. 2200, 2203; 1992 Decision, 57 Fed. Reg. at 596, A.R. 6406;
Closing the Gaps, A.R. 518.

18.   The bear is a "secretive" and "solitary" animal, Rare and Endangered Biota, A.R. 2200,
2206, that beds in "remote swamps or thickets" and nests in "nearly impenetrable
tangle[s] of vines and stems."  Id., A.R. 2203.

19.   Its use of habitat varies with the seasons according to food availability.  Id.

3

20.    Human use or development of an area is considered to be in direct conflict with the bears' use of its habitat.  E.g., RARE II Evaluation of Buck Lake Roadless Area, A.R. 5358.

21.    A fourth aspect of the bear's ecology that renders it particularly vulnerable to habitat loss is that the black bear has a low reproductive rate, which makes the population sensitive to increased mortality.  Rare and Endangered Biota, A.R. 2204.

22.    Florida Black Bear mortality results from, among other things, roads and highways, which create lethal barriers to the movement of the bears.  Terry Gilbert & John Wooding, FGFWFC, An Overview of Black Bear Roadkills in Florida 1976- 1995 (1996) ("Overview of Black Bear Roadkills"), A.R. 2125.

23.    Roads and highways fragments the bears' range.  Id.

24.    These four factors help to drive the Florida Black Bear's need for very large and remote tracts of forests.  E.g., Rare and Endangered Biota, A.R. 2204.

25.    This need renders the bear highly vulnerable to development, and highly sensitive to the use of its habitat for other purposes.  Id.

26.    By 1998, habitat loss and habitat fragmentation had reduced the bears to seven remnant bear populations.  1998 Decision, 63 Fed. Reg. at 67614.

27.    The Service has concluded that only four were "viable" remnant populations were likely to survive.  Id. at 67616.

28.    The four "viable" populations - the "core" populations - exist on a mix of public and private lands.  Id. at 67614-16.

29.    Each core population is centered to some extent on a large federal land holding.  Id.

30.    The four core populations are: 1) the Apalachicola population, centered on the

4

Apalachicola National Forest and surrounding lands, and located in the Florida Panhandle

on the Gulf of Mexico coast; 2) the Ocala population, centered on the Ocala National

Forest and surrounding lands in Central Florida; 3) the Osceola - Okefenokee population,

centered on the Osceola National Forest, the Okeefenokee National Wildlife Refuge, and

surrounding lands, in northeastern Florida; and 4) the Big Cypress population, centered

on the Big Cypress National Preserve and surrounding lands, in South Florida adjacent to

the Gulf of Mexico Coast.  Id.; see also John W. Kasbohm & Michael M. Bentzien, The

Status of the Florida Black Bear (1998) ("Status of the Florida Black Bear"), A.R. 2148.

31.    The causes and effects of habitat loss and fragmentation are evident among the remnant

populations that are not "viable."  1998 Decision, 63 Fed. Reg. at 67614-17.

32.    These causes and effects include expanding development and roads that consume and

fragment bear habitat.  Id.

33.    Expanding development reduces the quantity of habitat available for the bears and

fragments the bears' population.  Id.

34.    Development, through resulting habitat loss and fragmentation, increases mortality (such

as, for example, by road mortality), decreases population numbers, and ultimately

undermines the health of the few remaining bears.  1998 Decision, 63 Fed. Reg. at 67615.

35.    Examples of the reduced health of remaining bears includes inbreeding-related genetic

abnormalities such as kinked or absent tails, prolapsed (slipping outward) rectums, and no

external scrotum or testes.  Id.; see also, id. at 67614-17.

36.    The bears' survival therefore depends on protecting large expanses of bear habitat from

development and fragmentation.  E.g., Rare and Endangered Biota, A.R. 2207; 2004

5

Decision, 69 Fed. Reg. at 2103, A.R. 0004; Closing the Gaps, A.R. 505.

