UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv00180 (HHK) |
| ) | |
| DIRK KEMPTHORNE, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS UNOPPOSED MOTION FOR EXTENSION TO FILE RESPONSE TO MOTION TO SUPPLEMENT ADMINISTRATIVE RECORD**

Defendants respectfully request the Court to extend its time to respond to and set the briefing schedule for Plaintiffs' Motion to Supplement the Administrative Record to coincide with the summary judgment briefing schedule. In support of this request, Defendants state the following:

1. Plaintiffs filed a Motion to Supplement the Administrative Record on October 30, 2006.

2. According to the Local Rules, Defendants and Defendant-Intervenors response to Plaintiffs' Motion to Supplement is currently due November 13, 2006.

3. On October 10, 2006, the Court established a summary judgment briefing schedule in this action as follows: Plaintiffs move for summary judgment on October 30, 2006; Defendants and Intervenors file oppositions and cross-motions on December 7, 2006; Plaintiffs file an opposition and reply on January 11, 2007; Defendants and Intervenors file replies on February 15, 2007.

4. To allow the parties adequate time to brief both summary judgment and the motion to

supplement, Defendants request that the Court extend the parties time to respond and reply and set a schedule for briefing the motion to supplement identical to its Order dated October 10, 2006.

     5. Counsel for all the parties have conferred about and consented to the above relief requested.

Dated this 9th day of November, 2006.

                                      Respectfully submitted,

                                      SUE ELLEN WOOLDRIDGE
                                      Assistant Attorney General

                                      *S/ Courtney Taylor*

                                      Courtney Taylor, Attorney
                                      U.S. Department of Justice
                                      Environment & Natural Resources Division
                                      Wildlife and Marine Resources Section
                                      P.O. Box. 7369
                                      Washington, D.C.  20044-7369
                                      (202) 353-7548
                                      Attorney for Defendants

OF COUNSEL

Michael P. Stevens, Attorney-Adviser
U.S. Department of the Interior
Office of the Regional Solicitor
75 Spring Street, S.W., Suite 304
Atlanta, Georgia   30303

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2006, I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND RESPONSE AND SET BRIEFING SCHEDULE** with the Clerk of Court using the ECF/CM system, which will generate an electronic Notice of Filing on:

**Howard M. Crystal**
howardcrystal@meyerglitz.com

**Eric Robert Glitzenstein**
eric@meyerglitz.com

**Joshua Stebbins**
jstebbins@meyerglitz.com

**Brian Paul Segee**
bsegee@defenders.org

**William P. Horn**
bhorn@dc.bhb.com

**Douglas Scott Burdin**
dburdin@sci-dc.org

Pursuant to the Court's mailing information for this case, listed on the ECF system, no parties require manual noticing.

*S/ Courtney Taylor*
_____
Courtney Taylor

## [PROPOSED] SCHEDULING ORDER

October 30, 2006    Plaintiffs filed Motion to Supplement the Administrative Record

December 7, 2006    Defendants and Intervenors file Response to Motion to Supplement

January 11, 2006    Plaintiffs file a Reply in Support of their Motion to Supplement

_____
Honorable Henry H. Kennedy, Jr.
U.S. District Court Judge