**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 06-cv-00180 (HKK) |
| | ) |
| v. | ) |
| | ) |
| DIRK KEMPTHORNE, *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| SAFARI CLUB INTERNATIONAL, SAFARI CLUB INTERNATIONAL FOUNDATION, U.S. SPORTSMEN'S ALLLIANCE, and CENTRAL FLORIDA BEAR HUNTERS ASSOCIATION, | ) |
| | ) |
| Defendant-Intervenors. | ) |

**[PROPOSED] ORDER DENYING PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT AND GRANTING
DEFENDANTS' AND DEFENDANT-INTERVENORS'
MOTIONS FOR SUMMARY JUDGMENT**

This matter is before the Court on Plaintiffs' motion for summary judgment, Defendants' and Defendant-Intervenors' motion for summary judgment, and the oppositions to those motions. Upon consideration of these motions and the oppositions to them, and the entire record in this case, it is by the Court hereby:

ORDERED, that Plaintiffs' motion for summary judgment is DENIED; and it is

FURTHER ORDERED, that the Defendants' and Defendant-Intervenors' motions for summary judgment are GRANTED; and it is

FURTHERED ORDERED, that Plaintiffs' complaint be dismissed with prejudice.

Dated: _____

                                                                                                                                  The Honorable Henry H. Kennedy, Jr.
United States District Judge

Copy by ECF to:
howardcrystal@meyerglitz.com
eric@meyerglitz.com
bsegee@defenders.org
jstebbins@meyerglitz.com
courtney.taylor@usdoj.gov
whorn@dc.bhb.com
dburdin@sci-dc.org