**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 06-cv-00180 (HKK) |
| | ) |
| v. | ) |
| | ) |
| DIRK KEMPTHORNE, *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| SAFARI CLUB INTERNATIONAL, SAFARI CLUB INTERNATIONAL FOUNDATION, U.S. SPORTSMEN'S ALLLIANCE, and CENTRAL FLORIDA BEAR HUNTERS ASSOCIATION, | ) |
| | ) |
| Defendant-Intervenors. | ) |

**DEFENDANT-INTERVENORS' NOTICE OF OPPOSITION TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendant-Intervenors Safari Club International, Safari Club International Foundation, U.S. Sportsmen's Alliance Foundation, and Central Florida Bear Hunters Association's ("Defendant-Intervenors") respectfully refer this Court and the parties to their Cross-Motion for Summary Judgment and Memorandum in Support by Defendant-Intervenors Safari Club International, Safari Club International Foundation, U.S. Sportsmen's Alliance Foundation and Central Florida Bear Hunters Association and Opposition to Plaintiffs' Motion for Summary Judgment, Docket No. 34 filed concurrently with this document. Docket No. 34 constitutes Defendant-Intervenors' opposition to Plaintiffs' motion for summary judgment.

2

Dated this 7th day of December, 2006.     Respectfully submitted,

/s/ Douglas S. Burdin
Douglas S. Burdin (D.C. Bar No. 434107)
501 2nd Street, N.E.
Washington, D. C.  20002
Telephone: (202) 543-8733
Facsimile:  (202) 543-1205
dburdin@sci-dc.org

*Counsel for*
*Safari Club International and*
*Safari Club International Foundation*


/s/William P. Horn
William P. Horn (D.C. Bar No. 375666)
Birch, Horton, Bittner & Cherot
1155 Connecticut Ave., N.W.
12th Floor
Washington, D.C.  20036
Telephone:  (202) 659-5800
Facsimile:  (202) 659-1027
whorn@dc.bhb.com

*Counsel for U.S. Sportsmen's Alliance and*
*Central Florida Bear Hunters Association*