IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 06-cv-00180 (HKK) |
| ) | |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL, ) | |
| SAFARI CLUB INTERNATIONAL ) | |
| FOUNDATION, U.S. SPORTSMEN'S ) | |
| ALLLIANCE, and CENTRAL FLORIDA ) | |
| BEAR HUNTERS ASSOCIATION, ) | |
| ) | |
| Defendant-Intervenors. ) | |
| ) | |

**DEFENDANT-INTERVENORS OPPOSITION TO
PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD**

The resolution of the motion of Plaintiffs Defenders of Wildlife *et al.* ("DOW *et al.*") to supplement the record is tied up in the resolution of the merits of this case, mainly whether the U.S. Fish and Wildlife Service ("FWS"), on remand from this Court, properly reviewed the existing regulatory mechanisms protecting the Florida black bear as of 1998, the time of its determination that listing the Florida black bear was not warranted. As further explained in Safari Club International, Safari Club International Foundation, U.S. Sportsmen's Alliance Foundation, and Central Florida Bear Hunters Association's ("Defendant-Intervenors") cross-motion for summary judgment and opposition to DOW *et al.*'s motion for summary judgment (filed concurrently with this opposition), the FWS correctly (1) reviewed the existing regulatory mechanisms as of 1998 and (2) excluded documents that post-dated the 1998 decision (*i.e.*, the documents

with which DOW *et al.* seek to supplement the record) as outside the administrative record. Instead of repeating those arguments here, Defendant-Intervenors incorporate by reference those arguments and any arguments made by the Federal Defendants on this issue. For the reasons outlined in those briefs, the Court should deny DOW *et al.*'s motion to supplement the record and should not consider those documents in deciding this case.

Dated this 7th day of December, 2006.         Respectfully submitted,

/s/ Douglas S. Burdin
Douglas S. Burdin (D.C. Bar No. 434107)
501 2nd Street, N.E.
Washington, D. C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@sci-dc.org

*Counsel for*
*Safari Club International and*
*Safari Club International Foundation*


/s/William P. Horn
William P. Horn (D.C. Bar No. 375666)
Birch, Horton, Bittner & Cherot
1155 Connecticut Ave., N.W.
12th Floor
Washington, D.C. 20036
Telephone: (202) 659-5800
Facsimile: (202) 659-1027
whorn@dc.bhb.com

*Counsel for U.S. Sportsmen's Alliance and*
*Central Florida Bear Hunters Association*