**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*,    ) <br> ) <br> Plaintiffs,    ) <br> ) <br> v.    ) <br> ) <br> DIRK KEMPTHORNE, *et al.*,    ) <br> ) <br> Defendants,    ) <br> ) <br> SAFARI CLUB INTERNATIONAL,    ) <br> SAFARI CLUB INTERNATIONAL    ) <br> FOUNDATION, U.S. SPORTSMEN'S    ) <br> ALLLIANCE, and CENTRAL FLORIDA    ) <br> BEAR HUNTERS ASSOCIATION,    ) <br> ) <br> Defendant-Intervenors.    ) <br> ) | Case No. 06-cv-00180 (HKK) |

**[PROPOSED] ORDER DENYING PLAINTIFFS'
<u>MOTION TO SUPPLEMENT THE RECORD</u>**

This matter is before the Court on Plaintiffs' motion to supplement the record and the oppositions to that motion filed by Defendants Kirk Kempthorne, *et al.* and Defendant-Intervenors Safari Club International, *et al.* Upon consideration of the Plaintiffs' motion and the oppositions to it, and the entire record in this case, it is by the Court hereby:

ORDERED, that Plaintiffs' motion is DENIED; and it is

FURTHER ORDERED, that the Court shall not consider any of the documents proffered by Plaintiffs in their motion to supplement the record.

Dated: _____

                                                        The Honorable Henry H. Kennedy, Jr.
                                                        United States District Judge

Copy by ECF to:
howardcrystal@meyerglitz.com
eric@meyerglitz.com
bsegee@defenders.org
jstebbins@meyerglitz.com
courtney.taylor@usdoj.gov
whorn@dc.bhb.com
dburdin@sci-dc.org