UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, ET AL. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, ET AL., )<br>)<br>Defendants. )<br>_____) | Case No. 1:06-cv00180 (HHK) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Summary Judgment, Plaintiffs' Motion for Summary Judgment, all oppositions and replies, and the entire record of this case, it is hereby ORDERED that Plaintiffs' Motion for Summary Judgment is DENIED, that Defendants' Motion is GRANTED and that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 56(c).

DATED: _____, 2006

_____
Honorable Henry H. Kennedy
UNITED STATES DISTRICT JUDGE