UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, et al. )<br>)<br>Defendants. )<br>)<br>)<br>)<br>_____) | No. 06CV00180 (HHK) |

**[PROPOSED] ORDER GRANTING AND DENYING SUMMARY JUDGMENT**

This matter is before the Court on plaintiffs' motion for summary judgment and defendants' motions for summary judgment. Upon consideration of plaintiffs' motion for summary judgment, defendants' oppositions thereto, defendants' motions for summary judgment, and plaintiffs' opposition thereto, as well as the entire record in this case, it is, by the Court, this __ day of ____, 2007, hereby

ORDERED that plaintiffs' motion for summary judgment be granted; it is further

ORDERED that defendants' motions for summary judgment be denied; and it is further

ORDERED that defendants' 2004 Decision be set aside, and that defendants make a new examination and determination - after consideration of the best commercial and scientific data available at the time defendants make the decision - as to whether existing regulatory mechanisms are adequate to protect the Florida Black Bear given the present status of the bear and the threats to its existence.

_____
Henry H. Kennedy, Jr.
United States District Judge

Dated: _____