UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEFENDERS OF WILDLIFE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DIRK KEMPTHORNE, et al.,**<br><br>**Defendants.** | Civil Action 06-00180  (HHK) |

**ORDER**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 5th day of March 2008, hereby

**ORDERED** that judgment is entered in favor of the defendants.

Henry H. Kennedy, Jr.
United States District Judge
