UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, et al.    ) | |
| ) | |
| Plaintiffs,    ) | |
| ) | No.    06CV00180 (HHK) |
| v.    ) | |
| ) | |
| DIRK KEMPTHORNE, et al.    ) | |
| ) | |
| Defendants.    ) | |
| ) | |
| _____) | |

**NOTICE OF APPEAL**

Notice is hereby given that plaintiffs Defenders of Wildlife, The Fund For Animals, The Sierra Club, Martha Clutter and Laurie Macdonald hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from: (a) a March 5, 2008 Order granting defendants' and defendant-intervenors' motions for summary judgment, and denying plaintiffs' motion for summary judgment, on plaintiffs' claims against (I) the Secretary of the United States Department of the Interior, and (ii) the Director of the United States Fish and Wildlife Service; (b) a March 5, 2008 Order denying plaintiffs' motion to supplement the administrative record; and (c) a December 13, 2001 Order granting in part and denying in part plaintiffs' motion for summary judgment and defendants' motion for summary judgment, on plaintiffs' claims against (I) the Secretary of the United States Department of the Interior, and (ii) the Director of the United States Fish and Wildlife Service.

.

Respectfully submitted,

/s/
Joshua R. Stebbins (D.C. Bar. No. 468542)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C.  20009
(202) 588-5206

Attorney for Plaintiffs

May 1, 2008