# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5124**  **September Term 2007**

1:06-cv-00180

**Filed On: June 10, 2008** [1120870]

Defenders of Wildlife, et al.,

    Appellants

Randy Cullom,

    Appellee

v.

Dirk Kempthorne, Secretary, U.S. Department of the Interior and Dale Hall, Director, United States Fish and Wildlife Service,

    Appellees

FILED

JUN 12 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

### ORDER

Upon consideration of appellants' motion for voluntary dismissal of appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
      Mark A. Butler
      Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: /s/ _____ Deputy Clerk