37.    The bears' survival also depends upon managing land in a manner compatible with the
       bears' survival.  E.g. 2004 Decision, 69 Fed. Reg. at 2104-05, A.R. 0005-0006.

38.    Florida has experienced "extremely rapid population growth."  USDA Forest Service,
       Final Environmental Impact Statement and Land and Resources Management Plan:
       National Forests in Florida (1986) ("1986 EIS & Forest Plan"), A.R. 3891.

39.    Florida is "one of the fastest growing states." 1992 Decision, 57 Fed. Reg. at 598, A.R.
       6408; see also 1997 Listing Form, A.R. 6431; National Park Service, General
       Management Plan and Final Environmental Impact Statement: Big Cypress (1992) ("Big
       Cypress FEI & Plan") A.R. 2484.

40.    Since Florida became a state in 1845, its growth has always outpaced the rest of the
       nation.  Id.

41.    Florida's growth after World War II "accelerated dramatically" with the population
       climbing from 2,771,305 in 1955 to 9,739,992 around 1985.  1986 EIS & Forest Plan,
       A.R. 3892.

42.    Between 1970 and 1980 alone, the population of Florida grew by 43%.  1986 EIS &
       Forest Plan, A.R. 3894.

43.    By 1997 Florida's population had reached 14,700,000 million people.  See Land
       Acquisition and Management Advisory Council, Florida Preservation 2000 Remaining
       Needs and Priorities (October 1, 1997), A.R. 6917.

44.    By 1997, 290,000 new residents were moving to Florida each year.  Id.

45.    By 2000 the Census counted 15,982,378 Floridians.  U.S. Census Bureau Web Site,

http://quickfacts.census.gov/qfd/states/12000.html (last visited October 25, 2006).

46.   Florida's growth has been decentralized and has not been focused around a single

dominant urban center.  1986 EIS & Forest Plan, A.R. 3891.

47.   Florida's growth initially spread from along the coastline and in the south progressively

north and inland into central Florida and beyond. Id. A.R. 3892, 3895.

48.   By 1997, 60 % of the 600-1000 people that moved to Florida each day moved to central

Florida.  See RARE II Evaluation of Alexander Springs Scenic Roadless Area, A.R.

5338; Baptist Lake Roadless Area, A.R. 5343.

49.   Florida now consists of an H-shaped "megalopolis" that runs up both coasts and through

the center of Florida.  See Status of the Florida Black Bear, A.R. 2174.

50.   Florida's growth is now reaching into Florida's Panhandle, and the Forest Service has

issued a report that predicts "a rapid increase in population and development [in the

Florida Panhandle] spreading from central Florida."  David N. Wear & John G. Greis,

The Southern Forest Resource Assessment Summary Report (November 19, 2001) (draft)

(emphasis added), S.A.R. P299.

51.   The Fish and Wildlife Service participated in and helped generate the above referenced

report.  Id., S.A.R. at P204.

52.   The mix of public and private lands that support the core populations are on lands that are

in the path of Florida's inexorable growth.  E.g., 1991 FGFWFC Letter, A.R. 6300-02.

53.   Non-federal lands - and the parts of the core populations that they support - risk becoming

developed and/or fragmented and isolated from federal lands and the parts of the

populations that exist there.  E.g., id.; 1998 Wekiva Basin GEOpark Unit Management

Plan ("1998 Wekiva Plan"), A.R. 1190.

54.    Federal lands are not adequate to independently support the core bear populations.  <u>See</u> 1998 Decision, 63 Fed. Reg. at 67615-17.

55.    Federal lands that support the bear face declining and fragmenting habitat quality due to, among other things, road construction.  <u>E.g.</u>, Letter from Robert Brantly, Executive Director, Florida Game and Freshwater Fish Commission, to Michael Bentzein, Acting Field Supervisor, U.S. Fish and Wildlife Service (August 6, 1991) ("1991 FGFWFC Letter") A.R. 6301.

56.    Road mortality is a concern for the bear because of the direct mortality of the bears that are hit.  <u>E.g.</u>, <u>Overview of Black Bear Roadkills</u>, A.R. 2125.

57.    Road mortality is a concern for the bear because it is reflective of habitat loss and fragmentation.  <u>Id.</u>

58.    In 1976, two or three bears were killed on roads annually in Florida.  <u>See</u> http://myfwc.com/bear/roads.htm (last visited October 17, 2006).

59.    In 1987, roughly 30 were killed on roads annually.  <u>Id.</u>

60.    In 1995, the number had risen to 55 bears killed annually in Florida.  <u>Id.</u>

61.    In every year since 2000 over 100 bears have been killed annually in Florida.  <u>Id.</u>

62.    In 2002, 132 bears were killed, the highest yet and a 4,400-6,600 percent increase in under 30 years.  <u>Id.</u>; <u>see also</u> <u>Overview of Black Bear Roadkills in Florida</u>, 1976-1995, A.R. 2133; FGFWFC, Management of the Black Bear in Florida, A.R. 1887.

63.    With respect to the core Ocala population, for example, there were 187 road kills between 1976 and 1995.  <u>Overview of Black Bear Roadkills in Florida</u>, 1976-1995, A.R. 2129.

64.  By 2004 there were 615 roadkills killed in Ocala.  http://myfwc.com/bear/roads.htm (last visited October 17, 2006).

65.  The Service concluded that the Ocala bear population would survive based on there being 2,600 km² (642,000 acres) of protected habitat. 1998 Decision. 63 Fed. Reg. 67615; see also 2004 Decision, 69 Fed. Reg. 2104 (incorporating the 1998 Decision regarding sufficiency of protected acreage).

66.  The Ocala National Forest ("Ocala NF") is only about 381,930 acres, or 1545 km².  Final Environmental Impact Statement, Land and Resource Management Plan, U.S. Forest Service, 1985, A.R. 3901.

67.  As many as 1055 km² of core population habitat may therefore by at risk of development and/or fragmentation unless they are publicly owned conservation lands that are physically connected to Ocala NF.

68.  Only about 678 km² are publicly owned conservation lands, and of these, not all are physically connected to Ocala NF.  Cf. 1998 Decision, 63 Fed. Reg. 67615; FGFWFC, Closing the Gaps, at A.R. 509.

69.  The Wekiva GEOpark supports an important part of the Ocala population.  1998 Wekiva Plan, A.R. 1190, 1237-38, 1271 (emphasis added).

70.  The Wekiva GEOpark faces fragmentation from Ocala.  Id.

71.  An incomplete land acquisition "charge" has been launched "in an attempt to assure that the Wekiva Basin black bear population remains linked to the Ocala National Forest population." Id.

72.  By 1998 roads and traffic "bound[ing]" Wekiva were having such a "large impact" on the

9

bear population that the 1998 Wekiva Plan warned "park staff must be very vigilant to

assure that the perpetuation of Wekiva bear population is not compromised by road

widening projects." Id. at A.R. 1216 (emphasis added).

73.    Meanwhile the 1998 Wekiva plan predicted that unprotected land will eventually be

developed. Id. at 1237.

74.    Even Ocala NF itself is threatened with, among other things, fragmentation by highway

expansion. E.g., 1991 FGFWFC Letter, A.R. 6301 (discussing threats to the Ocala

National Forest habitat).

75.    An estimated 19 acres of forested wetlands and agricultural land is converted to urban

uses in Florida each hour.  Stewards of Florida's Land, Background on Preservation 2000,

Florida Department of Environmental Protection, A.R. 6719.

76.    The General Accounting Office's review of the CWA mitigation program - a review that

included the Army Corps of Engineers' district with jurisdiction over Florida - concluded

there was "limited oversight to determine the status of compensatory mitigation" and

limited enforcement capacities due to a failure to "specify the requirements of

compensatory mitigation in the permits." Wetlands Protection: Corps Of Engineers Does

Not Have an Effective Approach to Ensure That Compensatory Mitigation Is Occurring,

What We Found, September 2005,

http://www.epa.gov/owow/wetlands/pdf/GAO05898.pdf (last visited October 24, 2006).

77.    The General Accounting Office concluded that "Until the Corps takes its oversight

responsibility more seriously, it will not know if thousands of acres of compensatory

mitigation have been performed and will be unable to ensure that the section 404 program

is contributing to the national goal of no net loss of wetlands." <u>Id.</u> at 26-27.

78.    Rates of forest loss across Florida are estimated at 200,000 acres per year.  Cox Letter,

A.R. 6439.

79.    Defenders of Wildlife sent information to the Fish and Wildlife Service in June of 2002

that pertained to the adequacy of regulatory mechanisms and the current status of the bear

and the threats to its existence.  <u>See</u> June 5, 2002, Letter from M. Senatore, Defenders of

Wildlife, to S. Williams, U.S. Fish and Wildlife Service ("Defenders 2002 Letter")(Pls.'

Ex. 6).

80.    The Fish and Wildlife Service refused to consider post-1998 information concerning the

present status of the bear, including information contained in Defenders' 2002 Letter.

<u>See</u> Letter from Courtney Taylor, U.S. Department of Justice, to Joshua Stebbins (August

25, 2006) (Pls.' Ex. 7).

81.    The Fish and Wildlife Service's 2004 Decision and the conclusions therein were limited

to consideration of regulatory mechanisms that existed in 1998.  <u>See</u> 2004 Decision, 69

Fed. Reg. at 2101, 2108, A.R. 0002, 0009 (Pl.'s Ex. 1); Email from Diane Ikeda to Kelly

Bibb and John Kasbohm (August 21, 2003), A.R. 22; Letter from Courtney Taylor, U.S.

Department of Justice, to Joshua Stebbins (August 25, 2006) (Pls.' Ex. 7).

82.    The Fish and Wildlife Service's 2004 Decision and the conclusions therein were limited

to consideration of information that existed in 1998. <u>See</u> 2004 Decision, 69 Fed. Reg. at

2101, 2108, A.R. 0002, 0009 (Pl.'s Ex. 1); Email from Diane Ikeda to Kelly Bibb and

John Kasbohm (August 21, 2003), A.R. 22; Letter from Courtney Taylor, U.S.

Department of Justice, to Joshua Stebbins (August 25, 2006) (Pls.' Ex. 7).

83.   Plaintiffs M. Clutter and L. Macdonald have standing to bring this action because they regularly visit black bear habitat with the express purpose of seeing the bear, or signs of the bear, and have dedicated many years to studying and/or protecting the bear. Pls.' Exs. 9, 10.

84.   Defendants' failure to comply with the Endangered Species Act injures plaintiffs because activities that are permitted, and the manner in which activities are permitted to be undertaken, in the absence of listing, are contributing to the extinction of the species, and, absent listing, defendants will not take the steps necessary to ensure the species' recovery. Pls.' Exs. 9, 10.

85.   Plaintiffs M. Clutter and L. Macdonald are members of the Sierra Club and Defenders of Wildlife. Pls.' Exs. 9, 10.

86.   Plaintiff the Sierra Club and Plaintiff Defenders of Wildlife have standing to bring this action because they are dedicated to the preservation and responsible use of wild places and environments, and to the protection and restoration of all native wild animals and plants in their natural communities and wild places, respectively, and their members have standing to bring the action. Pls.' Exs. 11, 12.


Respectfully submitted,


_____/s/_____
Joshua R. Stebbins
(D.C. Bar. No. 468542)
Howard M. Crystal
(D.C. Bar. No. 446189)

12

Eric R. Glitzenstein
(D.C. Bar. No. 358287)

Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C.  20009
(202) 588-5206

Of Counsel:

Brian Segee
(D.C. Bar. No. 492098)
Defenders of Wildlife
1101 Fourteenth Street, N.W.
Suite 1400
Washington, D.C.  20005

October 30, 2006                    Attorneys for Plaintiffs